FILED
Oct 15  3 33 PM '03
US DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*******************************
MATTHEW AND CINDY MYSLOW, as
Parents and natural guardian of
minor Plaintiff TRAVIS MYSLOW

    Plaintiff

VS.                                          CIVIL ACTION NO.
                                             3:03CV00496 (MRK)
NEW MILFORD SCHOOL DISTRICT,
NEW MILFORD BOARD OF EDUCATION,
RAYMOND AVERY, JEANANN PADDYFOTE,
THOMAS MULVIHILL, PAULA KELLEHER,
DENIS DOLAN, JEAN MALCOLM,
JOSEPHINE ROSITANO, ADELE JOHNSON,
DEBORAH SHELLEY, ROBYN VIKLAND,
L. ROBERT RUBIN, M.D., ANNA
ALSHANSKY, M.D., MARTIN
KREMINIJTZER, M.D., DIANA BADILLO-
MARTINEZ, Ph.D, TERRY NEU, Ph.D.

    Defendants                         OCTOBER 13, 2003
*******************************

## APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for **THE DEFENDANT, TERRY NEU, Ph.D.**

_October 15, 2003_                    _[signature]_
Date                                  Signature

                  LEWIS S. LERMAN
                  BAI, POLLOCK, BLUEWEISS & MULCAHEY
                  10 MIDDLE STREET
                  BRIDGEPORT, CONNECTICUT 06604
                  (203) 366-7991
                  #ct05500

## CERTIFICATION

    This is to certify that a copy of the foregoing has been sent, via U.S. Mail, this 13th day of October, 2003, to:

Thomas W. Edgington, Esquire
Katherine C. Callahan, Esquire
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT  06123

Deborah G. Stevenson, Esquire
226 East Flag Swap Road
Southbury, CT  06488

Alan C. Milstein, Esquire
Derek T. Braslow, Esquire
4300 Haddonfield Rd., Suite 311
Pennsauken, NJ  08109

Jack V. Genovese, II, Esquire
Royce L. Vehslage, Esquire
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT  06067-4053

Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114-1190

Richard A. O'Connor, Esquire
Sachner & O'Connor
Crossroad West
P.O. Box 1323
Middlebury, CT  06762-1323

                                        Lewis S. Lerman
                                        BAI, POLLOCK, BLUEWEISS & MULCAHEY
                                        10 MIDDLE STREET
                                        BRIDGEPORT, CONNECTICUT 06604
                                        (203) 366-7991
                                        #ct05500