```
                                              FILED
                                          Oct 15  3 33 PM '03

                UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT   U.S. DISTRICT COURT
                                               NEW HAVEN, CONN.
```

*******************************
MATTHEW AND CINDY MYSLOW, as
Parents and Natural Guardian of
Minor Plaintiff TRAVIS MYSLOW,

    Plaintiffs

VS.                                    CIVIL ACTION NO.
                                       3:03CV00496 (MRK)
NEW MILFORD SCHOOL DISTRICT,
NEW MILFORD BOARD OF EDUCATION,
RAYMOND AVERY, JEANANN PADDYFOTE,
THOMAS MULVIHILL, PAULA KELLEHER,
DENIS DOLAN, JEAN MALCOLM,
JOSEPHINE ROSITANO, ADELE JOHNSON,
DEBORAH SHELLEY, ROBYN VIKLAND,
L. ROBERT RUBIN, M.D., ANNA
ALSHANSKY, M.D., MARTIN
KREMINIJTZER, M.D., DIANA BADILLO-
MARTINEZ, PH.D, TERRY NEU, PH.D.,

    Defendants                      OCTOBER 15, 2003
*******************************

## MOTION FOR EXTENSION OF TIME

    The undersigned defendant, Terry Neu, Ph.D., hereby moves the court for permission to file his Answer and Affirmative Defenses after the due date of October 10, 2003 on the basis that the undersigned counsel has just filed his appearance on behalf of Dr. Neu. Although counsel received copies of pertinent pleadings from prior counsel, Thomas Gerarde, on October 3, 2003, Dr. Neu was out of the country until October 13, 2002, and the undersigned was not

able to speak with him until October 14, 2002. Because the undersigned was unable to speak with Dr. Neu until October 14, 2003, a responsive pleading to the complaint was not able to be filed until October 15, 2003. The defendant has now filed an Answer and Affirmative Defenses to the plaintiffs' complaint.

The undersigned has corresponded with all opposing counsel, and, as of the filing of this motion, three attorneys (Katherine C. Callahan, Richard O'Connor, and Thomas R. Gerarde) have notified the undersigned that they consent of the granting of the motion. The undersigned has not received any notification from the other attorneys, so the undersigned cannot advise the court of their position. This is the first said motion filed by the undersigned.

                            THE DEFENDANT,
                            TERRY NEU, PH.D.

By_____
  Lewis S. Lerman
    Of
  Bai, Pollock, Blueweiss &
    Mulcahey, P.C.
  10 Middle Street
  Bridgeport, CT 06601
  (203) 366-7991
  #CT 05500

CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid via U.S. mail this 15th day of October, 2003 to:

Deborah G. Stevenson, Esquire
226 East Flag Swap Road
Southbury, CT 06488

Alan C. Milstein, Esquire
Derek T. Braslow, Esquire
Sherman, Silverstein, Kohl, Rose & Podolsky, P.C.
4300 Haddonfield Road Suite 311
Pennsauken, NJ 08109

Thomas W. Edgington, Esquire
Katherine C. Callahan, Esquire
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT 06123

Royce L. Vehslage, Esquire
Genovese, Vehslage & Chapman
500 Enterprise Drive
Rocky Hill, CT 06067-4053

Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Richard A. O'Connor, Esquire
Sachner & O'Connor
Crossroad West
765 Straits Turnpike, Bldg. 2, Suite 1001
P.O. Box 1323
Middlebury, CT 06762-1323

_____
Lewis S. Lerman