FILED
Oct 15  3 33 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
MATTHEW AND CINDY MYSLOW, as
Parents and Natural Guardian of
Minor Plaintiff TRAVIS MYSLOW,

    Plaintiffs

VS.                                          CIVIL ACTION NO.
                                             3:03CV00496 (MRK)
NEW MILFORD SCHOOL DISTRICT,
NEW MILFORD BOARD OF EDUCATION,
RAYMOND AVERY, JEANANN PADDYFOTE,
THOMAS MULVIHILL, PAULA KELLEHER,
DENIS DOLAN, JEAN MALCOLM,
JOSEPHINE ROSITANO, ADELE JOHNSON,
DEBORAH SHELLEY, ROBYN VIKLAND,
L. ROBERT RUBIN, M.D., ANNA
ALSHANSKY, M.D., MARTIN
KREMINIJTZER, M.D., DIANA BADILLO-
MARTINEZ, PH.D, TERRY NEU, PH.D.,

    Defendants                           OCTOBER 15, 2003
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR EXTENSION OF TIME**

The undersigned defendant, Terry Neu, Ph.D., hereby moves the court for permission to file his Answer and Affirmative Defenses after the due date of October 10, 2003 on the basis that the undersigned counsel has just filed his appearance on behalf of Dr. Neu. Although counsel received copies of pertinent pleadings from prior counsel, Thomas Gerarde, on October 3, 2003, Dr. Neu was out of the country until October 13, 2002, and the undersigned was not

[Margin annotations:]

MOTION GRANTED. The Clerk is directed to docket the Answer and Affirmative Defenses of the Defendant Terry Neu, Ph.D.
SO ORDERED.

Mark R. Kravitz, USDJ

Dated at New Haven, CT October 17, 2003

FILED Oct 17 4 16 PM '03 U.S. DISTRICT COURT NEW HAVEN, CONN.