CT/cvmhrg (January 10, 2002)

HONORABLE **M.R. Kravitz**
DEPUTY CLERK **K. Ghilardi**  RPTR/ERO/TAPE **K. Falcone**

TOTAL TIME: **1** hours **10** minutes

DATE **Oct 21, 2003**   START TIME **2:10**   END TIME **3:20**
LUNCH RECESS FROM ____ TO ____
RECESS FROM ____ TO ____ (if more than 1/2 hour)

**Myslow**

CIVIL NO. **3:03cv496mrk**

vs.

☑ SEE ATTACHED CALENDAR FOR COUNSEL
_____ Plaintiff's Counsel

**New Milford School District**

_____ Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing      ☐ (confmhrg.) Confirmation Hearing      ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing   ☐ (evidhrg.) Evidentiary Hearing     ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing  ☐ (fairhrg.) Fairness Hearing        ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION DOCUMENT NO.

| | | | | | |
|---|---|---|---|---|---|
| ☑ #41 | Motion | To Dismiss Alshansky + Kreminitzer | ☐ granted | ☐ denied | ☑ advisement |
| ☐ #30 | Motion | To Dismiss as to Rubin | ☐ granted | ☐ denied | ☑ advisement |
| ☐ # | Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ # | Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ # | Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ # | Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ # | Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | Oral Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | Oral Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | Oral Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | Oral Motion | | ☐ granted | ☐ denied | ☐ advisement |

☐ Brief(s) due ____   ☐ Proposed Findings due ____   Response due ____

Pla
2 weeks file amended complint
affidavits  File sup affid
File contrary or sup brief.

Ref File Affid sup Brief/mot
request limited juris Discovry/Hrg

Nov 4 amend comp and/or additional
opp mot Dismiss.

____ Hearing continued/until ____ at ____

Def. 11/19/03 file responses to Pla submission

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Oral Argument Motion to Dismiss Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
3rd Floor Courtroom #4

Tuesday October 21, 2003
2:00 p.m.

CASE NO. 3:03cv496 MRK    Myslow v New Milford School District

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Pla. Derek T. Braslow
Pla. Deborah G. Stevenson

Def. Thomas W. Edgington
Def. Christine Anne Robinson