## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Mathew and Cindy Myslow, as parents and | : | |
| natural guardian of minor plaintiff | : | |
| Travis Myslow | : | |
| | : | |
| Plaintiffs, | : | NO.    3:03cv0496 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| New Milford School District, et al | : | |
| | : | |
| Defendants. | : | |

## ORDER

Attorney Gerarde's Motion to Withdraw as Counsel for Terry Neu [doc. #49] is GRANTED.

Attorney Gerarde's earlier Motion to Withdraw as Counsel for Terry Neu [doc. #34] is DENIED as

moot.

IT IS SO ORDERED.

/s/        Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: December 2, 2003