UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Mathew and Cindy Myslow, as parents and natural guardian of minor plaintiff Travis Myslow | : : : : | |
| Plaintiffs, | : : | NO.   3:03cv0496 (MRK) |
| v. | : : : | |
| New Milford School District, et al | : : | |
| Defendants. | : | |

## ORDER

The Court having considered Plaintiff's Amended Complaint [doc. #61], Defendant Rubin's Motion for More Definite Statement [doc. #62], and Defendants Alshansky and Kreminitzer's Motion for More Definite Statement [doc. #63], the Court finds that the Amended Complaint is sufficiently ambiguous to make it difficult for Defendants to file a responsive pleading. The Motions for More Definite Statement are GRANTED.

Plaintiff will file a Second Amended Complaint by **December 22, 2003**, specifying the following:

1. Whether Count V (violation of the Americans with Disabilities Act) is directed against Dr. Rubin, and if so, whether that charge is based on an allegation of his being or having been an agent of the School District, and the basis for that assertion.

2. Whether Count VI (violation of §1983) is directed against Dr. Rubin, and if so, the nature of the conduct that forms the basis for that allegation and whether that charge

       is based on an allegation of his being or having been an agent of the School District, and the basis for that assertion.

3. The nature of the official capacity in which Dr. Alshansky and Dr. Kreminitzer are being sued in Paragraphs 16 and 17.

4. Whether Dr. Alshansky and Dr. Kreminitzer are among the "agents" referenced in the allegations included in Paragraphs 67, 74, 152, and 154.

5. What actions Dr. Alshansky and Dr. Kreminitzer are alleged to have taken to make them liable to the Plaintiff for violation of §1983.

IT IS SO ORDERED.

/s/        Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: December 2, 2003