FILED
DEC 1 [...] '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN, CONN

| | | |
|---|---|---|
| MATTHEW MYSLOW, ET AL.<br>Plaintiff | : | |
| | : | CASE NUMBER:<br>303CV00496MRK |
| vs. | : | |
| | : | |
| DIANA BADILLO-MARTINEZ<br>Defendant. | : | November 26, 2003 |

## DEFENDANT, DIANA BADILLO-MARTINEZ', MOTION TO STRIKE

Now comes the defendant, DIANA BADILLO-MARTINEZ and hereby moves this Honorable Court, pursuant to Federal Rules of Civil Procedure, Rule 12(f) to strike certain immaterial and impertinent matter from plaintiff's complaint. More specifically, the defendant moves to strike the language contained in paragraph 105, counts II, IV, V, VI and IX, which states "that the evaluation prepared by Dr. Martinez was inappropriate." As such an allegation would not be admissible in trial and is clearly prejudicial to Dr. Martinez, the defendant moves this Honorable Court to strike the quoted language and in support thereof, submits the attached Memorandum of Law.

**ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

DEFENDANT
DIANA BADILLO-MARTINEZ,

By: *(signature)*

Jack V. Genovese II
Federal Bar No.: 00573
Genovese, Vehslage & Chapman
500 Enterprise Drive
Rocky Hill, CT 06067
Telephone: 860-513-3760
Fax: 860-513-3750

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 26th day of November, 2003, to the following counsel of record and pro se parties:

Attorneys for Plaintiffs, Matthew and Cindy Myslow ppa
Travis Myslow
Deborah G. Stevenson
226 East Flag Swamp Road
Southbury, CT 06488

Attorneys for Plaintiffs, Matthew and Cindy Myslow
Alan C. Milstein
Sherman, Silverstein, Kohl, Rose & Podolsky, P.C.
4300 Haddonfield Road
Suite 311
Pennsauken, NJ 08109

Case 3:03-cv-00496-MRK    Document 67    Filed 12/01/2003    Page 2 of 3

Attorneys for Plaintiffs, Matthew and Cindy Myslow
Derek T. Braslow
Sherman, Silverstein, Kohl, Rose & Podolsky, P.C.
4300 Haddonfield Road
Suite 311
Pennsauken, NJ 08109

Attorneys for Co-Defendants, New Milford School District, New Milford Board of Education
Thomas R. Gerarde, Alexandria L. Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Attorneys for Codefendants, Avery, Paddyfote, Mulvihill, Kelleher, Dolan, Malcolm, Rositano, Johnson, Shelley, Vikland
Thomas R. Gerarde
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Attorneys for Co-Defendant, L. Robert Rubin, MD
Katherine C. Callahan
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Attorneys for Co-Defendants, Anna Alshansky, MD, Martin Kreminitzer, MD
Richard A. O'Connor, Christine A. Robinson, Esq.
Sachner & O'Connor
The Crossroads West
765 Straits Turnpike, Bldg.2, Ste. 1001
Middlebury, CT 06762-1323

Attorneys for Co-Defendant, Terry Neu, Ph.D.
Lewis S. Lerman
Law Office of Lewis S. Lerman
8 Wright Street
First Floor
Westport, CT 06880

_____
Jack V. Genovese II