FILED

Jan 29   1 39 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

MATHEW AND CINDY MYSLOW, as         :
Parents and natural guardian of minor   :
Plaintiff TRAVIS MYSLOW              :        CIVIL ACTION NO.
                Plaintiffs,          :        3:03CV00496 (MRK)
                                     :
v.                                  :
                                     :
NEW MILFORD SCHOOL DISTRICT, et al.  :
                Defendants.          :        JANUARY 28, 2004

### MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves to withdraw his appearance on behalf of defendant L. Robert

Rubin, as he has taken a position outside of private practice and, as such, will no longer be practicing

at Updike, Kelly & Spellacy, P.C., which has been retained by L. Robert Rubin.

Dr. Rubin remains represented in this action by Attorney Katherine C. Callahan of Updike,

Kelly & Spellacy.

THOMAS W. EDGINGTON, ESQ.
Federal Bar Number ct22777
UPDIKE, KELLY & SPELLACY, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277
Tel. (860) 548-2600

351038

## CERTIFICATION

I hereby certify that a true copy of the foregoing was served this 28th day of January, 2004,

by first class United States mail, to the following counsel of record:

Deborah G. Stevenson, Esq.
226 East Flag Swap Road
Southbury, CT  06488

Thomas R. Gerarde
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114-1190

Alan C. Milstein
Derek T. Braslow
4300 Haddonfield Road
Suite 311
Pennsauken, NJ  08109

Richard A. O'Connor
Sachner & O'Connor
Crossroad West
765 Straits Turnpike
P.O. Box 1323
Middlebury, CT  06762-1323

Jack V. Genovese, II
Royce L. Vehslage
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT  06067-4053

Thomas W. Eddington, Esq.

2