UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Mathew and Cindy Myslow, as parents and natural guardian of minor plaintiff Travis Myslow | : : : : | |
| Plaintiffs, | : : | NO.   3:03cv0496 (MRK) |
| v. | : : : | |
| New Milford School District, et al | : : | |
| Defendants. | : | |

## ORDER

The Motion To Withdraw Appearance of Thomas W. Edgington, Esq. [doc. #73], dated January 28, 2004, is hereby **GRANTED**.

IT IS SO ORDERED.

/s/   Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: February 3, 2004.