**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MATHEW AND CINDY MYSLOW, as : | |
| Parents and natural guardian of minor : | |
| Plaintiff TRAVIS MYSLOW : | CIVIL ACTION NO. |
| Plaintiffs, : | 3:03CV00496 (MRK) |
| : | |
| v. : | |
| : | |
| NEW MILFORD SCHOOL DISTRICT, et al. : | |
| Defendants. : | FEBRUARY 6, 2004 |

<u>**ANSWER OF DEFENDANT, L. ROBERT RUBIN, M.D.**</u>

Defendant, L. Robert Rubin, M.D. ("Dr. Rubin") hereby answers Plaintiff's Second Amended Complaint as follows:

1.      As to the allegations contained in Paragraph 1, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

2.      As to the allegations contained in Paragraph 2, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

3.      As to the allegations contained in Paragraph 3, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

4.      As to the allegations contained in Paragraph 4, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

5.      As to the allegations contained in Paragraph 5, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

6.      As to the allegations contained in Paragraph 6, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

7.      As to the allegations contained in Paragraph 7, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

8.      As to the allegations contained in Paragraph 8, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

9.      As to the allegations contained in Paragraph 9, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

10.      As to the allegations contained in Paragraph 10, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

11.      As to the allegations contained in Paragraph 11, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

12.      As to the allegations contained in Paragraph 12, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

13.      As to the allegations contained in Paragraph 13, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

14.      As to the allegations contained in Paragraph 14, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

15.     Dr. Rubin admits that he is a citizen of Connecticut, a duly licensed physician, that he formerly practiced medicine at 41 Germantown Road, Danbury, Connecticut.  All other allegations contained in Paragraph 15 are denied.

16.     As to the allegations contained in Paragraph 16, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

17.     As to the allegations contained in Paragraph 17, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

18.     As to the allegations contained in Paragraph 18, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

19.     As to the allegations contained in Paragraph 19, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

20.     The allegations of Paragraph 20 are denied.

21.     Paragraph 21 is admitted.

22.    As to the allegations contained in Paragraph 22, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

23.    Paragraph 23 is admitted.

24.    This paragraph is explanatory in nature and a response is not appropriate as it contains no substantial allegations.

25.    This paragraph is explanatory in nature and a response is not appropriate as it contains no substantial allegations.

26.    This paragraph is explanatory in nature and a response is not appropriate as it contains no substantial allegations.

27.    This paragraph is explanatory in nature and a response is not appropriate as it contains no substantial allegations.

28.    As to the allegations contained in Paragraph 28, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

29.    As to the allegations contained in Paragraph 29, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

30.     As to the allegations contained in Paragraph 30, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

31.     As to the allegations contained in Paragraph 31, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

32.     As to the allegations contained in Paragraph 32, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

33.     As to the allegations contained in Paragraph 33, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

34.     As to the allegations contained in Paragraph 34, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

35.     As to the allegations contained in Paragraph 35, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.  In addition, Exhibit A to the Complaint speaks for itself.

36.     As to the allegations contained in Paragraph 36, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

37.     As to the allegations contained in Paragraph 37, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

38.     As to the allegations contained in Paragraph 38, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

39.     As to the allegations contained in Paragraph 39, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

40.     Dr. Rubin admits that he reviewed information supplied to him by the plaintiffs but denies that this information was the sole basis for his evaluation.  Exhibit B speaks for itself.  All other allegations contained in Paragraph 40 are denied.

