UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Mathew and Cindy Myslow, as parents and natural guardian of minor plaintiff Travis Myslow | : : : : | |
| Plaintiffs, | : : | NO.   3:03cv0496 (MRK) |
| v. | : : : | |
| New Milford School District, et al | : : | |
| Defendants. | : | |

## ORDER

Defendant Diana Badillo-Martinez's Motion to Strike [doc. #67] is DENIED. The description of Dr. Badillo-Martinez's evaluation as "inappropriate" does not meet the standard of "redundant, immaterial, impertinent, or scandalous matter" necessary for striking under Rule 12(f), and Defendant has demonstrated no prejudice which would result from leaving the language in the Complaint. The Court accordingly sees no reason to strike Plaintiff's language.

IT IS SO ORDERED.

/s/       Mark R. Kravitz
             U.S.D.J.

Dated at New Haven, Connecticut: April 27, 2004.