UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT *FILED*

| | |
|---|---|
| MATHEW AND CINDY MYSLOW, ET AL : | *Jun 7 2 19 PM '04* |
| : | *U. S. DISTRICT COURT* |
| v. : | *NEW HAVEN CONN* |
| : | NO.: 3:03CV00496(MRK) |
| NEW MILFORD SCHOOL DISTRICT, : | |
| ET AL : | JUNE 2, 2004 |
| : | |
| Defendants : | |

## MOTION TO EXTEND DEADLINES IN SCHEDULING ORDER

The plaintiffs hereby request, pursuant to Local Rule 7(b), an extension of time of 180

days of the discovery deadlines approved by this Court in the parties' 26(f) Report in the above

matter.  In support of this motion the undersigned states:

1.      On or about March 19, 2003, the Complaint in this matter was filed.

2.      In or about July 2003, the parties jointly agreed and submitted a 26(f) Report

which contained the following deadlines:

A.      The discovery will be completed by January 15, 2005.

B.      The parties anticipate that the plaintiffs will require a total of 5 depositions of fact
witnesses and that defendant will require a total of 5 depositions per party of fact
witnesses.  The depositions will commence by November 1, 2003 and be
completed by July 1, 2004.

C.      Plaintiff intends to call expert witnesses at trial.  Plaintiff will designate all trial
experts and provide opposing counsel with reports from retained experts pursuant
to Fed. R. Civ. P. 26(a)(2) by July 1, 2004.  Depositions of such experts will be
completed by October 15, 2004.

D.      Defendants intend to call expert witnesses at trial. Defendants will designate all
trial experts and provide opposing counsel with reports from retained experts
pursuant to Fed. R. Civ. P. 26(a)(2) by November 15, 2004.  Depositions of such
experts will be completed by January 15, 2005.

E.      An economic damage analysis, if any, will be provided by any party who has a
claim for such damages by July 1, 2004.

F.      Dispositive Motions will be filed on or before March 1, 2005.

G.      The Joint Trial Memorandum required by the Standing Order on Trial
        Memoranda in Civil Cases will be filed by April 1, 2005 or within 30 days of a
        decision on the dispositive motions, whichever is earlier.

H.      The case will be ready for trial by May 1, 2005 or sixty days after a ruling on the
        dispositive motions, whichever is earlier.

3.      Thereafter, the Honorable Christopher F. Droney, U.S.D.J. approved the 26(f)
report.

4.      In July and August 2003, certain defendants filed motions to dismiss plaintiffs'
Complaint for lack of jurisdiction.

5.      In or about October 2003, this Court heard oral argument regarding defendants'
motions to dismiss.

6.      Thereafter, on October 31, 2003, plaintiffs filed an Amended Complaint.

7.      In November 2003, certain defendants filed a Motion for a More Definite
Statement.

8.      On December 2, 2003, this Court issued an Order granting defendants' motions
for a more definite statement and directing plaintiffs to specifically address certain ambiguous
allegations in the Amended Complaint.

9.      On December 22, 2003, plaintiffs filed a Second Amended Complaint.

10.     Thereafter, certain defendants filed Motions to Dismiss and Motions for a More
Definite Statement.

11.     On January 30, 2004, this Court issued an Order denying defendants' Motions to
Dismiss and finding that the Second Amended Complaint was sufficiently specific.

12.     In February 2004, certain defendants filed answers to plaintiffs' Second Amended
Complaint.

2

13. As of June 1, 2004, plaintiffs have served written discovery on the defendants and have answered written discovery.

14. No depositions have been scheduled yet.

15. Under the current discovery schedule, plaintiffs' expert reports are due July 1, 2004.

16. Despite the diligence of the plaintiffs, this July 1, 2004 deadline cannot be met.

17. Significant additional time is necessary to obtain relevant documents, answers to discovery and conduct depositions.

18. All opposing counsel have consented to the instant motion.

19. This is the first request for an extension of time by any of the parties.

20. In light of the fact that plaintiffs filed their Second Amended Complaint in December 2003 and defendant have answered the Complaint in January and February 2004, plaintiffs respectfully request this Court to issue an Order extending all of the deadlines in the previously submitted and approved 26(f) Report by 180 days.

**WHEREFORE**, plaintiffs respectfully request that this Motion be granted.

SHERMAN, SILVERSTEIN, KOHL,
ROSE & PODOLSKY

By: _____
Derek T. Braslow
4300 Haddonfield Rd.
Suite 311
Pennsauken, NJ 08109
Telephone: (856) 662-0700
FAX: (856) 488-4744 (Fax)
e-mail: dbraslow@sskrplaw.com

3

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. Mail, to the

following counsel of record this 2nd day of June 2004.

Thomas R. Gerarde, Esquire
**Howd & Ludorf**
65 Wethersfield Avenue
Hartford, CT  06114-1190
Attorney for Defendants:
**New Milford School District, New Milford**
**Board of Education, Raymond Avery,**
**JeanAnn Paddyfote, Thomas Mulvihill,**
**Paula Kelleher, Denis Dolan, Josephine**
**Rositano, Jean Malcolm, Adele Johnson,**
**Deborah Shelley, Robyn Vikland.**

Katherine C. Callahan, Esquire
**Updike Kelly & Spellacy, P.C.**
One State Street
P.O. Box 231277
Hartford, CT  06123-1277
Attorney for Defendant:
**Robert Rubin, M.D.**

Richard A. O'Connor, Esquire
Christine Robinson, Esquire
**Sachner & O'Connor**
The Crossroads West
765 Straits Turnpike
Building 2 - Suite1001
Middlebury, CT  06762-1323
Telephone:  (203) 598-7585
Attorney for Defendants:
**Anna Alshansky, M.D.**
**Martin Kreminitzer, M.D.**

Royce L. Vehslage, Esquire
**Genovese Vehslage & Chapman**
500 Enterprise Drive
Rocky Hill, CT  06067
Telephone:  (860) 513-3760
Attorney for Defendant:
**Diana Badillo-Martinez, PhD.**

Jeffrey A. Blueweiss
**Bai, Pollock, Blueweiss & Mulcahey**
10 Middle Street
Bridgeport, CT  06604
Telephone:  (203) 366-7991
Attorney for Defendant:
**Terry Neu, Ph.D.**

**SHERMAN, SILVERSTEIN, KOHL,**
**ROSE & PODOLSKY**

By: _____
Derek T. Braslow
**4300 Haddonfield Rd.-Suite 311**
**Pennsauken, NJ 08109**
**Telephone:  (856) 662-0700**
**FAX:  (856) 488-4744 (Fax)**
**e-mail:  dbraslow@sskrplaw.com**

4