UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MATHEW AND CINDY MYSLOW, ET AL | : | NO.: 3:03CV00496 (MRK) |
| | : | |
| v. | : | |
| | : | |
| NEW MILFORD SCHOOL DISTRICT, ET AL | : | JUNE 10. 2004 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 33(b), the defendants, the New Milford School District, New Milford Board of Education, Raymond Avery, JeanAnn Paddyfote, Thomas Mulvihill, Paula Kelleher, Denis Dolan, Jean Malcolm, Josephine Rositano, Adele Johnson, Deborah Shelley, and Robyn Vikland, hereby move the Court for an enlargement of time of thirty (30) days, up to and including August 1, 2004, in which to answer, object or otherwise respond to plaintiff's First Set of Interrogatories and Request for Production of Documents dated June 2, 2004. There are two (2) municipal defendants and ten (10) individual defendants, and the requested additional time will be necessary to coordinate the information required to prepare an appropriate response.

The undersigned has contacted Attorney Derek T. Braslow, counsel for the plaintiff, and has been advised that the plaintiff has no objection to the granting of this

ORAL ARGUMENT IS NOT REQUESTED

motion.  The defendants have not sought any prior enlargements of time to respond to this discovery request.

    WHEREFORE, the defendants requests that their Motion for Enlargement of Time up to and including August 1, 2004, be granted.

                                        DEFENDANTS,
                                        NEW MILFORD SCHOOL DISTRICT,
                                        NEW MILFORD BOARD OF EDUCATION,
                                        RAYMOND AVERY, JEANANN
                                        PADDYFOTE, THOMAS MULVIHILL,
                                        PAULA KELLEHER, DENIS DOLAN,
                                        JEAN MALCOLM, JOSEPHINE
                                        ROSITANO, ADELE JOHNSON,
                                        DEBORAH SHELLEY, and ROBYN
                                        VIKLAND


                                        By/s/Alexandria L. Voccio
                                            Alexandria L. Voccio
                                            ct21792
                                            Howd & Ludorf
                                            65 Wethersfield Avenue
                                            Hartford, CT  06114
                                            (860) 249-1361
                                            (860) 249-7665 (Fax)
                                            E-Mail:  avoccio@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 10th day of June, 2004.

| | |
|---|---|
| Deborah G. Stevenson, Esquire<br>226 East Flag Swamp Road<br>Southbury, CT  06488 | Alan C. Milstein, Esquire<br>Derek T. Braslow, Esquire<br>4300 Haddonfield Road, Suite 311<br>Pennsauken, NJ  08109 |
| Richard A. O'Connor, Esquire<br>Christine A. Robinson, Esquire<br>Sachner & O'Conner<br>The Crossroads West<br>765 Straits Turnpike, Bldg 2, Ste, 1001<br>Middlebury, CT  06762-1323 | Royce L. Vehslage, Esquire<br>Jack V. Genovese, II, Esquire<br>Genovese, Vehslage & Chapman<br>500 Enterprise Drive<br>Rocky Hill, CT  06067 |
| Katherine C. Callahan, Esquire<br>Updike, Kelly & Spellacy, P.C.<br>One State Street<br>P.O. Box 231277<br>Hartford, CT  06123-1277 | Jeffrey Blueweiss, Esquire<br>Lewis S. Lerman, Esquire<br>Bai, Pollock, Blueweiss & Mulahey<br>10 Middle Street<br>Bridgeport, CT  06604 |

      /s/Alexandria L. Voccio
      Alexandria L. Voccio