# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MATHEW AND CINDY MYSLOW, as Parents and natural guardian of minor Plaintiff TRAVIS MYSLOW | ) ) ) ) | CIVIL ACTION CASE NO. 3:03-CV-00496 (MRK) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| NEW MILFORD SCHOOL DISTRICT, et al. Defendants. | ) ) | JUNE 23, 2004 |

### APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for the defendant, L. Robert Rubin, M.D.

        Respectfully submitted,
        DEFENDANT,
        L. ROBERT RUBIN, M.D.

        By: _____
        AMY LEETE VAN DYKE, ESQ.
        Federal Bar Number ct231810
        UPDIKE, KELLY & SPELLACY, P.C.
        One State Street, P. O. Box 231277
        Hartford, CT  06123-1277
        Telephone:   (860) 548-2600

366636

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing Appearance was mailed, first class, postage prepaid, this 23rd day of June 2004, to all pro se parties and counsel of record as follows:

Deborah G. Stevenson, Esq.
226 East Flag Swap Road
Southbury, CT 06488

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Alan C. Milstein, Esq.
Derek T. Braslow, Esq.
4300 Haddonfield Road
Suite 311
Pennsauken, NJ 08109

Richard A. O'Connor, Esq.
Sachner & O'Connor, Esq.
Crossroad West
765 Straits Turnpike
P.O. Box 1323
Middlebury, CT 06762-1323

Jack V. Genovese, II, Esq.
Royce L. Vehslage, Esq.
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067-4053

By: _____
AMY LEETE VAN DYKE, ESQ.

2

366636