

FILED
Jun 30  2 20 PM '04
U.S. DISTRICT COURT
HAVEN, CONN

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MATTHEW and CINDY MYSLOW, as Parents and natural guardians of minor Plaintiff TRAVIS MYSLOW, : : : | CIVIL NO.: 3:03CV00496 (MRK) |
| Plaintiffs, : | |
| V. : | |
| NEW MILFORD SCHOOL DISTRICT, NEW MILFORD BOARD OF EDUCATION, RAYMOND AVERY, JEANANN PADDYFOTE, THOMAS MULVIHILL, PAULA KELLEHER, DENIS DOLAN, JEAN MALCOLM, JOSEPHINE ROSITANO, ADELE JOHNSON, DEBORAH SHELLEY, ROBYN VIKLAND, L. ROBERT RUBIN, M.D., ANNA ALSHANSKY, M.D., MARTIN KREMINIJTZER, M.D., DIANA BADILLO-MARTINEZ, PH.D and TERRY NEU, PH.D. : : : : : : : : : : : | |
| Defendants. : | JUNE 29, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b)(1) of the Local Rules of Civil Procedure for the District of Connecticut, the defendant, Terry W. Neu, Ph.D., hereby request that the Court grant an extension of time of thirty (30) days from June 29, 2004 to and including July 29, 2004 in which to respond to the plaintiffs' First Set of Interrogatories and Requests for Production.

1

The defendant requests an extension of time to respond to the plaintiffs' First Set of Interrogatories and Requests for Production because the undersigned counsel needs more time to confer with his client and obtain further information in order to properly respond to the discovery requests.

This is the first motion to extend this time limitation. Counsel for the plaintiffs has no objection to the granting of this motion.

THE DEFENDANT
TERRY NEU, PH.D.

_____
LEWIS S. LERMAN
BAI, POLLOCK, BLUEWEISS &
MULCAHEY, P.C.
10 MIDDLE STREET
BRIDGEPORT, CONNECTICUT 06604
(203) 366-7991
FEDERAL BAR NO. ct05500

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. Mail, postage pre-paid, this 29th day of June, 2004 to:

Thomas W. Edgington, Esquire
Katherine C. Callahan, Esquire
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT 06123

Deborah G. Stevenson, Esquire
226 East Flag Swap Road
Southbury, CT 06488

Alan C. Milstein, Esquire
Derek T. Braslow, Esquire
4300 Haddonfield Rd., Suite 311
Pennsauken, NJ 08109

Jack V. Genovese, II, Esquire
Royce L. Vehslage, Esquire
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067-4053

Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Richard A. O'Connor, Esquire
Sachner & O'Connor
Crossroad West
P.O. Box 1323
Middlebury, CT 06762-1323

LEWIS S. LERMAN