

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MATHEW AND CINDY MYSLOW, as Parents and Natural Guardians of Minor Plaintiff TRAVIS MYSLOW,<br>Plaintiffs, | CIVIL ACTION NO.<br>3:03CV00496 (MRK) |
| v. | |
| NEW MILFORD SCHOOL DISTRICT, et al.,<br>Defendants. | JUNE 29, 2004 |

### DEFENDANT L. ROBERT RUBIN, M.D.'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to the Federal Rules of Civil Procedure 6(b) and Local Rule 7(b), the defendant, I. Robert Rubin, M.D., respectfully moves for an extension of time of thirty (30) days, up to and including July 27, 2004, to file its objections and/or responses to plaintiff's First Set of Interrogatories and Requests for Production dated May 27, 2004.

This is the defendant's first request for an extension of time regarding discovery. Plaintiff's counsel has been notified of the defendant's intention to file this Motion for Enlargement of Time and will not oppose it. The undersigned certifies that this case has not been assigned for trial.

367079
58470.17

**WHEREFORE**, the defendant, L. Robert Rubin, M.D., requests that its Motion for Enlargement of Time of thirty (30) days be granted.

> Respectfully submitted,
> DEFENDANT
> L. ROBERT RUBIN, M.D.
>
> By: _____
> KATHERINE C. CALLAHAN, ESQ.
> Federal Bar Number ct06126
> Updike, Kelly & Spellacy, P.C.
> One State Street
> P.O. Box 231277
> Hartford, CT 06123-1277
> Tel.:    860-548-2600
> Fax:    860-548-2680
> Email:   kccallahan@uks.com

## ORDER

The foregoing Request having been heard, it is hereby ordered:

GRANTED / DENIED

                                        BY THE COURT:


                                        _____
                                        JUDGE/CLERK

367079                                   3

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed in the United States mail, First Class, postage prepaid this 30th day of June, 2004, to the following:

Deborah G. Stevenson, Esq.
226 East Flag Swap Road
Southbury, CT 06488

Alan C. Milstein, Esq.
Derek T. Braslow, Esq.
4300 Haddonfield Road
Suite 311
Pennsauken, NJ 08109

Jack V. Genovese, II, Esq.
Royce L. Vehslage, Esq.
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067-4053

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Richard A. O'Connor, Esq.
Sachner & O'Connor, Esq.
Crossroad West
765 Straits Turnpike
P.O. Box 1323
Middlebury, CT 06762-1323

By: _____
KATHERINE C. CALLAHAN, ESQ.
UPDIKE, KELLY & SPELLACY, P.C.

367079                                4