FILED

JUL 6  2 16 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MATTHEW MYSLOW, ET AL.<br>Plaintiff | CASE NUMBER:<br>303CV00496MRK |
| vs. | |
| DIANA BADILLO-MARTINEZ<br>Defendant. | June 28, 2004 |

## APPEARANCE

TO THE CLERK of this Court and all parties of record:

Please enter my appearance as Counsel in this case on behalf of defendant DIANA BADILLO-MARTINEZ, only.

By: _____
Cynthia DeMatteis Cartier
Federal Bar #: 20618
GENOVESE, VEHSLAGE & CHAPMAN
500 Enterprise Drive
Rocky Hill, CT 06067
(860) 513-3760

Date:   June 28, 2004

## CERTIFICATION

This is to certify that a copy of the foregoing was, this 28th day of June, 2004, to the following counsel of record and pro se parties:

Attorneys for Plaintiffs, Matthew and Cindy Myslow ppa
Travis Myslow
Deborah G. Stevenson
226 East Flag Swamp Road
Southbury, CT 06488

Attorneys for Plaintiffs, Matthew and Cindy Myslow
Alan C. Milstein
Sherman, Silverstein, Kohl, Rose & Podolsky, P.C.
4300 Haddonfield Road
Suite 311
Pennsauken, NJ 08109

Attorneys for Plaintiffs, Matthew and Cindy Myslow
Derek T. Braslow
Sherman, Silverstein, Kohl, Rose & Podolsky, P.C.
4300 Haddonfield Road
Suite 311
Pennsauken, NJ 08109

Attorneys for Co-Defendants, New Milford School District, New Milford Board of Education
Thomas R. Gerarde, Alexandria L. Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Attorneys for Codefendants, Avery, Paddyfote, Mulvihill, Kelleher, Dolan, Malcolm, Rositano, Johnson, Shelley, Vikland
Thomas R. Gerarde
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Attorneys for Co-Defendant, L. Robert Rubin, MD
Katherine C. Callahan
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT  06123-1277

Attorneys for Co-Defendants, Anna Alshansky, MD, Martin Kreminitzer, MD
Richard A. O'Connor, Christine A. Robinson, Esq.
Sachner & O'Connor
The Crossroads West
765 Straits Turnpike, Bldg.2, Ste. 1001
Middlebury, CT  06762-1323

Attorneys for Co-Defendant, Terry Neu, Ph.D.
Lewis S. Lerman
Bai, Pollock, Blueweiss & Mulcahey
10 Middle Street
Bridgeport, CT  06604

_____
Cynthia DeMatteis Cartier