UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Mathew and Cindy Myslow, as parents and natural guardian of minor plaintiff Travis Myslow | : : : : | |
| Plaintiffs, | : : | NO.   3:03cv0496 (MRK) |
| v. | : : | |
| New Milford School District, et al | : : | |
| Defendants. | : | |

## ORDER

The Motion For Extension Of Time [doc. # 83], dated June 29, 2004 is GRANTED. Defendant Terry W. Neu, Ph.D. shall respond to Plaintiffs' First Set of Interrogatories and Requests for Production on or before **July 29, 2004**.

Defendant L. Robert Rubin, M.D.'s Motion For Enlargement Of Time To Respond To Plaintiff's Interrogatories And Requests For Production Of Documents [doc. # 84], dated June 29, 2004 is GRANTED. Defendant L. Robert Rubin, M.D. shall respond to Plaintiff's First Set of Interrogatories and Requests For Production on or before **July 27, 2004**.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: July 9, 2004.