UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MATHEW AND CINDY MYSLOW, as Parents and Natural Guardians of Minor Plaintiff TRAVIS MYSLOW,<br>　　Plaintiffs, | CIVIL ACTION NO.<br><br>3:03CV00496 (MRK) |
| v. | |
| NEW MILFORD SCHOOL DISTRICT, et al.,<br>　　Defendants. | JULY 23, 2004 |

### DEFENDANT L. ROBERT RUBIN, M.D.'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to the Federal Rules of Civil Procedure 6(b) and Local Rule 9(b), the defendant, I. Robert Rubin, M.D., respectfully moves for an extension of time of thirty (30) days, up to and including August 27, 2004, to respond and/or object to plaintiff's First Set of Interrogatories and Requests for Production dated May 27, 2004.

The defendants moves for this extension on the grounds that additional time is needed to gather the necessary information to formulate a proper response. This is the defendant's second request for an extension of time regarding discovery. Plaintiff's counsel has been notified of the defendant's

369210

intention to file this Motion for Enlargement of Time and will not oppose it. This matter has been assigned a trial ready date of June 15, 2005.

**WHEREFORE**, the defendant, L. Robert Rubin, M.D., requests that his Motion for Enlargement of Time of thirty (30) days be granted.

        Respectfully submitted,
        DEFENDANT
        L. ROBERT RUBIN, M.D.

By: _____
    AMY LEETE VAN DYKE, ESQ.
    Federal Bar Number ct231810
    UPDIKE, KELLY & SPELLACY, P.C.
    One State Street, P. O. Box 231277
    Hartford, CT 06123-1277
    Tel:   (860) 548-2600
    Fax:  (860) 548-2680
    Email: avandyke@uks.com

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed in the United States mail, First Class, postage prepaid this 23rd day of July, 2004, to the following:

| | |
|---|---|
| Deborah G. Stevenson, Esq.<br>226 East Flag Swap Road<br>Southbury, CT  06488 | Thomas R. Gerarde, Esq.<br>Howd & Ludorf<br>65 Wethersfield Avenue<br>Hartford, CT  06114-1190 |
| Alan C. Milstein, Esq.<br>Derek T. Braslow, Esq.<br>4300 Haddonfield Road<br>Suite 311<br>Pennsauken, NJ  08109 | Richard A. O'Connor, Esq.<br>Sachner & O'Connor, Esq.<br>Crossroad West<br>765 Straits Turnpike<br>P.O. Box 1323<br>Middlebury, CT  06762-1323 |
| Jack V. Genovese, II, Esq.<br>Royce L. Vehslage, Esq.<br>Genovese, Vehslage & LaRose<br>500 Enterprise Drive<br>Rocky Hill, CT  06067-4053 | |

By: _____
AMY LEETE VAN DYKE, ESQ.
UPDIKE, KELLY & SPELLACY, P.C.