## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MATHEW AND CINDY MYSLOW, as ) | CIVIL ACTION |
| Parents and natural guardian of minor ) | CASE NO. 3:03-CV-00496 (MRK) |
| Plaintiff TRAVIS MYSLOW ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| NEW MILFORD SCHOOL DISTRICT, et al. ) | |
| Defendants. ) | JULY 27, 2004 |

### APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the defendant, L. Robert Rubin, M.D.

Respectfully submitted,
DEFENDANT,
L. ROBERT RUBIN, M.D.

By: _____
BENJAMIN J. BERGER, ESQ.
Federal Bar Number ct 25555
UPDIKE, KELLY & SPELLACY, P.C.
One State Street, P. O. Box 231277
Hartford, CT 06123-1277
Tel.:    (860) 548-2600
Fax:    (860) 548-2680
Email:  bberger@uks.com

366636

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing Appearance was mailed, first class, postage prepaid, this 27th day of July, 2004, to all pro se parties and counsel of record as follows:

Deborah G. Stevenson, Esq.
226 East Flag Swap Road
Southbury, CT 06488

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Alan C. Milstein, Esq.
Derek T. Braslow, Esq.
4300 Haddonfield Road
Suite 311
Pennsauken, NJ 08109

Richard A. O'Connor, Esq.
Sachner & O'Connor, Esq.
Crossroad West
765 Straits Turnpike
P.O. Box 1323
Middlebury, CT 06762-1323

Cynthia DeMatteis Cartier, Esq.
Jack V. Genovese, II, Esq.
Royce L. Vehslage, Esq.
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067-4053

By: _____
BENJAMIN J. BERGER, ESQ.

366636