UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MATTHEW MYSLOW, ET AL.
   Plaintiff

vs.

NEW MILFORD SCHOOL DISTRICT, ET AL.
   Defendant.

CASE NUMBER:
303CV00496MRK

October 19, 2004

FILED 2004 OCT 21 P 2: 21
U.S. DISTRICT COURT
NEW HAVEN, CT

## MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves the Court to allow him to withdraw his Appearance that was filed on behalf of Defendant Diana Badillo-Martinez in this action on May 5, 2003. In support hereof, the undersigned represents:

1. That he filed his appearance on behalf of Defendant Diana Badillo-Martinez on May 5, 2003.

2. As of October 30, 2004, the undersigned will no longer be employed with said law firm and therefore will not be able to continue to represent this defendant.

3. Attorney Royce Vehslage of said firm has also filed his appearance on behalf of this defendant on May 5, 2003 and he has and will continue to represent Defendant Diana Badillo-Martinez.

4. The party that I have represented in this matter has received notice of my

intention to withdraw my appearance.

Based upon the foregoing, the undersigned hereby moves the Court to grant this Motion and allow the undersigned to withdraw his Appearance herein.

By: _____
Jack V. Genovese II
Federal Bar #: 00573
GENOVESE, VEHSLAGE & CHAPMAN
500 Enterprise Drive
Rocky Hill, CT 06067
(860) 513-3760

Date: 10/19/2004

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 19th day of October, 2004, to the following counsel of record and pro se parties:

Attorneys for Plaintiffs, Matthew and Cindy Myslow ppa
Travis Myslow
Attorney Deborah G. Stevenson
226 East Flag Swamp Road
Southbury, CT 06488

Attorneys for Plaintiffs, Matthew and Cindy Myslow
Alan C. Milstein, Esq.
Sherman, Silverstein, Kohl, Rose & Podolsky, P.C.
4300 Haddonfield Road
Suite 311
Pennsauken, NJ 08109

Attorneys for Plaintiffs, Matthew and Cindy Myslow
Derek T. Braslow, Esq.
Sherman, Silverstein, Kohl, Rose & Podolsky, P.C.
4300 Haddonfield Road
Suite 311
Pennsauken, NJ 08109

Attorneys for Co-Defendants, New Milford School District,
New Milford Board of Education
Thomas R. Gerarde, Alexandria L. Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Attorneys for Codefendants, Avery, Paddyfote, Mulvihill,
Kelleher, Dolan, Malcolm, Rositano, Johnson, Shelley,
Vikland
Thomas R. Gerarde, Esq.
Howd & Ludorf

65 Wethersfield Avenue
Hartford, CT 06114-1190

Attorneys for Co-Defendant, L. Robert Rubin, MD
Katherine C. Callahan, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Attorneys for Co-Defendants, Anna Alshansky, MD, Martin Kreminitzer, MD
Richard A. O'Connor, Christine A. Robinson, Esq.
Sachner & O'Connor
The Crossroads West
765 Straits Turnpike, Bldg.2, Ste. 1001
Middlebury, CT 06762-1323

Attorneys for Co-Defendant, Terry Neu, Ph.D.
Lewis S. Lerman, Esq.
Bai, Pollock, Blueweiss & Mulcahey
10 Middle Street
Bridgeport, CT 06604


Diana Badillo-Martinez, PhD.
304 Federal Road
Suite 204
Brookfield, CT 06804

_____
Jack V. Genovese II