UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MATHEW AND CINDY MYSLOW, as    :
Parents and Natural Guardian of Minor   :
Plaintiff TRAVIS MYSLOW          :    NO.:  3:03CV00496 (CFD)

v.                                :

NEW MILFORD SCHOOL DISTRICT, et al :    OCTOBER 25, 2004

## APPEARANCE

Please enter the appearance of Melinda A. Powell, as attorney for the

defendants, the New Milford School District, New Milford Board of Education,

Raymond Avery, JeanAnn Paddyfote, Thomas Mulvihill, Paula Kelleher, Denis Dolan,

Jean Malcolm, Josephine Rositano, Adele Johnson, Deborah Shelley, and Robyn

Vikland, in addition to the appearances already on file by this firm.

DEFENDANTS,
NEW MILFORD SCHOOL DISTRICT,
NEW MILFORD BOARD OF EDUCATION,
RAYMOND AVERY, JEANANN
PADDYFOTE, THOMAS MULVIHILL,
PAULA KELLEHER, DENIS DOLAN,
JEAN MALCOLM, JOSEPHINE
ROSITANO, ADELE JOHNSON,
DEBORAH SHELLEY, and ROBYN
VIKLAND


By_____
Melinda A. Powell
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
ct17049

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 25th day of October, 2004.

Deborah G. Stevenson, Esquire
226 East Flag Swamp Road
Southbury, CT  06488

Alan C. Milstein, Esquire
Derek T. Braslow, Esquire
4300 Haddonfield Road, Suite 311
Pennsauken, NJ  08109

Richard A. O'Connor, Esquire
Sachner & O'Conner
The Crossroads West
765 Straits Turnpike, Bldg 2, Ste, 1001
Middlebury, CT  06762-1323

Royce L. Vehslage, Esquire
Jack V. Genovese, II, Esquire
Genovese, Vehslage & Chapman
500 Enterprise Drive
Rocky Hill, CT  06067

Katherine C. Callahan, Esquire
Thomas W. Edgington, Esquire
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT  06123-1277

_Melinda A. Powell_
Melinda A. Powell

3