UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MATHEW AND CINDY MYSLOW              :
                                     :
         v.                          :   NO.: 3:03CV00496(MRK)
                                     :
NEW MILFORD SCHOOL DISTRICT,         :
ET AL                                :
                                     :
         Defendants                  :

## JOINT STATUS REPORT

(a)   Discovery is proceeding. Plaintiffs have provided initial expert reports to all counsel. We are in the process of setting up depositions for plaintiff's experts and defendants;

(b)   All parties are interested in referral of this case for settlement purposes to a United States Magistrate Judge;

(c)   The parties will not consent to a trial before a Magistrate Judge.; and

(d)   The estimated length of trial is 6-10 days.

By: _____
Derek T. Braslow
Sherman, Silverstein, Kohl, Rose & Podolsky
4300 Haddonfield Rd.
Suite 311
Pennsauken, NJ 08109
Telephone: (856) 662-0700
FAX: (856) 488-4744 (Fax)
e-mail: dbraslow@sskrplaw.com
Attorneys for plaintiffs

## CERTIFICATE OF SERVICE

I, Derek T. Braslow Esquire, hereby certify that a true and correct copy of the within Joint Status Report was served on the following via US First Class Mail:

Alexandria Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190
Attorney for Defendants:
New Milford School District, New Milford Board of Education, Raymond Avery, JeanAnn Paddyfote, Thomas Mulvihill, Paula Kelleher, Denis Dolan, Josephine Rositano, Jean Malcolm, Adele Johnson, Deborah Shelley, Robyn Vikland.

Katherine C. Callahan, Esquire
Updike Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277
Attorney for Defendant:
Robert Rubin, M.D.

Richard A. O'Connor, Esquire
Christine Robinson, Esquire
Sachner & O'Connor
The Crossroads West
765 Straits Turnpike
Building 2 - Suite1001
Middlebury, CT 06762-1323
Telephone: (203) 598-7585
Attorney for Defendants:
Anna Alshansky, M.D.
Martin Kreminitzer, M.D.

Royce L. Vehslage, Esquire
Genovese Vehslage & Chapman
500 Enterprise Drive
Rocky Hill, CT 06067
Telephone: (860) 513-3760
Attorney for Defendant:
Diana Badillo-Martinez, PhD.

Lou Larmon
Bai, Pollock, Blueweiss & Mulcahey
10 Middle Street
Bridgeport, CT 06604
Telephone: (203) 366-7991
Attorney for Defendant:
Terry Neu, Ph.D.

Date: November 10, 2004

Derek T. Braslow, Esquire