## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Mathew and Cindy Myslow, as parents and | : | |
| natural guardian of minor plaintiff | : | |
| Travis Myslow | : | |
| | : | |
| Plaintiffs, | : | NO.    3:03cv0496 (MRK) |
| | : | |
| v. | : | |
| | : | |
| New Milford School District, et al | : | |

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

_____    All purposes except trial, unless the parties consent to trial before the magistrate judge

_____    A ruling on all pretrial motions except dispositive motions

_____    To supervise discovery and resolve discovery disputes

_____    A ruling on the following motions which are currently pending: Doc. #
_____
_____

__X__    A settlement conference. **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

_____    A conference to discuss the following:
_____
_____

_____    Other:_____

SO ORDERED this 18th day of November, 2004 at New Haven, Connecticut.


/s/ _____Mark R. Kravitz_____
United States District Judge