UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
MATTHEW AND CINDY MYSLOW, as
Parents and natural guardian of
minor Plaintiff TRAVIS MYSLOW

    Plaintiff

VS.                              CIVIL ACTION NO.
                                 3:03CV00496 (MRK)

NEW MILFORD SCHOOL DISTRICT,
NEW MILFORD BOARD OF EDUCATION,
RAYMOND AVERY, JEANANN PADDYFOTE,
THOMAS MULVIHILL, PAULA KELLEHER,
DENIS DOLAN, JEAN MALCOLM,
JOSEPHINE ROSITANO, ADELE JOHNSON,
DEBORAH SHELLEY, ROBYN VIKLAND,
L. ROBERT RUBIN, M.D., ANNA
ALSHANSKY, M.D., MARTIN
KREMINIJTZER, M.D., DIANA BADILLO-
MARTINEZ, Ph.D, TERRY NEU, Ph.D.

    Defendants                    November 29, 2004
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**APPEARANCE**

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for **THE DEFENDANT, TERRY NEU, Ph.D.**

_11/29/04_                                     _[signature]_
Date                                                Signature

                                         JOSHUA A. YAHWAK
                                         BAI, POLLOCK, BLUEWEISS & MULCAHEY
                                         ONE CORPORATE DRIVE
                                         SHELTON, CONNECTICUT 06824
                                         (203) 925-8100
                                         #CT25138

**CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, via U.S. Mail, this 29th day of November, 2004, to:

Thomas W. Edgington, Esquire
Katherine C. Callahan, Esquire
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT  06123

Deborah G. Stevenson, Esquire
226 East Flag Swap Road
Southbury, CT  06488

Alan C. Milstein, Esquire
Derek T. Braslow, Esquire
4300 Haddonfield Rd., Suite 311
Pennsauken, NJ  08109

Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114-1190

Richard A. O'Connor, Esquire
Sachner & O'Connor
Crossroad West
P.O. Box 1323
Middlebury, CT  06762-1323

                              Joshua A. Yahwak
                              BAI, POLLOCK, BLUEWEISS & MULCAHEY
                              ONE CORPORATE DRIVE
                              SHELTON, CONNECTICUT  06484
                              (203) 925-8100
                              #ct25138