UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB 14 P 3: 18
U.S. DISTRICT COURT
NEW HAVEN, CT

APPEARANCE

CASE NUMBER: 3:03 CV 00496 (MRK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:  Diana Badillo-Martinez, PhD

| | |
|---|---|
| 2/11/05 <br> Date | _____ <br> Signature |
| 13100 <br> Connecticut Federal Bar Number | Brian Del Gatto <br> Print Clearly or Type Name |
| (203) 564-1900 <br> Telephone Number | Wilson Elser Moskowitz Edelman & Dicker, LLP <br> Address |
| (203) 564-1742 <br> Fax Number | One Stamford Plaza, 263 Tresser Blvd. |
| delgattob@wemed.com <br> E-mail address | Stamford, CT  06901 |

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See the attached.

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## CERTIFICATION

Alan C. Milstein, Esq.
Sherman, Silverstein, Kohl, Rose & Podolsky, PA
Fairway Corporate Center
4300 Haddonfield Rd, Suite 311
Pennsauken, NJ 08109
**Counsel for Plaintiffs Mathew Myslow and Cindy Myslow**

Deborah G. Stevenson, Esq,
226 E. Flag Swamp Rd.
Southbury, CT 06488
**Counsel for Plaintiffs Mathew Myslow and Cindy Myslow**

Alexandra L. Voccio, Esq.
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190
**Defense Counsel for:**
  **New Milford School District**
  **New Milford Board of Education**
  **Raymond Avery**
  **JeanAnn Paddyfote**
  **Thomas Mulvihill**
  **Paula Kelleher**
  **Denis Dolan**
  **Jean Malcolm**
  **Josephine Rositano**
  **Adele Johnson**
  **Deborah Shelley**
  **Robyn Vikland**

Benjamin J. Berger, Esq.
Katherine C. Callahan, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123
**Defense Counsel for L. Robert Rubin**

857110.1

Christine Anne Robinson, Esq.
Richard A. O'Connor, Esq.
Sachner & O'Connor
Crossroad West
765 Straits Turnpike
P.O. Box 1323
Middlebury, CT 06762-1323
**Defense Counsel for Anna Alshansky and Martin Kreminitzer**

Lewis S. Lerman, Esq.
Bai, Pollock, Blueweiss & Mulcahey
One Corporate Drive
Shelton, CT 06484
**Defense Counsel for Terry Neu**

Royce L. Vehslage
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067-4053
**Outgoing Defense Counsel for Diana Badillo-Martinez**

857110.1