# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
2005 FEB 14 P 3: 18
U.S. DISTRICT COURT
NEW HAVEN, CT

**APPEARANCE**

CASE NUMBER: 3:03 CV 00496 (MRK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:  Diana Badillo-Martinez, PhD

| | |
|---|---|
| 2/11/05 | *Stephen P. Brown* (signature) |
| Date | Signature |
| 19876 | Stephen P. Brown |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (203) 564-1900 | Wilson Elser Moskowitz Edelman & Dicker, LLP |
| Telephone Number | Address |
| (203) 564-1742 | One Stamford Plaza, 263 Tresser Blvd. |
| Fax Number | |
| browns@wemed.com | Stamford, CT  06901 |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See the attached.

*Stephen P. Brown* (signature)
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## CERTIFICATION

Alan C. Milstein, Esq.
Sherman, Silverstein, Kohl, Rose & Podolsky, PA
Fairway Corporate Center
4300 Haddonfield Rd, Suite 311
Pennsauken, NJ  08109
**Counsel for Plaintiffs Mathew Myslow and Cindy Myslow**

Deborah G. Stevenson, Esq,
226 E. Flag Swamp Rd.
Southbury, CT  06488
**Counsel for Plaintiffs Mathew Myslow and Cindy Myslow**

Alexandra L. Voccio, Esq.
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT  06114-1190
**Defense Counsel for:**
    **New Milford School District**
    **New Milford Board of Education**
    **Raymond Avery**
    **JeanAnn Paddyfote**
    **Thomas Mulvihill**
    **Paula Kelleher**
    **Denis Dolan**
    **Jean Malcolm**
    **Josephine Rositano**
    **Adele Johnson**
    **Deborah Shelley**
    **Robyn Vikland**

Benjamin J. Berger, Esq.
Katherine C. Callahan, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT  06123
**Defense Counsel for L. Robert Rubin**

857110.1

Christine Anne Robinson, Esq.
Richard A. O'Connor, Esq.
Sachner & O'Connor
Crossroad West
765 Straits Turnpike
P.O. Box 1323
Middlebury, CT 06762-1323
**Defense Counsel for Anna Alshansky and Martin Kreminitzer**

Lewis S. Lerman, Esq.
Bai, Pollock, Blueweiss & Mulcahey
One Corporate Drive
Shelton, CT 06484
**Defense Counsel for Terry Neu**

Royce L. Vehslage
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067-4053
**Outgoing Defense Counsel for Diana Badillo-Martinez**

857110.1