UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MATTHEW MYSLOW, ET AL. | : | |
|     Plaintiff | : | CASE NUMBER: |
| | : | 303CV00496MRK |
| vs. | : | |
| | : | |
| DIANA BADILLO-MARTINEZ | : | FEBRUARY 17, 2005 |
|     Defendant. | : | |

## MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves this Honorable Court to allow her to withdraw her Appearance, which was filed on behalf of the Defendant Diana Badillo-Martinez in this action on May 5, 2003. In support hereof, the undersigned represents:

1. That the firm which employs Attorney Cartier is a staff counsel firm for Fireman's Fund Insurance and Fireman's Fund recently announced that it will be closing the firm in which Attorney Cartier is employed, effective February 25, 2005.

2. As of February 25, 2005, the undersigned will no longer be employed with said law firm and therefore will not be able to continue to represent this defendant.

3. Attorney Stephen Brown and Attorney Brian Del Gatto of the firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 263 Tresser Boulevard, One Stamford Plaza, 9th Fl., Stamford, CT 06901 have filed their appearances on behalf of this defendant on February 11, 2005.

      4.      That Fireman's Fund Insurance continues to provide for the defense of this defendant by way of the firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP.

      5.      The party that I have represented in this matter has received notice of my intention to withdraw my appearance by way of both letter explaining the withdrawal, as well as, a copy of this motion. (See attached 'green card' evidencing the client's receipt of the motion via certified mail, pursuant to Local Rule 7 (e).)

Based upon the foregoing, the undersigned hereby moves this Honorable Court to grant this Motion and allow the undersigned to withdraw his Appearance herein.

By: _____
Cindy M. Cartier
Federal Bar #: 20618
VEHSLAGE, CHAPMAN & CARTIER
500 Enterprise Drive
Rocky Hill, CT 06067
(860) 513-3760

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage prepaid, this 17th day of February, 2005 to the following counsel of record and pro se parties:

      Attorneys for Plaintiffs, Matthew and Cindy Myslow ppa
Travis Myslow
Deborah G. Stevenson
226 East Flag Swamp Road
Southbury, CT  06488

      Attorneys for Plaintiffs, Matthew and Cindy Myslow
Alan C. Milstein
Sherman, Silverstein, Kohl, Rose & Podolsky, P.C.
4300 Haddonfield Road
Suite 311
Pennsauken, NJ  08109

      Attorneys for Plaintiffs, Matthew and Cindy Myslow
Derek T. Braslow
Sherman, Silverstein, Kohl, Rose & Podolsky, P.C.
4300 Haddonfield Road
Suite 311
Pennsauken, NJ  08109

      Attorneys for Co-Defendants, New Milford School District,
New Milford Board of Education
Thomas R. Gerarde, Alexandria L. Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114-1190

      Attorneys for Codefendants, Avery, Paddyfote, Mulvihill,
Kelleher, Dolan, Malcolm, Rositano, Johnson, Shelley,
Vikland
Thomas R. Gerarde
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114-1190

Attorneys for Co-Defendant, L. Robert Rubin, MD
Katherine C. Callahan
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT  06123-1277

Attorneys for Co-Defendants, Anna Alshansky, MD, Martin Kreminitzer, MD
Richard A. O'Connor, Christine A. Robinson, Esq.
Sachner & O'Connor
The Crossroads West
765 Straits Turnpike, Bldg.2, Ste. 1001
Middlebury, CT  06762-1323

Attorneys for Co-Defendant, Terry Neu, Ph.D.
Lewis S. Lerman
Bai, Pollock, Blueweiss & Mulcahey
10 Middle Street
Bridgeport, CT  06604

Stephen P. Brown, Esq.
Brian Del Gatto, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
One Stamford Plaza
263 Tresser Boulevard
Stamford, CT  06901

_____
Cindy M. Cartier