UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MATHEW AND CINDY MYSLOW, as Parents and Natural Guardian of Minor Plaintiff, TRAVIS MYSLOW | : : : : |
| Plaintiffs | : Case No: 3:03CV496(MRK) |
| v. | : : : |
| NEW MILFORD SCHOOL DISTRICT, NEW MILFORD BOARD OF EDUCATION, RAYMOND AVERY, JEANNE PADDYFOTE, THOMAS MULVIHILL, PAULA KELLEHER, DENIS DOLAN, JEAN MALCOLM, JOSEPHINE ROSITANO, ADELE JOHNSON, DEBORAH SHELLEY, ROBYN VIKLAND, L. ROBERT RUBIN, M.D., ANNA ALSHANSKY, M.D., MARTIN KREMINITZER, M.D., DIANA BADILLO-MARTINEZ, Ph.D., TERRY NEU, Ph.D. | : : : : : : : : : : : |
| Defendants | : MARCH 28, 2005 |

**STIPULATION TO EXTEND DEADLINES IN SCHEDULING ORDER**

The defendants, Anna Alshansky, M.D. and Martin Kreminitzer, M.D., hereby request, pursuant to Local Rule 7(b), an extension of time, until April 15, 2005, in which to depose plaintiff's two remaining standard of care experts and disclose the defendants' experts.

Plaintiff's counsel has indicated that he is unavailable due to his upcoming trial schedule, and therefore, cannot make his remaining experts, Peter Briggin, M.D. and Mary Ann Block, D.O., available for deposition prior to April 1, 2005 the date upon which said

depositions were to be completed pursuant to the operative Scheduling Order dated February 1, 2005 (Kravits, J.).

All parties are in agreement that a two week extension to April 15, 2005, would be a realistic extension of the deadline to accomplish the remaining two depositions. The requested extensions will not affect the expected trial date of this matter, which is set for August of 2005.

                DEFENDANTS,
                MARTIN KREMINITZER, M.D.
                ANNA ALSHANSKY, M.D.

_____
Christine A. Robinson
Fed. Bar No. 18976
SACHNER & O'CONNOR
The Crossroads West
765 Straits Turnpike, Bldg. 2, Ste. 1001
P.O. Box 1323
Middlebury, CT 06762-1323
Telephone: 203-598-7585
Fax: 203-598-7595

## CERTIFICATION OF SERVICE

This is to certify that the foregoing was mailed on this date to the following:

Alan C. Milstein, Esquire
Derek T. Braslow, Esquire
Sherman, Silverstein, Kohl, Rose & Podolsky
Fairway Corporate Center
4300 Haddonfield Road, Ste. 311
Pennsauken, NJ 08109

Deborah G. Stevenson, Esquire
226 East Flag Swamp Road
Southbury, CT 06488

Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Katherine C. Callahan, Esquire
Amy Leete Van Dyke, Esquire
Benjamin J. Berger, Esquire
Updike, Kelly & Spellacy
One State Street
Hartford, CT 06123-1277

Lewis Lerman, Esquire
Jeffrey A. Blueweiss, Esquire
Bai, Pollock, Blueweiss & Mulcahey
10 Middle Street
Bridgeport, CT 06601

Wilson, Elser, Moskowtiz, Edelman & Dicker
One Stamford Plaza
263 Tresser Boulevard
Stamford, CT 06901

_____
Christine A. Robinson