UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| MATHEW AND CINDY MYSLOW, as Parents and Natural Guardian of Minor Plaintiff TRAVIS MYSLOW, | Case No.: 3:03-cv-496-MRK |
| Plaintiffs, | |
| v. | |
| NEW MILFORD SCHOOL DISTRICT, et al., | |
| Defendants. | |

### MOTION OF PLAINTIFFS MATHEW AND CINDY MYSLOW, AS PARENTS AND NATURAL GUARDIAN OF MINOR PLAINTIFF TRAVIS MYSLOW, FOR THE ADMISSION PRO HAC VICE OF MICHAEL DUBE, ESQUIRE

Plaintiffs, Mathew and Cindy Myslow, as parents and natural guardian of minor plaintiff Travis Myslow, by and through the undersigned counsel, respectfully moves the Court for entry of an Order for the admission pro hac vice of Michael Dube, Esquire ("Mr. Dube") in the above-entitled action. In support thereof, Mathew and Cindy Myslow, as parents and natural guardian of minor plaintiff Travis Myslow, submit the Affidavit of Michael Dube, Esquire, attached hereto and expressly made a part hereof, and state as follows:

1. Mr. Dube, who graduated Rutgers School of Law-Camden in the year 2002, is a member in good standing of the Supreme Court of the State of New Jersey, admitted 2002, Commonwealth of Pennsylvania, admitted 2002, United States District Court for the District of New Jersey, admitted 2002, United States District Court for the Eastern District of Pennsylvania, admitted 2004, and the United States Court of Appeals for the Third Circuit, admitted in 2004.

2. Mr. Dube's home address is 2708 Burrough's Mill Circle, Cherry Hill, NJ 08002.

3. Mr. Dube is an associate attorney at, and practices law from, the law firm of Sherman Silverstein Kohl Rose & Podolsky, P.A., with offices at 4300 Haddonfield Road, Suite 311, Pennsauken, NJ 08109.

4. Mr. Dube has never been held in contempt of court, nor has he ever been censured, suspended, reprimanded, or disbarred by any court.

5. Plaintiffs Mathew and Cindy Myslow, as parents and natural guardian of minor plaintiff Travis Myslow, have full confidence in the abilities of Mr. Dube and wish him to participate in their representation.

6. Mr. Dube has made himself familiar with the Rules of Civil Procedure of the United States District Court for the District of Connecticut.

7. The undersigned will work closely with Mr. Dube and will be available at all times to appear before the Court with respect to any matter arising in the above-entitled action.

**WHEREFORE**, the plaintiffs, by and through the undersigned counsel, respectfully request that the Court enter an Order for the admission pro hac vice of Michael Dube, Esquire in the above-entitled action.

Date: 3/25/05

Deborah G. Stevenson, Esquire
226 East Flag Swamp Road
Southbury, CT 06488
Attorney for the Plaintiffs

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| MATHEW AND CINDY MYSLOW, as Parents and Natural Guardian of Minor Plaintiff TRAVIS MYSLOW,<br><br>Plaintiffs,<br><br>v.<br><br>NEW MILFORD SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No.: 3:03-cv-496-MRK |

### AFFIDAVIT OF MICHAEL DUBE, ESQUIRE

1. I graduated Rutgers School of Law-Camden in the year 2002.

2. I am a member in good standing of the Supreme Court of the State of New Jersey, admitted 2002, Commonwealth of Pennsylvania, admitted 2002, United States District Court for the District of New Jersey, admitted 2002, United States District Court for the Eastern District of Pennsylvania, admitted 2004, and the United States Court of Appeals for the Third Circuit, admitted in 2004.

3. My home address is 2708 Burrough's Mill Circle, Cherry Hill, NJ 08002.

4. I am an associate attorney at, and practice law from, the law firm of Sherman Silverstein Kohl Rose & Podolsky, P.A., with offices at 4300 Haddonfield Road, Suite 311, Pennsauken, NJ 08109.

5. I have never been held in contempt of court, nor have I ever been censured, suspended, reprimanded, or disbarred by any court.

6. Plaintiffs Mathew and Cindy Myslow, as parents and natural guardian of minor plaintiff Travis Myslow, have full confidence in my abilities and wish me to participate in their representation.

7. I have made myself familiar with the Rules of Civil Procedure of the United States District Court for the District of Connecticut.

Dated: Tuesday, March 22, 2005

SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.

By: _____
Michael Dube
Fairway Corporate Center
4300 Haddonfield Road, Suite 311
Pennsauken, NJ 08109

### INDIVIDUAL ACKNOWLEDGEMENT

STATE OF NEW JERSEY    :
                       :  ss.
COUNTY OF CAMDEN       :

BE IT REMEMBERED that on this 22nd day of March 2004, before me, the undersigned authority, personally appeared Michael Dube, who I am satisfied is the individual who signed the within instrument, and he acknowledged that he signed the same and that the within instrument is the voluntary act and deed of such individual.

_____
Notary Public

Janet T. Rowan
Notary Public of New Jersey
My Commission Expires Dec. 5, 2005

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| MATHEW AND CINDY MYSLOW, as Parents and Natural Guardian of Minor Plaintiff TRAVIS MYSLOW,<br><br>Plaintiffs,<br><br>v.<br><br>NEW MILFORD SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No.: 3:03-cv-496-MRK |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a true and correct copy of the within papers were served upon the following individuals by first-class mail, postage prepaid:

>Alexandria Voccio, Esquire
>Howd & Ludorf
>65 Wethersfield Avenue
>Hartford, CT 06114
>*Attorney for Codefendants New Milford School District, et al.*

>Katherine C. Callahan, Esquire
>Updike, Kelly & Spellacy, P.C.
>One State Street
>P.O. Box No. 231277
>Hartford, CT 06123-1277
>*Attorney for Codefendant L. Robert Rubin, M.D.*

>Richard O'Connor, Esquire
>Sachner & O'Connor
>The Crossroads West
>765 Straits Turnpike, Building 2, Suite 1001
>Middlebury, CT 06762
>*Attorney for Codefendants Anna Alshansky, M.D. and Martin Kreminitzer, M.D.*

Brian Del Gatto, Esquire
Wilson Elser Moskowitz Edelman & Dicker
One Stamford Plaza
263 Tresser Boulevard, 9th Floor
Stamford, CT 06901
*Attorney for Codefendant Diana Badillo-Martinez*

Lewis S. Lerman, Esquire
Bai, Pollock, Blueweiss & Mulcahey
10 Middle Street
Bridgeport, CT 06604
*Attorney for Codefendant Terry Neu*

Date: 3/25/05

Deborah G. Stevenson, Esquire
226 East Flag Swamp Road
Southbury, CT 06488
Attorney for the Plaintiffs

2