**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT (NEW HAVEN)**

|  |  |  |
|---|---|---|
| MATHEW AND CINDY MYSLOW, as Parents and Natural Guardian of Minor Plaintiff TRAVIS MYSLOW, | : : : : | Case No.:  3:03-cv-496-MRK |
| Plaintiffs, | : : | |
| v. | : : | |
| NEW MILFORD SCHOOL DISTRICT, *et al.*, | : : : | |
| Defendants. | : : : | |

**NOTICE OF APPEARANCE**

TO THE CLERK AND TO ALL PARTIES OF RECORD:

Kindly enter my appearance on behalf of the Plaintiffs.

Dated: Friday, April 8, 2005

SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.

By:     /s/

Connecticut Federal Bar No.: PHV0216

Name:     Michael Dube, Pro Hac Vice

Telephone Number:     856-662-070

Address:     Fairway Corporate Center
4300 Haddonfield Road
Suite 311
Pennsauken, NJ 08109

Fax Number:     856-488-4744

E-Mail:     MDube@sskrplaw.com

**CERTIFICATE OF SERVICE**

I, Michael Dube, certify that on the date indicated below, I served the following individuals by the United States District Court for the District of Connecticut's Electronic Case Filing system:

Alexandria Voccio, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
*Attorney for Codefendants New Milford School District, et al.*

Katherine C. Callahan, Esquire
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box No. 231277
Hartford, CT 06123-1277
*Attorney for Codefendant L. Robert Rubin, M.D.*

Richard O'Connor, Esquire
Sachner & O'Connor
The Crossroads West
765 Straits Turnpike, Building 2, Suite 1001
Middlebury, CT 06762
*Attorney for Codefendants Anna Alshansky, M.D. and Martin Kreminitzer, M.D.*

Brian Del Gatto, Esquire
Wilson Elser Moskowitz Edelman & Dicker
One Stamford Plaza
263 Tresser Boulevard, 9th Floor
Stamford, CT 06901
*Attorney for Codefendant Diana Badillo-Martinez*

Lewis S. Lerman, Esquire
Bai, Pollock, Blueweiss & Mulcahey
10 Middle Street
Bridgeport, CT 06604
*Attorney for Codefendant Terry Neu*

Dated: <u>Friday, April 8, 2005</u>                    SHERMAN, SILVERSTEIN, KOHL,
                                                        ROSE & PODOLSKY, P.A.

                                                        By:      <u>/s/</u>
                                                            Michael Dube, <u>Pro Hac Vice</u>
                                                            Federal Bar No.: PHV0216