FILED

2005 APR 20 P 1: 40

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MATHEW AND CINDY MYSLOW, ET AL | : | NO.: 3:03CV00496 (MRK) |
| v. | : | |
| NEW MILFORD SCHOOL DISTRICT, ET AL | : | APRIL 14, 2005 |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that any and all claims asserted by plaintiffs be dismissed as against Diana Badillo-Martinez, a named defendant in the above-entitled action, as such claims are hereby discontinued and withdrawn by the plaintiffs, with prejudice and without costs to either party as against the other.

*/s/ Michael Dube*
By: Michael Dube, Pro Hac Vice
SHERMAN, SILVERSTEIN, KOHL,
ROSE & PODOLSKY, P.A.
Attorneys for Plaintiffs
Fairway Corporate Center
4300 Haddonfield Road, Suite 311
Pennsauken, NJ 08109
Connecticut Federal Bar No.: PHV0216

*/s/ Brian Del Gatto*
By: Brian Del Gatto, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for Defendant
One Stamford Plaza
263 Tresser Blvd., 9th Floor
Stamford, CT 06901
Connecticut Federal Bar No.: 13100
Our File No.: 08742.00004

896665.1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT (NEW HAVEN)**

| | |
|---|---|
| MATHEW AND CINDY MYSLOW, as Parents and Natural Guardian of Minor Plaintiff TRAVIS MYSLOW,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NEW MILFORD SCHOOL DISTRICT, *et al.*,<br><br>　　　　　Defendants. | Case No.: 3:03-cv-496-MRK |

**CERTIFICATE OF SERVICE**

I, Michael Dube, certify that on the date indicated below, I served the following individuals by first-class mail, postage prepaid:

　　Alexandria Voccio, Esquire
　　Howd & Ludorf
　　65 Wethersfield Avenue
　　Hartford, CT 06114
　　*Attorney for Codefendants New Milford School District, et al.*

　　Katherine C. Callahan, Esquire
　　Updike, Kelly & Spellacy, P.C.
　　One State Street
　　P.O. Box No. 231277
　　Hartford, CT 06123-1277
　　*Attorney for Codefendant L. Robert Rubin, M.D.*

　　Richard O'Connor, Esquire
　　Sachner & O'Connor
　　The Crossroads West
　　765 Straits Turnpike, Building 2, Suite 1001
　　Middlebury, CT 06762
　　*Attorney for Codefendants Anna Alshansky, M.D. and Martin Kreminitzer, M.D.*

Brian Del Gatto, Esquire
Wilson Elser Moskowitz Edelman & Dicker
One Stamford Plaza
263 Tresser Boulevard, 9th Floor
Stamford, CT 06901
*Attorney for Codefendant Diana Badillo-Martinez*

Lewis S. Lerman, Esquire
Bai, Pollock, Blueweiss & Mulcahey
10 Middle Street
Bridgeport, CT 06604
*Attorney for Codefendant Terry Neu*

Dated: Monday, April 18, 2005

SHERMAN, SILVERSTEIN, KOHL,
ROSE & PODOLSKY, P.A.

By: _____
Michael Dube