**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
********************************
```
MATTHEW AND CINDY MYSLOW, as
Parents and Natural Guardian of
Minor Plaintiff TRAVIS MYSLOW,

     Plaintiffs

VS.                                    CIVIL ACTION NO.
                                       3:03CV00496 (MRK)

NEW MILFORD SCHOOL DISTRICT,
NEW MILFORD BOARD OF EDUCATION,
RAYMOND AVERY, JEANANN PADDYFOTE,
THOMAS MULVIHILL, PAULA KELLEHER,
DENIS DOLAN, JEAN MALCOLM,
JOSEPHINE ROSITANO, ADELE JOHNSON,
DEBORAH SHELLEY, ROBYN VIKLAND,
L. ROBERT RUBIN, M.D., ANNA
ALSHANSKY, M.D., MARTIN
KREMINIJTZER, M.D., DIANA BADILLO-
MARTINEZ, PH.D, TERRY NEU, PH.D.,

     Defendants                   APRIL 11, 2005
```
********************************
```

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Rule 41 of the Federal Rules of Civil Procedure, the plaintiffs, Matthew and Cindy Myslow, as parents and natural guardian of minor plaintiff, Travis Myslow and the defendant, Terry Neu, Ph.D., hereby stipulate to a dismissal of this action as to the claims against Terry Neu, Ph.D. set forth in the complaint.

BY

Alan Milstein
      Of
Sherman, Silverstein, Kohl
Rose & Podolsky, P.A.
4300 Haddonfield Road
Suite 311
Pennsauken, NJ 08109


THE DEFENDANT,
TERRY NEU, PH.D.

By Lewis S. Lerman
   Lewis S. Lerman
        Of
   Bai, Pollock, Blueweiss &
   Mulcahey, P.C.
   #CT 05500

CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid via U.S. mail this 11ᵗʰ day of April, 2005 to:

Deborah G. Stevenson, Esquire
226 East Flag Swap Road
Southbury, CT 06488

Alan C. Milstein, Esquire
Derek T. Braslow, Esquire
Sherman, Silverstein, Kohl, Rose & Podolsky, P.C.
4300 Haddonfield Road Suite 311
Pennsauken, NJ 08109

Thomas W. Edgington, Esquire
Katherine C. Callahan, Esquire
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT 06123

Wilson, Elser, Moskowtiz, Edelman & Dicker
One Stamford Plaza
263 Tresser Boulevard
Stamford, CT  06901

Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Richard A. O'Connor, Esquire
Sachner & O'Connor
Crossroad West
765 Straits Turnpike, Bldg. 2, Suite 1001
P.O. Box 1323
Middlebury, CT  06762-1323

Lewis S. Lerman