UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| MATHEW AND CINDY MYSLOW, as Parents and Natural Guardian of Minor Plaintiff TRAVIS MYSLOW,<br><br>        Plaintiffs,<br><br>v.<br><br>NEW MILFORD SCHOOL DISTRICT, *et al.*,<br><br>        Defendants. | Case No.: 3:03-cv-496-MRK |

## CERTIFICATE OF SERVICE

I, Alan C. Milstein, certify that on the date indicated below, I served the following individuals by first-class mail, postage prepaid:

    Alexandria Voccio, Esquire
    Howd & Ludorf
    65 Wethersfield Avenue
    Hartford, CT 06114
    *Attorney for Codefendants New Milford School District, et al.*

    Katherine C. Callahan, Esquire
    Updike, Kelly & Spellacy, P.C.
    One State Street
    P.O. Box No. 231277
    Hartford, CT 06123-1277
    *Attorney for Codefendant L. Robert Rubin, M.D.*

    Richard O'Connor, Esquire
    Sachner & O'Connor
    The Crossroads West
    765 Straits Turnpike, Building 2, Suite 1001
    Middlebury, CT 06762
    *Attorney for Codefendants Anna Alshansky, M.D. and Martin Kreminitzer, M.D.*

Brian Del Gatto, Esquire
Wilson Elser Moskowitz Edelman & Dicker
One Stamford Plaza
263 Tresser Boulevard, 9th Floor
Stamford, CT 06901
*Attorney for Codefendant Diana Badillo-Martinez*

Lewis S. Lerman, Esquire
Bai, Pollock, Blueweiss & Mulcahey
10 Middle Street
Bridgeport, CT 06604
*Attorney for Codefendant Terry Neu*

Dated: <u>Friday, April 15, 2005</u>

SHERMAN, SILVERSTEIN, KOHL,
ROSE & PODOLSKY, P.A.

By: _____
      Alan C. Milstein