UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MATHEW AND CINDY MYSLOW, as Parents and Natural Guardian of Minor Plaintiff, TRAVIS MYSLOW | : : : **APPEARANCE** |
| Plaintiffs | : Case No: 3:03CV496(MRK) |
| v. | : |
| NEW MILFORD SCHOOL DISTRICT, ET AL | : |
| Defendants | : MAY 5, 2005 |

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for the following defendants: Martin Kremenitzer, M.D. and Anna Alshansky, M.D.

                          Defendants,
                          Martin Kremenitzer, M.D. and
                          Anna Alshansky, M.D.

                          _____
                          Leslie Gold, Esq.
                          Sachner & O'Connor
                          The Crossroads West
                          765 Straits Turnpike, Bldg. 2, Ste. 1001
                          Middlebury, CT 06762-1323
                          Federal Bar No. Ct. 17525
                          203-598-7585

**CERTIFICATION OF SERVICE**

This is to certify that the foregoing was mailed on this date to the following:

Michael Dube, Esquire
Sherman, Silverstein, Kohl, Rose & Podolsky
Fairway Corporate Center
4300 Haddonfield Road, Ste. 311
Pennsauken, NJ 08109

Deborah G. Stevenson, Esquire
226 East Flag Swamp Road
Southbury, CT 06488

Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Katherine C. Callahan, Esquire
Amy Leete Van Dyke, Esquire
Benjamin J. Berger, Esquire
Updike, Kelly & Spellacy
One State Street
Hartford, CT 06123-1277

Lewis Lerman, Esquire
Jeffrey A. Blueweiss, Esquire
Bai, Pollock, Blueweiss & Mulcahey
10 Middle Street
Bridgeport, CT 06601

Wilson, Elser, Moskowtiz, Edelman & Dicker
One Stamford Plaza
263 Tresser Boulevard
Stamford, CT 06901

_____
Leslie Gold