UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MATHEW AND CINDY MYSLOW, ET AL : | NO.: 3:03CV00496 (MRK) |
| v. : | |
| NEW MILFORD SCHOOL DISTRICT, : | |
| ET AL : | JUNE 1, 2005 |

### MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule 9(b), the defendants, the New Milford School District, New Milford Board of Education, Raymond Avery, JeanAnn Paddyfote, Thomas Mulvihill, Paula Kelleher, Denis Dolan, Jean Malcolm, Josephine Rositano, Adele Johnson, Deborah Shelley, and Robyn Vikland, hereby request that the case management deadlines set forth in the Scheduling Order be modified in accordance with the deadlines set forth below.

In support of this motion, the defendants offer as follows:

1. The defendants' dispositive motion is due July 1, 2005;

2. Pursuant to Local Rule 9(b)(2), the undersigned has contacted counsel for the plaintiffs, Attorney Michael Dube, and has been advised that the plaintiffs have no objection to the granting of this motion. Counsel for the other defendants likewise have no objection.

3. The undersigned counsel is scheduled to commence trial in Duncan v.

    Groton, et al, Docket No.: KNL-CV-03-0565060S on June 2, 2005;

    Giuliano v. City of Middletown, Docket No.:  CV 03 0102734 S on June 15, 2005; and Duffy, et al v. Town of Wallingford, Docket No.: NNI- CV 00 0274683S on July 6, 2005.

4. Given these legal commitments, and the scope of the anticipated motion, the undersigned cannot reasonably meet the deadline for filing, and requests an enlargement of time of forty-five (45) days up to and including August 14, 2005.

 WHEREFORE, the defendants, New Milford School District, New Milford Board of Education, Raymond Avery, JeanAnn Paddyfote, Thomas Mulvihill, Paula Kelleher, Denis Dolan, Jean Malcolm, Josephine Rositano, Adele Johnson, Deborah Shelley, and Robyn Vikland,, respectfully request that their motion be granted, and that the case management deadlines be modified in accordance with the dates set forth herein.

DEFENDANTS,
NEW MILFORD SCHOOL DISTRICT,
NEW MILFORD BOARD OF EDUCATION,
RAYMOND AVERY, JEANANN
PADDYFOTE, THOMAS MULVIHILL,
PAULA KELLEHER, DENIS DOLAN,
JEAN MALCOLM, JOSEPHINE
ROSITANO, ADELE JOHNSON,
DEBORAH SHELLEY, and ROBYN
VIKLAND

By_____
  Alexandria L. Voccio
  ct21792
  Howd & Ludorf, LLC
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 (Fax)
  E-Mail:  avoccio@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 1st day of June, 2005.

Deborah G. Stevenson, Esquire
226 East Flag Swamp Road
Southbury, CT 06488

Alan C. Milstein, Esquire
Michael Dube, Esquire
4300 Haddonfield Road, Suite 311
Pennsauken, NJ 08109

Richard A. O'Connor, Esquire
Christine A. Robinson, Esquire
Leslie Gold, Esquire
Sachner & O'Conner
The Crossroads West
765 Straits Turnpike, Bldg 2, Ste, 1001
Middlebury, CT 06762-1323

Jeffrey Blueweiss, Esquire
Lewis S. Lerman, Esquire
Bai, Pollock, Blueweiss & Mulcahey, P.C.
One Corporate Drive
Shelton, CT 06484

Katherine C. Callahan, Esquire
Benjamin J. Berger, Esquire
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

_____
Alexandria L. Voccio