UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MATHEW AND CINDY MYSLOW, ET AL : | NO.: 3:03CV00496 (MRK) |
| v. : | |
| NEW MILFORD SCHOOL DISTRICT, : | |
| ET AL : | AUGUST 3, 2005 |

**DEFENDANTS' MOTION FOR PERMISSION
TO FILE BRIEF IN EXCESS OF 40 PAGES**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7, the defendants, NEW MILFORD SCHOOL DISTRICT, NEW MILFORD BOARD OF EDUCATION, RAYMOND AVERY, JEANANN PADDYFOTE, THOMAS MULVIHILL, PAULA KELLEHER, DENIS DOLAN, JEAN MALCOLM, JOSEPHINE ROSITANO, ADELE JOHNSON, DEBORAH SHELLEY, and ROBYN VIKLAND, hereby move for permission to file a brief in support of their motion for summary judgment in excess of 40 pages.

The defendants submit that additional pages are necessary due to the fact that counsel represents the New Milford School District, the New Milford Board of Education and ten (10) individual defendants. The factual history of this case is lengthy, and the plaintiffs have alleged numerous civil rights violations, against each of the defendants. Specifically, the plaintiffs allege that the defendants deprived the

ORAL ARGUMENT IS NOT REQUESTED

minor plaintiff of his Fourteenth Amendment rights to procedural and substantive due process and to equal protection, made actionable pursuant to 42 U.S.C. §1983, and his rights under the Americans with Disabilities Act and §504 of the Rehabilitation Act. The plaintiffs have also alleged claims under the Connecticut Constitution and several common law tort claims.

WHEREFORE, the defendants respectfully request that their motion for permission to file a brief in excess of 40 pages be granted.

        DEFENDANTS,
NEW MILFORD SCHOOL DISTRICT,
NEW MILFORD BOARD OF EDUCATION,
RAYMOND AVERY, JEANANN
PADDYFOTE, THOMAS MULVIHILL,
PAULA KELLEHER, DENIS DOLAN,
JEAN MALCOLM, JOSEPHINE
ROSITANO, ADELE JOHNSON,
DEBORAH SHELLEY, and ROBYN
VIKLAND

By /s/Alexandria L. Voccio
   Alexandria L. Voccio
   ct21792
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail:  avoccio@hl-law.com

**CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 3rd day of August, 2005.

| | |
|---|---|
| Deborah G. Stevenson, Esquire<br>226 East Flag Swamp Road<br>Southbury, CT  06488 | Alan C. Milstein, Esquire<br>Michael Dube, Esquire<br>4300 Haddonfield Road, Suite 311<br>Pennsauken, NJ  08109 |
| Richard A. O'Connor, Esquire<br>Christine A. Robinson, Esquire<br>Leslie Gold, Esquire<br>Sachner & O'Conner<br>The Crossroads West<br>765 Straits Turnpike, Bldg 2, Ste, 1001<br>Middlebury, CT  06762-1323 | Jeffrey Blueweiss, Esquire<br>Lewis S. Lerman, Esquire<br>Bai, Pollock, Blueweiss & Mulcahey, P.C.<br>One Corporate Drive<br>Shelton, CT 06484 |
| Katherine C. Callahan, Esquire<br>Benjamin J. Berger, Esquire<br>Updike, Kelly & Spellacy, P.C.<br>One State Street<br>P.O. Box 231277<br>Hartford, CT  06123-1277 | |

                                                      /s/Alexandria L. Voccio<br>                                                      Alexandria L. Voccio