New Milford Public Schools
New Milford, Connecticut

Department of Pupil Personnel and Special Services

## PSYCHOLOGICAL EVALUATION

| | |
|---|---|
| Name: | Travis Myslow |
| D.O.B.: | 7-17-90 |
| Parents: | Cindy and Mattthew Myslow |
| Address: | 3 Hallets Rd |
| Telephone: | (860) 350-6569 |
| School: | John Pettibone Elementary |
| Grade: | 2 |
| C.A.: | 7-7 |

| | |
|---|---|
| Dates of Testing: | March 35, 1998 |
| Examiner: | Josephine Rositano, NCSP |

**Reason for Referral:** Travis was referred for a psychological evaluation by the Planning and Placement Team as part of a multidisciplinary assessment of his current educational functioning. Results from this evaluation will aid the team in determining his eligibility for Special Education Services. Travis is functioning approximately two years below grade level in all academic areas. He entered New Milford School in October 1997 from Sherman School. He received occupational therapy service for a short time.

**Background Information:** The following information was compiled from Mrs. Myslow's completion of the Developmental Case History questionnaire, review of Travis' school records and interview of his teachers. Travis resides with his natural mother, adopted father and two older siblings. Travis is the product of a full-term uncomplicated pregnancy. Birth was unremarkable and he experienced no health or feeding problems during early infancy. Developmental milestones were reached within normal limits. Travis is being treated by Dr. Draper for a lazy eye. He has difficulty falling asleep at night.

Mrs. Myslow describes her son as being a kindhearted child who is easily frustrated and obstinate. Travis enjoys outdoor activities such as fishing.

Mrs. Church, the classroom teacher, describes Travis as an affectionate boy who is extremely activity and inattentive. She has implemented many classroom modifications to reduce his frustration level and avoid obstinate behaviors.

**Behavioral Observations:** Travis presented as a friendly boy with a good sense of humor. Throughout the testing his activity level was high and his attention span was short. Travis continuously moved in his seat. He often touched the boxes of the testing material and the testing manual. He was impulsive in his approach to task. He did not wait until the directions were given before starting a task. During tasks, he rushed through too quickly without giving time to efficiently problem solve the answer. His attention to task was also redirected many times. Testing was concluded in short intervals of time.

## TESTS ADMINISTERED AND RESULTS:

**Instrument:** *Wechsler Intelligence Scale for Children-Third Edition (WISC-III)*

| Verbal Subtests | S.S. | Performance Subtests | S.S. |
|---|---|---|---|
| Information | 11 | Picture Completion | 5 (w) |
| Similarities | 15 (s) | Coding | 12 (s) |
| Arithmetic | 12 | Picture Arrangement | 7 |
| Vocabulary | 12 | Block Design | 9 |
| Comprehension | 13 | Object Assembly | 6 |
| (Digit Span) | (12) | (Symbol Search) | (8) |

Performance Subtests:
The Picture Completion subtest taps a child's awareness of essential visual details. Among the factors that influence a child's performance on this subtest is the ability to organize visual perceptions without essential motor activity. Travis obtained a borderline score on this subtest. This was his area of weakness.

The Coding subtest taps a child's psycho-motor speed and accuracy. Among the factors that influence a child's performance on this test are level of anxiety, freedom from distractibility, and short-term visual memory. Travis obtained an average score on this subtest. This was his area of strength.

The Picture Arrangement subtest taps a child's ability to integrate discrete visual images into a logical story sequence. Among the factors that influence a child's performance on this subtest are awareness of essential visual details, social judgment, and understanding of cause-effect relationships as depicted by representational drawings. Travis obtained a low average score on this subte.

The Block Design subtest taps a child's ability to geometrically analyze and reconstruct abstract visual designs. Among the factors that influence a child's performance on this subtest are the ability to organize visual perceptions, apply logic and reasoning to problems involving spatial relationships (i.e. spatial concept formation), and the application of visual-motor integration in constructional tasks. Travis obtained a average score on this subtest.

The Object Assembly subtest taps a child's ability to integrate disparate visual elements into a meaningful whole. Among the factors that influence a child's performance on this subtest are the ability to anticipate the relationship among parts, generate and evaluate alternative solutions, attend to visual details, plan, organize, and monitor ones problem solving activities. Travis obtained a borderline score on this subtest. Travis' difficulty on this subtest appeared to be related to executive functioning. His problem solving style was random, illogical, and impulsive.

The Symbol Search subtest taps a child's perceptual speed and accuracy. Among the factors that influence a child's performance on this subtest are level of anxiety, freedom from distractibility, and speed of visual discrimination. Travis obtained a low average score on this subtest.

Instrument: *Bender Visual-Motor Gestalt Test*
Visual-Motor Integration Skills: A.E. 5-6 to 5-8
Visual-Motor Memory Skills: poor (below norm)

Discussion: Travis placed the nine geometric design in a confused order on paper. He also reproduced several of the designs on top of each other. He showed poor organizational skills and impulsivity. Travis' visual-motor skills are significantly delayed, approximately two years below his chronological age. Visual-motor memory skills are also significantly delayed

## SOCIAL EMOTIONAL ASSESSMENT:

Instrument: *Child Symptom Inventories (CSI)*
*Parent Checklist*
*Teacher Checklist*

Discussion: The *CSI* are designed to be a screening instrument for the behavioral, affective and cognitive symptoms of over a dozen childhood psychiatric disorders. Items in the *CSI* are based on the diagnostic criteria specified in the American Psychiatric Association's *Diagnostic and Statistical Manual of Mental Disorders (DSM)*.

The Parent Checklist results indicate that Travis meets the criteria for the following disorder:
   Attention Deficit/Hyperactivity Disorder (NOS)
The Teacher Checklist results indicate that Travis meets the criteria for the following disorders:
   Attention Deficit/Hyperactivity Disorder (Combined Type)
   Oppositional Defiant Disorder
   Dysthymic Disorder

Projective Instruments:
*Sentence Completion Drawing
Interview*

**Discussion:** Travis struggles with his impulsive behaviors. He needs outer limits and controls to help him regulate his behavior. He generally feels rejected by his peers and view himself as a "clown". He is also frustrated by his academic demands and is happiest in non-academic activities like recess or art. A poor self-esteem is evident. He feels that he is always in "trouble".

## SUMMARY AND RECOMMENDATIONS

Travis is a 7 year, 7 month old second grade student who was referred for an evaluation by the Planning and Placement Team. The results of this evaluation find Travis to be functioning in the Average to High Average range of general intelligence. His overall verbal skills are better development that his perceptual-motor skills. Travis shows poor problem solving skills and approaches situations in a rigid, concrete manner. His strengths are in his verbal abstract reasoning skills and timed paper and pencil tasks. His weaknesses are in his visual alterness to his environment and visual-motor integration skills.

The results also indicate a child with characteristics of an Attention Deficit/Hyperactivity Disorder (Combined Type) and comorbid Oppositional Defiant and Dysthymic Disorders.

The parents are encouraged to share the results of the this evaluation with Travis' pediatrician.

Travis would respond best to a predictable and flexible school environment. Suggestions for the classroom:

- Seat Travis away from distractions and close to where the teacher is giving the lesson
- Cue him to stay on task i.e. using a private signal
- Break long assignments into smaller parts
- Give assignments one at a time
- Set up behavior contract
- Ignore calling out without raising hand
- Praise Travis when his hand is raised
- Look for signs of frustrations and provide encouragement or reduced work load


*Josephine Rositano*
Josephine Rositano, School Psychologist
*E.J.M. : 4/9/98.*