1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - -

MATTHEW AND CINDY MYSLOW, ET AL,

                      Plaintiffs,

  -against-

NEW MILFORD SCHOOL DISTRICT, ET AL,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - -

    A Video Conference Deposition held at 326 Garden Avenue, Cornell University, Ithaca, New York, on the 30th day of November, 2004, commencing at 10:40 AM.


           BEFORE:  CZERENDA COURT REPORTING, INC.

                     71 State Street

                     Binghamton, New York 13901-3318

                     KEVIN CALLAHAN

                     Shorthand Reporter

                     Notary Public

                     Binghamton - (607) 723-5820

                             (800) 633-9149


WITNESS:  PETER R. BREGGIN, M.D.

**Page 90**

1  EXAMINATION BY
2  MS. CALLAHAN:
3  Q. Doctor, I'm next. My name is Katherine
4  Callahan. I'm with the law firm of Updike, Kelly &
5  Spellacy and I represent Dr. Robert Rubin in the
6  lawsuit that has been brought against him, as well as
7  the other defendants. I have some followup for you.
8     I just want to go over the ground rules
9  one last time. I know you've been here for a while,
10 so I know you understand the process. As you know,
11 all of your responses to my questions must be in
12 words. I would ask you very kindly, Doctor, to wait
13 until I have finished my question before you start
14 answering. I will do my very best to wait until you
15 have finished answering before I ask my next
16 question. We can get out of here more quickly this
17 afternoon if you listen to my questions and answer
18 the question that has been asked.
19    If at any time you don't understand one of
20 my questions, I'd be happy to rephrase. Just let me
21 know. If you need to take a break at any time, just
22 let me know. If you do answer my questions, Doctor,
23 I'm going it assume that you understood them.
24    Fair enough?

**Page 91**

1  A. Sure.
2  Q. Doctor, can you tell me whether you've had
3  any training in pediatric medicine?
4  A. Yes, I can.
5  Q. When, Doctor?
6  A. In medical school my major rotation was
7  through pediatrics. That was a choice of mine I had
8  in medical school. So, whereas, other people might
9  have been internal medicine as their major rotation,
10 my major studies was pediatrics in addition to two
11 years I had a tutorial with Dr. Spock. That was --
12 at the time that was pediatrics. I took a pediatric
13 rotation in my internship with one of the most famous
14 physicians in the world at the time. And, of course,
15 there's the general medical training. Those are
16 the --
17 Q. Your internship, Doctor, was that
18 pediatric rotation about, what, four to six weeks
19 long?
20 A. I don't recall, but it wouldn't have been
21 very long. It would have been like maybe a third of
22 six months. I think I did neurology, pediatrics and
23 medicine over a six-month period, so it would have
24 been two months.

*** Notes ***

**Page 92**

1  Q. And if you recall, Doctor, was that
2  residency training in pediatrics hospital based or
3  community based?
4  A. It was hospital based.
5  Q. And if you recall, Doctor, did they
6  include outpatient treatment?
7  A. I don't believe -- I don't recall. It was
8  mostly hospital based.
9  Q. And since your intern training in
10 pediatrics, Doctor, have you had any experience
11 treating pediatric patients for medical
12 nonpsychiatric reasons?
13 A. No.
14 Q. Can you explain to me a little bit more
15 what your tutorial with Dr. Spock involved.
16 A. It was basically following a mother who
17 was pregnant and then following the mother through
18 delivery and then following the child over a
19 four-year expanded period and doing reading and
20 working with Dr. Spock each time we saw the patient.
21 Q. Was this a research project, Doctor?
22 A. You know, I don't know what it was
23 called. It wasn't a research project. It was a part
24 of our training, and I was very fortunate to have

**Page 93**

1  Dr. Spock as my tutor in that family practice type of
2  program that they had for a four-year period. It was
3  a part of everybody's training.
4  Q. During that four-year tutorial program,
5  Doctor, were you engaged in rendering medical care to
6  either the mother or the child?
7  A. Well, of course, with all of Dr. Spock's
8  six foot four or five inches draped over my five foot
9  four inch shoulders, I was attempting to practice
10 medicine under his supervision.
11 Q. And following the internship, which, as I
12 understand, you testified earlier was six months in
13 those three medical rotations and then six months in
14 psychiatry, you went into your residency in
15 psychiatry, is that correct?
16 A. Yes.
17 Q. After completing your residency in
18 psychiatry, did you pursue any fellowship training,
19 Doctor?
20 A. No. What I did is I went directly into
21 the United States Public Health Service to the
22 National Institute of Mental Health. And in a way
23 that was like a fellowship, but I was actually an
24 officer in the United States Public Health Service.

