UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MATHEW AND CINDY MYSLOW, as Parents and Natural Guardian of Minor Plaintiff, TRAVIS MYSLOW | : : : : |
| Plaintiffs | : Case No: 3:03CV496(MRK) |
| v. | : : : |
| NEW MILFORD SCHOOL DISTRICT, NEW MILFORD BOARD OF EDUCATION, RAYMOND AVERY, JEANNE PADDYFOTE, THOMAS MULVIHILL, PAULA KELLEHER, DENIS DOLAN, JEAN MALCOLM, JOSEPHINE ROSITANO, ADELE JOHNSON, DEBORAH SHELLEY, ROBYN VIKLAND, L. ROBERT RUBIN, M.D., ANNA ALSHANSKY, M.D., MARTIN KREMINITZER, M.D., DIANA BADILLO-MARTINEZ, Ph.D., TERRY NEU, Ph.D. | : : : : : : : : : : : |
| Defendants | : AUGUST 12, 2005 |

### DEFENDANTS ANNA ALSHANSKY, M.D. AND MARTIN KREMINITZER, M.D.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(b), the defendants, Anna Alshansky, M.D. and Martin Kreminitzer, M.D., move for summary judgment on the grounds that the plaintiffs failed to file this action against Dr. Alshansky within the two year statute of limitations and that plaintiffs have no basis to maintain actions against either Dr. Alshansky or Dr. Kreminitzer in federal court. These defendants seek summary judgment on Counts 2 and 3 of Plaintiff's Amended Complaint on the grounds that the counts are barred by the statute of limitations,

and move for summary judgment on Counts 4, 5, 6, and 9 on the grounds that the plaintiffs have no basis to maintain actions against either of these defendants in federal court. A memorandum of law and a Local Rule 56(a)1 statement are attached hereto.

          DEFENDANTS,
          MARTIN KREMINITZER, M.D.
          ANNA ALSHANSKY, M.D.

_____
Leslie Gold McPadden
Fed. Bar No. Ct. 17525
SACHNER & O'CONNOR
The Crossroads West
765 Straits Turnpike, Bldg. 2, Ste. 1001
P.O. Box 1323
Middlebury, CT 06762-1323
Telephone: 203-598-7585
Fax: 203-598-7595

## CERTIFICATION OF SERVICE

This is to certify that the foregoing was mailed on this date to the following:

Alan C. Milstein, Esquire
Derek T. Braslow, Esquire
Sherman, Silverstein, Kohl, Rose & Podolsky
Fairway Corporate Center
4300 Haddonfield Road, Ste. 311
Pennsauken, NJ 08109

Deborah G. Stevenson, Esquire
226 East Flag Swamp Road
Southbury, CT 06488

Melinda Powell, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Katherine C. Callahan, Esquire
Updike, Kelly & Spellacy
One State Street
Hartford, CT 06123-1277

_____
Leslie Gold McPadden