UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MATHEW AND CINDY MYSLOW, as Parents and Natural Guardian of Minor Plaintiff, TRAVIS MYSLOW | :<br>:<br>:<br>: |
| Plaintiffs | : Case No: 303CV00496(MRK) |
| | : |
| v. | : |
| | : |
| NEW MILFORD SCHOOL DISTRICT,<br>NEW MILFORD BOARD OF EDUCATION,<br>RAYMOND AVERY, JEANNE PADDYFOTE,<br>THOMAS MULVIHILL, PAULA KELLEHER,<br>DENIS DOLAN, JEAN MALCOLM,<br>JOSEPHINE ROSITANO, ADELE JOHNSON,<br>DEBORAH SHELLEY, ROBYN VIKLAND,<br>L. ROBERT RUBIN, M.D.,<br>ANNA ALSHANSKY, M.D.,<br>MARTIN KREMINITZER, M.D.,<br>DIANA BADILLO-MARTINEZ, Ph.D.,<br>TERRY NEU, Ph.D. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| Defendants | : AUGUST 12, 2005 |

## **LOCAL RULE 56(a)1 STATEMENT**

1. The minor-plaintiff had one office visit with the defendant, Dr. Alshansky, on October 27, 2000. Calls were placed to Dr. Alshansky on November 13, 2000 and December 4, 2000 by plaintiff's mother regarding her son's medication.

2. Adderall was prescribed by Dr. Alshansky on October 27, 2000. Dexedrine was prescribed by her on December 4, 2000.

3. Following December 4, 2000, Dr. Alshansky no longer treated plaintiff.

4. Plaintiffs were or should have been aware of "actionable harm" immediately after the medication was ingested, as it allegedly immediately made the minor-plaintiff ill.

1

5. Plaintiffs brought suit against Dr. Alshansky beyond the applicable two year statute of limitation.

6. Neither Dr. Alshansky nor Dr. Kreminitzer ever discussed Travis Myslow with anyone associated with the New Milford Public School System.

7. Dr. Alshansky completed her evaluation and recommendations before receiving inquiries about Travis Myslow from the New Milford School System.

8. Dr. Alshansky and Dr. Kreminitzer drew independent conclusions about Travis Myslow's diagnoses and recommendations for treatment.

DEFENDANTS,
MARTIN KREMINITZER, M.D.
ANNA ALSHANSKY, M.D.

_____
Leslie Gold McPadden
Fed. Bar No. Ct. 17525
SACHNER & O'CONNOR
The Crossroads West
765 Straits Turnpike, Bldg. 2, Ste. 1001
P.O. Box 1323
Middlebury, CT 06762-1323
Telephone: 203-598-7585
Fax: 203-598-7595

**CERTIFICATION OF SERVICE**

      This is to certify that the foregoing was mailed on this date to the following:

Alan C. Milstein, Esquire
Derek T. Braslow, Esquire
Sherman, Silverstein, Kohl, Rose & Podolsky
Fairway Corporate Center
4300 Haddonfield Road, Ste. 311
Pennsauken, NJ 08109

Deborah G. Stevenson, Esquire
226 East Flag Swamp Road
Southbury, CT 06488

Melinda Powell, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Katherine C. Callahan, Esquire
Updike, Kelly & Spellacy
One State Street
Hartford, CT 06123-1277

                                                                                              _____
                                                                                              Leslie Gold McPadden