1

1          UNITED STATES DISTRICT COURT

2            DISTRICT OF CONNECTICUT

3

4   MATHEW & CINDY MYSLOW, ET AL:

5   VS.                          :    3:03CV00496(MRK)

6   NEW MILFORD SCHOOL DISTRICT, ET AL  :

7                                :    MAY 13, 2005

8

9

10          **DEPOSITION OF CINDY MYSLOW**

11

12   APPEARANCES:

13

14        SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY
               Attorneys for the Plaintiffs
15           Fairway Corporate Center
             4300 Haddonfield Road - Suite 311
16           Pennsauken, New Jersey 06109
             Telephone:  (856) 661-2079
17     BY: MICHAEL DUBE, ESQ., of Counsel

18

19     HOWD & LUDORF, LLC
               Attorneys for the Defendants
             65 Wethersfield Avenue
20           Hartford, CT 06114
             Telephone:  (860) 249-1361
21     BY:  MELINDA POWELL, ESQ., of Counsel

22              Reported by:

23           Charles H. Dukes
          Registered Professional Reporter
24            RPR, RMR, LCSR #00032

25

6

1  fine.  I would only ask if I ask you a question, don't leave

2  the room, just answer my question and then I will take a

3  break.  Okay?

4      A   Okay.

5      Q   All right.  What is your date of birth, please?

6      A   6/7/63.

7      Q   And how long have you lived in New Milford,

8  Connecticut?

9      A   Oh, let's see.  At least 15 years or so.

10      Q   And has that entire time been at 3 Halletts Road?

11      A   No.

12      Q   How long have you lived at 3 Halletts Road?

13      A   Seven years.  It will be eight years this year.

14      Q   Where did you live before that?

15      A   Sherman, Connecticut.

16      Q   Okay.  And what was your address in Sherman?

17      A   One Cedar Lane, Sherman, Connecticut.

18      Q   How long did you live there?

19      A   About three to four years.

20      Q   And I don't know.  Is Sherman in the New Milford

21  School District?

22      A   Travis went to Sherman up to first grade then we

23  moved to New Milford in second.  But Sherman sends their

24  students out to different schools after the middle school

25  level.

—— NIZIANKIEWICZ & MILLER REPORTING SERVICES ——

23

1    occupational therapy was for?

2        A    Fine motor was for his -- you know, like they do

3    certain blocks and balls and stuff like that.  And I believe

4    the other one was for the writing to try to help him.

5        Q    Okay.  So there was two components to the therapy

6    he received?

7        A    Well, the one I'm talking about with the other

8    was in Sherman.

9        Q    Okay.

10       A    But the pencil part I'm talking in New Milford.

11       Q    In New Milford?

12       A    Yes.

13       Q    So the understanding of the therapy he received

14   in Sherman was for fine motor skills?

15       A    And '02 -- excuse me -- OT.

16       Q    And occupational therapy?

17       A    Yeah.  I mean, I don't recall the name or the

18   titles of the therapies he received.

19       Q    Okay.  But you remember OT as a term?

20       A    Yes, definitely.

21       Q    Okay.  When you first started Travis with New

22   Milford, did you report to New Milford that Travis had

23   trouble reading?

24       A    Yes.

25       Q    And so do you remember doing that before he

24

1    started school that year?

2        A    Yes.

3        Q    And do you remember who he may have told that to?

4        A    Same teacher and maybe just -- I'm not quite sure

5    who else.

6        Q    Do you remember what the teacher's response may

7    have been to that?

8        A    No, I don't.

9        Q    Do you remember what Ms. Rositano's response may

10   have been to you telling her that Travis had trouble

11   reading?

12       A    Not at that time.

13       Q    Do you recall Mrs. Church ever reporting to you

14   Travis was having behavior problems at school?

15       A    I recall her saying that Travis was wiggling in

16   his seat.  He was having, you know, difficulty with the

17   paper, he would kind of push it forward, that kind of stuff.

18       Q    Difficulty with the paper when he was writing on

19   it?

20       A    Yes.

21       Q    Do you remember whether Mrs. Church ever talked

22   to you about Travis' relationships with his peers in the

23   class?

