1    A    No. I received a note home.

2    Q    A note home?

3    A    Uh-huh. After the fact.

4    Q    Do you have a copy of that?

5    A    No, I can't swear by it, but it might be in one

6  of my boxes.

7    Q    And did you bring that up at a PPT meeting after

8  it occurred?

9    A    Yes.

10   Q    And what do you remember saying about it?

11   A    I don't remember.

12   Q    And did the PPT decide that Travis should stay

13 with the new special ed. teacher?

14   A    I don't recall. I don't think we had a choice.

15   Q    And in your own words, why did you sue Dennis

16 Dolan?

17   A    Same as the above.

18   Q    Because he was a member of the PPT?

19   A    Because he wasn't acting with Paula Kelleher in

20 the same situation.

21   Q    Did he observe Travis without your knowledge?

22   A    He observed Travis in his office a few times. He

23 -- Travis had said some statements about him, but I don't

24 recall what they are at this time.

25   Q    Okay. And what was your understanding of the

1  circumstances as to Mr. Dolan observing Travis in his
2  office?
3       A    I don't have an understanding of it.
4       Q    Okay. So you don't know what happened?
5       A    No.
6       Q    Okay. How did you know Travis was in Mr. Dolan's
7  office?
8       A    Travis always talked to me.
9       Q    Why did you sue Jean Malcolm?
10      A    Because like I said, again, when I wanted Travis
11 to stay back in fifth grade, they were all arguing that he's
12 ready for sixth grade but he was only reading at a 1.8 level
13 reading and barely writing. So they went ahead and put him
14 in the school without my permission, you know.
15      Q    You mean the PPT recommended that he go to sixth
16 grade?
17      A    I mean the PPT sat around the table and said he's
18 going.
19      Q    They said he's going to sixth grade?
20      A    He's going, yes, he's going. I didn't get a
21 chance to talk at all. He was going.
22      Q    So there was a PPT where Travis was going to
23 sixth grade was discussed, is that right?
24      A    It wasn't really discussed amongst everybody. It
25 was they said, No matter what, this meeting is adjourned,

```
 1    Travis is going to sixth grade.  That's it.
 2         Q    Were you present at that meeting?
 3         A    Oh, yeah.
 4         Q    Who else was there?
 5         A    There was Deborah Stevenson, attorney at law.
 6         Q    You were represented by counsel at that meeting?
 7         A    That was when I didn't want Travis to go after
 8    all of this stuff, that's when I finally hired Debbie trying
 9    to get my son an education.
10         Q    So she was at a meeting where Travis being
11    promoted to sixth grade was being discussed?
12         A    Yes.
13         Q    Okay.  And did she speak on your behalf?
14         A    Yes.
15         Q    What did she say?
16         A    I can't recall.  I would have to look back.
17         Q    All right.  Do you have notes of that?
18         A    I can't swear to it, but I'm sure I do.
19         Q    Okay.  Was your husband present at that meeting
20    also?
21         A    Yes.
22         Q    Did he speak?
23         A    Oh, yes.
24         Q    What did he say at the meeting?
25         A    He agreed with us, with me.  Travis should not be
```

```
 1    going on.
 2         Q    So your husband did not want Travis to be
 3    promoted to sixth grade?
 4         A    Correct.
 5         Q    And he expressed that at that meeting?
 6         A    I believe so.
 7         Q    And why did you sue Josephine Rositano?
 8         A    Because she is the one that did the evaluation to
 9    my son and told me to go down to bring it to my pediatrician
10    which, in return, put Travis on Ritalin.  And also because
11    we had plenty of chitchat talks on our own and she said she
12    was out there to help Travis and the talks we talked about
13    personally never happened in the PPT meeting itself.
14         Q    All right.  Can you give me some examples of
15    those talks you had with Josephine Rositano?
16         A    Yes.  I asked for a dyslexia test.
17         Q    What did she say?
18         A    There was no dyslexia test.
19         Q    And is it your understanding that there is a test
20    for dyslexia?
21         A    Yes.
22         Q    And do you know the name of it?
23         A    No, I don't know the name.
24         Q    Had Travis had it?
25         A    Yes.
```

