New Milford Department of Pupil Personnel and Special Services
50 East Street
New Milford, CT 06776
(860) 354-2654

**NOTICE OF PPT MEETING**

MAR 23 1998
DEPT. OF PUPIL PERSONNEL

Date: March 11, 1998

Parent's Name and Address: Mr and Mrs Myslow
3 Hallets Rd
New Milford, CT

Dear Mr and Mrs Myslow

Please be advised that a Planning and Placement Team (PPT) Meeting will be convened on behalf of your child Travis. The meeting is scheduled as follows:

Date: Wed March 17, 1998   Time: 10:30 AM   Location: JPS conference Rm

The purpose of this meeting is to:

- ___ discuss the referral for consideration of preplacement evaluations.
- ✓ review preplacement evaluation results and determine eligibility for special education.
- ___ develop, review and/or revise the Individualized Education Program (IEP) Annual Review
- ___ Transition Services (required for students ages 15 and over):
    - ___ Develop/Review/Revise Transition Goals and Objectives on the IEP
    - ___ Your child will be invited to attend this meeting
    - ___ Agency representatives that can assist in transition planning will be invited to attend (see list below)
- ___ Discuss the reevaluation (triennial review)
- ___ Other

(SHOULD SCHOOL BE CANCELLED, THIS MEETING IS ALSO CANCELLED).

The following individuals have been invited to attend:

| Name | Title |
|---|---|
| Denis Dolan | Asst. Principal (Administrator) |
| Janet Natale | Speech/Lang Pathol. |
| Chris Church | Classroom Teacher (Instruction) |
| Allison Murray | Occupational Therapy |
| Josephine Positano | School Psychologist (Related Services) |
| Davey Markelon | Special Education Teacher |

Please make every effort to attend this meeting. You may bring anyone of your choosing to this meeting. The meeting can be rescheduled at a mutually agreed upon time and place.

Our records indicate that you were given a complete copy of Procedural Safeguards for Parents of children in Special Education on 3/1/20/98 (Date). If you would like another copy or further explanation of your due process rights contact Denis Dolan at 354-3217

If you have any questions or wish to reschedule the meeting, please contact me at _____

Sincerely,

Josephine Positano, School Psychologist
(Name and Title)

enclosed: Procedural Safeguards

DISTRIBUTION: White-Parent;  Canary-Local PPT;  Pink-Director of Pupil Personnel

**NEW MILFORD PUBLIC SCHOOLS**
Department of Pupil Personnel and Special Services
50 East Street
New Milford, CT 06776
(860)354-2654

## PARENT NOTICE OF REFERRAL TO SPECIAL EDUCATION


RECEIVED JAN 22 1998 DEPT. OF PUPIL PERSONNEL

Parent/Guardian: Mr. + Mrs. Matthew Myslow                Date: 1/12/98
Address: 3 Halletts Rd.
         New Milford CT 06776

Dear Mr. + Mrs. Myslow :

The purpose of this letter is to notify you that your daughter/son, **Travis Myslow** (Student's Name) has been referred for consideration of eligibility for special education services. The referral was made by **Chris Church** (Name of Referring Person/Team) on **1/9/98** (Date).

This referral was made for the purpose of determining whether your child is eligible for special education services and if so, to determine those services which will best meet his/her educational needs.

The next step in the referral process is to hold a Planning and Placement Team meeting. At this meeting the information available regarding your child's current performance will be reviewed and evaluation procedures for determining eligibility for special education services will be agreed upon. Please make every effort to attend this meeting.

Enclosed with this letter are the following materials:

✓ A copy of the referral, which outlines the information used as the basis for this referral, including strategies employed prior to the referral.

✓ A copy of Procedural Safeguards for Parents of Children in Special Education. This document outlines your parental rights.

✓ A Planning and Placement Team Meeting Notice. (If a notice is not included with this letter, you will receive one in a separate mailing).

___ Other: _____
         (Please Specify)

Please be advised that you have the right to review and obtain copies of all records used as a basis for this referral. If you have any questions, please contact **Denis Dolan, Asst. Principal** (Name)
at **(860) 354-3218**.
   (Telephone Number)

Sincerely,

Dercey Markelon, Spec. Ed. Teacher
Name and Title

DISTRIBUTION: White-Parent; Canary-Local PPT; Pink-Director of Pupil Personnel