# New Milford Public Schools
## Individualized Education Program and Planning and Placement Team Summary

**I. Student:** Travis Myslow  **DOB:** 7/1/90  **Age:** 7  **Grade:** 2  **School:** JPS  **PPT Date:** 1/20/98

**Gender:** M  **Comp. ID** ___  **Social Security #:** 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  **Tel. No.** (860) 356-6569  **Referral Date:** 1/19/98

**Parent/Guardian:** Cindy and Matthew Myslow  **Dominant Language:** English ✓  Other ___  **H.S. Credits:** ___  n/a ✓

**Address:** 3 Hallets Rd.  If services to be provided in other than English, specify language: _____

New Milford CT 06776  **Last Triennial Date:** NA  **Next Triennial Date:** _____

**II. Type of PPT (check all that apply):**
- ☒ Referral
- ☐ Design Triennial Eval.
- ☐ Determine Eligibility
- ☐ Annual Review
- ☐ Program Review
- ☐ Transition Planning
- ☐ Other (specify)

**PPT Members Present:** (Bold = must attend, Italics = at least one must attend)

**PPS Staff:**
- **Administrator:** [signature]
- **Parent/Guardian:** [signature] Cindy Myslow
- **Parent/Guardian:** [signature] Matt Myslow
- **Student:**
- **Teacher:** [signature]
- **Sp. Ed. Teacher:** [signature] Bruce Markle

- **Psychologist:** [signature] Josephine Fortin
- **Nurse:**
- **Social Worker:**
- **Physical Therapist:**
- **Speech Pathologist:** [signature] Janet O. Napole
- **Occupational Therapist:**
- **Guidance Counselor:**
- **Instructional Assistant:**
- **Other:**
- **Other:**
- **Other:**

**PPT RECOMMENDATIONS:** Administer a psychoeducational evaluation and speech/language evaluation.

School records indicate that you received a complete listing of your procedural safeguards. If you would like another copy or further explanation of your rights, please contact: Denis Polan  at (860) 354-3218.

Page 1

DISTRIBUTION: White-Central Office; Yellow-School; Pink-Parent

# New Milford Public Schools
## Individualized Education Program and Planning and Placement Team Summary

Student: _Travis Myslow_    PPT Date: _1/20/98_

**NARRATIVE SUMMARY:** (Note, the completion of this summary form, the present levels of educational performance, and a description of each evaluation procedure, test, record or report the district uses as a basis for the proposal or refusal of actions constitutes written prior notice.)

Introductions/Purpose of the meeting: _Referral_

Actions proposed or refused: _Complete a psychoeducational evaluation, speech language evaluation_

An explanation of why the district proposed or refused the action: _Difficulties with reading, writing, math attention_

A description of any options the district considered and the reasons why those options were rejected: _Other testing options - experts needed or testing plan_

A description of any other factors that are relevant to the district's proposal or refusal: _N/A_

CHECK ONE: _✓_ Parent is in agreement with PPT recommendations and requests immediate implementation.
_____ Parent not in attendance, IEP and PPT Summary will be mailed. Implementation will occur in 5 school days unless parent contacts staff with concerns.

DUE PROCESS INFORMATION: Given: _1/20/98_, Mailed: _1/12/98_ to parent with this notice.

Page _2_

DISTRIBUTION: White-Central Office;   Yellow-School;   Pink-Parent

**New Milford Public Schools**
**Individualized Education Program and Planning and Placement Team Summary**

Student: _Travis Myslow_    PPT Date: _1/26/98_

## Present Levels of Educational Performance

### ACADEMIC/COGNITIVE:

| Assessment Data | Date of Assessment |
|---|---|
| Classroom Observation | 10/97 – present |

| Strengths | Areas of Concern |
|---|---|
| math facts | reading, math concepts, written language |

### SOCIAL/BEHAVIORAL:

| Assessment Data | Date of Assessment |
|---|---|
| Classroom Observations | 10/97 – present |

| Strengths | Areas of Concern |
|---|---|
| wants to do well | difficulty making friends |

