1

1                    UNITED STATES DISTRICT COURT

2                      DISTRICT OF CONNECTICUT

3    MATTHEW AND CINDY MYSLOW, ET AL    NO.: 3:03CV00496(MRK)

4    VS

5    NEW MILFORD SCHOOL DISTRICT,

6    ET AL                              May 24, 2005

7

8                   DEPOSITION OF MATTHEW MYSLOW

9

10   APPEARANCES:

11

12        LAW OFFICE OF DEBORAH G. STEVENSON, ESQ.
              Attorneys for the Plaintiffs
              226 East Flag Swamp Road
13            Southbury, Connecticut 06488
          BY:   DEBORAH G. STEVENSON, ESQ.
14

15        HOWD & LUDORF, LLC
              Attorneys for the Defendants New Milford School
              District, New Milford Board of Education, Raymond
16            Avery, Jeanann Paddyfote, Thomas Mulvihill, Paula
              Kelleher, Denis Dolan, Jean Malcolm, Josephine
17            Rositano, Adele Johnson, Deborah Shelley and
              Robyn Vikland
18            65 Wethersfield Avenue
              Hartford, Connecticut 06114
19        BY:   ALEXANDRIA VOCCIO, ESQ.

20         SACHNER & O'CONNOR
              Attorneys for the Defendants Anna Alshansky, M.D.
21            and Martin Kremenitzer, M.D.
              765 Straits Turnpike, Building 2
22            Middlebury, Connecticut 06762-1323
          BY:   CHRISTINE ROBINSON, ESQ.
23

24

25                        DONALD E. HUBBARD, LSR #00007
                          REGISTERED PROFESSIONAL REPORTER

15

1          A    No.

2          Q    Okay.  Do you recall any comments regarding his

3     behavior while at Sherman?

4          A    Just the thing that he needed to be -- well, they

5     did rewards for him to do his work.

6          Q    Okay.  Do you recall any feedback that you

7     received regarding his behavior during classroom time?

8          A    Actually the one teacher, I can't remember her

9     name, she loved him.  That was it.  You know.  She would

10    give him, you know, the plastic necklaces and I think some

11    kind of snack reward.  You know, she got along with him

12    great.

13         Q    Do you recall who Travis's teacher was, who his

14    first teacher was once he transferred to New Milford?

15         A    No, I do not.

16         Q    Okay.  You have sued a number of defendants in

17    this case regarding the New Milford School District and I

18    want to ask you about each of them.  First of all, Raymond

19    Avery.  Have you ever spoken to Mr. Avery?

20         A    He attended a PPT of some sort, yes.

21         Q    Have you ever spoken to Mr. Avery outside of a

22    PPT?

23         A    Not that I remember, but -- I don't know if he

24    was at a school board meeting.  I'm going to say I don't

25    remember because I'm not sure.

16

1        Q    You don't recall speaking to him outside the PPT?

2        A    I don't recall.  Is that the right terminology?

3        Q    I'm just trying to clarify.  Do you recall

4 whether Mr. Avery attended one or more PPT's?

5        A    I believe it was a couple of PPT's, yes.

6        Q    Okay.  Do you recall Mr. Avery -- or strike that.

7        Do you recall what Mr. Avery said, if anything,

8 at those PPT's?

9        A    No, I don't recall.  There were several people

10 always at the PPT.  I wouldn't swear to what he said, no.

11        Q    Okay.  In your opinion, why have you sued Mr.

12 Avery in this case?

13        A    He was part of the team.  I mean, I believe that

14 we're basically suing the PPT team.  All we ever asked was

15 for Travis to get a dyslexia test.  I say everybody,

16 everybody in the room agreed, there was no test for

17 dyslexia.  He was attention deficit and they all agreed as a

18 team to that, so that's why.

19        Q    I'm going to go back to that.  Let me ask you

20 about, first, do you know, is dyslexia a learning

21 disability?

22        A    I'm not a doctor.  I don't know how it's

23 classified.  I couldn't tell you.  I know dyslexia is a

24 condition.

25        Q    Do you know whether Travis was assessed with a

17

1  learning disability?

2          A    Yes.

3          Q    By the New Milford School system?

4          A    Yes.

5          Q    Other than Mr. Avery being involved in a PPT, are

6  you aware of any other specific conduct for which you're

7  suing him?

