38

1          Q    Okay.  I don't want to put words in your mouth,

2     but are you suing --

3          A    I won't let you.

4          Q    -- are you suing Ms. Johnson for recommending

5     that he go to Schaghticoke and then for, I guess, being a

6     part of whatever educational program he received there?

7          A    I don't know how to say it, then.  No.  I mean,

8     she told us that basically that the programs that were at

9     Pettibone School were inadequate.  The program she had at

10    Schaghticoke was designed specific for what Travis needed

11    when he went there.  Then they started trying to customize

12    the program for Travis because they didn't really have the

13    program that was there for Travis.  Because we had requested

14    that he go to the school that had a program specific to

15    dyslexia because that was brought out that that's what

16    Travis had was dyslexia at the time toward the end of the

17    sixth grade school year, and when he went to seventh grade

18    -- at the sixth grade meeting, Adele said, Don't worry, we

19    can take care of Travis's needs at the Schaghticoke School,

20    and in the meantime when he went there they tried to make up

21    a program.  They did not have one in existence.  They were

22    trying to custom tailor one for Travis.  So, the whole team

23    was there, they were trying to build one, so the whole time

24    Travis was not getting the right education.

25         Q    That's why you're suing him, because Travis

39

1  wasn't getting the right education at Schaghticoke, even

2  though she said there was some kind of program in place?

3      A    Yes, ma'am, that was part of it, yes.

4      Q    Why else did you sue her?

5      A    She was a part of the PPT's also, and like I

6  said, all during the sixth grade there was behavior

7  checklists, just, you know, again this all came down to we

8  asked everybody including Adele Johnson at one of the PPT's,

9  Can we test him for dyslexia?  And everybody told us he's

10 not dyslexic, he is ADHD, and we brought him to Doctor Thies

11 on our own to find out there is a test for dyslexia and

12 that's what Travis had, and by this time he was so

13 rebellious that we had to pay, he couldn't read to us

14 because he felt stupid.

15     Q    But let me ask you this:  You mentioned Travis

16 was assessed as being learning disabled?

17     A    Yes.

18     Q    Do you know whether the educational program set

19 up for Travis would have been any different had there been a

20 specific diagnosis of dyslexia?

21     A    I don't know if there would have been.  There

22 should have been.

23     Q    How do you think it should have been different?

24     A    Because the school that they finally let us bring

25 him to, which is Ben Bronz Academy, focused strictly on

41

1      A    Yes.

2      Q    Did Ben Bronz also use a Let's Read program?

3      A    A version of it.  That's why I say there was a

4   different version than the public schools have.  It's Cyber

5   Slate, more hours of it, and one other thing, I can't

6   remember what she said.

7      Q    Getting back to Ms. Johnson, other than her

8   telling you about the program at the middle school and being

9   a part of the PPT's, can you identify any other conduct for

10  which you're suing Ms. Johnson?

11     A    No.

12     Q    Next is Deborah Shelley.  Have you ever spoken

13  with Ms. Shelley?

14     A    I don't recall ever actually speaking to her.  I

15  know we had notes back and forth.  But specific

16  conversation, no, I can't recall any.

17     Q    And the notes back and forth, do you recall what

18  they pertained to?

19     A    Travis and his behavior and how he was doing in

20  school.

21     Q    Okay.  Was Ms. Shelley one of Travis's teachers?

22     A    That's what I remember, yes.

23     Q    Do you know what grade she taught him?

24     A    It was early.  But, no, I don't know

25  specifically.  I don't remember.

42

1      Q    Why are you suing Ms. Shelley in this case?

2      A    She was -- I know she attended the PPT's.

3      Q    Are you -- strike that.  Can you identify any

4 conduct for which you are suing Ms. Shelley, aside from her

5 attendance at the PPT's?

6      A    No, not specifically.

7      Q    And last but not least, Robyn Vikland, have you

8 had any conversations with Robyn Vikland?

9      A    Yes.

10     Q    Okay.  Have you had any conversations with Robyn

11 Vikland outside of PPT's?

12     A    To be honest with you, I don't remember Robyn

13 Vikland attending PPT's, but I do know we had conversations

14 regarding the medication.

15     Q    And were those conversations in person or on the

16 phone?

17     A    With me, I would say on the phone.  My wife

18 usually dropped the medication off at the school, not

19 myself.

20     Q    How many phone conversations did you have with

21 Ms. Vikland?

22     A    Less than 10 with her.  I know that.  Again, it

23 was all to do with that change in the medications and

24 timing.

