# New Milford Public Schools
## Individualized Education Program and Planning and Placement Team Summary

**I. Student:** Travis Myslow   **DOB:** 7-17-90   **Age:** 7   **Grade:** 2   **School:** T.P.S.   **PPT Date:** 3/18/98

**Gender:** M   **Comp. ID:** ___   **Social Security #:** 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   **Tel No** (860) 354-6569   **Referral Date:** 1/9/98

**Parent/Guardian:** Matthew and Cindy Myslow   **Dominant Language:** English ✓ Other ___   **H.S. Credits:** n/a ✓

**Address:** 3 Halletts Rd.   If services to be provided in other than English, specify language: _____

New Milford CT 06776   **Last Triennial Date:** 3/18/98   **Next Triennial Date:** 3/18/2001

**II. Type of PPT (check all that apply)**
- ☐ Referral
- ☐ Transition Planning
- ☐ Design Triennial Eval.
- ☐ Other (specify)
- ☒ Determine Eligibility
- ☐ Annual Review
- ☐ Program Review

**PPT Members Present:** (Bold = must attend, Italics = at least one must attend)

**Administrator:** [signature]

**PPS Staff:**
- **Psychologist:** [signature] Josephine Fortuna
- **Nurse:** ___
- **Occupational Therapist:** [signature]
- **Guidance Counselor:** ___
- **Instructional Assistant:** ___
- **Other:** ___
- **Other:** ___

**Parent/Guardian:** [signature] Cindy Myslow
**Parent/Guardian:** [signature] Matt Myslow
**Student:** ___
**Teacher:** [signature] Chris Church   **Social Worker:** ___   **Physical Therapist:** ___   **Other:** ___
**Sp. Ed. Teacher:** [signature] Lacey Moula   **Speech Pathologist:** [signature] Janet D Natale

**PPT RECOMMENDATIONS:**
1. To classify Travis as learning disabled
2. To place in the special education program
3. To provide consultative OT services
4. To accept the IEP

School records indicate that you received a complete listing of your procedural safeguards. If you would like another copy or further explanation of your rights, please contact: Denis Dolan at (860) 354-3218

Page 1

DISTRIBUTION: White-Central Office; Yellow-School; Pink-Parent

New Milford Public Schools
Individualized Education Program and Planning and Placement Team Summary

Student: Travis Nyslow  PPT Date: 3/18/98

NARRATIVE SUMMARY: (Note, the completion of this summary form, the present levels of educational performance, and a description of each evaluation procedure, test, record or report the district uses as a basis for the proposal or refusal of actions constitutes written prior notice.)

Introductions/Purpose of the meeting: Determine eligibility

Actions proposed or refused: To classify, To place in special education program. To provide consultation OT services. To accept IEP

An explanation of why the district proposed or refused the action: Concerns with class performance — evaluation results

A description of any options the district considered and the reasons why those options were rejected: Not to provide services — district & parents feel services are warranted

A description of any other factors that are relevant to the district's proposal or refusal: Significant concerns with attention

CHECK ONE: ___ Parent is in agreement with PPT recommendations and requests immediate implementation.
___ Parent not in attendance, IEP and PPT Summary will be mailed. Implementation will occur in 5 school days unless parent contacts staff with concerns.

DUE PROCESS INFORMATION: Given: 3/18/98, Mailed: _____ to parent with this notice.
Mailed 3/11/98

Page 2

DISTRIBUTION: White-Central Office; Yellow-School; Pink-Parent

New Milford Public Schools
Individualized Education Program and Planning and Placement Team Summary

Student: Travis Myslow     PPT Date: 3/18/98

## Present Levels of Educational Performance

**ACADEMIC/COGNITIVE:**

| Assessment Data | Date of Assessment |
|---|---|
| WJR; WISC-III Verbal IQ 115, Performance IQ 86, Full Scale IQ 108 | 2/98, 3/98 |

| Strengths | |
|---|---|
| Broad knowledge 4.1 (GE) 121 (SS) verbal skills; pencil paper and paper tasks | |

| Areas of Concern | |
|---|---|
| Reading Comp. 1.4 (GE) 89 (SS) Basic Math 1.9 (GE) 95 (SS) Written Expression 1.9 (GE) 90 (SS) · perceptual-motor skills; own executive functioning skills | |

