Matthew and Cindy Myslow v. Milford School District

5/12/2005

Robert Rubin, M.D.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

 COPY

--------------------------------------

MATTHEW AND CINDY MYSLOW, as    )
Parents and Natural Guardian of )
Minor Plaintiff TRAVIS MYSLOW,  )
        Plaintiffs,             )
                                )   Civil Action No.
VS                              )   3:03-cv-496-MRK
                                )
NEW MILFORD SCHOOL DISTRICT,    )
et al.,                         )
        Defendants.             )

--------------------------------------

DEPOSITION OF: L. ROBERT RUBIN, M.D.

DATE:         MAY 12, 2005

HELD AT:      PINNEY PAYNE, P.C.
              LEE FARM CORPORATE PARK
              83 WOOSTER HEIGHTS
              DANBURY, CONNECTICUT

Reporter:  JAMES A. SCALLY, RMR, CRR, LSR #80
       BRANDON SMITH REPORTING SERVICE
   44 Capitol Avenue        Six Landmark Square

Hartford, CT 06106          4th Floor

    (860)549-1850        Stamford, CT 06901

    (800)852-4589            (203)316-8591

                            (800)852-4589

28ca8cb6-4e5f-4f93-a110-e802d81adfd4

Matthew and Cindy Myslow v. Milford School District

5/12/2005

Robert Rubin, M.D.

Page 50

| | | |
|---|---|---|
| 1 | no recollection of ever speaking with Matthew Myslow, | 03:01PM |
| 2 | who you referred to as Mr. Myslow? | 03:01PM |
| 3 | A    Yes, sir. | 03:01PM |
| 4 | Q    Okay.  Did anything else -- do you have any | 03:01PM |
| 5 | personal recollection of anything else taking place | 03:02PM |
| 6 | during the phone conversation of March 27, 1998? | 03:02PM |
| 7 | A    By virtue of reading my records. | 03:02PM |
| 8 | Q    Okay. | 03:02PM |
| 9 | A    I did prescribe a two-week trial of Ritalin, | 03:02PM |
| 10 | or methylphenidate, 10 milligrams daily before school. | 03:02PM |
| 11 | Q    And you did so without an office visit taking | 03:02PM |
| 12 | place? | 03:02PM |
| 13 | A    Yes, sir.  But with a great deal of | 03:02PM |
| 14 | explanation. | 03:02PM |
| 15 | Q    All right.  Do you have any -- any | 03:02PM |
| 16 | recollection as of today's date as what that | 03:02PM |
| 17 | explanation was? | 03:02PM |
| 18 | A    Yes.  In that I gave her the same explanation | 03:02PM |
| 19 | that I gave to all my patients under similar | 03:02PM |
| 20 | circumstances.  I have no exact recollection of the | 03:02PM |
| 21 | exact words I used with Cindy Myslow that day. | 03:02PM |
| 22 | Q    May I ask you to set forth for the record | 03:02PM |
| 23 | your recollection that you've testified to as your | 03:02PM |
| 24 | general recollection of what you'd tell a like | 03:02PM |
| 25 | individual in like circumstances? | 03:02PM |

Brandon Smith Reporting

28ca8cb6-4e5f-4f93-a110-e802d81adfd4

Matthew and Cindy Myslow v. Milford School District

5/12/2005

Robert Rubin, M.D.

Page 52

| | | |
|---|---|---|
| 1 | a document.  We will mark this Rubin-1 for the record, | 03:04PM |
| 2 | and this is a document that I will provide your counsel | 03:04PM |
| 3 | with a copy, as well as you, doctor. | 03:04PM |
| 4 | (Rubin Exhibit 1, psychological | 03:04PM |
| 5 | evaluation, marked.) | 03:05PM |
| 6 | Q     Have you reviewed the document, doctor? | 03:05PM |
| 7 | A     I haven't read every word. | 03:05PM |
| 8 | Q     Well, you certainly don't have to, but you | 03:05PM |
| 9 | can have that opportunity if you'd like. | 03:05PM |
| 10 | MR. DUBE:  I'd like to introduce an | 03:05PM |
| 11 | exhibit that I've had marked Rubin-1.  It is a | 03:05PM |
| 12 | six-page, stapled document that is captioned "New | 03:06PM |
| 13 | Milford Public Schools, New Milford, Connecticut, | 03:06PM |
| 14 | Department of Pupil Personnel and Special Services, | 03:06PM |
| 15 | Psychological Evaluation," and I note just for | 03:06PM |
| 16 | identification purposes that the document states that | 03:06PM |
| 17 | the dates of testing are March 3/5, 1998. | 03:06PM |
| 18 | Q     Doctor, do you have any recollection as you | 03:06PM |
| 19 | sit here today of ever reviewing this document before? | 03:06PM |
| 20 | A     Actual recollection, no. | 03:06PM |
| 21 | Q     Do you have any -- does reviewing any | 03:06PM |
| 22 | document in the world help you refresh your | 03:06PM |
| 23 | recollection? | 03:06PM |
| 24 | A     Since my notes of March 27th say, "See recent | 03:06PM |
| 25 | school evaluations," I can make an assumption that | 03:06PM |

