```
PAGE:              1 of 3
RUN DATE:          03/15/2004
REQUEST NBR:       1057174
```

# CVS PHARMACY
## Patient Prescription Record
### 01/01/1998 THRU 03/12/2004
### PHARMACY # 822

```
PHARMACY NAME:   CVS PHARMACY #0822
ADDRESS:         41 MAIN STREET
CITY, ST, ZIP:   NEW MILFORD CT 06776

PATIENT KEY:     82212471                TELEPHONE:   860-350-6569
PATIENT NAME:    MYSLOW TRAVIS           BIRTHDATE:   07/17/1990
ADDRESS:         3 HALLATTS RD
CITY, ST, ZIP:   NEW MILFORD CT 06776

ALLERGIES:       None communicated by the patient

CONDITIONS:      None communicated by the patient
```

| RX NUMBER | RFL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP. | PRIMARY PAYER # | SCDRY PAYER # | TOTAL PRICE | PRIMARY PD AMT | SCDRY PD AMT | PATIENT PD AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 102971 | 0 | 51479043100 | CUTIVATE 0.005% OINTMENT | RUBEN,RICHA S | 06/05/2002 | KB | 15 | 515 | | 27.69 | .00 | .00 | 27.69 |
| 102972 | 0 | 00591544301 | PREDNISONE 20MG TABLET | RUBEN,RICHA S | 06/05/2002 | KB | 12 | 515 | | 9.99 | .00 | .00 | 9.99 |
| 142863 | 0 | 00029609451 | AUGMENTIN ES-600 SUSPENSI | ALOSCO,LOUIS W | 01/22/2003 | CJ | 100 | 515 | | 45.31 | 25.31 | .00 | 20.00 |
| 142864 | 0 | 50383080416 | PROMETHAZINE/CODEINE SYRU | ALOSCO,LOUIS W | 01/22/2003 | CJ | 120 | 515 | | 10.00 | .00 | .00 | 10.00 |
| 174797 | 0 | 00074436860 | BIAXIN 250MG TABLET | ALDER,ROMAN | 07/16/2003 | TO | 10 | 7415 | | 40.23 | 15.23 | .00 | 25.00 |
| 647759 | 0 | 00144062601 | METHYLPHENIDATE 10MG TABL | RUBIN,ROBER | 03/29/1998 | SC | 15 | 7228 | | 7.00 | 2.00 | .00 | 5.00 |
| 654030 | 0 | 00144062601 | METHYLPHENIDATE 10MG TABL | RUBIN,ROBER | 04/25/1998 | SC | 30 | 7228 | | 12.25 | 7.25 | .00 | 5.00 |
| 654031 | 0 | 00364056101 | METHYLPHENIDATE 5MG TABLE | RUBIN,ROBER | 04/25/1998 | SC | 30 | 7228 | | 8.35 | 3.35 | .00 | 5.00 |
| 663155 | 0 | 00144062601 | METHYLPHENIDATE 10MG TABL | RUBIN,ROBER | 06/05/1998 | PL | 30 | 7228 | | 12.25 | 7.25 | .00 | 5.00 |
| 663156 | 0 | 00364056101 | METHYLPHENIDATE 5MG TABLE | RUBIN,ROBER | 06/05/1998 | PL | 30 | 7228 | | 8.35 | 3.35 | .00 | 5.00 |
| 682063 | 0 | 00364047901 | METHYLPHENIDATE 10MG TABL | RUBIN,L R | 09/02/1998 | PL | 30 | 7228 | | 12.25 | 7.25 | .00 | 5.00 |
| 682064 | 0 | 00364056101 | METHYLPHENIDATE 5MG TABLE | RUBIN,L R | 09/02/1998 | PL | 30 | 7228 | | 8.35 | 3.35 | .00 | 5.00 |
| 694532 | 0 | 00364047901 | METHYLPHENIDATE 10MG TABL | RUBIN,L R | 10/26/1998 | PL | 30 | 515 | | 12.64 | 2.64 | .00 | 10.00 |
| 694533 | 0 | 00364056101 | METHYLPHENIDATE 5MG TABLE | RUBIN,L R | 10/26/1998 | PL | 30 | 515 | | 10.00 | .00 | .00 | 10.00 |
| 706082 | 0 | 00364047901 | METHYLPHENIDATE 10MG TABL | RUBIN,L R | 12/15/1998 | KB | 30 | 515 | | 12.64 | 2.64 | .00 | 10.00 |
