NEW MILFORD PUBLIC SCHOOLS
PLANNING AND PLACEMENT TEAM (PPT) MEETING SUMMARY

Meeting Date: 10/5/00
☐ Addendum to IEP of

Student: Travis Nyzio
Current School: GPS
School Next Year: (if different)
ID#: _____ Case Manager: Kathy Taylor
Parent/Guardian/Surrogate: Cindy + Matthew Nyzio
Address:* 3 Hewitts Rd.
Parent/Guardian:
Address:

DOB: 7-17-90   Age: 10   Current Grade: 5   H.S. Credits: ___
Gender: ☒ Male ☐ Female   Disability: LD
Ethnic: ☐ Am. Ind. or Alask. Nat. ☐ Asian or Pacif. Is. ☐ Black not Hisp. ☒ White not Hisp. ☐ Hispanic
Student Dominant Lang: ☒ English ☐ Other: (specify)
Home Phone: 350-6569   Work Phone:
Parent Dominant Lang: ☒ English ☐ Other: (specify)
Home Phone: ___   Work Phone:
Last Eval/Reeval. Date: ___   Next Reevaluation Date:

Reason for Meeting: ☐ Review Referral ☐ Review Eval/Reeval ☐ Determine Eligibility ☐ Develop IEP ☐ Determine Placement ☐ Manifestation Determination
(Check all that apply) ☐ Plan Eval/Reeval ☒ Review IEP/Program ☐ Transition Planning ☒ Modify IEP ☐ Conduct Annual Review ☐ Other: (specify)

Team Members Present
Admin/Designee: _Agnes Blum_   School Psy: Jacqueline Cintron   PT:
Parent/Guardian: Matt Nyzio   SW:   Agency:
Parent/Guardian: Cindy Nyzio   Speech/Lang:   Student:
Surrogate Parent:   Guidance:   Other:
Student's Reg. Ed. Teacher: Donald Westover   Nurse:   Other:
Spec. Educ. Teacher: Kathleen C Taylor   OT:   Other:

LIST OF PPT RECOMMENDATIONS: ☒ Check here if Page 1-A follows   The next projected PPT Meeting date is: 5/8/00   (unless required sooner)
① To revise the IEP of 5/8/00

RECEIVED OCT 30 2000 DEPT OF PUPIL PERSONNEL

*Address of student's primary residence
Revised 10/98

1

**NEW MILFORD PUBLIC SCHOOLS**
**PPT MEETING SUMMARY**

**PLANNING AND PLACEMENT TEAM MEETING MINUTES (OPTIONAL)**

*(Note: If this page is used, you must check the box in the "List of PPT Recommendations" section on Page 1)*

Student: Travis Mydlow  DOB: 7-17-90  Meeting Date: 10/5/00

Admin - school concerned with Travis' lack of progress/sense of discouragement.
Parents inquired about reasons school has promoted Travis for last 3 yrs. That retention is seriously considered - based on program, esp. social/emotional/academic.
Also concerned that Travis being pro + ability down + sense of "can't do" might well give even more [&] he been retained.

Travis will be going to Slyrn from Oct 2 after + Sat.

Parents feel counselling will be useless. Travis begins to progress in reading. Ritalin did not help him - made him hyper - not on medication now.

SPED Teacher - discussed IEP + proposed changes - more reading/math writing for TLC.

Parents suggested that school not tolerate Travis's misbehavior - disrespect, lack of effort. Provide immediate consequences.

This is Page # 1 of 1 Pages of Minutes

Name of Recorder

Revised 10/98    1-A

10/5/00 (orig. date –
PPT notice not held)

**NEW MILFORD PUBLIC SCHOOLS**
**WRITTEN PRIOR NOTICE**

Student: _Travis Megalos_ DOB: _7-17-90_  Meeting Date: _9-29-00_

1. **Action which is proposed by the PPT:**
   - ☒ Revise IEP dated: _5/8/00_
   - ☐ Conduct an Initial Evaluation
   - ☐ Conduct a Reevaluation
   - ☐ Implement IEP dated: _____
   - ☐ Placement: (specify) _____
   - ☐ Determine that student is not eligible for Sp. Ed. /Related Services
   - ☐ Determine that student is eligible for Sp. Ed. /Related Services
   - ☐ Other: (specify) _____
   - ☐ Discontinue services: (specify) _____
   - ☐ Exit from Special Education

   **Action which is refused by the PPT:**
   - ☒ NA, no action(s) refused by the PPT
   - ☐ Action(s) refused: (specify) _____

