Student: _Travis Myslow_ DOB: _7-17-90_   Meeting Date: _5/8/00_

**NEW MILFORD PUBLIC SCHOOLS**
**INDIVIDUALIZED EDUCATION PROGRAM**

**MEASURABLE ANNUAL GOAL AND SHORT TERM OBJECTIVES***

☒ Academic/Cognitive  ☐ Communication  ☐ Gross/Fine Motor  ☐ Employment/Post Secondary Education
☐ Self Help           ☐ Social/Behavioral ☐ Independent Living*** ☐ Health
☐ Community Partic.** ☐ Other: (specify) _____

☐ Check here if the student is 13 or older. (Note: Page 4-A, Transition Summary, must be completed if this box is checked)

Measurable Annual Goal*: # _3_ _To improve overall writing skills._

### Short Term Objectives/Benchmarks

Obj. # _1_ _Will edit written work/writing for spelling errors, punctuation._

Eval. Procedure: _10_
Perf. Criteria: _H_  _3/5_ _objectives_
(%, Trials, etc.): _____

Obj. # _2_ _Will edit written work/writing for capitalization._

Eval. Procedure: _11_
Perf. Criteria: _H_  _2/3_
(%, Trials, etc.): _____

Obj. # _3_ _Will complete a modified spelling program of at least 10 words each week._

Eval. Procedure: _4_
Perf. Criteria: _D_
(%, Trials, etc.): _____

Indicate Dates For Reporting Progress in Boxes Below
(1/20, 3/24, 6/9?) — Report Progress Below (Use Reporting Key)

**Evaluation Procedures**
1. Criterion-Referenced/Curriculum Based Assessment
2. Pre & Post Standardized Assessment
3. Pre & Post Base Line Data
4. Quizzes/Tests
5. Student Self-assessment/Rubric
6. Project/Experiment/Portfolio
7. Behavior/Performance Rating Scale
8. CMT/CAPT
9. Work Samples, Job Performance or Products
10. Achievement of Objectives (Note: use with goal only)
11. Other: (specify) _Teacher observation_
12. Other: (specify) _____

**Performance Criteria**
A. Percent of Change
B. Months Growth
C. Standard Score Increase
D. Passing Grades/Score
E. Frequency/Trials
F. Duration
G. Successful Completion of Task/Activity
H. Mastery
I. Other: (specify) _trials_
J. Other: (specify) _____

M = Mastered   S = Satisfactory Progress - Likely to achieve goal
NI = Not Introduced   O = Other: (specify)

Progress Reporting Key: (indicating extent to which progress is sufficient to achieve goal by the end of the year)
U = Unsatisfactory Progress - Unlikely to achieve goal   N = No Progress - Will not achieve goal

Goal Page # _5_ of _7_ Goal Pages

* Related to meeting the student's needs that result from the student's disability to enable the student to be involved in and progress in the general curriculum; and to meet each of the student's other educational needs that result from the student's disability.
** It is recommended that, at a minimum, a goal and related objectives be developed for the area of Employment/Post Secondary Education if transition services are addressed.
*** Note: If transition services are addressed, there must be a Justification Statement on the Summary Sheet: Transition Planning, Page 4-A, (Item 4a) if a goal and related objectives are not developed for this area.

Revised 10/98

4

Student: Travis Myslow   DOB: 7-17-90   Meeting Date: 5/8/00

# NEW MILFORD PUBLIC SCHOOLS
## INDIVIDUALIZED EDUCATION PROGRAM

### MEASURABLE ANNUAL GOAL AND SHORT TERM OBJECTIVES*

- ☑ Academic/Cognitive
- ☐ Social/Behavioral
- ☐ Communication
- ☐ Gross/Fine Motor
- ☐ Employment/Post Secondary Education**
- ☐ Self Help
- ☐ Community Partic.***
- ☐ Independent Living***
- ☐ Health
- ☐ Other: (specify)

☐ Check here if the student is 13 or older. (Note: Page 4-A, Transition Summary, must be completed if this box is checked)

**Measurable Annual Goal*: # 3** To improve writing skills

*Indicate Dates For Reporting Progress in Boxes Below*

| 11/10 | 3/21 | 6/21 |
|---|---|---|
| S | S | S |

Eval. Procedure: 10
Perf. Criteria: H
(%, Trials, etc.) Continued

### Short Term Objectives/Benchmarks

**Obj. # 4** Will write a variety of simple sentences – SV, SSV, SVV, SSVV, Compound, Complex

*Report Progress Below (Use Reporting Key)*

Eval. Procedure: 11
Perf. Criteria: G
(%, Trials, etc.)

