Revised 10/26/03

# NEW MILFORD PUBLIC SCHOOLS
## PLANNING AND PLACEMENT TEAM (PPT) MEETING SUMMARY

Meeting Date: 10/26/03
☐ Addendum to IEP of ____

Student: TRAVIS MYLON  DOB: 7-17-93  Age: 10-3  Current Grade: 5  H.S. Credits: ____
Current School: John Pettibone  Gender: ☐ Female ☑ Male  Disability: Learning Disabled
School Next Year (if different): SXJS  Ethnic: ☐ Am. Ind. or Alask. Nat. ☐ Asian or Pacif. Is. ☐ Black not Hisp. ☑ White not Hisp. ☐ Hispanic
ID#: ____  Case Manager: Kathy Taylor  Student Dominant Lang: ☑ English  ☐ Other: (specify) ____  Work Phone: ____
Parent/Guardian/Surrogate: Mr. and Mrs. Mylon  Home Phone: 350-6569  Parent Dominant Lang: ☑ English  ☐ Other: (specify) ____  Work Phone: ____
Address: 3 Gillotte Rd  Home Phone: ____
Parent/Guardian: ____
Address: ____  Last Eval/Reeval Date: ____  Next Reevaluation Date: parental request

Reason for Meeting:  ☐ Review Referral  ☐ Review Eval/Reeval  ☐ Determine Eligibility  ☐ Develop IEP  ☐ Determine Placement  ☐ Manifestation Determination
(Check all that apply)  ☑ Plan Eval/Reeval  ☐ Review IEP/Program  ☐ Transition Planning  ☐ Modify IEP  ☐ Conduct Annual Review  ☑ Other: (specify) parental request

Team Members Present
Admin/Designee: [signature]  School Psy: Joshua Foster  PT: ____  Agency: ____
Parent/Guardian: Wendy Mylon  SW: ____  Speech/Lang: ____  Student: ____
Parent/Guardian: ____  Guidance: ____  Other: Carol Sellen-Crawford
Surrogate Parent: Donald Waynard  Nurse: ____  Other: ____
Student's Reg. Ed. Teacher: ____  OT: ____  Other: ____
Spec. Educ. Teacher: Kathleen Taylor

LIST OF PPT RECOMMENDATIONS:  ☐ Check here if Page 1-A follows.    The next projected PPT Meeting date is: ____ (unless required sooner)

① To administer a neurological evaluation at district expense with results to be shared with district

[signature]

NOV 20 2003 RECEIVED DEPT OF PUPIL PERSONNEL

*Address of student's primary residence
Revised 10/98

**NEW MILFORD PUBLIC SCHOOLS**
**PPT MEETING SUMMARY**

Student: Tara Maples  DOB: 7/17/90  Meeting Date: 10/26/00

PLANNING AND PLACEMENT TEAM MEETING MINUTES (OPTIONAL)

*(Note: If this page is used, you must check the box in the "List of PPT Recommendations" section on Page 1)*

Parent requesting neurological evaluation and one-on-one reading instruction.

Parent inquiring how to determine if Tara has dyslexia. SpEd Teacher Park, Parthe has been perceived letters (could differentiate reversals when told/cued to read & overcome reversals).

PPT team agreed to neurological eval & determined questions/issues to be addressed in eval.

No revisions to present goals at this time — presently getting writing goals [illegible] to present new instruction in I.C.

One-on-one instruction hours have been revised to include the one-on-one hours of service have been revised to include one-on-one instruction hours to receiving in Math, Reading, Writing Science & Social Studies.

Name of Recorder: [signature]

This is Page # 1 of 1 Pages of Minutes

1-A

Revised 10/98

Kathy Taylor ILC5   John Pettibone

On the minutes on the IEP from a PPT for Travis Myslow Dated 10/26/00, there were revisions made after the meeting was adjourned. As I was speaking to Mrs. Myslow, I mentioned that Travis was recieving exposure to Science and Social Studies in my class each day. I told Mrs. Myslow that I would have Mr. Dolan add that information to the minutes of the meeting so that it would not be forgotten about. She said it was o.k. I spoke with Mr. Dolan, He told me to add the information to the minutes and make new copies for everyone. I sent copies to everyone involved as soon as I got done.

^ of pgs. 1 1A 2 + 5 that includes hours ⇒

page 5 was part of the original PPT paperwork and was inadvertently omitted from the copies of the paperwork I sent home the first time.

per K. Taylor

Denis Dolan
10/26/00 PPT chair

Page 1

# NEW MILFORD PUBLIC SCHOOLS
## WRITTEN PRIOR NOTICE

Student: _Travis Mykytiuk_   DOB: _7/17/90_   Meeting Date: _10/26/00_

**1. Action which is proposed by the PPT:**
- ☐ Conduct an Initial Evaluation
- ☐ Conduct a Reevaluation
- ☐ Implement IEP dated: _____
- ☐ Revise IEP dated: _____
- ☐ Determine that student is not eligible for Sp. Ed./Related Services
- ☐ Determine that student is eligible for Sp. Ed./Related Services
- ☐ Placement: (specify) _____
- ☐ Discontinue services: (specify) _____
- ☐ Exit from Special Education
- ☒ Other: (specify) _Private neurological eval_

Action which is refused by the PPT: ☐ NA, no action(s) refused by the PPT   ☐ Action(s) refused: (specify) _____

