

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MATHEW AND CINDY MYSLOW, as Parents and Natural Guardian of Minor Plaintiff, TRAVIS MYSLOW<br><br>Plaintiffs<br><br>v.<br><br>NEW MILFORD SCHOOL DISTRICT,<br>NEW MILFORD BOARD OF EDUCATION,<br>RAYMOND AVERY, JEANNE PADDYFOTE,<br>THOMAS MULVIHILL, PAULA KELLEHER,<br>DENIS DOLAN, JEAN MALCOLM,<br>JOSEPHINE ROSITANO, ADELE JOHNSON,<br>DEBORAH SHELLEY, ROBYN VIKLAND,<br>L. ROBERT RUBIN, M.D.,<br>ANNA ALSHANSKY, M.D.,<br>MARTIN KREMINITZER, M.D.,<br>DIANA BADILLO-MARTINEZ, Ph.D.,<br>TERRY NEU, Ph.D.<br><br>Defendants | :<br>:<br>:<br>:<br>:<br>: Case No: 3:03CV496(MRK)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: JULY 7, 2004 |

**DEFENDANTS ANNA ASHANSKY, M.D. AND MARTIN KREMINITZER, M.D.
ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES ADDRESSED
TO ALL DEFENDANTS**

Pursuant to the Federal Rules of Civil Procedure, Plaintiffs hereby serve these Interrogatories upon all Defendants and demand that they provide answers including any objections to each numbered paragraph below and also produce or make available the designated document for inspection and copying to Plaintiffs' counsel at their offices at 4300 Haddonfield Road, Suite 311, Pennsauken, NJ 08109 or at some other location as may be

SACHNER & O'CONNOR, LLC
ATTORNEYS AT LAW
P.O. BOX 1323
MIDDLEBURY, CT 06762-1323
JURIS NO. 05059
203-598-7585

mutually agreed upon by counsel for the parties, not later than thirty(30) days after service thereof.

### INTERROGATORIES

1. State the name, present address, phone number, occupation and employer of each and every person having knowledge or claiming knowledge of incidents surrounding minor plaintiff's claims, and Defendants' defenses.

**ANSWER: OBJECTION PENDING.**

2. State the name, present address, phone number, occupation and employer of each and every person who observed Travis Myslow's behavior prior to being medicated in or about March 1998 and with respect to each person, described with specificity the behavior observed.

**ANSWER:** The only information Dr. Kreminitzer and Dr. Alshansky have is contained in their medical records and reference is hereby made to such record.

3. State the name, present address, phone number, occupation and employer of each and every person who observed Travis Myslow's behavior after being medicated in or about March 1998 and with respect to each person, described with specificity the behavior observed.

**ANSWER:** See response to Interrogatory 2.

4. State the name, present address, phone number, occupation and employer of each and every person who taught or observed as a teacher or guidance counselor for Travis Myslow during the following years:

    a. Second grade, 1997-1998 school year

    b. Third grade, 1998-1999 school year

    c. Fourth grade, 1999-2000 school year

    d. Fifth grade, 2000-2001 school year

**ANSWER a – d :** Defendants do not have this information.

SACHNER & O'CONNOR, LLC
ATTORNEYS AT LAW
P.O. BOX 1323
MIDDLEBURY, CT 06762-1323
JURIS NO. 05059
203-508-7585

2

5. State the name, present address, phone number, occupation and employer of each and every person who taught or observed as a teacher or guidance counselor for Travis Myslow during the following summers:

   a. The summer before second grade, 1997

   b. The summer before third grade, 1998

   c. The summer before fourth grade, 1999

   d. The summer before fifth grade, 2000

   e. The summer before sixth grade, 2001

**ANSWER a – e:** Defendants do not have this information.

6. State the name, present address, phone number, occupation and employer of each and every person who observed Travis Myslow's behavior after he stopped taking medication in September 2001 and with respect to each person, describe with specificity the behavior observed.

**ANSWER:** Defendants do not have this information.

7. State the name, present address, phone number, occupation and employer of each and every person who diagnosed Travis Myslow as having ADD/ADHD and state with specificity what the diagnosis was based upon.

