# Associated Neurologists, P.C.

69 Sand Pit Road • Suite 300 • Danbury, Connecticut 06810-4088 • (203) 748-2551

October 27, 2000

RE: Travis Myslow
DOB: 7/17/90

To Whom It May Concern:

I am Dr. Anna Alshansky, Board Certified Pediatric Neurologist, who saw Travis Myslow for neurological consultation on 10/27/00.

In my opinion, the patient satisfies the criteria for attention deficit hyperactivity disorder. He also has features of a learning disability in reading and writing and possible nonverbal learning disability, developmental disorder of motor incoordination and fine motor function delays.

In my opinion, the patient would benefit from a full formal psychoeducational reevaluation of his intellectual abilities and achievement to better assess the amount of special education services as well as help with organizational strategies.

Speech and language evaluation is also recommended to rule out developmental disorder of written expression.

The patient would benefit from continuous psychological counseling with the school psychologist in regards to training of communicational skills, impulse control, training of organizational skills and self esteem.

If you have any additional questions or require further information, please do not hesitate to contact me in the office.

With kind regards,

Anna Alshansky, M.D.

le

JAN MASHMAN, M.D.   MARTIN W. KREMENITZER, M.D.   DIANE WIRZ, M.D.   JOHN M. MURPHY, M.D.
SAMUEL H. MARKIND, M.D.   NEIL W. CULLIGAN, M.D.   ANNA ALSHANSKY, M.D.
Adult & Pediatric Neurology   Electroencephalography   Electromyography   Intraoperative Monitoring
HARRY M. ONG, M.A., R.P.T.   SARAH LINDBLOM, R.P.T.   PAULETTE CORSAK, R.EEG T
Cortical Evoked Potentials   Physical Therapy

# Associated Neurologists, P.C.

69 Sand Pit Road • Suite 300 • Danbury, Connecticut 06810-4088 • (203) 748-2551

October 27, 2000

L. Robert Rubin, M.D.
41 Germantown Road
Danbury, CT 06810

Re:   Travis Myslow

Dear Bob,

Thank you for referring Travis Myslow for neurological consultation. He was seen today accompanied by his mother with concerns of his difficulties at school.

History was obtained from his mother. I was able to review the psychological and learning assessment which was done for Travis in the second grade.

Apparently, difficulties with attending his reading skills and written language became apparent since the beginning of elementary school. He also has had difficulty focusing, inattentiveness, motor hyperactivity and impulsivity which were noted by the teacher since at least the first grade. The symptoms appeared to interfere with his social functioning including communication with his peers early on and learning.

He also developed low self-esteem and became very frustrated with academic tasks. In a home setting his mother noticed similar signs but to much less degree. She described Travis as having difficulty paying close attention to details and making careless mistakes, having difficulty sustaining attention of tasks, being easily distractible and trying to avoid the activities which require sustained mental effort, mostly school work. He is also described as fidgety with increased levels of motor hyperactivity and signs of impulsivity. This is also noted at home setting, although to much less a degree in comparison to the school.

Review of his psychological evaluation from 1998, revealed his verbal IQ at 115, performance IQ of 86, with a full scale IQ of 108. His nonverbal difficulties were related to his poor organizational abilities and solving problem activities, as well as visual perceptual deficits. His coding ability was normal. His verbal ability was his strong point.

On the learning assessment, he demonstrated excellent broad knowledge. In comparison his basic reading and basic writing skills were inadequate although fall within the average range for a child of his age.

Behavior check lists filled out by the teachers were suggestive of inattentiveness, hyperactivity and impulsivity. The teachers also felt social skills to be inadequate and reported signs of oppositional behavior.

On the basis of this evaluation, the patient was diagnosed with attention deficit hyperactivity

JAN MASHMAN, M.D.   MARTIN W. KREMENITZER, M.D.   DIANE WIRZ, M.D.   JOHN M. MURPHY, M.D.
SAMUEL H. MARKIND, M.D.   NEIL W. CULLIGAN, M.D.   ANNA ALSHANSKY, M.D.
Adult & Pediatric Neurology   Electroencephalography   Electromyography   Intraoperative Monitoring
HARRY M. ONG, M.A., R.P.T.   SARAH LINDBLOM, R.P.T.   PAULETTE CORSAK, R.EEG T

Re:   Travis Myslow
10/27/00
Page 2

disorder and was placed on Ritalin with a maximal dose of 10 mg. in the morning and 5 mg. at noon. He continued Ritalin for about three years and the mother discontinued the medication, secondary to a lack of effectiveness in her opinion. Travis also reported subjective feeling of hyperactivity. As per Mrs. Myslow reports, the teachers felt that the medication did provide improvement in Travis' behavior.

Over the years, Travis continued having significant problems with reading and writing. His current reading level is 1.8 grade. Recently, he was evaluated by Sylvan Learning Center and a diagnosis of dyslexia was confirmed as per his mother's report. He was able to do much better on the one-on-one supervision in regards to his level of attention and hyperactivity.

Currently at school, he receives one-on-one reading. He also has sessions with a school psychologist.