41.     Paragraph 41 is admitted.

42.     As to the allegations contained in Paragraph 42, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

43.     Exhibit D speaks for itself.  All allegations that differ from the plain language of Exhibit D are denied.

44.     The allegations of Paragraph 44 are denied.

45.     The allegations of Paragraph 45 are denied.

46.     As to the allegations contained in Paragraph 46, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

47.     As to the allegations contained in Paragraph 47, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

48.     As to the allegations contained in Paragraph 48, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

49.     As to the allegations contained in Paragraph 49, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

50.     As to the allegations contained in Paragraph 50, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

51.     As to the allegations contained in Paragraph 51, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

52.     As to the allegations contained in Paragraph 52, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

53.     As to the allegations contained in Paragraph 53, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

54.     As to the allegations contained in Paragraph 54, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

55.     Exhibit E speaks for itself.  All allegations that differ from the plain language of Exhibit E are denied.

56.     Exhibit E speaks for itself.  All allegations that differ from the plain language of Exhibit E are denied.

57.     As to the allegations contained in Paragraph 57, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

58.     As to the allegations contained in Paragraph 58, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

59.     As to the allegations contained in Paragraph 59, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

60.     As to the allegations contained in Paragraph 60, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

61.      As to the allegations contained in Paragraph 61, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

62.      As to the allegations contained in Paragraph 62, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

63.      As to the allegations contained in Paragraph 63, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

64.      As to the allegations contained in Paragraph 64, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

65.      As to the allegations contained in Paragraph 65, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

66.      As to the allegations contained in Paragraph 66, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

67.     As to the allegations contained in Paragraph 67, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

68.     As to the allegations contained in Paragraph 68, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

69.     As to the allegations contained in Paragraph 69, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

70.     As to the allegations contained in Paragraph 70, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

71.     As to the allegations contained in Paragraph 71, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

72.     As to the allegations contained in Paragraph 72, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

73.     As to the allegations contained in Paragraph 73, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

74.     As to the allegations contained in Paragraph 74, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

75.     As to the allegations contained in Paragraph 75, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

76.     As to the allegations contained in Paragraph 76, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

77.     As to the allegations contained in Paragraph 77, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

78.     As to the allegations contained in Paragraph 78, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

79.    As to the allegations contained in Paragraph 79, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

80.    As to the allegations contained in Paragraph 80, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

81.    As to the allegations contained in Paragraph 81, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

82.    As to the allegations contained in Paragraph 82, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

83.    As to the allegations contained in Paragraph 83, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

84.    As to the allegations contained in Paragraph 84, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

85.     As to the allegations contained in Paragraph 85, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

86.     As to the allegations contained in Paragraph 86, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

87.     As to the allegations contained in Paragraph 87, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

88.     As to the allegations contained in Paragraph 88, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

89.     As to the allegations contained in Paragraph 89, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

90.     As to the allegations contained in Paragraph 90, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

91.    The allegations of Paragraph 91 are denied insofar as they are directed to Dr. Rubin. As to allegations directed to other defendants, Dr. Rubin denies having sufficient knowledge or understanding upon which to form a belief and therefore leaves the plaintiffs to their proof.

92.    The allegations of Paragraph 92 are denied insofar as they are directed to Dr. Rubin. As to allegations directed to other defendants, Dr. Rubin denies having sufficient knowledge or understanding upon which to form a belief and therefore leaves the plaintiffs to their proof.

93.    The allegations of Paragraph 93 are denied insofar as they are directed to Dr. Rubin. As to allegations directed to other defendants, Dr. Rubin denies having sufficient knowledge or understanding upon which to form a belief and therefore leaves the plaintiffs to their proof.

94.    The allegations of Paragraph 94 are denied insofar as they are directed to Dr. Rubin. As to allegations directed to other defendants, Dr. Rubin denies having sufficient knowledge or understanding upon which to form a belief and therefore leaves the plaintiffs to their proof.

95.    The allegations of Paragraph 95 are denied insofar as they are directed to Dr. Rubin. As to allegations directed to other defendants, Dr. Rubin denies having sufficient knowledge or understanding upon which to form a belief and therefore leaves the plaintiffs to their proof.

96.    The allegations of Paragraph 96 are denied insofar as they are directed to Dr. Rubin. As to allegations directed to other defendants, Dr. Rubin denies having sufficient knowledge or understanding upon which to form a belief and therefore leaves the plaintiffs to their proof.

97.     As to the allegations contained in Paragraph 97, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

98.     As to the allegations contained in Paragraph 98, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

99.     As to the allegations contained in Paragraph 99, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

100.    As to the allegations contained in Paragraph 100, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

101.    As to the allegations contained in Paragraph 101, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

102.    As to the allegations contained in Paragraph 102, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

103.    As to the allegations contained in Paragraph 103, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

104.    As to the allegations contained in Paragraph 104, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

105.    The allegations of Paragraph 105 are denied insofar as they are directed to Dr. Rubin.  As to allegations directed to other defendants, Dr. Rubin denies having sufficient knowledge or understanding upon which to form a belief and therefore leaves the plaintiffs to their proof.

106.    The allegations of Paragraph 106 are denied insofar as they are directed to Dr. Rubin.  As to allegations directed to other defendants, Dr. Rubin denies having sufficient knowledge or understanding upon which to form a belief and therefore leaves the plaintiffs to their proof.

107.    As to the allegations contained in Paragraph 107, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

108.    As to the allegations contained in Paragraph 108, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

109.    As to the allegations contained in Paragraph 109, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

110.    As to the allegations contained in Paragraph 110, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

111.    As to the allegations contained in Paragraph 111, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

112.    As to the allegations contained in Paragraph 112, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

113.    As to the allegations contained in Paragraph 113, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

114.    As to the allegations contained in Paragraph 114, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

115.    As to the allegations contained in Paragraph 115, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

116.    As to the allegations contained in Paragraph 116, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

117.    As to the allegations contained in Paragraph 117, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

118.    As to the allegations contained in Paragraph 118, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

119.    As to the allegations contained in Paragraph 119, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

120.    As to the allegations contained in Paragraph 120, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

121.    As to the allegations contained in Paragraph 121, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

122.    As to the allegations contained in Paragraph 122, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

123.    As to the allegations contained in Paragraph 123, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

124.    As to the allegations contained in Paragraph 124, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

125.    As to the allegations contained in Paragraph 125, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

126.    As to the allegations contained in Paragraph 126, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

127.    As to the allegations contained in Paragraph 127, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

128.    As to the allegations contained in Paragraph 128, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

129.    As to the allegations contained in Paragraph 129, the defendant, Dr. Rubin, denies having sufficient knowledge or information upon which to form a belief and therefore leaves the plaintiffs to their proof.