*** Notes ***

Page 94
1  Q. And as part of your obligations to the
2 Public Health Service, you were assigned to the
3 National Institute of Mental Health, is that correct?
4  A. Yes. I got the top assignment there was
5 in the country. You sort of asked for it and hoped.
6  Q. Doctor, I'm not sure if it's in your
7 report or in your summary, resume. You indicate that
8 you have a subspecialty?
9  A. In clinical psychopharmacology.
10  Q. Can you tell me what that is, Doctor.
11  A. Psychopharmacology, that is the study of
12 the effect -- study and treatment involving the
13 effects of drugs on the brain and mind. And from a
14 clinical view means I'm not in a laboratory.
15    Originally, psychopharmacology and
16 psychopharmacologists were PhD's who worked in labs.
17 And then with the evolving emphasis on medication in
18 psychiatry, the concept of being a clinical
19 psychopharmacologist evolved.
20    And I was doing lab research in drugs as
21 far as back as medical school and publishing research
22 papers on that in the early '60s. I've been doing
23 this for years and years and years.
24  Q. When you use the word "subspecialty," does

Page 95
1 that mean that it is a recognized subspecialty within
2 the field of --
3  A. Well, it's not a certified specialty, but
4 it's a common term now, commonly used term.
5  Q. That psychiatrists with particular
6 expertise in psychopharmacology describe themselves
7 as subspecialists, is that right?
8  A. Exactly.
9  Q. Doctor, I just want to make sure I
10 understand something. I thought I heard you testify
11 earlier today in connection with research you were
12 not the lead clinical investigator in any studies
13 involving psychiatric drugs, is that correct?
14  A. That's correct. I don't do that.
15  Q. So that when you indicated that you had
16 done a lot of research just now, Doctor, what were
17 you referring to?
18  A. Oh, right now I was actually referring to
19 research I personally did in medical school, animal
20 research, running trials on poor rats at the time and
21 injecting them with various forms of adrenaline and
22 studying their cardiovascular reactions and
23 behavioral reactions and using that to try to deduce
24 what the long-term effects of a chronic exposure to

*** Notes ***

Page 96
1 endogenous, internal adrenaline would be. And I came
2 to some conclusion and wrote about this. I think
3 they were rather seminal in the field.
4  Q. If I understand what you just said
5 correctly, Doctor, you did research in medical school
6 on the effects of adrenaline on the physiological
7 systems --
8  A. The behavior and physiological systems of
9 rats.
10  Q. And that research was published?
11  A. Yes. And I made some extrapolations to
12 the human being on the basis of what we knew about
13 where adrenaline entered the brain and how it
14 affected the brain.
15  Q. And --
16  A. Adrenaline, by the way, it's epinephrine.
17 Go ahead.
18  Q. Yes. Doctor, in terms of the drug
19 Ritalin, have you ever conducted on your own
20 research, clinical type research studies on the
21 effects of that drug?
22  A. No, not controlled clinical trials.
23  Q. You haven't been the lead investigator in
24 a clinical trial --

Page 97
1  A. No.
2  Q. -- involving Ritalin, is that correct?
3  A. That's correct.
4  Q. The research that you have done on the
5 topic of Ritalin has involved your review, analysis
6 and critique of studies performed by others, is that
7 correct?
8  A. Of studies performed by others, of data
9 that I have obtained through the FDA, data that I've
10 obtained from drug companies, doing evaluations of
11 their records, things like that.
12  Q. Doctor, in your report on page 2 and page
13 3 you list four articles about the diagnosis and
14 treatment of children. You discussed those earlier
15 today.
16  A. I've got them.
17  Q. For each of those articles, sir, were you
18 the lead author?
19  A. Yes.
20  Q. And the article listed on page 2, G --
21 yes, page 2, the second article, Hazards of Treating
22 Attention Deficit/Hyperactivity Disorder.
23  A. Yes.
24  Q. The one published in the JOURNAL OF

*** Notes ***

### Page 214

MR. VEHSLAGE: Okay. That's all I needed. Thank you, sir.
MR. BRASLOW: You're done for now. That's it.
(Whereupon a discussion was held off the record)
- - - - -

### Page 215

1  STATE OF_____
2  COUNTY OF_____
3
4  I have read the foregoing record of testimony
5  taken at the time and place indicated in the heading
6  thereof, and I do hereby acknowledge it to be a true
7  and correct transcript thereof.
8
9  _____
10         PETER R. BREGGIN, M.D.
11
12
13  Subscribed and sworn to
14  before me this ____ day
15  of _____, 20__.
16
17  _____
18         NOTARY PUBLIC
19
20
21
22
23
24

*** Notes ***

### Page 216

REQUESTS

| ITEM | LINE | PAGE |
|---|---|---|
| 1. List of testimony in cases involving prescribing of Ritalin by doctors | 10 | 126 |

- - - - -

### Page 217

1  STATE OF NEW YORK   :
2  COUNTY OF BROOME    :
3
4  I, KEVIN P. CALLAHAN, Shorthand
5  Reporter, do certify that the foregoing is a true
6  and accurate transcript of the proceedings in the
7  matter of Matthew and Cindy Myslow, et al, v New
8  Milford School District, et al, held in Ithaca, New
9  York, on November 20, 2004.
10
11
12  _____
13  KEVIN CALLAHAN
14  Shorthand Reporter
15  Notary Public
16  CZERENDA COURT REPORTING, INC
17  71 State Street
18  Binghamton, New York 13901-3318
19
20
21
22
23
24

*** Notes ***