24       A    No.  That happened at PPT meetings.

25       Q    Okay.  PPT meetings in the second grade?

1    listen to the school saying to try it at eight o'clock or

2    change the times.  But I would give him, you know, something

3    in his belly and stuff like that and give him the right time

4    as it was prescribed.

5         Q    And then what is your understanding as to how he

6    would get it at school?

7         A    He would go down to the nurse.

8         Q    And did he go at a specific time, do you know?

9         A    No.  They changed the times back and forth, but

10   yes, 12 or --

11        Q    Or some other time?

12        A    Like I said, they changed the times.

13        Q    When the times were changed, did you discuss

14   those with your pediatrician?

15        A    I believe so.

16        Q    Okay.  Did you have to instruct the nurse what

17   time to give Travis the medicine?  Did you ever tell her?

18        A    She asked me if I could get two separate bottles.

19   First of all, she wanted me to give her both bottles for

20   morning and afternoon.  And then she said, Why don't you

21   take the morning bottle home.  That's when they switched the

22   times.  So on the bottle that she always had, it said the

23   time.  That was switched too.  Do you know what I'm saying?

24        Q    Kind of.

25        A    Unless she had some left over once, then she

1    would write down the time that Doctor Rubin suggested -- not

2    Doctor Rubin, but the teachers.

3         Q    All right.  So the bottle that the nurse had had

4    a time on it when she was to give Travis medication?

5         A    I believe so.

6         Q    Okay.  And now when you say the times were

7    switched, who switched the times?

8         A    I got to be totally honest with you.  I talked to

9    so many people at that school, I couldn't tell you who

10   actually did it.  But it was a constant thing.  I would get

11   a lot of calls from the nurse.  I don't know if people went

12   to her, I couldn't answer any of that.

13        Q    And before the nurse could give Travis medication

14   at a certain time, did you give her your permission?

15        A    I had to, of course.

16        Q    Okay.  So you don't think the nurse was giving

17   Travis medicine at a time that you didn't permit her to, do

18   you?

19        A    No, I don't.

20        Q    Okay.  And so you think the teachers were giving

21   the nurse feedback on Travis' behavior in class?

22        A    I believe that.

23        Q    And did anyone tell you that the teachers were

24   talking to the nurse about Travis' behavior?

25        A    No.

1        Q    Can you approximate for me about how many times

2    you think you talked to the nurse on the phone about Travis'

3    medication?

4        A    As far as refills and running low and changing

5    times, I could not give you how many times.  But I could say

6    it was a lot.

7        Q    Okay.  Do you think there is anything

8    inappropriate about the nurse calling you and saying that

9    Travis was running low on the medication?

10       A    The way she went about it, yes.  Because, I mean,

11   like if I wasn't to return her call that evening, the next

12   morning.  And then, you know, when you are on a working

13   schedule, you get the message, then I would call Doctor

14   Rubin and he would mail me the prescriptions.

15       Q    Okay.  So the nurse would call in the evening and

16   then you would get another phone call from her in the

17   morning, like the following morning?

18       A    Yeah.  I mean, afternoon, you know.  It was a

19   constant.  But what upset me was when Travis needed it, I

20   called the doctor.  It was there.

21       Q    Okay.  Was there ever a time that you recall

22   talking to the nurse on the phone where she told you that

23   Travis had no more medication?

24       A    It could have been.  I'm not going to swear to

25   that.

1              that objection to each person, I won't have to

2              object each time just as long as you know, then I

3              can just let you ask the questions straight

4              through.

5                     MS. POWELL:  Okay.  I will ask the question

6              again to make it clear.  I understand your

7              objection.

8    BY MS. POWELL:

9         Q    Mrs. Myslow, tell me in your own words why you

10   sued Raymond Avery.

11        A    Board of education.

12        Q    What about the board of education?

13        A    We tried to pull a meeting with the board of

14   education for Travis and they refused it.

15        Q    And Raymond Avery refused it?

16        A    They are all a group, honest -- excuse me.  I'm

17   sorry.  They are all a group.  So I would have to say it's

18   like at the table.

19        Q    All right.  So in your own words, you sued

20   Raymond Avery because you were denied a meeting; is that

21   what you said?