1   A   I wouldn't say promises.  I would say that they
2   tried to guide me down the right road best for Travis, but I
3   didn't see that happening.
4   Q   In your private conversations, was she showing
5   concern for Travis?
6   A   He's a kindhearted boy, he's a sweetheart, he
7   comes in for snacks.  That's the only kind of conversations
8   that I recall at this time.
9   Q   Okay.  What is your understanding of Travis'
10  relationship with Mrs. Rositano?
11  A   I don't recall.  I mean, that was a long time
12  ago.
13  Q   Yeah.  And was Mrs. Rositano a member of the PPT
14  meeting, or PPT?
15  A   Yes.
16  Q   Okay.  And is that another reason why you sued
17  her?
18  A   Yes.
19  Q   Why did you sue Adele Johnson, in your own words?
20  A   Adele Johnson was the one who was at John
21  Pettibone School on and off observing Travis without my
22  knowledge.  She also --
23  Q   Anything else?
24  A   Yes.  She also was one of the ones who said that
25  Travis was going to sixth grade if you like it or not.  And

1  after the due process when the program was suppose to be
2  reset-up I don't feel she followed that through.
3      Q    What do you think Travis was entitled to as a
4  result of due process that he didn't get?
5           MR. DUBE:  Without limiting it to generality
6           of the general objection, I just want to object
7           to the form of the question.  It is over broad
8           and potentially calling for a legal conclusion.
9           But you can answer it as best you can.
10     A    I don't know.
11 BY MS. POWELL:
12     Q    You don't know?
13     A    No.
14     Q    Okay.  Well, you said that Mrs. Johnson didn't --
15 you don't feel that she put the program in that due process
16 required her to, right?
17     A    Well, what happened at due process is when we
18 were suppose to pick an independent consultant.
19     Q    Yeah.
20     A    And I feel she kind of worked on him and Travis
21 didn't get guided the way he should have been guided for his
22 education.
23     Q    All right.  So an independent consultant was to
24 be picked, right?
25     A    My understanding is that Doctor Theis and someone

99

1   picked by the board picked Doctor New to be the educational
2   consultant. I don't know who picked --
3       Q   You don't know that?
4       A   No.
5       Q   Is it your understanding that Doctor New was the
6   educational consultant?
7       A   Yes.
8       Q   Okay. And do you think that Mrs. Johnson somehow
9   influenced Doctor New?
10      A   Yes.
11      Q   Okay. And what do you think she influenced him
12  to do?
13      A   Well, he would call and tell us one thing on the
14  phone and he would go to the PPT and say the total opposite
15  at the PPT with her. And they went to Pettibone to check
16  out a school which we were suppose to do with them. They
17  went without us. But that happened four months after Doctor
18  New was suppose to be putting the right program together for
19  Travis.
20      Q   Okay. So Doctor New and Mrs. Johnson went to
21  Kildona?
22      A   Yes, and Jody Bere, I believe.
23      Q   And you were suppose to go with them?
24      A   Yes, we were suppose to go as a group or my
25  husband and I were suppose to go there. But as I mentioned

1   that school, they took it upon themselves, which, you know,
2   I thought was wrong.
3       Q   Okay.  So your understanding was that you and
4   your husband and Doctor New and Mrs. Johnson were going to
5   go to Kildona together?
6       A   My understanding was that Doctor New was to go
7   with us because he would tell us one thing on the phone and
8   do the opposite.
9       Q   Okay.  So your understanding was that Doctor New
10  was going to go with you and your husband to Kildona to look
11  at it?
12      A   Or on his own, yes.
13      Q   Or on his own.  And did he tell you that he was
14  going to go to Kildona?
15      A   No.
16      Q   And how did you find out that he had gone?
17      A   Because another PPT meeting.
18      Q   And how did you find out that Mrs. Johnson had
19  gone with him?
20      A   PPT meeting.
21      Q   So did Doctor New say that Mrs. Johnson went with
22  him?
23      A   They all said they went up to visit the school.
24      Q   Okay.  And do you remember what year that was?
25      A   2004, '5.  Go through the grades, if you could.

Case 3:03-cv-00496-MRK    Document 131-5    Filed 08/15/2005    Page 9 of 17

101

| | | |
|---|---|---|
| 1 | Q | He was in Ben Bronz eighth grade, right? |
| 2 | A | Yeah. |
| 3 | Q | So were you looking at Kildona before he went to Ben Bronz? |
| 5 | A | Can't go by grade on this one. They looked at Kildona before he went to Ben Bronz. |
| 7 | Q | Okay. |
| 8 | A | Yes. |
| 9 | Q | Okay. |
| 10 | A | They also looked at Ben Bronz and Doctor New told us that Ben Bronz doesn't have Travis' age group at Ben Bronz. |
| 13 | Q | Okay. Do you recall anything else specific that Mrs. Johnson did that you thought was inappropriate? |
| 15 | A | Not at this time. |
| 16 | Q | Okay. And why did you sue Deborah Shelley? |
| 17 | A | Because she was part of the school district and the new teacher who didn't give Travis the proper education. |
| 19 | Q | Was she one of his teachers? |
| 20 | A | She was the one that when he was in the kindergarten hall. |
| 22 | Q | So she was the new special education teacher? |
| 23 | A | Yeah. |
| 24 | Q | Was that in fifth grade? |
| 25 | A | Yes. |