### COMMUNICATION:

| Assessment Data | Date of Assessment |
|---|---|
| Classroom Observations | 10/97 – present |

| Strengths | Areas of Concern |
|---|---|
|  | organizing his thoughts |

Page 3

# New Milford Public Schools
## Individualized Education Program and Planning and Placement Team Summary

Student: Travis Myslow   PPT Date: 1/20/98

### Present Levels of Educational Performance

**GROSS/FINE MOTOR:**

| Assessment Data (include medical information) | Date of Assessment |
|---|---|
| Classroom Observations | 10/97 – present |

| Strengths | Areas of Concern |
|---|---|
| | received OT services for fine motor skills |

**VOCATIONAL:**

| Assessment Data | Date of Assessment |
|---|---|
| Not Applicable due to Child's Age | |

| Strengths | Areas of Concern |
|---|---|
| | |

**SELF-HELP:**

| Assessment Data (include medical information) | Date of Assessment |
|---|---|
| Classroom Observations | 10/97 – present |

| Strengths | Areas of Concern |
|---|---|
| | attention span, impulsivity easily frustrated, organizational skills |

Page 4

# NEW MILFORD PUBLIC SCHOOLS
Department of Pupil Personnel and Special Services
50 East Street
NEW MILFORD, CONNECTICUT 06776
(860)354-2654


RECEIVED JAN 2[?] DEPT. [OF P]UPIL PERSONNEL

## CONSENT TO CONDUCT AN INITIAL EVALUATION

Dear _Mr + Mrs Myslow_ :     Date: _1/20/98_

Your child _Travis Myslow_, has been referred for consideration of a placement in a special
(Child's Name)
education program. The eligibility determination process includes a complete preplacement evaluation. Federal and state regulations mandate that parents give written consent prior to this initial evaluation.

You should be aware that you have the following rights:

A. Parents have the right to refuse consent and, if given, it may be revoked at any time.
B. Parental failure to respond within 10 school days from the date of this notice shall be construed as refusal of consent.
C. If contested, your child's current educational placement will not change until due process proceedings have been completed.
D. Parents have the right to review and obtain copies of all records used as a basis for referral.
E. Parents have the right to be fully informed of all evaluation results.
F. Parents have the right to obtain an independent evaluation as part of the evaluation process.
G. Parents have the right to utilize due process procedures.

The evaluation procedures that will be used are summarized below:

| TEST/EVALUATION PROCEDURE | AREA OF ASSESSMENT | EVALUATOR |
|---|---|---|
| WISC-III | Intellectual | School Psychologist |
| Bender Visual-Motor | Visual-motor | " " |
| ACTeRS, Child Symptom Inventory | Behavioral | " " |
| Hawthorne Sentence Completion | Personality | " " |
| WJR Achievmt/Cognitive | Learning | Spec Ed Teacher |
| VMI, MVPT, Clinical Observ. | Fine Motor Skills | Occupational Therapist |
| CELF-3, Listening Test, BOEHM | Language | Speech-Lang. Pathologist |

Special adaptations or accommodations are to be considered when indicated by the student's language, cultural background or physical status. If applicable, adaptations/accommodations are: (specify) _____

Enclosed/attached is a copy of Procedural Safeguards for Parents of Children in Special Education that describes your rights. If you would like an explanation of these rights, please contact _Mr Denis Dolan Asst Principal_ at _(860) 354-3218_.

## PARENTAL CONSENT

I give my consent for the New Milford Public Schools to conduct the evaluations described above. I understand that this initial consent is valid for reevaluation purposes if proper notice is given to me and I have not revoked my consent.

_Cindy Myslow_                _1-20-98_
Parent/Guardian Signature     Date

I do not give my consent for the New Milford Public Schools to conduct the evaluations described above. I understand that the New Milford Public Schools have the right to initiate due process to determine if this evaluation should be conducted.

_____    _____
Parent/Guardian Signature                 Date

DISTRIBUTION:  Original/Parent    Copy 1/School    Copy 2/Central Office