8          A    No, I don't recall, no.

9          Q    As you sit here today, you don't -- or do you

10 know how Mr. Avery's involvement in those PPT's impacted

11 Travis?

12         A    Part of the team.  I mean, you know, that's what

13 PPT's are, what we were told as a team.  Everybody agreed on

14 things, everybody discussed things and everybody made

15 decisions.

16         Q    And you also participated in those PPT's,

17 correct?

18         A    Yes.  Yes.

19         Q    And you were able to comment about what might

20 benefit Travis in the educational setting?

21         A    Yes.

22         Q    And did the PPT's try to take into account yours

23 and your wife's wishes?

24         A    No, I don't agree.  That's why we're here.

25         Q    From the beginning, do you think that was the

19

1    nobody else.

2         Q    Prior to the fifth, sixth grade year, did you

3    ever object to Travis being promoted during those earlier

4    years?

5         A    Every year.

6         Q    I thought you just said before you made a

7    recommendation.

8         A    I mean we objected.  I know we said, We don't

9    want him to go on.  They said, You should let him go on

10   because if you don't he's going to fall behind, he's going

11   to feel his friends are moving on, he's going to rebel, do

12   this.  So I don't know objection or recommendation or

13   however you want to classify it.

14        Q    Okay.

15        A    We listened to the school every year.

16        Q    Okay.  What about when Travis first came to New

17   Milford, did you ask that he be placed into first grade?

18        A    No.

19        Q    Jeanann Paddyfote, have you ever spoken to Doctor

20   Paddyfote?

21        A    Numerous times, yes.

22        Q    Have you ever spoken to her outside of PPT's?

23        A    I mean, she was at the due process.  I don't know

24   if that's considered speaking to her.  We've never had a

25   one-on-one conversation outside of a PPT, that I'm aware of.

20

1     Q   Okay.  So, just to clarify, you don't recall

2  having any conversations with Doctor Paddyfote outside the

3  due process hearing that you had or the PPT's?

4     A   Well, I mean when there was -- when she needed to

5  talk to doctors or we were scheduling things, we've had

6  phone conversations.  But it was -- I'm trying to remember,

7  I know specifically it was one reading specialist she wanted

8  us to go to.  She called.  Normally when we called back we

9  only got a receptionist, but there was scheduling

10  conversations, I guess.

11     Q   Okay.  The reading specialist that Doctor

12  Paddyfote wanted was who?

13     A   Doctor Mary White-Roath.

14     Q   Okay.  And Doctor Paddyfote called you regarding

15  Travis seeing Doctor White-Roath?

16     A   Yes.

17     Q   Was that just a scheduling conversation, or was

18  it more substantive?

19     A   No, I believe it was more scheduling.

20     Q   Have you had any conversations with Doctor

21  Paddyfote besides the PPT's, the due process hearing and

22  these scheduling conversations?

23     A   Not that I recall, no.

24     Q   Why are you suing Doctor Paddyfote in this case?

25     A   She was part of the team.

21

1          Q    Okay.  Any other reason other than her

2    involvement in the PPT's?

3          A    Well, part of the due process as well.  I mean, I

4    guess it's all tied together.

5          Q    Can you identify any specific conduct on the part

6    of Doctor Paddyfote that you are suing her for, aside from

7    her involvement in, you know, just being a member of PPT's?

8          A    No.

9          Q    Have you ever spoken to Thomas Mulvihill?

10         A    Yes.

11         Q    Have you ever spoken to him outside of PPT's?

12         A    No, not that I'm aware of, no.

13         Q    Okay.  Do you recall Mr. Mulvihill's involvement

14   in any of the PPT's that you've attended?

15         A    I can't recall.  There were so many people

16   involved, like I said, I mean specific people stick out in

17   my mind.  I remember Thomas Mulvihill.  Again, we went to a

18   Board of Ed meeting.  He was part of that, too.  So, no, I

19   can't honestly answer that.

20         Q    Can you identify any conduct by Mr. Mulvihill for

21   which you are suing him in this case, aside from him being a

22   member of the PPT's?

23         A    No, not that I can recall, no.

24         Q    Have you ever spoken to Paula Kelleher?

25         A    Yes.

22

1     Q    Have you ever spoken to her outside of PPT's?

2     A    No.  Not that I recall.  Well, she was a

3  principal at Pettibone.  I'm sure there was other

4  conversations throughout the year, but none that

5  specifically I can recall, no.