25     Q    That's what I was going to ask you.  What did

43

1  those conversations specifically address?

2        A    Change the medications and the times.

3        Q    Okay.  Who recommended the changes in medication

4  and the times when you spoke to Ms. Vikland and during these

5  conversations, how did that come about?

6        A    I believe she had asked us to start giving them

7  at home because Travis was not getting in early enough or

8  wasn't getting the medication early enough, and I think she

9  -- I don't want to say, because I'm not positive.  Like I

10 said, I didn't have many conversations with her.

11       Q    Before any changes to the medications were made,

12 did you or your wife consult with Doctor Rubin first?

13       A    On the times, no, I don't believe so.  Obviously

14 on the switching of the dosages, you know, five milligrams

15 versus ten, we had plenty of conversations, but as far as

16 giving it to him a little earlier in the morning, no.  Not

17 that I recall.  My wife might have.  I didn't.

18       Q    Why are you suing Ms. Vikland in this case?

19       A    She was definitely part of the team.  I mean,

20 again -- I shouldn't say that, excuse me.  I know that when

21 she was spoken -- actually, I don't know.  I'm going to say

22 that because I know my wife spoke to her more than I did, so

23 it could have been something that my wife said.  So --

24       Q    Okay.  So as you sit here today, you're not aware

25 of why you're suing Ms. Vikland; is that correct?

44

1      A    Specifically, no.  I know she was involved, but

2   that's it.

3      Q    Did you accompany Travis in any of his visits

4   with Doctor Rubin?

5      A    Yes.

6      Q    Did you go see Doctor Rubin on that first visit

7   after Ms. Rositano discussed with you her findings?

8      A    I don't know if it was the first one or the

9   second one, but I went to one of the first two.  I believe I

10  did, my wife also thinks she did, so we haven't been able to

11  pinpoint that because there was numerous visits.

12     Q    Did you and your wife ever attend any of Travis's

13  visits with Doctor Rubin together?  Did both of you go?

14     A    Yes.  But I don't know if it was specific to the

15  school or it was a normal cold and we both went.  I know we

16  both visited Doctor Rubin together with our kids.

17     Q    Okay.

18     A    Was it specifically the school or just a common

19  cold or checkup?  You know, I can't swear to that.

20     Q    Did you ever have a chance to review Ms.

21  Rositano's report that she did?

22     A    Not recently, but we got it, yes.

23     Q    At the time that you got it, do you recall

24  disagreeing with anything in that record?

25     A    You know, I don't know.  It's been too long.  I

59

1   ask they say there's one in the room but they agreed to give

2   him one of those.  So, I mean, how long do you take that?

3   Took it for four years last time, so maybe.

4         Q    Okay.  As a result of the due process hearing,

5   Doctor Neu was put in place to direct the course of action?

6         A    Yes.

7         Q    To your knowledge, did the New Milford School

8   District follow Doctor Neu's recommendations?

9         A    I would say that's a yes and no answer.

10        Q    What's the no part?  How have they not followed

11  Doctor Neu's recommendation?

12        A    What Doctor Neu told us versus what he might have

13  said to the school, I couldn't tell you because he would

14  tell us something on the phone and then when we'd go for a

15  PPT or whatever, it would be totally different than what he

16  told my wife and I on the phone.

17        Q    Doctor Neu did attend PPT's, correct?

18        A    Yes.

19        Q    With respect to what you heard Doctor Neu

20  recommend at any PPT's, did the school district follow those

21  recommendations?

22        A    Yes, but I believe actually the school followed

23  Doctor Neu's recommendations more than the school following

24  -- than Doctor Neu following the school's.  He was supposed

25  to be the one to recommend to the school what to do.

60

1      Q    Didn't he do that?

2      A    Yes, I guess at the PPT you're reading.  That's

3  why it's a yes and no answer.  What he told me on the phone

4  the night prior to the meeting that he was recommending

5  wasn't what he recommended at the PPT the next day.

6      Q    But he did make recommendations at the PPT and

7  the board followed those recommendations?

8      A    To the best of their ability, yes.

9           MS. VOCCIO:  I know I'm going over.  Does

10  anybody want to take the 15-minute break now?

11           THE WITNESS:  I could use one.

12           (A recess was taken from 12:22 to 12:33

13  p.m.)

14  BY MS. VOCCIO:

15      Q    Mr. Myslow, do you remember when the due process

16  hearing was involving Travis?