**SOCIAL/BEHAVIORAL:**

| Assessment Data | Date of Assessment |
|---|---|
| Child Symptoms Inventories; ACTeRS; Hawthorne Sentence Completion Test | 3/98 |

| Strengths | |
|---|---|
| Kinder test, good sense of humor | |

| Areas of Concern | |
|---|---|
| inattentive, impulsive - hyperactivity, oppositional, low self-esteem | |

**COMMUNICATION:**

| Assessment Data | Date of Assessment |
|---|---|
| CELF-3; The Listening Test | 3/12/98 |

| Strengths | |
|---|---|
| all lang. skills above normal limits for chronological age | |

| Areas of Concern | |
|---|---|
| - attention & distractibility - activity level | |

Page 3

# New Milford Public Schools
## Individualized Education Program and Planning and Placement Team Summary

Student: Travis Myslow  PPT Date: 3/18/98

### Present Levels of Educational Performance

**GROSS/FINE MOTOR:**

| Assessment Data (include medical information) | Date of Assessment |
|---|---|
| 3-11-98 BEERY-BUKTENICA TEST OF VISUAL MOTOR INTEGRATION | 3-11-98 |

| Strengths | Areas of Concern |
|---|---|
| CLINICAL OBSERVATION PENCIL GRASP, GOOD MUSCLE TONE AND STRENGTH | POOR PRINTING SKILLS - VERY LITTLE LETTER SPACING, VMI 6 YEAR 6 MONTHS |

**VOCATIONAL:**

| Assessment Data | Date of Assessment |
|---|---|
| Not Applicable due to Child's Age | |

| Strengths | Areas of Concern |
|---|---|
| | |

**SELF-HELP:**

| Assessment Data (include medical information) | Date of Assessment |
|---|---|
| Classroom Observations | 10/97-present |

| Strengths | Areas of Concern |
|---|---|
| | attentional concerns, difficulty completing assigned tasks |

Page 4

DISTRIBUTION: White-Central Office; Yellow-School; Pink-Parent

# New Milford Public Schools
## Individualized Education Program and Planning and Placement Team Summary

Student: _Travis Myslar_    PPT Date: _3/18/98_

### EVALUATIONS AND OBSERVATIONS CONTRIBUTING TO DIAGNOSIS AND/OR RECOMMENDATIONS:

| Date | Assessment Procedures | Evaluator | Date | Assessment Procedures | Evaluator |
|---|---|---|---|---|---|
| 2/23, 24, 26, 27/98 | WJR | Special Ed Teacher | | | |
| 3/4/12/98 | CELF-3 and Listening Test | Speech-Lang Pathologist | | | |
| 3/3-3/98 | WISC-III | School Psychologist | | | |
| " | Beery, ACTeRS, Hawthorne | " | | | |
| " | Child Symptom Inventory, SCI | " | | | |

Statement of eligibility for special education (initial referral and triennial review): _Travis is eligible for special education services as a learning disabled student._

Special Education    __X__ Eligible    ____ Not Eligible

Exceptionality (Primary = 1; Secondary = 2):

- ___ 01 Mental Retardation
- ___ 02 Hearing Impairment*
- ___ 03 Speech or Language Impairment
- ___ 04 Visual Impairment
- ___ 05 Serious Emotional Disturbance
- ___ 06 Orthopedic Impairment
- ___ 07 Other Health Impairment
- _X_ 08 Specific Learning Disability
- ___ 09 Deaf - Blindness
- ___ 10 Multiple Disability
- ___ 11 Autism
- ___ 12 Traumatic Brain Injury
- ___ 15 Uncategorized (age 3-5 only)
- ___ 16 Intellectually Gifted
- ___ 17 Talented in the Arts
- ___ 18 Regular Education (Grant type 4 only)

If student is not eligible to receive IDEA services, consider if student qualifies under Section 504.