28ca8cb6-4e5f-4f93-a110-e802d81adfd4

Matthew and Cindy Myslow v. Milford School District

5/12/2005                                                    Robert Rubin, M.D.

Page 53

1    these are the evaluations that I was given -- that I      03:06PM

2    was shown.                                                03:06PM

3        Q    All right.  I'm a little confused.  Is it        03:06PM

4    your testimony that -- let's back up.                     03:06PM

5             You've testified as to a couple contacts         03:07PM

6    between one of the Myslows and you.  The first contact    03:07PM

7    occurred on October 31st, 1997.  The second contact, if   03:07PM

8    I'm correctly characterizing your testimony, occurred     03:07PM

9    on December 23rd, 1997.                                   03:07PM

10       A    Yes, sir.                                        03:07PM

11       Q    The third contact, again, if I'm accurately      03:07PM

12   characterizing your testimony, occurred on March 27,      03:07PM

13   1998, phone contact as it was?                            03:07PM

14       A    Yes.                                             03:07PM

15       Q    Is it your testimony -- let me ask you a         03:07PM

16   question, then:  Did you see this document on or          03:07PM

17   about -- and the document I refer to is Rubin-1.  Did     03:07PM

18   you see this document on or about March 27, 1998?         03:07PM

19       A    Since my own writing says, "See recent school    03:07PM

20   evaluations," I must assume that I saw it, but it         03:07PM

21   wasn't -- it could have been mailed to me; it could       03:07PM

22   have been delivered to my office.                         03:07PM

23       Q    Okay.  But you have no independent               03:07PM

24   recollection of whether it was or not?                    03:07PM

25       A    No, sir.                                         03:07PM

28ca8cb6-4e5f-4f93-a110-e802d81adfd4

Matthew and Cindy Myslow v. Milford School District

5/12/2005

Robert Rubin, M.D.

Page 86

```
 1              MR. DUBE:  May 9th of the year 2000.        03:59PM
 2      A    We did the 27th of September.                  04:00PM
 3      Q    I'm sorry, yes.  And you testified that you    04:00PM
 4   tried Concerta.  Do you have any recollection -- strike 04:00PM
 5   that.                                                  04:00PM
 6              Refreshing your memory, how did the Concerta 04:00PM
 7   work out?                                              04:00PM
 8      A    Since I never prescribed it again, I have to   04:00PM
 9   assume it didn't do much.                              04:00PM
10      Q    Okay.                                          04:00PM
11      A    And in the meantime, I had made a referral to  04:00PM
12   a neurologist.                                         04:00PM
13      Q    Do you recall who that neurologist was?        04:00PM
14      A    I believe it was Dr. Alshansky.  There were    04:00PM
15   two neurologists who worked in the same office, but I  04:00PM
16   do believe it was Dr. Alshansky, not Dr. Kremenitzer.  04:00PM
17      Q    Okay.  Refreshing your memory, when was your   04:00PM
18   next contact with the Myslows?                         04:00PM
19      A    What I assume was a phone call in October      04:00PM
20   where mother said that she has thyroid illness and she 04:00PM
21   wanted Travis checked, and I did order lab tests for   04:00PM
22   that.                                                  04:01PM
23      Q    All right.  Well, you say you ordered a lab    04:01PM
24   test.  How does one check for a thyroid abnormality?   04:01PM
25      A    Thyroid function test, through a blood test.   04:01PM
```

Brandon Smith Reporting

28ca8cb6-4e5f-4f93-a110-e802d81adfd4

Matthew and Cindy Myslow v. Milford School District
5/12/2005                                                    Robert Rubin, M.D.