| 706083 | 0 | 00364056101 | METHYLPHENIDATE 5MG TABLE | RUBIN,L R | 12/15/1998 | KB | 30 | 515 | | 10.00 | .00 | .00 | 10.00 |
| 721386 | 0 | 00364047901 | METHYLPHENIDATE 10MG TABL | RUBIN,L R | 02/17/1999 | PL | 30 | 515 | | 12.64 | 2.64 | .00 | 10.00 |
| 721387 | 0 | 00364056101 | METHYLPHENIDATE 5MG TABLE | RUBIN,L R | 02/17/1999 | PL | 30 | 515 | | 10.00 | .00 | .00 | 10.00 |
| 732170 | 0 | 00364047901 | METHYLPHENIDATE 10MG TABL | RUBIN,L R | 04/06/1999 | KB | 30 | 515 | | 12.64 | 2.64 | .00 | 10.00 |
| 732171 | 0 | 00364056101 | METHYLPHENIDATE 5MG TABLE | RUBIN,L R | 04/06/1999 | KB | 30 | 515 | | 10.00 | .00 | .00 | 10.00 |
| 742769 | 0 | 00364047901 | METHYLPHENIDATE 10MG TABL | RUBIN,L R | 05/25/1999 | TO | 30 | 515 | | 12.64 | 2.64 | .00 | 10.00 |
| 742770 | 0 | 00364056101 | METHYLPHENIDATE 5MG TABLE | RUBIN,L R | 05/25/1999 | TO | 30 | 515 | | 10.00 | .00 | .00 | 10.00 |
| 762338 | 0 | 00364056101 | METHYLPHENIDATE 5MG TABLE | GROPPER,DAVID | 09/01/1999 | KB | 90 | 515 | | 24.60 | 14.60 | .00 | 10.00 |
| 772384 | 0 | 00781174801 | METHYLPHENIDATE 10MG TABL | RUBIN,L R | 10/19/1999 | KB | 50 | 515 | | 21.25 | 11.25 | .00 | 10.00 |
| 782074 | 0 | 00364047901 | METHYLPHENIDATE 10MG TABL | RUBIN,L R | 12/05/1999 | PL | 50 | 515 | | 21.25 | 11.25 | .00 | 10.00 |
| 786062 | 0 | 60432058416 | DECOHISTINE DH LIQUID | RUBIN,L R | 12/23/1999 | KB | 240 | 515 | | 10.00 | .00 | .00 | 10.00 |
| 793808 | 0 | 00364056101 | METHYLPHENIDATE 5MG TABLE | RUBIN,L R | 01/29/2000 | KB | 90 | 7228 | | 28.89 | 18.89 | .00 | 10.00 |
| 804830 | 0 | 00781174801 | METHYLPHENIDATE 5MG TABLE | RUBIN,L R | 03/24/2000 | KR | 90 | 7228 | | 28.89 | 18.89 | .00 | 10.00 |
| 815311 | 0 | 00085112802 | CLARITIN REDITABS 10MG | RUBIN,L R | 05/17/2000 | KB | 30 | 515 | | 69.03 | 49.03 | .00 | 20.00 |
| 815311 | 1 | 00085112802 | CLARITIN REDITABS 10MG | RUBIN,L R | 09/27/2000 | KB | 30 | 515 | | 71.74 | 51.74 | .00 | 20.00 |
| 819214 | 0 | 00364021802 | PREDNISONE 5MG TABLET | CRETELLA,ALFRE J | 06/06/2000 | TO | 10 | 515 | | 7.99 | .00 | .00 | 7.99 |



```
                                                                                    PAGE:    1
                            CVS PHARMACY #0822                         DATE: 03/10/2004   TIME: 17:55:55
                         PATIENT PRESCRIPTION RECORD
                          01/01/2001 THRU 03/10/2004

PHARMACY NAME: CVS PHARMACY #0822
ADDRESS:       41 MAIN STREET
CITY, ST, ZIP: NEW MILFORD        CT 067760000

PATIENT KEY:   00124701                     TELEPHONE:    860-350-6569
PATIENT NAME:  TRAVIS MYSLOW                BIRTHDATE:    07/17/1990
ADDRESS:       3 HALLATTS RD                SEX:          M
CITY, ST, ZIP: NEW MILFORD        CT 067760000   RELATIONSHIP: C

CURRENT ALLERGIES ON RECORD:
    None communicated by the patient
CURRENT CONDITIONS ON RECORD:
    None communicated by the patient
```