2. **Reasons why the PPT made this decision:**
   - ☐ Evaluation results support action recommended
   - ☒ Educational performance supports action recommended
   - ☐ Previous IEP goals and objectives have been satisfactorily achieved
   - ☐ Student has met Exit Criteria in IEP
   - ☐ Other: (specify) _____

3. **Other options which the PPT considered and rejected in favor of the decision made:**
   - ☐ Full-time placement in general education with supplementary aids and services (e.g. resource room, itinerant instruction)
   - ☐ No other options were considered and rejected
   - ☒ Options considered and rejected: (specify) _Other IEP options_ (hours)
   - ☐ Other: (specify) _____

4. **Reason(s) why the PPT rejected these other options (3 above):**
   - ☐ NA, no other options were considered and rejected
   - ☒ Options would not provide student with an appropriate program in the Least Restrictive Environment
   - ☐ Other: (specify) _____

5. **Describe any Evaluation Procedures, Tests, Records or Reports the PPT used as a basis for its decision:**
   - ☒ Classroom Observation: (dated) _9/00-10/00_
   - ☐ Report Card(s)
   - ☐ Teacher Reports
   - ☐ Review of Records
   - ☐ Cognitive: (dated) _____
   - ☐ Achievement: (dated) _____
   - ☐ Health/Med.: (dated) _____
   - ☐ Motor: (dated) _____
   - ☐ Communication: (dated) _____
   - ☐ Adaptive: (dated) _____
   - ☒ Social/Emotional/Behavioral: (dated) _Contracts from 9/00_
   - ☐ Developmental: (dated) _____
   - ☐ Other: (specify) _____

6. **Describe any other factors that are relevant to the PPT's decision:**
   - ☐ Information/concerns shared by parents
   - ☐ Information/preferences shared by the student
   - ☐ There are no other factors that are relevant to the PPT decision
   - ☐ Other: (specify) _____

Parents please note: You have protections under the procedural safeguards of the Individuals with Disabilities Education Act (IDEA). A copy of Procedural Safeguards in Special Education which explains these protections [ ☒ was made available at the meeting  ☐ is enclosed with this document ]. If you need assistance in understanding the provisions of IDEA, please contact your child's principal or the district's special education director.

Revised 10/98

2

Student: Frances Mydlow   DOB: 7/7/90

Meeting Date: 10/5/00 *approved*

**NEW MILFORD PUBLIC SCHOOLS**
**INDIVIDUALIZED EDUCATION PROGRAM**

## PRESENT LEVELS OF EDUCATIONAL PERFORMANCE

Continue for school year 2000/2001

| | Classroom Performance/Parent Reports/Assessment Results | Strengths | Concerns/Needs |
|---|---|---|---|
| 1. | Health & Development (Including Vision/Hearing): ☑ Typical ☐ Other: (specify) on meds for attention | reading comprehension is a relative strength for Frances | reading decoding and spelling are weak areas |
| 2. | Academic/Cognitive: KTEA Math - appl 5.5-112 GE 5.3 Computation 3.5 GE 3 Spelling GE 2.6 Gray Oral Read - rate 5.5.3 GE 2.3 GE 5.19 accuracy 5.5.5 GE 2.3 Comp 5.3 GE 4.2  ☑ Other: (specify) | verbal skills vocabulary perceptual motor comprehension find motor sense of humor | written language perceptual motor find motor |
| 3. | Social/Emotional/Behavioral: ☐ Age/grade appropriate ☑ Other: (specify) Frances continues to be stressed sometimes difficulty completing activities works best in a small group - also projects feelings of inadequacy | expressive expressive language skills | perspective taking listening skills high frustration difficulty writing difficulty w/ writing |
| 4. | Motor: ☐ Age appropriate ☑ Other: (specify) 3/98 VMI 6-6 | | |
| 5. | Communication: ☑ Age appropriate ☐ Other: (specify) | | |
| 6. | Activities of Daily Living: ☑ Age appropriate ☐ Other: (specify) | | |
| 7. | Vocational: ☑ NA due to age ☐ Other: (specify) | | |

8. Describe how the student's disability affects her/his involvement and progress in the general curriculum or participation in appropriate preschool activities:

Fine motor, spelling skills, perceptual skills motor weaknesses along with attention problems negatively impact writing skills and reading