**Obj. # 5** Will write sentences dictated from Let's Read Book 4 and 5 with correct spelling.

*Report Progress Below (Use Reporting Key)*

Eval. Procedure: 11
Perf. Criteria: G
(%, Trials, etc.) T. Shakerian

**Obj. #**

*Report Progress Below (Use Reporting Key)*

Eval. Procedure:
Perf. Criteria:
(%, Trials, etc.)

### Evaluation Procedures
1. Criterion-Referenced/Curriculum Based Assessment
2. Pre & Post Standardized Assessment
3. Pre & Post Base Line Data
4. Quizzes/Tests
5. Student Self-assessment/Rubric
6. Project/Experiment/Portfolio
7. Behavior/Performance Rating Scale
8. CMT/CAPT
9. Work Samples, Job Performance or Products
10. Achievement of Objectives (Note: use with goal only)
11. Other: (specify) T. Shakerian
12. Other: (specify)

### Performance Criteria
A. Percent of Change
B. Months Growth
C. Standard Score Increase
D. Passing Grades/Score
E. Frequency/Trials
F. Duration
G. Successful Completion of Task/Activity
H. Mastery
I. Other: (specify)
J. Other: (specify)

M = Mastered   S = Satisfactory Progress - Likely to achieve goal
NI = Not Introduced   O = Other: (specify)

**Progress Reporting Key:** (indicating extent to which progress is sufficient to achieve goal by the end of the year)
U = Unsatisfactory Progress - Unlikely to achieve goal   N = No Progress - Will not achieve goal

* Related to meeting the student's needs that result from the student's disability to enable the student to be involved in and progress in the general curriculum; and to meet each of the student's other educational needs that result from the student's disability.
** It is recommended that, at a minimum, a goal and related objectives be developed for the area of Employment/Post Secondary Education II Transition services are addressed.
*** Note: II transition services are addressed, there must be a Justification Statement on the Summary Sheet: Transition Planning, Page 4-A, (Item 4a) if a goal and related objectives are not developed for this area.

Goal Page # __6__ of __7__ Goal Pages

Revised 10/98        4

Student: Travis Myslow  DOB: 7-17-90       Meeting Date: 5/8/00

## NEW MILFORD PUBLIC SCHOOLS
### INDIVIDUALIZED EDUCATION PROGRAM

**MEASURABLE ANNUAL GOAL AND SHORT TERM OBJECTIVES***

- [x] Academic/Cognitive ☐ Social/Behavioral ☐ Communication ☐ Gross/Fine Motor ☐ Employment/Post Secondary Education**
- ☐ Self Help ☐ Community Partic.*** ☐ Independent Living*** ☐ Health ☐ Other: (specify) _____
- ☐ Check here if the student is 13 or older. (Note: Page 4-A, Transition Summary, must be completed if this box is checked)

Measurable Annual Goal*: # 4  To improve organizational skills

### Short Term Objectives/Benchmarks

Obj. # 1  Record/complete homework on time.

Eval. Procedure: 10
Perf. Criteria: 4
(%, Trials, etc.): 2/3

Obj. # 2  Work on long-term assignments in increments and turn them in on their due date.

Eval. Procedure: 4
Perf. Criteria: A
(%, Trials, etc.): 50% of time

Obj. # 3  Complete classwork on time and with effort.

Eval. Procedure: 4
Perf. Criteria: A
(%, Trials, etc.): 50% of time

**Evaluation Procedures:**
1. Criterion-Referenced/Curriculum Based Assessment
2. Pre & Post Standardized Assessment
3. Pre & Post Base Line Data
4. Quizzes/Tests
5. Student Self-assessment/Rubric
6. Project/Experiment/Portfolio
7. Behavior/Performance Rating Scale
8. CMT/CAPT
9. Work Samples, Job Performance or Products
10. Achievement of Objectives (Note: use with goal only).
11. Other: (specify) _____
12. Other: (specify) _____

**Performance Criteria:**
A. Percent of Change
B. Months Growth
C. Standard Score Increase
D. Passing Grades/Score
E. Frequency/Trials
F. Duration
G. Successful Completion of Task/Activity
H. Mastery
I. Other: (specify) _____
J. Other: (specify) _____