**2. Reasons why the PPT made this decision:**
- ☐ Evaluation results support action recommended
- ☒ Educational performance supports action recommended
- ☐ Previous IEP goals and objectives have been satisfactorily achieved
- ☐ Student has met Exit Criteria in IEP
- ☐ Other: (specify) _____

**3. Other options which the PPT considered and rejected in favor of the decision made:**
- ☐ Full-time placement in general education with supplementary aids and services (e.g. resource room, itinerant instruction)
- ☒ No other options were considered and rejected
- ☐ Options considered and rejected: (specify) _____
- ☐ Other: (specify) _____

**4. Reason(s) why the PPT rejected these other options (3 above):**
- ☒ NA, no other options were considered and rejected
- ☐ Options would not provide student with an appropriate program in the Least Restrictive Environment
- ☐ Other: (specify) _____

**5. Describe any Evaluation Procedures, Tests, Records or Reports the PPT used as a basis for its decision:**
- ☐ Report Card(s)
- ☐ Teacher Reports
- ☐ Review of Records
- ☒ Classroom Observation: (dated) _9/20-10/00_
- ☐ Health/Med.: (dated) _____
- ☐ Motor: (dated) _____
- ☐ Cognitive: (dated) _____
- ☐ Achievement: (dated) _____
- ☐ Social/Emotional/Behavioral: (dated) _____
- ☐ Communication: (dated) _____
- ☐ Adaptive: (dated) _____
- ☐ Other: (specify) _____
- ☐ Developmental: (dated) _____

**6. Describe any other factors that are relevant to the PPT's decision:**
- ☒ Information/concerns shared by parents
- ☐ Information/preferences shared by the student
- ☐ There are no other factors that are relevant to the PPT decision
- ☐ Other: (specify) _____

<u>Parents please note:</u> You have protections under the procedural safeguards of the Individuals with Disabilities Education Act (IDEA). A copy of <u>Procedural Safeguards in Special Education</u> which explains these protections [ ☒ was made available at the meeting   ☐ is enclosed with this document ]. If you need assistance in understanding the provisions of IDEA, please contact your child's principal or the district's special education director.

2

Revised 10/98

Student: Travis Myslow   DOB: 7-17-90   Meeting Date: 10-26-00

# NEW MILFORD PUBLIC SCHOOLS
## INDIVIDUALIZED EDUCATION PROGRAM

### SUMMARY: SPECIAL EDUCATION, RELATED SERVICES, AND REGULAR EDUCATION

| Special Education | Goal # | Weekly Hours | Staff Responsible/Implementer | Start Date | End Date | Site | Instructional Site (Indicate all that apply) |
|---|---|---|---|---|---|---|---|
| Math | 2 | 5 | Special Ed. Staff | 10/5/00 | 6/8/01 | 2 | 1. Regular Classroom |
| Reading | 1 | 10 | " | | | | 2. Resource Room |
| Writing | 3 | 2.5 | " | | | | 3. Self-contained Classroom |
| Organiz/Beh. | 4,5 | | | | | | 4. Related Service Office/Classroom |
| Related Service(s) | | | | | | | 5. Community-based |
| | | | | | | | 6. Other: (specify) _____ |
| | | | | | | | 7. Other: (specify) _____ |
| Regular Education | | 27 3/4 | | | | | |

5 Hrs per day

Note: Each Item Below (# 1 to 15) Must Include a Response:

1. Assistive Technology: ☐ N/A  ☐ Required (specify) _____
2. Applied (Voc.) Educ.: ☒ Regular ☐ Special (specify) _____
3. Physical Education: ☒ Regular ☐ Special (specify) _____
4. Transportation: ☒ Regular ☐ Special (specify) _____
9. Spec. Educ. Hours/Week: 27 1/4  +  Related Service Hours/Week: 0  +  Regular Education Hours/Week: 2 3/4  =  Total Education Hours/Week: 30
10. Extended School Year Services: ☒ Not Required ☐ Required: See Page 1, "List of PPT Recommendations" for details of services to be provided ☐ Required: Continue to implement current IEP
11. Supports for personnel required to implement this IEP: ☐ No supports required ☒ See Page 8 ☐ Other: (specify) _____
12. For students whose behavior impedes her/his learning or that of others, the PPT has considered these strategies, including positive behavioral interventions and supports to address that behavior:
    ☐ NA  ☒ A behavioral intervention plan has been developed  ☒ IEP Goals and Objectives have been developed to address the behavior  ☐ Other: (specify) Behavior plan in progress
13. For students with Limited English Proficiency, the PPT has considered the language needs of the student as these needs relate to the student's IEP and recommended the following: ☒ NA ☐ ___
14. ☐ Recommendation: (specify) _____
    For students who are Blind/Visually Impaired, the PPT has determined (after an evaluation of the student's reading and writing skills, needs, and appropriate reading and writing media, including an evaluation of the student's future needs for instruction in Braille or the use of Braille) that instruction in Braille or the use of Braille: ☒ NA  ☐ Is required  ☐ Is not required
15. For students who are Deaf or Hard of Hearing, the PPT has determined (after considering the student's language and communication needs, opportunities for direct communications with peers and professional personnel in the child's language and communication mode, academic level, and full range of needs, including opportunities for direct instruction in the student's language and communication mode, and considering whether the student requires assistive technology devices and services) that the following services are required: ☒ NA  ☐ No services required
    ☒ Services/modifications required: (specify) See pg 8

Revised 10/98

5