**ANSWER:** Travis Myslow was referred on October 27, 2000 for neurologic consultation by Anna Alshansky by his pediatrician Dr. Robert Rubin. The child had previously been diagnosed by, at least, Dr. Rubin as having attention deficit hyperactivity disorder. Dr. Alshansky, after obtaining history, evaluation and review of provided documents agreed with such diagnosis. The basis for such agreement is expressly set forth in the defendants' medical records. Agreement with this diagnosis was only one clinical impression reached. Dr. Kreminitzer's impression lists possible ADD as set forth in the report of Dr.

SACHNER & O'CONNOR, LLC
ATTORNEYS AT LAW
P.O. BOX 1323
MIDDLEBURY, CT 06762-1323
JURIS NO. 05059
203-598-7585

3

Martinez. Dr. Kreminitzer did not specifically make a diagnosis of ADD and saw the child on one occasion for issues of medication management.

8. State the name, present address, phone number, occupation and employer of each and every person who performed a medical exam on Travis Myslow and any all diagnosis, prognosis and treatment options made by said person.

**ANSWER:** See defendants' medical records.

9. State the name, present address, phone number, occupation and employer of each and every person who witnessed Travis Myslow being disruptive in class and describe any such incidents with specificity.

**ANSWER:** The defendants do not have this information other than what is contained in their medical records

10. State the name, present address, phone number, occupation and employer of each and every person who met with or consulted with Travis Myslow's parents regarding his behavior and state the time and place of meeting and state with specificity what was discussed.

**ANSWER:** The defendants do not have this information.

11. State the name, present address, phone number, occupation and employer of each and every person who consulted with the defendant physicians regarding Travis Myslow's treatment and state the time and place of meeting and state with specificity what was discussed.

**ANSWER:** The patient was referred to Dr. Alshansky by Dr. Rubin and a consultation report dated 10/27/00 was sent to Dr. Rubin. The defendant physicians did not consult with any other person other than the plaintiff mother and specifically had no contact with any school representatives.

12. State the name, present address, phone number, occupation and employer of all persons at the school who are responsible for the policy regarding the diagnosis of ADD or

SACHNER & O'CONNOR, LLC
ATTORNEYS AT LAW
P.O. BOX 1323
MIDDLEBURY, CT 06762-1323
JURIS NO. 05059
203-598-7585

4

ADHD and state what the school's policy is regarding diagnosis of ADD and ADHD of students.

**ANSWER:** The defendants do not have this information.

13. State the name, present address, phone number, occupation and employer of all persons at the school who are responsible for the policy regarding the Behavior Check Lists and state what the policy is.

**ANSWER:** The defendants do not have this information.

14. State the names and addresses of every person who has been retained, consulted, or specifically employer by you as an expert in anticipation of litigation or preparation for trial.

**ANSWER: OBJECTION PENDING..**

15. Identify the custodian, location and general description of any and all documents concerning the administration of Ritalin, Concerta, Dexedrine or Adderal to Travis Myslow.

**ANSWER:** See defendants' medical records.

16. Identify the custodian, location and general description of any and all documents concerning Travis Myslow's behavior in school.

**ANSWER:** The defendants do not have this information.

17. Identify the custodian, location and general description of any and all medical records pertaining to Travis Myslow.

**ANSWER:** The defendants' original medical records are maintained at Associated Neurologist, P.C., 69 Sand Pit Road, Suite 300, Danbury, CT.

18. With respect to the preparation of each answer to these interrogatories, identify each person who prepared, who was consulted or interviewed, or who, in any way participated in the preparation of each answer and state the capacity in which each person or person participated.

**ANSWER:** Dr. Martin Kreminitzer, Dr. Anna Alshansky.

SACHNER & O'CONNOR, LLC
ATTORNEYS AT LAW
P.O. BOX 1323
MIDDLEBURY, CT 06762-1323
JURIS NO. 05059
203-598-7585

19. State the name, address, occupation, curriculum vitae, and field of specialization, if any, of each person whom you expect to call as an expert witness at trial, and state as to each the subject matter on which the expert is expected to testify.

**ANSWER:** To be provided in accordance with Federal Rules of Civil Procedure and Scheduling Order.

20. Please describe with specificity the School District's relationship with the defendant physicians.

**ANSWER:** The defendant physicians had, and have, no relationship with the School District. Any and all contact with the plaintiffs for neurologic evaluation and treatment of the minor plaintiff was done by Dr. Alshansky and Dr. Kreminitzer as physicians with no relationship to the School District.