His mood is described as happy at home and sad at school. Frequently he is heard saying, "I am stupid, I will never learn how to read". There are no features of obsessive compulsive disorder found. He is described as a child prone to anxiety especially in regards to his academic performance. He tends to worry a lot.

His appetite is normal. He has difficulty falling asleep; it usually takes him 1 to 1 ½ hours. He, however, does not have significant difficulties waking up in the morning and does not complain of generalized fatigue or napping throughout the day.

**Past Medical History:** Includes normal pregnancy full term, vaginal delivery, birth weight of 6 lbs. 8 oz. There were no neonatal problems reported. During the first year of life, there were no signs of excessive irritability or spitting up. He psychomotor development was appropriate for his age. As a toddler, he was described as very active. There were minor difficulties attaining toilet training skills. His mother had concerns about his motor hyperactivity in the nursery school. As per her report, the evaluation was done at that time. When he was in the elementary school, his fine motor function skills were felt to be delayed and he received occupational therapy during his first year of schooling.

He has history of chronic constipation and currently he is being evaluated for thyroid problems.

There were no hospitalizations.

**Past Surgical History:** Negative.

**Medications:** He is currently on no medications.

**Allergies:** No known drug allergies.

**Family History:** Significant for a mother with a learning disability and learning difficulties similar to Travis. She also describes herself as prone to anxiety and worrying. His 18 year

Re:   Travis Myslow
      10/27/00
      Page 3

old sister has depression.

**Social History:** Travis lives with both of his parents and 18 year old older brother at home. Overall the atmosphere in the family is described as stable and supportive, however, Travis ha problems with his older brother related to sibling rivalry and feeling of chronic under-achievement.

**Review of Systems:** Negative for double vision, headaches, focal weakness, numbness, ataxia of the gait, abdominal pains, appetite disturbances, rashes, fevers, arthralgias. There are no chest pains or difficulty breathing.

**Neurological Examination:** Travis is awake, alert and appears in no acute distress. His eye contact is appropriate and he participates willingly in the discussion and appears to be very honest about his difficulties. He does report having one friend, although feels that it is not easy to communicate with his peers. He appears to be anxious and is reluctant to leave the room for my private conversation with his mother. His speech is clear and fluent.

Cranial nerves II-XII are intact including normal funduscopic examination. There is no facial asymmetry. His tongue is in the midline. Soft palate movements are intact. His neck is supple. He has full range of motion of the extremities with a mild diffuse muscle hypotonia. His DTRs are 2+ bilaterally. Plantar responses are downgoing with no evidence of clonus. There are no tremors or dysmetria on the coordination examination. He demonstrated clumsiness and immaturity upon performance of rapid alternating finger movement test and test for adiadokokinesia. His gait is stable but he has difficulties performing tandem gait. His heel walking and toe walking are intact.

There are no dysmorphic features or skin stigmata.

**Physical Examination:** Reveals normal HEENT examination. Chest is clear to auscultation. Cardiac rhythm is regular with no evidence of murmurs. Blood pressure: 90/65. Pulse: 80.

We discussed diagnostic criteria of attention deficit hyperactivity disorder with his mother and her opinion. He satisfies four out of nine symptoms of inattentiveness and four out of nine symptoms of hyperactivity and impulsivity.

**IMPRESSION:**
1. Given all the information provided to me, I agree with the diagnosis of attention deficit hyperactivity disorder.
2. In my opinion, the patient does have a learning disability affecting his reading and writing skills.
3. Given significant discrepancy between his verbal and nonverbal abilities, the possibility of a nonverbal learning disability is also considered.
4. The patient has signs of poor self-esteem and features of anxiety which can be secondary to his chronic under-achievement.

Re:   Travis Myslow
      10/27/00
      Page 4

5. Developmental disorder of motor incoordination and fine motor function delays.

**RECOMMENDATIONS:**
1. Full psychoeducational reevaluation as well as language evaluation is recommended.
2. Intensive support system, including special services in his reading and writing and help with organizational skills and strategies should be based upon the results of the psychoeducational evaluation.
3. We had an extended discussion today (more than 50% of this 60 minute visit was spent in counseling in regards to definition of ADHD, clinical symptoms, and management. We also talked about various comorbid conditions which are seen frequently with ADHD which include learning disabilities, anxiety, and poor self-esteem as well as depression.
4. I recommend a trial of Adderall since Travis had unpleasant side effects on the Ritalin. We will proceed with 5 mg. of Adderall in the morning for one week with a further gradual increase to 7.5 mg. and 10 mg. We discussed side effects of the medication. I also suggested to be in close contact with the teachers for evaluation of the most effective dose for Travis.
5. Travis would benefit from psychological counseling in regards to understanding his problems, improvement of his communicational skills, self-esteem and anxiety.
6. In my opinion, his insomnia can be related to the above described problems.
7. I would like to see him back for neurological follow up in about one month for assessment of the effectiveness of the Adderall.

Should any new problems appear meanwhile, the patient was instructed to get in touch with me in the office.

Thanks again for allowing me to participate in the care of this patient.

With kind regards,

Anna Alshansky, M.D.

le