## COUNT I

The defendant, Dr. Rubin, does not plead to these counts as they are not addressed to him.

## COUNT II

136.    The defendant's responses to Paragraphs 1 through 135 of the Complaint are hereby incorporated by referenced and made defendants responses to Paragraphs 1 through 135 of Count II as if fully set forth herein.

137.    The allegations of Paragraph 137 are denied insofar as they are directed to Dr. Rubin.  As to allegations directed to other defendants, Dr. Rubin denies having sufficient knowledge or understanding upon which to form a belief and therefore leaves the plaintiffs to their proof.

138.    The allegations of Paragraph 138 are denied.

**COUNT III**

139.    The defendant's responses to Paragraphs 1 through 138 of the Complaint are hereby incorporated by reference and made defendant's responses to Paragraph 1 through 139 of Count III as if fully set forth herein.

140.    The allegations of Paragraph 140 are denied insofar as they are directed to Dr. Rubin.  As to allegations directed to other defendants, Dr. Rubin denies having sufficient knowledge or understanding upon which to form a belief and therefore leaves the plaintiffs to their proof.

141.    The allegations of Paragraph 141 are denied insofar as they are directed to Dr. Rubin.  As to allegations directed to other defendants, Dr. Rubin denies having sufficient knowledge or understanding upon which to form a belief and therefore leaves the plaintiffs to their proof.

142.    The allegations of Paragraph 142 are denied insofar as they are directed to Dr. Rubin.  As to allegations directed to other defendants, Dr. Rubin denies having sufficient knowledge or understanding upon which to form a belief and therefore leaves the plaintiffs to their proof.

**COUNTS IV, V, VI, VII, VIII (captioned as a second Count VII) and IX**

The defendant, Dr. Rubin, does not plead to these counts as they are not addressed to him.

## **AFFIRMATIVE DEFENSE**

1.     The plaintiffs' claims against Dr. Rubin are barred by the applicable statute of

limitations.

DEFENDANT,
L. ROBERT RUBIN, M.D.


By:_____
          KATHERINE C. CALLAHAN, ESQ.
          Federal Bar Number ct06126
          Updike, Kelly & Spellacy, P.C.
          One State Street
          P.O. Box 231277
          Hartford, CT 06123-1277
          Tel.:     860-548-2600
          Fax:     860-548-2680
          Email:   kccallahan@uks.com

## **CERTIFICATION**

I hereby certify that a true copy of the foregoing Answer of L. Robert Rubin, M.D. was

served this 6th day of February, 2004, by first class United States mail, to the following counsel of

record:

Deborah G. Stevenson, Esq.                    Thomas R. Gerarde, Esq.
226 East Flag Swap Road                       Howd & Ludorf
Southbury, CT  06488                          65 Wethersfield Avenue
                                              Hartford, CT  06114-1190


Alan C. Milstein, Esq.                        Richard A. O'Connor, Esq.
Derek T. Braslow, Esq.                        Sachner & O'Connor, Esq.
4300 Haddonfield Road                         Crossroad West
Suite 311                                     765 Straits Turnpike
Pennsauken, NJ  08109                         P.O. Box 1323
                                              Middlebury, CT  06762-1323


Jack V. Genovese, II, Esq.
Royce L. Vehslage, Esq.
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT  06067-4053


By:_____
     KATHERINE C. CALLAHAN, ESQ.
     Updike, Kelly & Spellacy, P.C.

DEBORAH G STEVENSON ESQ
226 E FLAG SWAP RD
SOUTHBURY CT 06488

THOMAS R GERARDE ESQ
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD CT 06114-1190

ALAN C MILSTEIN ESQ
DEREK T BRASLOW ESQ
4300 HADDONFIELD RD STE 311
PENNSAUKEN NJ 08109

RICHARD A O'CONNOR ESQ
SACHNER & O'CONNOR ESQ
CROSSROAD WEST
765 STRAITS TPKE
PO BOX 1323
MIDDLEBURY CT 06762-1323

JACK V GENOVESE II ESQ
ROYCE L VEHSLAGE ESQ
GENOVESE, VEHSLAGE & LAROSE
500 ENTERPRISE DR
ROCKY HILL CT 06067-4053