22        A    No, that's not what I'm saying.

23        Q    Okay.  Who is Mr. Avery?

24        A    Superintendent of schools.

25        Q    All right.

─────NIZIANKIEWICZ & MILLER REPORTING SERVICES─────

78

1    A    He no longer works there.

2    Q    All right.  And are you aware that you filed a

3    504 grievance?

4    A    Yes.

5    Q    All right.  And when you mentioned, I think you

6    mentioned the word "meeting" earlier, were you talking in

7    reference to your 504 grievance?

8    A    Is that when the four get together?

9    Q    I can't tell you, but at some point, you wanted

10    the board to get together to meet?

11    A    Correct.

12    Q    Okay.  And what did you want the board to do?

13    A    Help my son.

14    Q    Okay.  How did you want them to help him?

15    A    Any changes.  I mean, he couldn't read, couldn't

16    write.  He was below level for many, many years.  And the

17    education he was receiving just wasn't working for him.

18    Q    Okay.  So you wanted changes in his educational

19    program?

20    A    Yes.

21         MR. DUBE:  Can we go off the record for a

22         brief moment?

23         MS. POWELL:  Sure.

24         MR. DUBE:  Can we take a two-minute break?

25         (The deposition went off the record)

79

1    BY MS. POWELL:

2        Q    Mrs. Myslow, in your own words can you tell me

3    why you sued Mrs. Jeanann Paddyfote?

4        A    I didn't feel she was getting the right education

5    for my son.

6        Q    Okay.  And what was her position?

7        A    Superintendent of the schools.

8        Q    She's the current superintendent?

9        A    She is a step up, you know, I believe.

10       Q    Okay.  Other than Mrs. Paddyfote being part of

11   the school system and your son not getting the right

12   education from the school, did you sue her for doing

13   anything personally to Travis?

14       A    I would leave that up to my lawyer.

15       Q    You don't?

16       A    I'm not -- you know, it is all like in a net with

17   the education.

18       Q    Okay.  All right.  Are you -- in your own words

19   why did you sue Tom Mulvihill?

20       A    Basically, the school district itself with all

21   the names, if I can shorten it up -- I am not allowed?

22       Q    You can tell me but I may ask some more

23   questions.

24       A    That's fine.  But it is all because of the

25   education non-compliant and the group of Travis not learning

─── NIZIANKIEWICZ & MILLER REPORTING SERVICES ───

80

1    and Travis being on meds that made him sick.

2         Q    Okay.  The school was not compliant you are

3    saying?

4         A    Yes.

5              MR. DUBE:  Not limiting my objection, I just

6              object to the form of the question in that it

7              calls for a legal conclusion potentially.  You

8              can answer the question.

9         A    Repeat it please?

10   BY MS. POWELL:

11        Q    Yeah.  You said that the school was not

12   compliant.  So what were they non-compliant with?

13        A    For instance, when I wanted to take Travis off

14   the medication, they said no.  When I wanted to leave Travis

15   back in fifth grade, they said no, he's going to sixth

16   grade.  When I said that his hours keep getting moved up and

17   up and up with the special education but he is not going

18   forward, like when he was in the kindergarten hallway in

19   fifth grade, like when I got a phone call on my answering

20   machine when I was at work that Travis was gray, lethargic,

21   not moving, not eating and they should have immediately

22   called me at work, in my opinion.  So it's a combination of

23   education and Travis not being well.

24        Q    Okay.  Who told you you couldn't take Travis off

25   his medication?

81

1      A    The school.

2      Q    Which members of the school?

3      A    I don't know.

4      Q    You can't name any member of the school that told

5  you you couldn't take Travis off the medication?

6      A    No.

7      Q    When did that occur?

8      A    2002, I believe.

9      Q    Okay.  Was he on medication in 2002?

10     A    Let's see.  Yes.

11     Q    What medication was he on?

12     A    I don't know.  I mentioned the ones he was on but

13  I don't know what time frame.

14     Q    All right.  Do you know what grade he was in in

15  2002?

16     A    Now I have to work backwards here.  Fifth grade,

17  I believe.

18     Q    Okay.  Is it easier for you to identify these

19  things by what grades Travis was in rather than the actual

20  date?