102

```
 1        Q    And Robyn Vikland, we talked a little bit about
 2   her.  She was the school nurse, right?
 3        A    Yes.
 4        Q    Did she participate in the PPT?
 5        A    No.
 6        Q    And in your own words, why did you sue her?
 7        A    The constant phone calls for the Ritalin and the
 8   medications and just constantly pushing me on the issue, not
 9   listening to what I had to say about the issues.
10        Q    What did you -- did you ever tell her that you
11   objected to Travis taking Ritalin?
12        A    I told several people, I don't recall who.
13        Q    So you don't know whether you told Ms. Vikland
14   that you didn't like giving Travis Ritalin?
15        A    I don't recall who I told.
16             MS. POWELL:  I am going to get to a new line
17             of questioning.  So do you guys want to eat real
18             quick?
19             MR. DUBE:  Yeah.
20             MS. POWELL:  Then maybe you can jump in.
21             MS. CALLAHAN: That would be great.
22             (The deposition recessed for lunch)
23
24
25
```

```
                                                              163
 1              MR. DUBE:  Let me just clarify the question.
 2         The question is does she remember or attempt to
 3         refresh her recollection?
 4              MS. CALLAHAN:  If she remembers.
 5      A    I don't remember.
 6   BY MS. CALLAHAN:
 7      Q    May of 2000 would have been late in Travis'
 8   fourth grade school year.  Do you remember whether you gave
 9   Travis any Ritalin -- withdrawn.
10         Do you remember whether you filled any or had any
11   prescription for Ritalin filled for Travis after May of
12   2000?
13      A    I don't know the exact date, but I know that's
14   when I started seeing other doctors because the school
15   referred other doctors other than Rubin because of the
16   Ritalin not working.  I don't know the dates.
17      Q    To the best of -- withdrawn.
18         Again, looking at the pharmacy records that had
19   been produced in this case, Mrs. Myslow, the last time
20   Doctor Rubin provided a prescription that appears to have
21   been filled at CVS for Ritalin was a prescription for 90
22   tablets of five milligrams of Ritalin on March 24th of 2000.
23      A    Where do you see that?
24      Q    This is in your pharmacy record.  And the records
25   that had been produced in discovery in this case, there is
```

1  no pharmacy record showing a prescription for Ritalin filled
2  after March 24th of 2000.
3       I want to ask you, Mrs. Myslow, whether you
4  believe Doctor Rubin wrote any prescriptions for Ritalin for
5  Travis after March 24th of 2000?
6          MR. DUBE:  May I just clarify because you
7          handed her the records.  Do you want her answer
8          to be based on the review of the record or based
9          on the knowledge that exists today?
10         MS. CALLAHAN:  Just using the record -- why I
11         am using that?
12         MR. DUBE:  Right.  I see.
13     A    '98 to 2000, so that's about when he probably
14  stopped the Ritalin.
15  BY MS. CALLAHAN:
16     Q    Two years, correct?  March of 1998, Travis was in
17  second grade, correct?
18     A    Yes.
19     Q    May of 2000, Travis was in fourth grade, correct?
20     A    Okay.
21     Q    Okay.  After fourth grade, did you ever give
22  Travis Ritalin, did you personally ever give him any
23  Ritalin?
24     A    No, not that I am aware of.
25     Q    Are you aware of filling a prescription at any

165

1   pharmacy other than CVS for Ritalin for Travis?
2        A    Not to my recollection.
3        Q    So any claim in this case that Doctor Rubin
4   provided prescriptions for Ritalin for Travis beyond that
5   two-year period would be wrong, correct?
6             MR. DUBE:  I just want to object to the form
7        of the question.  If I may see those records for
8        a moment, just want to ensure that that correctly
9        states a fact in evidence.  Because I do see that
10       -- oh, I see.  My objection --
11            THE WITNESS: Let me see that.
12            MR. DUBE:  That's right.  It is not Ritalin.
13       I'm sorry, Attorney Callahan.  My objection is
14       withdrawn.
15            MS. CALLAHAN: They are not easy to read.
16  BY MS. CALLAHAN:
17       Q    So any allegation that Ritalin was prescribed by
18  my client for Travis after March of 2000 would be wrong,
19  correct?
20       A    That Travis did no longer take Ritalin.
21       Q    A claim that he was taking Ritalin prescribed by
22  my client after March 24th of 2000, that there was any
23  prescription after that date, that would be wrong?
24       A    I can only go by the records.  I don't remember
25  the dates, as I said.