6     Q    Okay.  Do you recall Ms. Kelleher's involvement

7  in the PPT's that you attended?

8     A    Somewhat, yes.

9     Q    What was Ms. Kelleher's involvement in those

10  PPT's?

11     A    She was part of the team.  She made

12  recommendations and answered questions as well as everybody

13  else.

14     Q    Do you recall what recommendations Ms. Kelleher

15  made?

16     A    No, not specific.  Because, again, no real team

17  member made their own rule.  I mean, it was a team vote as a

18  team, so I know she voted on things, yes.

19     Q    Are you -- strike that.  Can you identify any

20  conduct by Ms. Kelleher for which you are suing her aside

21  from being a member of the PPT's?

22     A    I do specifically remember she was one of the

23  people who said there was no test for dyslexia, yes.

24     Q    Can you identify any other conduct for which you

25  are suing Ms. Kelleher?

23

1      A     No.  Not that I can recall, no.

2      Q     Have you had any conversations with Dennis Dolan?

3      A     Not other than the PPT, I would assume, no.

4      Q     Do you recall what Mr. Dolan's involvement was in

5  the PPT's you attended?

6      A     He was usually the chairperson, in a few of them

7  anyway.  I'm not going to say always, but he seemed to be

8  the leader.

9      Q     Do you recall any recommendations or comments

10  specifically made by Mr. Dolan at these PPT's?

11      A     All the same thing, he was another one who said

12  there was no test for dyslexia.  I do remember that

13  specifically.

14      Q     Anything else?

15      A     Not -- no, not that I can remember right now.

16      Q     Can you identify any conduct by Mr. Dolan for

17  which you are suing him, aside from him being a member of

18  the PPT's?

19      A     No.

20      Q     Have you ever had any conversations with Jean

21  Malcolm?

22      A     Outside the PPT, no.

23      Q     Do you know what Ms. Malcolm's involvement in

24  PPT's was?

25      A     No, to be honest, I don't remember her

24

1    specifically.  There's a few people I remember.  Some of

2    those people attended one or two meetings.  Others attended

3    all, however many we had, so there are certain people I do

4    remember more than I remember others.

5         Q    And you don't remember Ms. Malcolm all that well?

6         A    No, I don't.  Sorry.

7         Q    Can you identify any conduct by Ms. Malcolm for

8    which you are suing her, aside from her being a member of

9    the PPT's?

10        A    No, I can't.

11        Q    Josephine Rositano, have you had any

12   conversations with Josephine Rositano?

13        A    We had numerous conversations with Ms. Rositano.

14        Q    Are these conversations in person or on the phone

15   or both?

16        A    Both.

17        Q    Do you know how many times you met with Ms.

18   Rositano in person?

19        A    I'm only going to say numerous.  I couldn't

20   pinpoint a number.  I'm sorry.

21        Q    Do you know, more than 10?

22        A    Total?

23        Q    Correct.

24        A    I would imagine, yes.

25        Q    Does that include PPT's?

25

1          A    PPT's and other conversations, whether it be

2    phone, in the school or PPT's, definitely more than 10, yes.

3          Q    Eliminating PPT's for a moment, do you know how

4    many in-person conversations you had with Ms. Rositano

5    outside of those PPT's?

6          A    A guess is less than 10, but pretty close to it.

7          Q    And then you also spoke to her on the phone on

8    occasion?

9          A    Yes.

10         Q    Do you know how many times you spoke to her on

11   the phone?

12         A    That was a combination of the 10, you know, I --

13   if you were to split it up, I would say it was half, four on

14   the phone and four off.  Again, I'm not going to pinpoint

15   all this.  We had conversations with so many people.

16         Q    Over what period of time did you have these

17   conversations with Ms. Rositano?

18         A    I would say within the first couple months of

19   Travis starting school and then right up to -- right before

20   he left Pettibone in sixth grade.

21         Q    Ms. Rositano was also a member of PPT's; is that

22   correct?

23         A    Yes.

24         Q    What do you recall about your first conversation

25   with Ms. Rositano?

26

1    A    I believe that there was, you know, a teacher's

2  problem with Travis and she recommended that he go see Ms.