17      A    God, no.  I don't recall the exact date, no.

18      Q    Do you remember approximately what year?  Was it

19  fall of 2000, 2001?

20      A    I don't.  I'm sorry, I don't remember.

21      Q    Okay.

22      A    Excuse me.  One thing too, Dottie Chapman who

23  calls now from the school.  I just asked my wife.

24      Q    Okay.

25      A    Whatever that question was?  It wasn't too far

63

1    you're suing the New Milford School District and the

2    individuals because of their continual practice of having

3    him medicated for ADHD?

4              A    And --

5                   MS. CALLAHAN:  Object to the form of that

6    question.  Go ahead.  You can answer.

7    BY MS. VOCCIO:

8              Q    Let me actually rephrase.

9              A    Okay.

10             Q    Are you suing the school district and individual

11   defendants for any reason other than the fact that it was

12   said that he had characteristics of ADHD and that the

13   medications were recommended and prescribed with respect to

14   Travis's second through sixth grade years?

15             A    And the fact they failed to educate him, I feel,

16   yes.

17             Q    Okay.  With respect to Travis's seventh and

18   eighth grade years, are you suing the New Milford School

19   District and any of the individual school district employees

20   for anything that happened when Travis was in seventh and

21   eighth grade?

22             A    No, he wasn't in their school, only a little

23   portion of seventh grade.

24             Q    So, isn't the basis of your Complaint against the

25   New Milford School District and the individual school

64

1    district employees limited to what happened prior to and

2    through Travis's sixth grade year?

3        A    Yes.

4        Q    I don't think I asked this.  Did you appeal the

5    due process hearing officer's decision?

6        A    No.

7        Q    With respect to one of the -- one of the last

8    things you said, aside from the medications you believe that

9    the school district failed to educate Travis from second to

10   sixth grade?

11       A    Right.

12       Q    Did you raise your concerns regarding any failure

13   to educate at the due process hearing?

14       A    Yes.

15       Q    Okay.  That's what the due process hearing

16   officer ultimately decided was it was these issues regarding

17   Travis's education, right?

18       A    Yes.  I mean, I don't know word for word, but I

19   believe it was something, they didn't have the proper

20   program and that's why Doctor Neu is supposed to find the

21   proper program for Travis and that's where Travis is

22   supposed to be educated.

23       Q    Okay.  Since you addressed the educational

24   concerns at due process, why have you brought this lawsuit

25   against the school district?

65

1          A    Because even after the due process, I don't

2     believe the school followed the due process officer's

3     request.  I believe the school -- I'll say coerced, I don't

4     know if it's the proper terminology, Doctor Neu into doing

5     what they wanted him to do instead of sending Travis to the

6     proper program.  And I believe they were very influential in

7     Travis being medicated for three years.

8          Q    Okay.

9          A    The main thing this is all about, if they had

10    just given us a dyslexia test when we asked for it.  They

11    repeatedly denied it for three years.  We listened to them.

12    They are supposed to be the experts and we finally went and

13    did it on our own.

14         Q    Okay.  You mentioned the school district did not

15    follow the due process officer's request.  What specifically

16    did the school district not follow with respect to the due

17    process hearing officer's decision?

18         A    As I remember, the due process officer ordered

19    that they find a proper program for Travis.  And that's when

20    Adele Johnson told us that they were making a program for

21    Travis at the school.  And the due process officer had said

22    that, you know, because the school kept telling us for the

23    three or four years they were changing programs to help

24    accommodate Travis, none of them had worked, what they tried

25    before.  That's when Adele Johnson was in the PPT and I

66

1    believe the due process, but definitely the PPT she said, We

2    have a program at school that's specific to Travis.  When he

3    went to that school they started tweaking it, moving it

4    around, trying to create one.  That's the exact word she

5    used, Doctor Neu used, they were trying to -- they, the

6    officer, due process officer said, Find a program proper for

7    Travis.  So it was a waste of time.  He waited for them to

8    try to build this program up for the six- or eight-week

9    trial period or something they gave him.

10          Q    Who made the decision, to your knowledge, of

11   sending Travis to the middle school?  Was that Doctor Neu or

12   was that the school district?

13          A    I believe both.

14          Q    Okay.  Did Doctor Neu recommend that he stay with

15   Schaghticoke?

16          A    At the due process, sure.  I mean, I'm sorry, at

17   the PPT, yes.  But to me on the phone, no.  Because that's

18   when he told me that the school doesn't have the proper

19   program.  I have something in the works and I'm going to try

20   to ship him around the school and get him to Kildonan or Ben

21   Bronz.

22          Q    But at the PPT he did recommend going to

23   Schaghticoke?

24          A    Schaghticoke, yes.  Because he said he couldn't

25   find a proper program anywhere else, it didn't exist, so he

67

1    had to custom make one.