*Note: For federal reporting purposes, students who are Deaf or Hard of Hearing are combined into one ISSIS category.

Page _5_

DISTRIBUTION: White-Central Office; Yellow-School; Pink-Parent

**New Milford Public Schools**
**Individualized Education Program and Planning and Placement Team Summary**

Student: Travis Myslow    PPT Date: 3/18/98

Annual Goal: AREA Reading  Travis will improve overall decoding skills

| Short-Term Objective: The student will: | Obj. will be measured by: See Evaluation Key below. | Performance Criteria: See Key below. | Evaluation Schedule: Date: June 1998 | Evaluation Schedule: Date: |
|---|---|---|---|---|
| ① recognize basic vocabulary | A | 1. 70% on 1st grade list | | |
| ② identify and apply sound symbol relationships for consonant digraphs and blends | I Daily Observation | 6. 50% of time | | |
| ③ use sound-symbol, context and syntax cues | I Daily Observation | 6. 50% of time | | |
| ④ respond to punctuation in reading | I Daily Observation | 6. 50% of time | | |
| ⑤ use structural elements to decode compounds, contractions, -ing, -ed, plurals | I Daily Observation | 6. 50% of time | | |

**Evaluation Procedures Key:**
A. Criterion-referenced assessment
B. Pre & Post. Standardized tests
C. Pre & Post Base Line Data
D. Quizzes/Tests
E. Documented student self assessment
F. Demonstration of mastery via project, experiment, portfolio
G. CMT/CAPT
H. Comparison of work samples
I. Other

**Performance Criteria Key:**
1. ___ % success on criterion-referenced assessment
2. ___ months growth on standardized tests
3. ___ % increase/improvement from base line data
4. Passing grades
5. Satisfactory progress as measured by comparisons of work samples every ___ months
6. Other

**Evaluation Schedule:**
Progress Report Key:
OM = Objective Met
OP = Objective in Progress
LP = Limited Progress
NI = Not Introduced

DISTRIBUTION: White-Central Office; Yellow-School; Pink-Parent        Page 6

**New Milford Public Schools**
**Individualized Education Program and Planning and Placement Team Summary**

Student: Travis Myslow   PPT Date: 3/18/98

Annual Goal: Travis will improve overall Written Expression Skills   AREA: Reading

② 

| Short-Term Objective: The student will: | Obj. will be measured by: See Evaluation Key below: | Performance Criteria: See Key below. | Evaluation Schedule: Date: June 1998 | Evaluation Schedule: Date: |
|---|---|---|---|---|
| ① use end punctuation in his written work | H. | 6. 50% of the time | | |
| ② use capital letters (beginnings of sentences, I) in his written work | H. | 6. 50% of the time | | |
| ③ Write 3 complete sentences on a given topic | H. | 6. 50% of the time | | |
| ④ Complete a modified spelling program with 5 spelling words from 1st grade list each week | D | 4. C or better-average | | |
| ⑤ use a story map (that teacher/para has constructed with his oral input) to write a story | I. Weekly Observation | 6. 50% of the time | | |

**Evaluation Procedures Key:**
A. Criterion-referenced assessment
B. Pre & Post. Standardized tests
C. Pre & Post Base Line Data
D. Quizzes/Tests
E. Documented student self assessment
F. Demonstration of mastery via project, experiment, portfolio
G. CMT/CAPT
H. Comparison of work samples
I. Other

**Performance Criteria Key:**
1. ___ % success on criterion-referenced assessment
2. ___ months growth on standardized tests
3. ___ % increase/improvement from base line data
4. Passing grades
5. Satisfactory progress as measured by comparisons of work samples every ___ months
6. Other

**Evaluation Schedule:**
**Progress Report Key:**
OM = Objective Met
OP = Objective in Progress
LP = Limited Progress
NI = Not Introduced