Page 96

1    may or may not have come from her.  I can't recall.      04:12PM

2        Q    Okay.  Did you ever diagnose Travis Myslow      04:12PM

3    with ADD?                                                04:12PM

4        A    Yes, sir.                                       04:12PM

5        Q    Okay.  Did you ever diagnose Travis Myslow      04:12PM

6    with ADHD?                                               04:13PM

7        A    Yes, sir.                                       04:13PM

8        Q    It's your testimony that ADHD is essentially    04:13PM

9    a species of ADD?                                        04:13PM

10       A    Yes, sir.                                       04:13PM

11       Q    Okay.  Were you influenced by the document      04:13PM

12   we've marked as Rubin-1?                                 04:13PM

13       A    Yes, sir.                                       04:13PM

14       Q    Let me just finish my question.                 04:13PM

15       A    I didn't know you weren't done.                 04:13PM

16       Q    I'm sorry.  Were you influenced in that         04:13PM

17   diagnosis -- strike that.                                04:13PM

18            Were you influenced in making that diagnosis    04:13PM

19   by the report we've identified as Rubin-1?               04:13PM

20            MS. POWELL:  Object to the form.                04:13PM

21       A    I was influenced to be suspicious that that     04:13PM

22   was the correct diagnosis.                               04:13PM

23       Q    Did you ever notice -- strike that.             04:13PM

24            Travis has alleged in his complaint that he     04:13PM

25   suffered a number of side effects as a result of taking  04:14PM

Brandon Smith Reporting

28ca8cb6-4e5f-4f93-a110-e802d81adfd4

2e555b03f26d3a82

Page 108

| | | | |
|---|---|---|---|
| 1 | A | Do you mean are these actually my words?  Is | 04:36PM |
| 2 | | that what you're asking me? | 04:36PM |
| 3 | Q | Yes. | 04:36PM |
| 4 | A | Yes. | 04:36PM |
| 5 | Q | Do you remember who asked you to draft this | 04:36PM |
| 6 | | letter? | 04:36PM |
| 7 | A | I truly do not remember. | 04:36PM |
| 8 | Q | By writing this letter, are you meaning to | 04:36PM |
| 9 | | suggest that the school asked you to prescribe Travis | 04:36PM |
| 10 | | medication? | 04:36PM |
| 11 | A | No, because that's not what happened. | 04:36PM |
| 12 | Q | Okay.  To the best of your memory, do you | 04:36PM |
| 13 | | remember speaking to any teacher of Travis's? | 04:36PM |
| 14 | A | To the best of my knowledge, I never had any | 04:37PM |
| 15 | | contact with anybody from the New Milford school system | 04:37PM |
| 16 | | during my entire practice concerning Travis Myslow. | 04:37PM |
| 17 | Q | Do you recall whether Cindy Myslow told you | 04:37PM |
| 18 | | that the school was insisting that Travis take | 04:37PM |
| 19 | | medication? | 04:37PM |
| 20 | A | That's not my recollection. | 04:37PM |
| 21 | Q | During your treatment of Travis, do you | 04:37PM |
| 22 | | remember ever getting the impression that the school | 04:37PM |
| 23 | | was trying to require Travis to take medication? | 04:37PM |
| 24 | A | Yes. | 04:37PM |
| 25 | Q | And what was that? | 04:38PM |

2e8ca8cb6-4e5f-4f93-a110-e802d81adf4a

Brandon Smith Reporting

```
 1                    STATE OF CONNECTICUT

 2

 3          I, JAMES A. SCALLY, a Registered Professional

 4     Reporter/Commissioner within and for the State of

 5     Connecticut, do hereby certify that I took the

 6     deposition of L. ROBERT RUBIN, M.D., on May 12, 2005,

 7     at the offices of Pinney Payne, P.C., Lee Farm

 8     Corporate Park, 83 Wooster Heights, Danbury,

 9     Connecticut.

10          I further certify that the above-named deponent

11     was by me first duly sworn to testify to the truth, the

12     whole truth, and nothing but the truth concerning his

13     knowledge in the matter of the case of MATTHEW AND

14     CINDY MYSLOW, as Parents and Natural Guardian of Minor

15     Plaintiff TRAVIS MYSLOW VS NEW MILFORD SCHOOL DISTRICT,

16     et al., now pending in the United States District

17     Court, District of Connecticut.

18          I further certify that the within testimony was

19     taken by me stenographically and reduced to typewritten

20     form under my direction by means of COMPUTER ASSISTED

21     TRANSCRIPTION; and I further certify that said

22     deposition is a true record of the testimony given by

23     said witness.

24          I further certify that I am neither counsel for,

25     related to, nor employed by any of the parties to the
```

action in which this deposition is taken; and further,
that I am not a relative or employee of any attorney or
counsel employed by the parties hereto, nor financially
or otherwise interested in the outcome of the action.

          WITNESS my hand and affixed my seal this 26th day
of May, 2005.

                    _James A. Scally_

                    James A. Scally, RMR, CRR, LSR
                    Commissioner

                    My commission expires
                    May 31, 2009

Matthew and Cindy Myslow v. Milford School District
Robert Rubin, M.D.                                5/12/2005