| RX NUMBER | NDC RFL NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP. | PRIMARY PAYER # | SCDRY PAYER # | TOTAL PRICE | PRIMARY PD AMT | SCDRY PD AMT | PATIENT PD AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 880649 | 17314585002 | CONCERTA 18MG TABLET SA ALZ | KREMENITZER,MARTIN W | 04/24/2001 TO | | 30 | 515 | | 57.54 | 37.54 | | 20.00 |
| | | | | PRIMARY AUTH #: 0198813179560 | 9 | | | SECNDRY AUTH #: | | | | |
| 939858 | 00472163916 | DIHISTINE DH LIQUID ALP | BURKE,MAUREEN | 03/15/2002 | RJ | 120 | 1 | | 9.99 | .00 | | 9.99 |
| | | | | PRIMARY AUTH #: | | | | SECNDRY AUTH #: | | | | |
| 102971 | 51479043100 | CUTIVATE 0.005% OINTMENT DUR | RUBEN,RICHARD S | 06/05/2002 | KB | 15 | 515 | | 27.69 | .00 | | 27.69 |
| | | | | PRIMARY AUTH #: 0210232974345 | 3 | | | SECNDRY AUTH #: | | | | |
| 102972 | 00591544301 | PREDNISONE 20MG TABLET WAT | RUBEN,RICHARD S | 06/05/2002 | KB | 12 | 515 | | 9.99 | .00 | | 9.99 |
| | | | | PRIMARY AUTH #: 0210232974881 | 0 | | | SECNDRY AUTH #: | | | | |
| 142863 | 00029609451 | AUGMENTIN ES-600 SUSPENSIONGSK | ALOSCO,LOUIS W | 01/22/2003 | CJ | 100 | 515 | | 45.31 | 25.31 | | 20.00 |
| | | | | PRIMARY AUTH #: 0310432573869 | 2 | | | SECNDRY AUTH #: | | | | |
| 142864 | 50383080416 | PROMETHAZINE/CODEINE SYRUP HIT | ALOSCO,LOUIS W | 01/22/2003 | CJ | 119.99 | 515 | | 10.00 | .00 | | 10.00 |
| | | | | PRIMARY AUTH #: 0310432572755 | 0 | | | SECNDRY AUTH #: | | | | |
| 174797 | 00074336860 | BIAXIN 250MG TABLET ABB | ALDER,ROMAN | 07/16/2003 TO | | 10 | 7415 | | 40.23 | 15.23 | | 25.00 |
| | | | | PRIMARY AUTH #: 52731936 | | | | SECNDRY AUTH #: | | | | |

```
                          SCRIPT COUNT:   7     TOTAL AMOUNTS:   200.75    78.08    .00    122.67
```

```
CVS PHARMACY #0822                                    DATE: 03/10/2004   PAGE:  2
PATIENT PRESCRIPTION RECORD                                              TIME: 17:55:55
01/01/2001 THRU 03/10/2004

PHARMACY NAME: CVS PHARMACY #0822
ADDRESS:       41 MAIN STREET
CITY, ST, ZIP: NEW MILFORD      CT 067760000

PATIENT KEY:   00124701             TELEPHONE:    860-350-6569
PATIENT NAME:  TRAVIS MYSLOW        BIRTHDATE:    07/17/1990
ADDRESS:       3 HALLATTS RD        SEX:          M
CITY, ST, ZIP: NEW MILFORD      CT 067760000    RELATIONSHIP: C

                                                TOTAL      PRIMARY    SCDRY     PATIENT
                                                PRICE      PD AMT     PD AMT    PD AMT

                 SCRIPT COUNT:  7   TOTAL AMOUNTS:  200.75    78.08      .00     122.67
```

```
PAGE:          3 of 3
RUN DATE:      03/15/2004
REQUEST NBR:   1057174
```

# CVS PHARMACY
## Patient Prescription Record
### 01/01/1998 THRU 03/12/2004
#### PHARMACY # 822

PHARMACY NAME:  CVS PHARMACY #0822
ADDRESS:        41 MAIN STREET
CITY, ST, ZIP:  NEW MILFORD CT 06776

PATIENT KEY:    82212471
PATIENT NAME:   MYSLOW TRAVIS
ADDRESS:        3 HALLATTS RD
CITY, ST, ZIP:  NEW MILFORD CT 06776

TELEPHONE:      860-350-6569
BIRTHDATE:      07/17/1990

| RX NUMBER | RFL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP. | PRIMARY PAYER # | SCDRY PAYER # | TOTAL PRICE | PRIMARY PD AMT | SCDRY PD AMT | PATIENT PD AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | SCRIPT COUNT: 36 | | | TOTAL AMOUNT: | | 718.24 | 307.90 | .00 | 410.34 |