9. Is the student eligible for special education services?  ☑ Yes  ☐ No

Revised 10/98

3

# NEW MILFORD PUBLIC SCHOOLS
## INDIVIDUALIZED EDUCATION PROGRAM

Student: _Frances McGowan_   DOB: _1-1-90_

### MEASURABLE ANNUAL GOAL AND SHORT TERM OBJECTIVES*

☑ Academic/Cognitive  ☐ Social/Behavioral  ☐ Communication  ☐ Gross/Fine Motor  ☐ Employment/Post Secondary Education*
☐ Self Help  ☐ Community Partic.***  ☐ Independent Living***  ☐ Health  ☐ Other: (specify)

☐ Check here if the student is 13 or older. (Note: Page 4-A, Transition Summary, must be completed if this box is checked)

**Measurable Annual Goal*:** # _1_  _To improve reading skills and comprehension_

**Indicate Dates For Reporting Progress in Boxes Below:** 1/20/01, 5/21/01

### Short Term Objectives/Benchmarks

**Obj. # _1_** _Will give correct sounds for consonant and vowel sounds including single letters, blends, combinations (in Books 4 and 5 of Let's Read)_

Eval. Procedure: _10_
Perf. Criteria: _H_ objectives
(%, Trials, etc.): _3/6_

**Obj. # _2_** _Will decode CVC and CVCC words with obstinacy/independently._

Eval. Procedure: _11_
Perf. Criteria: _G_
(%, Trials, etc.): _80_

**Obj. # _3_** _Will read high frequency words without hesitation - first 100 of Fry List._

Eval. Procedure: _11_
Perf. Criteria: _G_
(%, Trials, etc.): _80_

### Evaluation Procedure
1. Criterion-Referenced/Curriculum Based Assessment
2. Pre & Post Standardized Assessment
3. Pre & Post Base Line Data
4. Quizzes/Tests
5. Student Self-assessment/Rubric
6. Project/Experiment/Portfolio
7. Behavior/Performance Rating Scale
8. CMT/CAPT
9. Work Samples, Job Performance or Products
10. Achievement of Objectives (Note: use with goal only)
11. Other: (specify) _observation/tally_
12. Other: (specify)

### Performance Criteria
A. Percent of Change
B. Months Growth
C. Standard Score Increase
D. Passing Grades/Score
E. Frequency/Trials
F. Duration
G. Successful Completion of Task/Activity
H. Mastery
I. Other: (specify) _% of accuracy_
J. Other: (specify)

M = Mastered   S = Satisfactory Progress - Likely to achieve goal
NI = Not Introduced   O = Other: (specify)

Progress Reporting Key: (Indicating extent to which progress is sufficient to achieve goal by the end of the year)
U = Unsatisfactory Progress - Unlikely to achieve goal   N = No Progress - Will not achieve goal

Goal Page # _1_ of _7_ Goal Pages

* Related to meeting the student's needs that result from the student's disability to enable the student to be involved in and progress in the general curriculum; and to meet each of the student's other educational needs that result from the student's disability.
** It is recommended that, at a minimum, a goal and related objectives be developed for the area of Employment/Post Secondary Education if transition services are addressed.
*** Note: If transition services are addressed, there must be a Justification Statement on the Summary Sheet: Transition Planning, Page 4-A. (Item 4a) If a goal and related objectives are not developed for this area.

Revised 10/98

**NEW MILFORD PUBLIC SCHOOLS**
**INDIVIDUALIZED EDUCATION PROGRAM**

Student: Marcos Mystam    DOB: 7-17-90    Meeting Date: 5/8/00

## MEASURABLE ANNUAL GOAL AND SHORT TERM OBJECTIVES

☒ Academic/Cognitive ☐ Social/Behavioral ☐ Communication ☐ Gross/Fine Motor ☐ Employment/Post Secondary Education
☐ Self Help ☐ Community Partic.*** ☐ Independent Living*** ☐ Health ☐ Other: (specify)

☐ Check here if the student is 13 or older. (Note: Page 4-A, Transition Summary, must be completed if this box is checked)

**Measurable Annual Goal:** # 1  To improve reading skills and comprehension

| Indicate Dates For Reporting Progress in Boxes Below |
|---|
| 11/00 | 3/01 | 3/01 | 6/01 |

**Short Term Objectives/Benchmarks**

Obj. # 4  Will self-correct reading errors using a specific procedure.

Eval. Procedure: 10
Perf. Criteria: H
(%, Trials, etc.)

Report Progress Below (Use Reporting Key)

Obj. # 5  Will comprehend what is read (in Book 4, 5) and/or age-appropriate material read to him.