M = Mastered    S = Satisfactory Progress - Likely to achieve goal
NI = Not Introduced   O = Other: (specify) _____

Progress Reporting Key: (indicating extent to which progress is sufficient to achieve goal by the end of the year)
U = Unsatisfactory Progress - Unlikely to achieve goal   N = No Progress - Will not achieve goal

* Related to meeting the student's needs that result from the student's disability to enable the student to be involved in and progress in the general curriculum; and to meet each of the student's other educational needs that result from the student's disability.
** It is recommended that, at a minimum, a goal and related objectives be developed for the area of Employment/Post Secondary Education if transition services are addressed.
*** Note: If transition services are addressed, there must be a Justification Statement on the Summary Sheet: Transition Planning, Page 4-A, (Item 4a) if a goal and related objectives are not developed for this area.

Goal Page # 7 of 7 Goal Pages

Revised 10/98

Student: Francis Mydan  DOB: 7-17-90   NEW MILFORD PUBLIC SCHOOLS
INDIVIDUALIZED EDUCATION PROGRAM   Meeting Date: 5/8/00

- ☑ Academic/Cognitive ☐ Social/Behavioral ☐ Communication ☐ Gross/Fine Motor ☐ Employment/Post Secondary Education
- ☐ Self Help ☐ Community Partic.*** ☐ Independent Living*** ☐ Health ☐ Other: (specify)
- ☐ Check here if the student is 13 or older. (Note: Page 4-A, Transition Summary, must be completed if this box is checked)

## MEASURABLE ANNUAL GOAL AND SHORT TERM OBJECTIVES*

**Measurable Annual Goal*: #5**  To improve behavior skills related to academic functioning within the classroom

Eval. Procedure: 10
Perf. Criteria: H
(%, Trials, etc.): 3/6 obj.

*Indicate Dates For Reporting Progress in Boxes Below*
1/00 3/01 6/01

### Short Term Objectives/Benchmarks

**Obj. # 1** Will improve attentional skills related to academic areas by using specific attention training exercises and direct reinforcement of any improvement in this area.

Eval. Procedure: 11
Perf. Criteria: I
(%, Trials, etc.): 50%

**Obj. # 2** Will complete academic tasks in the classroom. Any task which includes writing will not require more than 3 - 4 sentences at a time.

Eval. Procedure: 11, 12
Perf. Criteria: I
(%, Trials, etc.): 50%

**Obj. # 3** Will develop improved impulse control using cognitive behavior techniques.

Eval. Procedure: 11, 12
Perf. Criteria: I
(%, Trials, etc.): 50%

### Evaluation Procedures
1. Criterion-Referenced/Curriculum Based Assessment
2. Pre & Post Standardized Assessment
3. Pre & Post Base Line Data
4. Quizzes/Tests
5. Student Self-assessment/Rubric
6. Project/Experiment/Portfolio
7. Behavior/Performance Rating Scale
8. CMT/CAPT
9. Work Samples, Job Performance or Products
10. Achievement of Objectives (Note: use with goal only)
11. Other: (specify) observation
12. Other: (specify) ratings/chart

### Performance Criteria
A. Percent of Change
B. Months Growth
C. Standard Score Increase
D. Passing Grades/Score
E. Frequency/Trials
F. Duration
G. Successful Completion of Task/Activity
H. Mastery
I. Other: (specify) any improvement
J. Other: (specify)

M = Mastered   S = Satisfactory Progress - Likely to achieve goal
NI = Not Introduced   O = Other: (specify)

**Progress Reporting Key**: (indicating extent to which progress is sufficient to achieve goal by the end of the year)
U = Unsatisfactory Progress - Unlikely to achieve goal   N = No Progress - Will not achieve goal

* Related to meeting the student's needs that result from the student's disability to enable the student to be involved in and progress in the general curriculum, and to meet each of the student's other educational needs that result from the student's disability.
** It is recommended that, at a minimum, a goal and related objectives be developed for the area of Employment/Post Secondary Education if transition services are addressed.
*** Note: If transition services are addressed, there must be a Justification Statement on the Summary Sheet; Transition Planning, Page 4-A, (Item 4a) if a goal and related objectives are not developed for this area.