21. Please describe with specificity your knowledge of Attention Deficit Hyperactivity Disorder and of the drug-related and non-drug-related treatments options available for children.

**ANSWER: OBJECTION PENDING.**

22. Please detail with specificity all the scientific, medical, and all other types of information you used to determine that Travis Myslow suffered from ADD and/or ADHD and comorbid oppositional defiant and dysthymic disorders, including conversations you may have had with his parents, teachers, and school counselors.

**ANSWER:** See medical records. All medical impressions were based upon the education, training and experience of Dr. Alshansky and Dr. Kreminitzer within the field of pediatric neurology. The defendants only had conversations with the plaintiff mother and did not speak with the school teachers, counselors.

23. Please detail with specificity all the scientific, medical, and all other types of information you used to determine that medication was Travis' best option.

SACHNER & O'CONNOR, LLC
ATTORNEYS AT LAW
P.O. BOX 1323
MIDDLEBURY, CT 06762-1323
JURIS NO. 05059
203-598-7585

6

ANSWER: See medical records. Dr. Alshansky's recommendation of a trial of Adderal and Dr. Kreminitzer's recommendation of a trial of Concerta was based upon their education, training and experience in the field of pediatric neurology.

24. Please describe with specificity the various matters discussed in connection with Travis Myslow during meetings between and among school officials.

ANSWER: The defendants do not have this information.

25. Please detail with specificity all the information you used to determine that Travis suffered from ADD and/or ADHD, including conversations you may have had with his parents, teachers, school counselors, in addition to your own evaluation(s) of him.

ANSWER: See medical records.

THE DEFENDANTS,

_____
Richard A. O'Connor
SACHNER & O'CONNOR
The Crossroads West
765 Straits Turnpike, Building 2 - Suite 1001
P. O. Box 1323
Middlebury, Connecticut 06762-1323
(203) 598-7585
Juris No. 05059

DATE: July 7, 2004

SACHNER & O'CONNOR, LLC
ATTORNEYS AT LAW
P.O. BOX 1323
MIDDLEBURY, CT 06762-1323
JURIS NO. 05059
203-598-7585

7

## CERTIFICATION OF SERVICE

This is to certify that the foregoing was mailed on this date to the following:

Alan C. Milstein, Esquire
Derek T. Braslow, Esquire
Sherman, Silverstein, Kohl, Rose & Podolsky
Fairway Corporate Center
4300 Haddonfield Road, Ste. 311
Pennsauken, NJ 08109

Deborah G. Stevenson, Esquire
226 East Flag Swamp Road
Southbury, CT 06488

Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Royce L. Vehslage, Esquire
Jack V. Genovese, II, Esquire
Genovese, Vehslage & Chapman
500 Enterprise Drive
Rocky Hill, CT 06067

Katherine C. Callahan, Esquire
Updike, Kelly & Spellacy
One State Street
Hartford, CT 06123-1277

Lewis Lerman, Esquire
Jeffrey A. Blueweiss, Esquire
Bai, Pollock, Blueweiss & Mulcahey
10 Middle Street
Bridgeport, CT 06601

Richard A. O'Connor

SACHNER & O'CONNOR, LLC
ATTORNEYS AT LAW
P.O. BOX 1323
MIDDLEBURY, CT 06762-1323
JURIS NO. 05059
203.508.7585

8

I, Anna Alshansky, M.D., hereby certify that I have reviewed the above Interrogatories and responses thereto and that they are true and accurate to the best of my knowledge and belief.

_____
Anna Alshansky, M.D.

Subscribed and sworn to before me that 28 day of _____June_____, 2004.

_____
Commissioner of the Superior Court
Notary Public
My Commission expires: _____

**DOLLY B. JENNINGS**
*NOTARY PUBLIC*
My Commission Expires January 31, 2006

I, Martin Kreminitzer, M.D., hereby certify that I have reviewed the above Interrogatories and responses thereto and that they are true and accurate to the best of my knowledge and belief.

_____
Martin Kreminitzer, M.D.

Subscribed and sworn to before me that 17 day of JUC_____, 2004.

_____
Commissioner of the Superior Court
Notary Public
My Commission expires: _____

DOLLY B. JENNINGS
*NOTARY PUBLIC*
My Commission Expires January 31, 2006