21     A    Yeah, probably.

22     Q    All right.  So do you think Travis was on

23  medication in the fifth grade?

24     A    I took Travis off medication in the fifth grade.

25     Q    Okay.  And in fifth grade, do you think that's

84

1    two children were just chitchatting, not running or

2    anything, just rolling around in his socks.

3        Q    And these changes that were made in Travis'

4    program where he was getting his hours increased, is it your

5    understanding that those decisions were made by the PPT?

6        A    Yes.

7        Q    Okay.  I think I'm understanding why you are

8    suing the school, but I am going to go through each of the

9    individual defendants anyway.

10            Why are you suing Paula Kalleher?

11       A    Kelleher.

12       Q    Thank you.

13       A    No problem.  Well, she was a big part of the PPT

14   meetings.  She was also a person who encouraged the

15   medications.  She observed my son without my permission.

16   She took Travis out of the classroom without me being aware

17   of it and putting him with the two other students.  And I

18   don't feel she helped at the PPT for Travis' education nor

19   the medication.

20       Q    Okay.  What was her title, if you know?  Is she a

21   teacher?

22       A    President --

23       Q    A principal?

24       A    Thank you.

25       Q    She was the principal?

―――――――NIZIANKIEWICZ & MILLER REPORTING SERVICES―――――――

85

```
 1          A    Yes.

 2          Q    At the elementary school?

 3          A    Yes.

 4          Q    All right.  So she attended Travis' PPT meetings?

 5          A    Yes.

 6          Q    Did she attend all of them?

 7          A    She didn't, Mr. Dolan did.

 8          Q    All right.

 9          A    And sometimes they both worked together,

10    actually.

11          Q    Okay.  And when did she observe Travis without

12    your permission?

13          A    I would say it was in the fifth grade.

14          Q    Fifth grade?

15          A    When we wanted to keep Travis back.

16          Q    And what do you mean by she observed him?

17          A    She was hanging, which bothered Travis a lot.  I

18    can't explain that.

19          Q    So she was in the classroom?

20          A    Yes.

21          Q    And was she looking at Travis' work?

22          A    From my understanding, she was just hovering over

23    Travis asking questions.  I can't really get into detail.  I

24    don't know.  I wasn't there.

25          Q    Is this something Travis told you?
```

NIZIANKIEWICZ & MILLER REPORTING SERVICES

```
 1        A     Yes.

 2        Q     Okay.  Did that happen on more than one occasion?

 3        A     Yes, with other people, though.

 4        Q     Other people, not her?

 5        A     I don't know how many times with her.

 6        Q     Did Travis tell you that she was hovering over

 7   him more than once?

 8        A     I can't recall.

 9        Q     Okay.  Did you ask her why she was there?

10        A     Yes, we asked for a note.  She wanted to observe

11   Travis to see what his capabilities were.

12        Q     So you asked her why she was observing Travis and

13   she told you she wanted to see what his capabilities were?

14        A     Watching his behavior, you know, the stuff they

15   always say.

16        Q     Okay.  She wanted to observe his behavior and

17   capabilities?

18        A     I'm guessing, babe.

19        Q     I want to know what you told her why she was

20   there.

21        A     I would have to look it up.  It's in writing I'm

22   sure somewhere.

23        Q     Did you give her permission to observe him?

24        A     No.

25        Q     Okay.  So what was in writing that you would look
```

87

1    up?

2         A    I'm assuming it is in writing.

3         Q    What's in writing?

4         A    That, you know, after she observed Travis of what

5    she felt.

6         Q    Okay.

7         A    What she observed.

8         Q    What she observed Travis doing in his writing?

9         A    I can't swear to that.

10         Q    But you think it might be?

11         A    Correct.

12         Q    All right.  And then how did she remove Travis

13    from the classroom and put him with other students?

14         A    I had a note come home saying that ILC is too

15    overloaded with too many children.  They have a new special

16    education teacher who is absolutely wonderful with special

17    ed. children.

18              And I had concerns about that because she only

19    chose Travis and one other child.

20         Q    And what did you know about the other child?

21         A    I didn't.

22         Q    Okay.  And was this move to a new special

23    education teacher discussed at the PPT meeting?

24         A    No.

25         Q    It wasn't?