1   Q   Mrs. Myslow, you and your husband have brought a
2   lawsuit in which you sued my client for medical malpractice?
3   A   Right.
4   Q   One of the allegations is that my client
5   prescribed Ritalin for your child for a period of three
6   years. That is not so, is it?
7           MR. DUBE: Objection to the form. You can
8           answer the question.
9   A   I assume it was three years, but maybe it was
10  only two.
11  MS. GALLAHAN:
12  Q   Maybe it was only two. And during the course of
13  those two years, Travis didn't take the medication
14  continuously, correct? He took the summers off, isn't that
15  true?
16  A   Yeah.
17  Q   In other words, there wasn't any medication
18  provided to him from the end of the school year in 1998
19  until the start of the school year in 1998, end of the
20  second grade to the start of third grade, correct?
21  A   Correct.
22  Q   And there wasn't any medication given from the
23  end of third grade until the start of fourth grade, correct?
24  A   That I can't answer because that was different
25  doctors at that point after 2000.

1    Q    Right.  1999 to 2000, it was still Doctor Rubin,
2  correct?
3    A    Yes.
4    Q    After Travis stopped the Ritalin in May of 2000,
5  now it is the last time that any Ritalin was given, is that
6  correct?
7    A    According to the records, yes, that is correct.
8    Q    Now I am looking specifically for your memory.
9  You remember when in time that you decided he wasn't going
10 to be on Ritalin anymore, right?
11   A    Yes.
12   Q    And was that around May of 2000, the end of
13 fourth grade, approximately?
14   A    I can't give a certain date because I thought for
15 some reason it was around fifth grade.
16   Q    Okay.  If Doctor Rubin's records which you have
17 in front of you reflect that conversation with Travis around
18 May 9th of 2000, correct, it was conveyed that the
19 medication made him feel hyper and there was a discussion
20 that the medication wouldn't be given any longer, you
21 wouldn't dispute that, is that right?
22   A    Where are you seeing that?
23   Q    In that May 9, 2000 notation from Doctor Rubin.
24   A    I believe that's when he was referred to another
25 doctor for different medication.

1   Q   It was paid for by you, the parents?
2   A   Yes. Then we also had a gentleman that came to
3   our home. I don't recall his name.
4   Q   And where did you get those two tutors?
5   A   One was recommended by -- I don't quite remember
6   who recommended her. The other one was recommended by
7   school officials, you know.
8   Q   And how many hours a day did he receive
9   instructions when he was homebound?
10  A   Only two, with the tutors. I couldn't afford it
11  anymore.
12  Q   Did the New Milford School District pay for Ben
13  Bronz?
14  A   Yes, educational department.
15  Q   Was there a portion of it that they did not pay
16  for?
17  A   Yeah. Lunches and there was one other thing, but
18  I don't recall what it was.
19  Q   They paid for the transportation?
20  A   Yes.
21  Q   Do you believe that Travis did not have behavior
22  problems at Ben Bronz?
23  A   I believe --
24              MR. DUBE: Let me just object to the form of
25              the question. You can answer the question.

```
                                                          233
```

1  STATE OF CONNECTICUT :
                              SS. Bloomfield, May 23, 2005
2  COUNTY OF HARTFORD   :

3      I, Charles H. Dukes, a Notary Public within and for

4  the State of Connecticut, do hereby certify that the

5  deposition of CINDY MYSLOW was taken before me pursuant to

6  Notice at the law offices of Howd & Ludorf, 65 Wethersfield

7  Avenue, Hartford, Connecticut, commencing on May 13, 2005,

8  at 10:00 a.m.

9      I further certify that the witness was first sworn by

10 me to tell the truth, the whole truth, and nothing but the

11 truth, and was examined by counsel, and her testimony

12 stenographically reported by me and subsequently transcribed

13 as hereinbefore appears.

14     I further certify that I am not related to the parties

15 hereto or their counsel, and that I am not in any way

16 interested in the events of said cause.

17     Dated at Bloomfield, Connecticut, this 23rd day of

18 May, 2005.

19

20                          _____

21

22                          Charles H. Dukes
                            Notary Public
23

   My Commission Expires:
24 May 31, 2007

25