3  Rositano, and the first conversation, I don't know what it

4  was specifically.  I know she observed Travis and gave us

5  some feedback, but I don't know the exact feedback.  At some

6  point it was the fact that he was ADD or ADHD.  But I don't

7  know if that was the first conversation.  Probably took her

8  more than one time seeing Travis and talking to us to come

9  up with that.

10    Q    But at some point you do remember speaking with

11  Ms. Rositano about Travis at least exhibiting characteristics

12  of ADD or ADHD?

13    A    Both.

14    Q    What do you remember -- I know this is a long

15  time ago, but I want to try and get as specific a

16  recollection as you recall -- regarding that conversation

17  with Ms. Rositano where she reported her feedback to you?

18    A    Well, she just said that she had studied him for

19  awhile and talked to him and, I don't know, I'm not going to

20  say she specifically said she tested him, but she saw the

21  signs of it, she gave us a book on ADD and ADHD and felt

22  strongly that's why Travis wasn't doing well in school.

23    Q    Okay.  I think you started to say -- did you say

24  something about him showing the signs of and then you

25  stopped?

27

1     A   I said that's what she said.

2     Q   Okay.

3     A   She was -- she said he was showing signs of

4 ADD/ADHD and that's why he wasn't doing well in school or

5 that's what she believed is why he wasn't doing well in

6 school.

7     Q   Okay.  Did she make any recommendation to you

8 during that conversation?

9     A   Yes, to see our pediatrician.  She gave a report

10 which was discussed at a PPT and it was recommended at that

11 time that we go see our pediatrician.

12     Q   Who recommended that you go see the pediatrician?

13 Was that Ms. Rositano or was that the PPT or both?

14     A   Well, it was discussed at the PPT.  It was

15 recommended by Ms. Rositano and the team, I believe, you

16 know, nobody said it, nobody said, "No." So I guess the

17 whole team agreed to it.

18     Q   But you specifically recall Ms. Rositano

19 recommending that you see Doctor Rubin?

20     A   Yes.

21     Q   Okay.  Did she tell you why she thought you

22 should consult Doctor Rubin?

23     A   Because of what I just said, she had believed he

24 had ADD or ADHD and Ritalin would help him calm down and

25 focus.

28

1        Q    Did Ms. Rositano bring up the subject of Ritalin

2  with you?

3        A    Medication.  I won't pinpoint it to Ritalin, but

4  medication, yes.

5        Q    What did Ms. Rositano tell you with respect to

6  medication?

7        A    That it would help Travis to focus.

8        Q    And she said that during this meeting where she

9  discussed her findings of her evaluation?

10       A    Yes.

11       Q    She said this prior to you actually sharing the

12  report with Doctor Rubin?

13       A    Yes.

14       Q    What did she tell you, if anything, about how the

15  medication would help?

16       A    I don't think she was specific.  I think that's

17  why she said to bring him to Doctor Rubin.  You know, I

18  believe, and I generally recall that she had said with other

19  students it helps them to focus, calm them down, takes away

20  the hyperactivity and helps them to focus.

21       Q    Did she indicate to you whether or not medication

22  would specifically help Travis?

23       A    Yes.

24       Q    She said it would?

25       A    Yes.  She believed it would.

29

1      Q    All right.  Did Ms. Rositano prescribe any

2  medication for Travis?

3      A    No.

4      Q    Are you aware of Ms. Rositano speaking to Doctor

5  Rubin or communicating with Doctor Rubin regarding

6  medication for Travis?

7      A    No, not that I'm aware of, other than she just

8  recommended what she had in her report.  I don't believe she

9  had a conversation.

10     Q    Do you recall anything else about that

11 conversation with Ms. Rositano where she discussed the

12 results of her findings?

13     A    I believe there was a recommendation for

14 occupational therapy.  But, again, I don't know if this was

15 discussed at a PPT, I don't remember if that was her.  I

16 believe it might have been her recommendation.

17     Q    Okay.  And I think you said this already, I'm

18 sorry.  Do you know if she mentioned any specific

19 medications?

20     A    No, I don't remember by name, no.

21     Q    Okay.  Do you recall -- I understand you've

22 spoken to Ms. Rositano a number of times.  Do you recall the

23 specifics of any other conversations you've had with Ms.