2        Q    That's what Doctor Neu said?

3        A    That's what Doctor Neu said.  That's why he was

4    named in it as well.

5        Q    Did Doctor Neu customize the program --

6        A    He attempted to.

7        Q    Let me finish the question.  Doctor Neu

8    customized the program that was instituted at Schaghticoke?

9        A    I don't believe it was ever totally instituted.

10   It was being worked on.  It was in the process.  I don't

11   believe it was ever completed, the actual program.

12       Q    Okay.  Is he the individual, though, who set

13   forth what should be in that program?

14       A    I can't answer that.  It was between him and

15   Adele Johnson.  That's all I could say.  I don't know who

16   actually was the stronger party there.

17       Q    Okay.  Are there any other ways in which you

18   believe that the school district failed to follow the due

19   process hearing officer's decision?

20       A    Not that I can recall, no.

21       Q    You also testified, you said something about the

22   school district coercing Doctor Neu.  Do you recall that?

23       A    That's my belief.  I mean, you know, again, I had

24   multiple conversations with Doctor Neu the night before due

25   process meetings, going in there expecting one thing and

68

1    going in there and getting slapped.

2         Q    Did you ever meet up with Doctor Neu and ask why

3    did it change?

4         A    Yes.

5         Q    What did he say?

6         A    Because he had something up his sleeve.

7         Q    He told you that?

8         A    Yes, God as my witness.  I already did that.

9    That's what he told me.

10        Q    Did Doctor Neu ever indicate to you that he was

11   being coerced by the school district?

12        A    No.  I said it's my opinion.

13        Q    Do you have any evidence of that aside from him

14   telling you one thing in a phone conversation, something

15   different?

16        A    No.

17        Q    Okay.  You also testified that you believe the

18   school district was influential in Travis being medicated

19   for three years.

20        A    Yes.

21        Q    Do you know whether any of the school district

22   employees have spoken to or corresponded with Doctor Rubin

23   regarding Travis's medication?

24        A    I'm not aware of any.  I'm not saying they did or

25   didn't.  Not to my knowledge.  How is that?

86

1        A    Yes.

2        Q    You remember that?

3        A    Yes.

4        Q    After that testing was completed there was one of

5   these PPT meetings; is that correct?

6        A    Yes.

7        Q    And then it was at that meeting that a

8   recommendation was made to you and Mrs. Myslow by the team

9   that Travis should be seen by his pediatrician with respect

10  to Ms. Rositano's findings; is that right?

11       A    Yes.

12       Q    After that recommendation was made, can you tell

13  me what you and Mrs. Myslow did next?

14       A    We disagree on this because I swear in my mind I

15  remember bringing Travis there.  Doctor Rubin sat him on the

16  bench, he looked at the report, he said, We'll try Ritalin,

17  and my wife says -- that's why I think maybe we were both

18  there because she says that's exactly what she remembers as

19  well, so maybe we were both there.  I don't know.

20       Q    You don't have a memory that your wife was also

21  there; is that correct?

22       A    No.

23       Q    You have a memory that Travis was there and you

24  were there?

25       A    Yes.

87

1        Q   And Doctor Rubin was there, correct?

2        A   Yes.

3        Q   And you said you remember Doctor Rubin reading

4  the report?

5        A   Well, just flipping through it, yes.  And I

6  believe he had received a report prior to that, but I'm not

7  positive of that, but I do remember him having -- I

8  shouldn't say the report.  He opened the file.  Whether that

9  was his old files and he had already read the record prior

10  to that or he was slow reading the file, I didn't look over

11  his shoulder.

12        Q   At least based upon what you recall today, you

13  recall having the impression that Doctor Rubin did have

14  available Ms. Rositano's report?

15        A   Yes.

16        Q   And do you have a memory of any conversation that

17  you had with Doctor Rubin regarding Travis and the

18  recommendations or the findings regarding possible ADD/ADHD

19  in Ms. Rositano's report?

20        A   Specific, no.  No, I don't remember a specific

21  conversation.  I do know that at some point throughout, but

22  again we had numerous calls in the first month, two months

23  and then they got a little more sparse later on about the

24  medication and the fact that we weren't keen on the

25  medication.