DISTRIBUTION: White-Central Office; Yellow-School; Pink-Parent

Page 6.1

**New Milford Public Schools**
**Individualized Education Program and Planning and Placement Team Summary**

Student: _Travis Myslow_    AREA _Math_    PPT Date: _3/18/98_

Annual Goal: _Travis will improve overall math skills_

③

| Short-Term Objective: The student will: | Obj. will be measured by: See Evaluation Key below: | Performance Criteria: See Key below. | Evaluation Schedule: Date: June 1998 | Evaluation Schedule: Date: |
|---|---|---|---|---|
| ① compute addition facts to 12 | A | 1.70% | | |
| ② compute subtraction facts to 12 | A | 1.70% | | |
| ③ add doubles to 18 (6+6, 7+7, 8+8, 9+9) | A | 1.75% | | |
| ④ count by 2's to 20 | A | 1.70% | | |
| ⑤ count coins to 50¢ | A | 1.70% | | |
| ⑥ recite months of year in order | A | 1.50% | | |
| ⑦ add 3 one digit numbers | A | 1.50% | | |
| ⑧ identify yesterday, given what day it is | A | 1.50% | | |

**Evaluation Procedures Key:**
A. Criterion-referenced assessment
B. Pre & Post Standardized tests
C. Pre & Post Base Line Data
D. Quizzes/Tests
E. Documented student self assessment
F. Demonstration of mastery via project, experiment, portfolio
G. CMT/CAPT
H. Comparison of work samples
I. Other

**Performance Criteria Key:**
1. ___ % success on criterion-referenced assessment
2. ___ months growth on standardized tests
3. ___ % increase/improvement from base line data
4. Passing grades
5. Satisfactory progress as measured by comparisons of work samples every ___ months
6. Other

**Evaluation Schedule:**
Progress Report Key:
OM = Objective Met
OP = Objective in Progress
LP = Limited Progress
NI = Not Introduced



DISTRIBUTION: White-Central Office; Yellow-School; Pink-Parent

Page 6, 2

# New Milford Public Schools
## Individualized Education Program and Planning and Placement Team Summary

Student: Travis Myslow

PPT Date: 3/12/98
Date Amended: ___

| Service to be provided | Goal # | Hours Direct | Staff Responsible (Implementors) | Start Date M/D/Y | End Date M/D/Y | Instructional Setting |
|---|---|---|---|---|---|---|
| Special Education | 1,2,3 | 2 | Sped Tchr/Para | 3/25/98 | 6/12/98 | 2 |
| Special Education | 1,2,3 | 10 | Sped Tchr/Para | 3/25/98 | 6/12/98 | 3 |
| Speech-Language | 1,1 | | | | | |
| Speech-Language | | | | | | |
| Counseling | | | | | | |
| Counseling | | | | | | |
| Occupational Therapy | | | | | | |
| Occupational Therapy | | | | | | |
| Physical Therapy | | | | | | |
| Physical Therapy | | | | | | |
| Work Study/Vocational | | | | | | |
| Other | | | | | | |
| Other | | | | | | |
| Other | | | | | | |

**Instructional Setting:** (Indicate all that apply)
1. Regular Classroom
2. Regular Classroom with modifications
3. Resource Room
4. Self-contained Classroom
5. Related Services Classroom
6. Other Public School
7. RESC
8. Private Facility, Day
9. Private Facility, Residential
10. Hospital
11. Home
12. Other

Vocational Education: ☐ Regular  ☒ N/A
Physical Education: ☒ Regular  ☐ N/A
Transportation: ☒ Regular  ☐ N/A
Length of School Day: ☒ 6 hrs.  ☐ Special  ☐ Other: _____ (specify)
Total hours per week: ☒ 30 hrs.  ☐ Special  ☐ Other: _____ (specify)
Regular education hours per week: 20
Special Education/Related Services hours per week: 12

Number of days/week: ☒ 5 day/week
Length of school year: ☒ Regular School Year

Casemanager: Special Ed Teacher (Implementor)
☐ Other: _____ (specify)
☐ Other: _____ (specify)