Eval. Procedure: 11
Perf. Criteria: G
(%, Trials, etc.)

Report Progress Below (Use Reporting Key)

Obj. # 6  Will read punctuation correctly and begin to read smoothly using logical phrasing.

Eval. Procedure: 11
Perf. Criteria: G
(%, Trials, etc.)

Report Progress Below (Use Reporting Key)

**Evaluation Procedures:**
1. Criterion-Referenced/Curriculum Based Assessment
2. Pre & Post Standardized Assessment
3. Pre & Post Base Line Data
4. Quizzes/Tests
5. Student Self-assessment/Rubric
6. Project/Experiment/Portfolio
7. Behavior/Performance Rating Scale
8. CMT/CAPT
9. Work Samples, Job Performance or Products
10. Achievement of Objectives (Note: use with goal only)
11. Other: (specify)
12. Other: (specify)

**Performance Criteria:**
A. Percent of Change
B. Months Growth
C. Standard Score Increase
D. Passing Grades/Score
E. Frequency/Trials
F. Duration
G. Successful Completion of Task/Activity
H. Mastery
I. Other: (specify)
J. Other: (specify)

M = Mastered    S = Satisfactory Progress - Likely to achieve goal
NI = Not Introduced    O = Other (specify)

**Progress Reporting Key:** (indicating extent to which progress is sufficient to achieve goal by the end of the year)
U = Unsatisfactory Progress - Unlikely to achieve goal    N = No Progress - Will not achieve goal

* Related to meeting the student's needs that result from the student's disability to enable the student to be involved in and progress in the general curriculum; and to meet each of the student's other educational needs that result from the student's disability.
** It is recommended that, at a minimum, a goal and related objectives be developed for the area of Employment/Post Secondary Education if transition services are addressed.
*** Note: If transition services are addressed, there must be a Justification Statement on the Summary Sheet: Transition Planning, Page 4-A, (Item 4a) if a goal and related objectives are not developed for this area.

Revised 10/98    4    Goal Page # 2 of 7  Goal Pages

Student: Travis Myslow   DOB: 7-17-9  

**NEW MILFORD PUBLIC SCHOOLS**
**INDIVIDUALIZED EDUCATION PROGRAM**

Meeting Date: 5/8/00

### MEASURABLE ANNUAL GOAL AND SHORT TERM OBJECTIVES*

- [x] Academic/Cognitive
- [ ] Social/Behavioral
- [ ] Communication
- [ ] Gross/Fine Motor
- [ ] Employment/Post Secondary Education
- [ ] Self Help
- [ ] Community Partic.***
- [ ] Independent Living**
- [ ] Health
- [ ] Other: (specify) _____

☐ Check here if the student is 13 or older. (Note: Page 4-A, Transition Summary, must be completed if this box is checked)

Measurable Annual Goal*: # 2  To improve math skills

| Eval. Procedure: | 10 |
| Perf. Criteria: | # |
| (%, Trials, etc:) | 4/5 objectives |

| Indicate Dates For Reporting Progress in Boxes Below |
|---|
| 1/00 | 3/01 | 6/01 | |
| S | | | |

*Report Progress Below (Use Reporting Key)*

### Short Term Objectives/Benchmarks

Obj. # 1  Will master multiplication and division facts.

| Eval. Procedure: | 4 |
| Perf. Criteria: | D |
| (%, Trials, etc:) | |

*Report Progress Below (Use Reporting Key)*

Obj. # 2  Will multiply multi-digit numbers.

| Eval. Procedure: | 4 |
| Perf. Criteria: | D |
| (%, Trials, etc:) | |

*Report Progress Below (Use Reporting Key)*

Obj. # 3  Will divide up to 3/4 digit number by 1/2 digit numbers with/without remainders.

| Eval. Procedure: | 4 |
| Perf. Criteria: | D |
| (%, Trials, etc:) | |

*Report Progress Below (Use Reporting Key)*

**Evaluation Procedures:**
1. Criterion-Referenced/Curriculum Based Assessment
2. Pre & Post Standardized Assessment
3. Pre & Post Base Line Data
4. Quizzes/Tests
5. Student Self-assessment/Rubric
6. Project/Experiment/Portfolio
7. Behavior/Performance Rating Scale
8. CMT/CAPT
9. Work Samples, Job Performance or Products
10. Achievement of Objectives (Note: use with goal only)
11. Other: (specify) _____
12. Other: (specify) _____