Goal Page #: 8 of 9 Goal Pages

Revised 10/98

Student: Travis McGhee  DOB: 7-17-90  NEW MILFORD PUBLIC SCHOOLS
INDIVIDUALIZED EDUCATION PROGRAM

Meeting Date: 5/8/00

MEASURABLE ANNUAL GOAL AND SHORT TERM OBJECTIVES*

- [x] Academic/Cognitive
- [ ] Social/Behavioral
- [ ] Communication
- [ ] Gross/Fine Motor
- [ ] Employment/Post Secondary Education
- [ ] Sell Help
- [ ] Community Partic.***
- [ ] Independent Living***
- [ ] Health
- [ ] Other: (specify) _____

- [ ] Check here if the student is 13 or older. (Note: Page 4-A, Transition Summary, must be completed if this box is checked)

Measurable Annual Goal*: # 5  To improve behavior skills related to academic functioning within the classroom.

### Short Term Objectives/Benchmarks

Obj. # 4  Will be able to state alternative strategies for dealing with frustration.

Eval. Procedure: 10
Perf. Criteria: H
(%, Trials, etc.):

Indicate Dates For Reporting Progress in Boxes Below
| 11/00 | 3/01 | 5/01 |

Obj. # 7  Will then be able to use an alternative strategy for dealing with frustration when reminded.

Eval. Procedure: 11, 12
Perf. Criteria: ____
(%, Trials, etc.): ____

Obj. # 11  Will use self-motivation and self-talk procedures to enhance confidence in performance.

Eval. Procedure: 11, 12
Perf. Criteria: ____
(%, Trials, etc.): ____

### Evaluation Procedures
1. Criterion-Referenced/Curriculum Based Assessment
2. Pre & Post Standardized Assessment
3. Pre & Post Base Line Data
4. Quizzes/Tests
5. Student Self-assessment/Rubric
6. Project/Experiment/Portfolio
7. Behavior/Performance Rating Scale
8. CMT/CAPT
9. Work Samples, Job Performance or Products
10. Achievement of Objectives (Note: use with goal only)
11. Other: (specify) ____
12. Other: (specify) ____

### Performance Criteria
A. Percent of Change
B. Months Growth
C. Standard Score Increase
D. Passing Grades/Score
E. Frequency/Trials
F. Duration
G. Successful Completion of Task/Activity
H. Mastery
I. Other: (specify) % of higher
J. Other: (specify) ____

M = Mastered      S = Satisfactory Progress - Likely to achieve goal
NI = Not Introduced   O = Other: (specify)

Progress Reporting Key: (indicating extent to which progress is sufficient to achieve goal by the end of the year)
U = Unsatisfactory Progress - Unlikely to achieve goal   N = No Progress - Will not achieve goal

*Related to meeting the student's needs that result from the student's disability to enable the student to be involved in and progress in the general curriculum; and to meet each of the student's other educational needs that result from the student's disability.
** It is recommended that, at a minimum, a goal and related objectives be developed for the area of Employment/Post Secondary Education if transition services are addressed.
*** Note: If transition services are addressed, there must be a Justification Statement on the Summary Sheet: Transition Planning, Page 4-A, (Item 4a) if a goal and related objectives are not developed for this area.

Goal Page #  9  of  9  Goal Pages

Revised 10/98

Student: _Shawn Nygren_  DOB: _7-17-90_  Meeting Date: _10/5/00_

**NEW MILFORD PUBLIC SCHOOLS**
**INDIVIDUALIZED EDUCATION PROGRAM**

SUMMARY: SPECIAL EDUCATION, RELATED SERVICES, AND REGULAR EDUCATION

| Special Education | # Goal # | Hour&/Wk. | Staff Responsible/Implementer | Start Date | End Date | Site | Instructional Site: (indicate all that apply) |
|---|---|---|---|---|---|---|---|
| Total Reading | 1 | 3 | Special Ed Teacher | 10/5/00 | 4/5/00 | 2 | 1. Regular Classroom |
| Total Writing | | | Para | | | | 2. Resource Room |
| Support Math | 2 | 1.5 | | | | | 3. Self-contained Classroom |
| Other: behavior | 4,5 | | | | | | 4. Related Service Office/Classroom |
| Related Services | | | | | | | 5. Community-based |
| | | | | | | | 6. Other: (specify) _____ |
| | | | | | | | 7. Other: (specify) _____ |
| Regular Education | 3,4,5 | 24.5 | Regular Classroom Tchr | " | " | 1 | |