24 Rositano over the years, outside of PPT's?

25     A    There was discussion definitely after about how

34

1    us it was helping with the academics.

2        Q    Do you recall any other specific conversations

3    with Ms. Rositano regarding Travis?

4        A    No, I don't recall anything else.

5        Q    Okay.  Can you identify the conduct by Ms.

6    Rositano for which you are suing her in this lawsuit?

7        A    It was just pushing him towards ADHD and saying

8    that's why he wasn't learning.

9        Q    Any other conduct for which you're suing Ms.

10   Rositano?

11       A    No.

12       Q    And when you say she was pushing him towards

13   ADHD, what time period are you talking about?

14       A    Right from the second grade.

15       Q    Did that continue on?

16       A    Yes.

17       Q    Until when?

18       A    Right until the end.  She was also a believer

19   that he had ADD.

20       Q    You had also just mentioned that several people

21   from the school would discuss with you how Travis was doing

22   on the medication?

23       A    Right.

24       Q    Did you or your wife ask the school to give

25   feedback regarding how they perceived Travis to be doing on

35

1    the medication?

2         A    I don't think we had to ask.  I mean, we had

3    conversations.  We had behavior books, we had, you know, I

4    mean, it was always discussed at PPT's that we would follow

5    up and we would get feedback back and forth.  I don't

6    believe we have requested it.  It was always just done.

7         Q    Okay.  Did you want to get that feedback?

8         A    Of course.

9         Q    Okay.

10        A    Yes.

11        Q    And that was something that was appropriate for

12   the school to give you, in your opinion, feedback regarding

13   how he seemed to be doing in the classroom?

14        A    Yes.  We wanted him to learn.  That's all we were

15   trying to do was help him learn.  I mean, anything the

16   school or PPT asked us to do, we did.

17        Q    Have you ever spoken with Adele Johnson?

18        A    Yes.

19        Q    Have you ever spoken with her outside of PPT's?

20        A    Yes.  Oh, yes, a bunch of phone calls back and

21   forth, yes.

22        Q    What did you speak with her about in those phone

23   calls?

24        A    Basically the same type of thing, it was all

25   Travis's behavior, his academic problems.  We had expressed

36

1   that we were comfortable with what Pettibone had done.  She

2   said that Schaghticoke would be able to help him out.  So,

3   we had numerous conversations about what they would do, what

4   Adele or Schaghticoke School, I should say, could do for

5   him.

6          Q    Have you ever spoken with Adele Johnson in person

7   outside of PPT's?

8          A    About school issues?  I bumped into her in the

9   store and said, "Hi."

10         Q    About Travis?

11         A    On the phone, yes.

12         Q    Okay.  But never in person?

13         A    Not that I can recall, no.

14         Q    Okay.  Do you know how many times you spoke with

15  Ms. Johnson on the phone?

16         A    More than 10.

17         Q    Do you know when those phone calls were, meaning

18  what year?

19         A    Well, it was in -- before he left Pettibone

20  School, which would have been sixth grade, and then on into

21  seventh and eighth and --

22         Q    Did you ever speak with Ms. Johnson before

23  Travis's sixth grade year?

24         A    I can't recall if she was part of the fifth

25  grade.  I know she came in because he was transitioned into

37

Schaghticoke.  That's what I basically remember.  I don't

remember whether she was there in any of the fifth grade

meetings.

       Q    Why are you suing Ms. Johnson?

       A    Same thing, she didn't do right by Travis.

       Q    How did she not do right by Travis?  You don't

recall her being involved until Travis was in sixth grade,

correct?

       A    Right.

       Q    So, what did she do beginning in sixth grade to

harm Travis, in your opinion?

       A    Because we had expressed to her the fact that, I

believe by this time Travis, the whole medication thing was

winding down, she said they had the program that could help

Travis in Schaghticoke, don't worry about what happened in

Pettibone, their programs weren't adequate compared to what

Schaghticoke's programs were.

       Q    Okay.

       A    And then when we went to due process and the

hearing officer said that they were to get a program for

Travis, they in turn had to bring people in and try to make

a program for Travis at Schaghticoke.  There wasn't one that

existed to help Travis.  Adele told us there was, but while

Travis was in there they were making a program, trying to

custom tailor a program to meet Travis's needs.