92

1    remember we had to bring him to the hospital because I had

2    gotten a phone call down there because he was constipated so

3    bad and he had so much pain.

4         Q    You don't have any memory, before he started on

5    Ritalin, that he had problems with constipation?

6         A    Not chronic.  I think all people have that

7    sometimes in their life.

8         Q    And again, because I've had an opportunity to go

9    through Doctor Rubin's records and I also have the pharmacy

10   records and I listened to your answers to Ms. Voccio's

11   questions -- withdrawn.

12             Do you remember what time of year it was that

13   Travis started the Ritalin?

14        A    No.  I -- you know, only by her leading me that

15   it was the spring of, what did you say, '97 or something?

16        Q    1998 is what I have in my records.  Does that

17   sound about right?

18        A    Yes.

19        Q    End of second grade?

20        A    Yes.  Yes.  Definitely, yes.  It was later in the

21   second grade year because in the beginning was having all

22   the PPT meetings, discussions, because he went to

23   occupational therapists, went to speech therapists, he had

24   been to a handwriting specialist and Josephine Rositano.

25   Yes, if you want to do it that way, sure, end of second

93

1  grade.

2      Q    What I want to make sure I understand is once the

3  medication was started toward the end of second grade, he

4  continued on it until the school year ended, I take it?

5      A    Yes.

6      Q    And then you didn't give him the medication

7  during the summer?

8      A    No.

9      Q    And in that period from the time the medication

10  started until the end of the school year of second grade for

11  Travis, do you have a memory, sir, of you ever communicating

12  to Doctor Rubin that you were concerned that Travis was

13  having physical problems like loss of appetite or chronic

14  constipation that you in your mind related to him being on

15  Ritalin?

16      A    No.  No.

17      Q    Do you know, sir, or do you recall, sir, if you

18  ever spoke to Doctor Rubin between approximately March of

19  1998 and the end of the school year in 1998 to convey that

20  Travis was having problems with loss of appetite and

21  constipation regardless of what you associated them with?

22      A    Me personally, no.  I can't recall that.

23      Q    Do you know if Mrs. Myslow did?

24      A    Yes, because, again, I know he was taken at one

25  point to the emergency room and I know from part of the

97

1   renew it with a couple weeks left to go in school, but

2   because it was party time, second and third grade, don't

3   renew it and just picked back up again in September or end

4   of August, what it might have been.  There might have been

5   times where we picked up because she would never send home

6   Travis's pill bottles or we picked something up and told her

7   to throw it away and we would get new stuff in the fall.

8        Q    According to the records that I have, it appears

9   the last time Travis took any Ritalin or any Ritalin was

10  prescribed for Travis was in the spring of 2000.

11       A    Yes.

12       Q    Does that sound about right to you?

13       A    Yes.

14       Q    And after the spring of 2000 Travis didn't take

15  any more Ritalin, correct?

16       A    Not Ritalin, but it was changed.

17       Q    Right.  What I'd like to ask you, sir, is in that

18  approximately two-year period, other than the initial visit

19  where you have a memory of being in Doctor Rubin's office,

20  do you remember being in Doctor Rubin's office and

21  discussing with Doctor Rubin Travis's medication?

22       A    I know he was in for physicals and I know he was

23  taken for, you know, having a cold or flu.  I know I did ask

24  the doctor once or twice specifically talking about his

25  medication.  No, I believe Doctor Rubin did ask how it was

137

1    STATE OF CONNECTICUT   :    ss.

2    COUNTY OF HARTFORD      :

3        I, Donald E. Hubbard, LSR #00007, a Notary Public for

4    the State of Connecticut, do hereby certify that the

5    deposition of MATTHEW MYSLOW, a witness, was taken before me

6    pursuant to Section 242, et seq., of the Connecticut

7    Practice Book, at the Law Offices of Sachner & O'Connor,

8    765 Straits Turnpike, Building 2, Middlebury, Connecticut,

9    commencing at 11:14 a.m., on May 24, 2005.

10       I further certify that the witness was first sworn by

11   me to tell the truth, the whole truth, and nothing but the

12   truth, and was examined by counsel, and his testimony

13   stenographically recorded by me and subsequently transcribed

14   as here before appears.

15       I further certify that I am not related to the parties

16   hereto or their counsel, and that I am not in any way

17   interested in the event of said cause.

18       Dated at Farmington, Connecticut, this 3rd day of June,

19   2005.

20

21

22                         _____
                                Notary Public

23   My commission expires June 30, 2009.

24

25