Page 7

DISTRIBUTION: White-Central Office; Yellow-School; Pink-Parent

New Milford Public Schools
Individualized Education Program and Planning and Placement Team Summary

Student: Travis Myslow    PPT Date: 3/18/98

## TRIENNIAL EVALUATION DESIGN

| Area | Assessment | Staff Responsible |
|------|------------|-------------------|
|      |            |                   |
|      |            |                   |
|      |            |                   |
|      |            |                   |

**EXIT CRITERIA:** (Check one)

☒ Ability to Succeed in Regular Education Without Special Education Support

☐ Graduation

☐ Age 21

☐ Other (specify) _____

PROJECTED GRADUATION DATE IS _____ (Pertains to students who are in grades eight through twelve).

PLACEMENT IS FOR: ☒ Educational    ☐ Non-Educational Reasons

JUSTIFICATION FOR REMOVAL FROM REGULAR EDUCATION: _Travis need a quiet environment to reinforce academic skills_

Page 8

DISTRIBUTION: White-Central Office;  Yellow-School;  Pink-Parent

New Milford Public Schools
Individualized Education Program and Planning and Placement Team Summary

Student: Travis Myslow    PPT Date: 3/18/98

## MODIFICATIONS/ADAPTATIONS IN REGULAR EDUCATION AND IN SPECIAL EDUCATION: Check and specify.

| | Class(es) Where Applied | Collaborators |
|---|---|---|
| ☒ Materials/Books/Equipment<br>Touch Math techniques | Math | Spec Ed Tchr/Classroom Tchr/Para |
| ☐ Tests/Quizzes/Time | | |
| ☐ Organization | | |
| ☐ Grading | | |
| ☒ Environment<br>-seat Travis in front, near a helpful peer<br>-Cue for attention | All instructional Areas<br>" " | Spec Ed Tchr/Classroom Tchr/Para<br>" " |
| ☒ Behavior Management<br>-use humor to diffuse power struggles | All instructional Areas | Spec Ed Tchr/Classroom Tchr/Para |
| ☐ Teaching Strategies | | |
| ☒ Other (specify)<br>-modify amount of written work | All Instructional Areas | Spec Ed Tchr/Classroom Tchr |

Page 9

DISTRIBUTION: White-Central Office; Yellow-School; Pink-Parent

New Milford Public Schools
Department of Pupil Personnel and Special Services

## CONSENT FOR SPECIAL EDUCATION AND RELATED SERVICES

I. **Identification Information**

A. Student: _Travis Myslow_    Date of Notice: _3/18/98_

B. Date of PPT: _3/18/98_

Date of Birth: _7/17/90_

Parent/Guardian: _Mr + Mrs Matthew Myslow_    Date(s) of Preplacement Evaluation: _2/23, 24, 26, 27/98 · 3/3-5/98_

Address: _3 Halletts Lane, New Milford_    School: _John Pettibone_

Tel: Home _(860) 350-6569_    PPT Chairperson: _Mr. Denis Dolan_

II. **Consent Requirements**

Federal and state regulations mandate that parents (guardians) give written consent for the initial placement of their child in a special education program or for a private special education placement. The consent must be in writing and given prior to placement. Parents must be informed of the following:

a. Parents have the right to **refuse** consent and, if given, it may be revoked at any time.
b. Parental failure to respond within 10 school days from the date of this notice shall be construed as refusal of consent.
c. If contested, the child's current educational placement will not change until due process proceedings have been completed.
d. If the complaint involves an application for initial admission to public school, the child, with the consent of the parents, must be placed in the public school program until the completion of all the proceedings.

Enclosed/attached is a copy of Procedural Safeguards for Parents of Children in Special Education which describe your rights. If you would like an explanation of these rights, please contact:

_Mr Denis Dolan_ at _(860) 354-3219_.

III. **Placement Description**

The following special education placement is being proposed for your child _Travis Myslow_
(child's name)

effective _3/25/98_.
(date)

This placement is: _X_ an Initial Special Education Placement    ___ a Private Placement

IV. **Written Consent**

I consent to the special education placement described above. I understand that this initial consent is valid for changes in my child's program or placement if proper notice has been given to me and I have not revoked my consent.