**Performance Criteria:**
A. Percent of Change
B. Months Growth
C. Standard Score Increase
D. Passing Grades/Score
E. Frequency/Trials
F. Duration
G. Successful Completion of Task/Activity
H. Mastery
I. Other: (specify) _____
J. Other: (specify) _____

M = Mastered   NI = Not Introduced   O = Other: (specify)

**Progress Reporting Key:** (indicating extent to which progress is sufficient to achieve goal by the end of the year)
U = Unsatisfactory Progress - Unlikely to achieve goal   N = No Progress - Will not achieve goal   S = Satisfactory Progress - Likely to achieve goal

* Related to meeting the student's needs that result from the student's disability to enable the student to be involved in and progress in the general curriculum; and to meet each of the student's other educational needs that result from the student's disability.
** It is recommended that, at a minimum, a goal and related objectives be developed for the area of Employment/Post Secondary Education if transition services are addressed.
*** Note: If transition services are addressed, there must be a Justification Statement on the Summary Sheet: Transition Planning, Page 4-A, ((Item 4a)) if a goal and related objectives are not developed for this area.

Goal Page # 3 of 7 Goal Pages

4

# NEW MILFORD PUBLIC SCHOOLS
## INDIVIDUALIZED EDUCATION PROGRAM

Name: Travis Myshrow  DOB: 7-17-90  Meeting Date: 5/8/00

- ☑ Academic/Cognitive
- ☐ Social/Behavioral
- ☐ Communication
- ☐ Gross/Fine Motor
- ☐ Employment/Post Secondary Education*
- ☐ Self Help
- ☐ Community Partic.***
- ☐ Independent Living***
- ☐ Health
- ☐ Other: (specify)

☐ Check here if the student is 13 or older. (Note: Page 4-A, Transition Summary, must be completed if this box is checked)

### MEASURABLE ANNUAL GOAL AND SHORT TERM OBJECTIVES*

Measurable Annual Goal #: 2  To improve math skills (Continued)

Eval. Procedure: ___
Perf. Criteria: ___
(%, Trials, etc.): ___

Indicate Dates For Reporting Progress in Boxes Below

| 11 | 1/22 | 3/31 | 6/01 |
|----|------|------|------|
|    |      |      |      |

Report Progress Below (Use Reporting Key)

### Short Term Objectives/Benchmarks

Obj # 4  Will add and subtract fractions with like denominators and decimals.

Eval. Procedure: 4
Perf. Criteria: D
(%, Trials, etc.): ___

Obj # 5  Will read and then know the meaning of 4th + 5th grade math vocabulary from CMT's.

Eval. Procedure: 4
Perf. Criteria: D
(%, Trials, etc.): ___

Obj # ___

Eval. Procedure: ___
Perf. Criteria: ___
(%, Trials, etc.): ___

### Evaluation Procedures

1. Criterion-Referenced/Curriculum Based Assessment
2. Pre & Post Standardized Assessment
3. Pre & Post Base Line Data
4. Quizzes/Tests
5. Student Self-assessment/Rubric
6. Project/Experiment/Portfolio
7. Behavior/Performance Rating Scale
8. CMT/CAPT
9. Work Samples, Job Performance or Products
10. Achievement of Objectives (Note: use with goal only)
11. Other: (specify) ___
12. Other: (specify) ___

### Performance Criteria

A. Percent of Change
B. Months Growth
C. Standard Score Increase
D. Passing Grades/Score
E. Frequency/Trials
F. Duration
G. Successful Completion of Task/Activity
H. Mastery
I. Other: (specify) ___
J. Other: (specify) ___

M = Mastered  S = Satisfactory Progress - Likely to achieve goal
NI = Not Introduced  O = Other: (specify)

Progress Reporting Key: (indicating extent to which progress is sufficient to achieve goal by the end of the year)
U = Unsatisfactory Progress - Unlikely to achieve goal  N = No Progress - Will not achieve goal

* Related to meeting the student's needs that result from the student's disability to enable the student to be involved in and progress in the general curriculum; and to meet each of the student's other educational needs that result from the student's disability.
** It is recommended that, at a minimum, a goal and related objectives be developed for the area of Employment/Post Secondary Education if transition services are addressed.
*** Note: If transition services are addressed, there must be a Justification Statement on the Summary Sheet: Transition Planning, Page 4-A, (Item 4a) if a goal and related objectives are not developed for this area.

Goal Page # 4 of 9 ___ Goal Pages

Revised 10/98