Note: Each Item Below (# 1 to 15) Must Include a Response:

1. Assistive Technology: ☐ N/A  ☒ Required (specify) _Alpha Smart_ See #15
2. Applied (Voc.) Educ.: ☒ Regular  ☐ Special (specify) _____  ☐ N/A
3. Physical Education: ☒ Regular  ☐ Special (specify) _____  ☐ N/A
4. Transportation: ☒ Regular  ☐ Special (specify) _____  ☐ N/A
5. Length of School Day: ☒ Standard  ☐ Other: (specify) _____
6. Total Hours/Week: ☒ Standard  ☐ Other: (specify) _____
7. Number of Days/Week: ☒ Standard  ☐ Other: (specify) _____
8. Length of School Year: ☒ Standard  ☐ Other: (specify) _____
9. Spec. Educ. Hours/Week: _12.5_ + Related Service Hours/Week: _0_ + Regular Education Hours/Week: _17.5_ = Total Education Hours/Week: _30 hrs_
10. Extended School Year Services: ☒ Not Required  ☐ Required: See Page 1, "List of PPT Recommendations" for details of services to be provided  ☐ Required: Continue to implement current IEP
11. Supports for personnel required to implement this IEP: ☐ No supports required  ☒ See Page 8  ☐ Other: (specify) _____
12. For students whose behavior impedes her/his learning or that of others, the PPT has considered these strategies, including positive behavioral interventions and supports to address that behavior:
    ☒ NA  ☐ A behavioral intervention plan has been developed  ☐ IEP Goals and Objectives have been developed to address the behavior  ☐ Other: (specify) _____
13. For students with Limited English Proficiency, the PPT has considered the language needs of the student as these needs relate to the student's IEP and recommended the following: ☒ NA
    ☐ Recommendation: (specify) _____
14. For students who are Blind/Visually Impaired, the PPT has determined (after an evaluation of the student's reading and writing skills, needs, and appropriate reading and writing media, including an evaluation of the student's future needs for instruction in Braille or the use of Braille) that instruction in Braille or the use of Braille: ☐ NA  ☐ Is required  ☐ Is not required
15. For students who are Deaf or Hard of Hearing, the PPT has determined (after considering the student's language and communication needs, opportunities for direct communications with peers and professional personnel in the child's language and communication mode, academic level, and full range of needs, including opportunities for direct instruction in the student's language and communication mode, and considering whether the student requires assistive technology devices and services) that the following services are required: ☒ NA  ☐ No services required
    ☒ Services/modifications required: (specify) _See pg. 8_

Revised 10/98                                                                                                      5

Student: Francis Myslow   DOB: 7/17/00    NEW MILFORD PUBLIC SCHOOLS    Meeting Date: 5/8/00
INDIVIDUALIZED EDUCATION PROGRAM

## PLACEMENT SUMMARY

1. **Placement:**
   - ☒ Public School In-District
   - ☐ Separate Sp. Ed. School In-District
   - ☐ Other Public School District
   - ☐ RESC
   - ☐ Private
   - ☐ State Facility
   - ☐ Quasi-Public School*
   - ☐ Hospital
   - ☐ Charter School
   - ☐ Homebound
   - ☐ Other: (specify) _____

2. **If a residential placement, placement is:** ☒ NA (not a residential placement)   ☐ For educational reasons   ☐ For non-educational reasons

3. **Justification for removal from Regular Education:** *(Note: The LRE Checklist should be used to ensure that procedures related to LRE decision-making are followed.)*
   - ☐ Not applicable - implementation of the student's IEP, with supplementary aids and services, does not require removal from Regular Education.
   - ☒ The student cannot receive an appropriate educational program in the regular classroom, even with the use of supplementary aids and services, whereas an appropriate program can be provided in the more restrictive setting being proposed by the PPT.
   - ☐ The student's behavior in a regular classroom, even with the use of supplementary aids and services is disruptive to such an extent that it interferes with the ability of the district to make a safe and orderly instructional environment available to students.
   - ☐ The student will not receive any significant nonacademic benefit from interacting with nondisabled students.
   - ☐ Other: _____

4. **Explanation of the extent, if any, to which the student will not participate with nondisabled students in the regular class and in extracurricular and other nonacademic activities:** ☐ Student will participate fully   ☒ Other: (specify) Child will be pulled for specialized reading, math + writing instruction.