X _Matt M_ _____    _3-18-98_
Parent/Guardian    Date

I do not consent to the special education placement described above. I understand that the district has the right to proceed to a hearing to determine if my child should be placed in special education.

_____    _____
Parent/Guardian    Date

**DISTRIBUTION:** White-Central Office; Yellow-School; Pink-Parent

NEW MILFORD PUBLIC SCHOOLS
Department of Pupil Personnel and Special Services

## Multidisciplinary Composite Evaluation Report for Students Suspected of Being Learning Disabled

Student's Name: **Travis Myslow**   School: **John Pettibone**
Date of Birth: **7/17/90**   Grade: **2**
Date of Report: **3/18/98**

The following information must be reviewed by the Planning and Placement Team and documented in the appropriate space.

I. Basis for making determination
   a. Alternative strategies implemented by: **C. Church**   Time period: **10/97-present**
   Summary: **refocusing on given tasks, one on one/small group by teacher + para, behav. mod pgm. Difficulties w/ reading, attention, fine motor skills, math concepts + written expression persist**

   b. Assessments conducted

   | Assessment | Evaluator |
   |---|---|
   | WJR | Special Ed Teacher |
   | WISC-III, Bender, SCI, AcTeRS, ~~Bracketbach~~ | School Psychologist |
   | Hawthorne, Child Symptom Inventories | " " |

   c. Observed Behavior
   Setting(s): **Gr. 2 Classroom**   Date(s): **3/11/98**
   Observer (other than student's regular teacher): **Spec Ed Teacher**
   Behavior observed and the relationship to academic functioning:
   **difficulty focusing on given tasks + directions, not receptive to help from para, completed 10 out of 30 single digit addition problems in 2 minutes (9 were correct), crouching on chair with feet on seat during lesson**

   d. Educationally relevant medical findings: **significant attentional concerns**

   e. Other relevant data: _____

II. Does a severe discrepancy exist between ability and achievement? **X** Yes ___ No   If yes, please indicate which area(s)

   ___ a. oral expression           **X** e. reading comprehension
   ___ b. listening comprehension    **X** f. mathematical computation
   **X** c. written expression       ___ g. mathematical reasoning
   **X** d. basic reading skills

4-11

a. The review of assessment data indicates that the severe discrepancy between achievement and ability is the result of:

| Yes | No | |
|---|---|---|
| ___ Yes | _X_ No | a. visual, hearing or motor impairment; or |
| ___ Yes | _X_ No | b. mental retardation; or |
| ___ Yes | _X_ No | c. emotional disturbance; or |
| ___ Yes | _X_ No | d. environmental, cultural or economic disadvantage; or |
| ___ Yes | _X_ No | e. lack of motivation or opportunity to learn; or |
| ___ Yes | ___ No | f. other (explain) _____ |

b. Is the severe discrepancy correctable without special education and related services? ___ yes  _X_ no

III. Verification of a Learning Disability

The Planning and Placement Team has reviewed the information presented and has made the determination that

_X_ A specific learning disability has been identified and the student meets eligibility criteria for special education and related services.

___ A specific learning disability has not been identified.

Each team member shall certify in writing whether this report reflects his/her conclusion (Bold means required)

| SIGNATURE | TITLE |
|---|---|
| *Chris Church* | **Regular Teacher** |
| *Davey McMahon* | Examiner/special education instruction |
| *Josephine Rotta* | **Examiner/pupil personnel services** |
| *Denis Dolan* | **Administrator** |
| *Andy Mystow* | Other _parent_ |
| *Matt W.* | Other _parent_ |

*PPT membership must include a representative from administrative, teaching and pupil personnel staffs. In evaluating a student suspected of being learning disabled, the multidisciplinary team must also include the child's regular teacher and the examiner(s).

If any team member does not agree with the conclusions of this report please indicate below.

Name _____  Title _____

Rationale: _____

_____

_____

Signature _____