5. **Hours per week the student will spend with nondisabled students:** 22.5 Hrs.

6. **Exit Criteria: (Check One)**
   ☒ Ability to succeed in Regular Education without Special Education support   ☐ Graduation   ☐ Age 21   ☐ Other: (specify) _____

7. **Student's projected graduation date is:** _____ (Applies only to students in grades eight through twelve)

8. **Procedures which will be utilized to ensure that the student's parents are regularly informed of the student's progress toward the annual goals in this IEP and the extent to which that progress is sufficient to enable the student to achieve these IEP Goals by the end of the year:** ☒ NA   ☒ A report of progress toward the Measurable Annual Goals and Short Term Objectives included in this IEP will be sent to parents as often the district reports progress to parents of students who do not have disabilities. ☐
   Other: (Specify) _____

\* *Gilbert School, Norwich Free Academy, Woodstock Academy*

Revised 10/98

6

## INDIVIDUALIZED EDUCATION PROGRAM

### STATE AND DISTRICTWIDE ASSESSMENT OF STUDENT ACHIEVEMENT

☐ *This page does not apply – CMT/or CAPT testing or districtwide assessments are not scheduled for students of the same grade during the term of this IEP*

| CMT/CAPT Accommodations: | 1= Braille or Large Print** | 2= Hearing Impaired Student Modifications | 3=Word Processor** | 4= Time Extensions |
|---|---|---|---|---|
| | 5= Test Setting | 6=Readers ** | 7=Scribe** (multiple choice and griddable only) | 8=Voice Recognition Software** |

**1. Connecticut Mastery Test (CMT)**

☐ Participate in Standard Administration of the CMT

☐ Participate in (Grade Level)/Out of Level Test with the following Accommodations: (Circle all that apply)   Math: 1 2 3 (4)(5)(6) 7 8

   DRP: 1 2 4 5 7   Reading Comprehension: 1 2 3 4 5 7 8   Writing: 1 2 3 4 5 8   Editing and Revising: 1 2 4 5 7

☐ Will not participate in the following Grade Level Subtest(s):*

☐ Will participate in the following Out-of-Level Subtest(s):* DRP (G2) Rd Comp (G2) Writing (G3) editing/revising (G3)
   all time extended writing

☐ Participate in the CMT/CAPT Developmental Checklist* only: ( If this option is selected the student is not eligible to participate in any other CMT/CAPT testing options)

☑ Justifications for any recommended exceptions to Standard Administration : (required)* reading difficulties & attentional
   difficulties

**2. Connecticut Academic Performance Test (CAPT)**

☐ Participate in Standard Administration of the CAPT

☐ Participate in Grade Level/Out –of-Level Test with the following Accommodations: (Circle all that apply)   Math: 1 2 3 4 5 6 7 8

   Reading for Information: 1 2 3 4 5 7 8   Interdisciplinary Writing: 1 2 3 4 5 8   Editing and Revising: 1 2 3 4 5 7   Response to Literature: 1 2 3 4 5 8   Science 1 2 3 4 5 6 7 8

☐ Will not participate in the following Subtests(s):*

☐ Will participate in the following out-of-level Subtest(s) *

☐ Participate in the CMT/CAPT Developmental Checklist* only: (If this option is selected the student is not eligible to participate in any other CMT/CAPT testing options)

☐ Justification for any recommended exceptions to Standard Administration: (required)*

**3. Districtwide Assessments**   ☐ NA (districtwide assessments are not administered or are not scheduled to be administered during the term of this IEP)

☐ Participate in Standard Administration of ( (specify assessment)

☑ Participate with the following Accommodations: (specify) Spring 2001 DRP (G3), Writing Prompt (G5) Large &
   extended
   time

☐ Exempt: (Explain why the Standard Administration is not appropriate and how the student will be assessed) (required)

\* See Department of Education publication Assessment Guidelines for allowable accommodations and Alternate Assessment options, i.e., Out-of Level Testing or CMT/CAPT Developmental Checklist.
\*\* Bureau of Evaluation and Student Assessment must be notified of this Accommodation in advance using a CMT or CAPT Accommodations Form. Braille or large print materials must be obtained in advance.

*Page Revised February 2000*

7