*Diana Badillo Martinez, Ph.D.*
NEUROPSYCHOLOGIST
GREENKNOLL PROFESSIONAL BUILDING
60 OLD NEW MILFORD ROAD, SUITE 3E
BROOKFIELD, CONNECTICUT 06804
―――
TELEPHONE (203) 775-5183
CT. LIC. #1212

Psychological Evaluation Report

Patient Name: Travis Myslow
Date of Birth: July 17, 1990
Referral Source: JeanAnn C. Paddyfote, Ph.D. Director of Pupil Personnel and Special Services New Milford Public Schools
Dates of Evaluation: February 14, March 9, 21, 28, 2001
Date of Report: March 29, 2001

## TESTS & PROCEDURES

Clinical Interview
Attention Deficit Hyperactivity Test Mother and Teacher
Children's Category Test
Children's Memory Scale
California Verbal Learning Scale-Children
Stroop Word Color Test
Vigil Continuous Performance Test Single and Double Stimulation
Wechsler Intelligence Scale for Children-III
Wechsler Individual Achievement Test Reading decoding, reading comprehension; listening, spelling and mathematics
Report
Feedback to mother

## History & Reason for Referral

Travis is a 10 year old male currently in the fifth grade within a contained classroom setting. He is referred for a neuropsychological evaluation to identify factors influencing his new learning, social adaptive skills and functional abilities. Travis is noted to become easily frustrated, becomes very oppositional, does not follow instructions well and does not adhere to instructions provided

*The contents of this report are confidential,
intended solely for your professional use.*

Myslow, Travis

Page: 2

to assist him effectively develop new learning skills. Travis indicates he is often made fun of and teased in school. Travis' academic achievement is marked by difficulty reading and the mother feels Travis has Dyslexia. However, his behaviors are reportedly very different in the school an at home. The mother indicates he is able to work independently and do homework independently. At school, he is oppositional and not able to work independently.

**Medical History:** Travis is reportedly in good health and does not take medication. In the past he was prescribed Ritalin which contributed to increased hyperactivity. However, Travis has much difficulty sleeping and it may take him about an hour to fall asleep. He also has constipation. Travis was reportedly born full term, without difficulties. He weighted six pounds eight ounces and was 19 inches long. His development progressed well, without difficulties and along expected lines.

**Social History:** Travis is in the fifth grade and receives one-to-one assistance. He does not like being in school, feels embarrassed and singled out because he receives one-to-one attention and blames the teachers for his difficulty. He states "the teachers do not listen". Reportedly, he has difficulty reading and writes backwards. He is the third of three children and lives with his mother and step-father who has adopted him. He has no relationship with his biological father.

## Behavioral Observations

Travis arrives promptly, accompanied by his mother. Attire and grooming are neat and clean,. He is of average stature and weight, but appears somewhat younger than his years. He is visibly apprehensive and refuses to remain alone with the examiner. During the first session, he remains alone with the examiner briefly and becomes extremely oppositional and resistive. Travis becomes very imposing and authoritarian with the examiner. He reveals a commanding manner, clearly unbecoming to a child his years who has minimal awareness of boundaries and generational hierarchies. Consistently, he projects an entitled, openly defiant and oppositional manner. The testing was discontinued and the behaviors addressed with the mother. In the discussion, Travis comments he is being physically abused within the home. Travis was informed that a report to DCF would be filed. He becomes very tearful, but never states his comments are untrue. A report was filed. The father, promptly called, and expressed deep interest in helping his son, who he feels has significant behavior difficulties. He acknowledges that the behaviors induce much frustration. Throughout the other sessions Travis insists that his mother remain in the room while he is being tested. His behaviors and investment is variable, but greater than during the first session. Sessions are done in two hour spurts as Travis' tolerance is very low and

*The contents of this report are confidential, intended solely for your professional use.*

Myslow, Travis

Page: 3

he is resistive to continue. Towards the last session, and for a period of time, Travis displayed an affable, engageable and sociable side. He engaged in spontaneous conversation and revealed his interest in reading certain adventure stories, his favorites. He is interested in attending the feedback session, but despite his interest, he is noted to become very defensive and have much difficulty clearly understanding what is being said. As his anxiety and arousal escalate regarding the uncertainty of the session, he attempts to engage in play, and restlessness. He easily feels attacked and belittled, and then presents an oppositional attitude. With clear explanations, the defensiveness lessens, and he adheres to "the rules of the session" and does not interrupt. 1

Initially, Travis is very distractible and restless. He moves constantly, and when asked to stop, because it interferes with his performance, he defiantly moves more and adamantly refuses to comply. His oppositional defiant manner is evident and will significantly interfere with his performance. The mother in turn, relates to him in a sheepish, soft tone, as if fearful of provoking his anger. She is highly tolerant of his inappropriate behaviors and projects the belief that his behaviors have a primary medical basis. She does acknowledge that she and the husband have different views on how to discipline Travis. She is informed this is a major problem that requires to be incorporated into the treatment plan, if there are going to be significant changes in Travis' behaviors and academic achievement. She acknowledges that she requires assistance learning to manage his behaviors.

Travis' ability to understand and follow instructions is adequate, but limited by variations in mood and motivation. He is typically irritable, easily annoyed. He often heaves and sighs when presented with a task, will often devalue the test or state that he does not know how to perform. He needs constant and direct statements to sustain his performance. However, it is noted that with a direct manner, that confronts him on his behaviors and the impact it will have on him, does exert a mild influence.

Speech is clear and fluent. Language is coherent and logical without thought disorder or delusional ideas. Yet, his manner is entitled and self-centered. He tends to blame others for his errors. He works slowly and has mild difficulty implementing trial and errors. Thinking is rigid and he becomes "stuck" when he has made a mistake and cannot find alternative solutions. He is left hand dominant and tends to miss objects on the right visual field.

## Intellectual Abilities

Travis' WISC-III scores indicate his intellectual abilities fall within the Average range, but that

*The contents of this report are confidential, intended solely for your professional use.*

Myslow, Travis

Page: 4

there is a large disparity between the Verbal and Performance Scale. However, evaluating the factors reveals that his verbal abilities (Index: 106) and Perceptual Organization (index: 91) as well as ability to focus attention (Freedom from Distractibility (Index: 98) are all well within the average. Yet, Travis' resistant manner and tendency to work very slowly, are factors that contributed to depress his performance on the Performance Scale. The summary scores are presented below:

|  | IQ Scale Score | Percentile | Range |
|---|---|---|---|
| *Verbal IQ:* | 102 | 55 | Average |
| *Performance IQ:* | 81 | 10 | Low Average |
| *Full Scale IQ:* | 92 | 30 | Average |

*Test scores change over time due to chance, error, and many other factors. IQ scores are presented as Standard Scores with a mean = 100, and a standard deviation = 15. Scores above 110 are considered above average, and scores lower than 90 are considered below average.*

Travis demonstrates strengths with tasks demanding verbal reasoning and abstraction, language expression, understanding of social rules and conventions, and visual-motor constructional tasks.

However, he was very slow when required to integrate visual-motor cues and does display mild weakness with visual-spatial integration and sequencing tasks. He appeared very invested when performing the latter two tasks which suggests that this may be a true weakness, rather than one influenced by low motivation and opposition.

The overall fund of information is within the average indicating that Travis has been learning at an expected rate. Yet, variations in level of motivation is a factor that will adversely affect his performance. The specific WISC III subtest scores are presented in the following table:

*The contents of this report are confidential, intended solely for your professional use.*

Myslow, Travis

Page: 5

## WISC III SUBTEST SCORES & ANALYSIS

| SUBTEST | SCALED SCORE | PERCENTILE RANK | STRENGTH/ WEAKNESS |
|---|---|---|---|
| *Verbal Subtests* | | | |
| Information | 9 | 37 | - |
| Similarities | 13 | 84 | - |
| Arithmetic | 8 | 25 | - |
| Vocabulary | 11 | 63 | - |
| Comprehension | 11 | 63 | - |
| Digit Span | 11 | 63 | - |
| *Performance Subtests* | | | |
| Picture Completion | 9 | 37 | - |
| Coding | 1 | <1 | - |
| Picture Arrangement | 8 | 25 | - |
| Object Assembly | 10 | 50 | - |
| Block Design | 7 | 16 | - |

## WISC III SUBTEST DESCRIPTIONS

- *Information:* general knowledge, long-term memory.
- *Similarities:* abstract reasoning, categories and relationships.
- *Arithmetic:* concentration, numerical reasoning.
- *Vocabulary:* word knowledge, verbal fluency.
- *Comprehension:* social judgement, common sense reasoning.
- *Digit Span:* short-term auditory memory, concentration.
- *Picture Completion:* alertness to essential details.
- *Picture Arrangement:* sequential, logical thinking.
- *Block Design:* spatial, abstract visual problem solving.
- *Object Assembly:* visual analysis, construction of objects.

*The contents of this report are confidential, intended solely for your professional use.*

Myslow, Travis

Page: 6

*♪ Coding: visual-motor coordination, speed, concentration.*
*♪ Symbol Search: visual scanning and discrimination.*

---♪---

*A Scaled Score has a mean = 10 and a standard deviation = 3. The Percentile indicates where Travis' score places his among other test takers his age. A Percentile of his means that he scored better than 75% of other test takers his age. Strength/ Weakness indicates whether a SUBTEST score is significantly different from the other scores on that scale.*

**Sensory-Receptive & Motor Functions:** Gross visual discrimination and perceptual development are immature for his age. Perceptual accuracy is poor as he tends to rotate, distort and simplify designs. Moreover, the quality of the visual-motor integration is affected by the poor fine motor coordination. Movements are impulsive and lack dexterity. He has much difficulty integrating visual-motor cues, and becomes very frustrated with his own performance. He also tends to make unusual movements when making circles or "round" letters, revealing immaturities of motor development. This is an aspect that will affect his academic achievement, particularly penmanship. Perceptual readiness is essential for developing reading skills. The immaturity will compromise this area of academic achievement. Travis is left hand dominant. Auditory acuity is adequate for the information provided at conversational voice volume.

## Attention, Concentration, & Memory Functions

Travis' performance on the Children's Memory Scale is presented below:

*The contents of this report are confidential, intended solely for your professional use.*

Myslow, Travis

Page: 7

## CHILDREN'S MEMORY SCALE

| SUBTEST | INDEX | PERCENTILE | RANGE |
|---|---|---|---|
| Visual Immediate | 85 | 16 | Low Average |
| Visual Delayed | 115 | 84 | High Average |
| Verbal Immediate | 106 | 66 | Average |
| Verbal Delayed | 115 | 84 | Average |
| General Memory | 109 | 73 | Average |
| Attention Concentration | 94 | 34 | Average |
| Learning | 66 | 1 | Extremely Low |
| Delayed Recognition | 88 | 21 | Low Average |

*Test scores change over time due to chance, error, and many other factors. Index scores are presented as Standard Scores with a mean = 100, and a standard deviation = 15. Scores above 110 are considered above average, and scores lower than 90 are considered below average.*

**Attention and Concentration:** Ability to perform mental operations and auditory attention span are within the average. Travis is able to sustain mental concentration to perform tasks he is invested in well. He did not perform simpler tasks stating he did not know, but was able to perform a harder one e.g., could not add by two, but is able to add by four and six. Visual vigilance attention appears to be very impaired. He misses many targets and makes many commission errors. However, given the oppositional behaviors, the results are likely confounded and not a true measurement. Rate of mental processing is within the lower end of the average with both visual and verbal tasks (Stroop Word T: 39; Color T: 39; mean T: 50).

**Recall:** Travis' performance on the Children's Memory Test indicates that immediate and delayed memory are within the average. Immediate visual memory is mildly lower, but again was greatly affected by his willful, oppositional manner. He displays very high and strong ability to retain meaningful verbal information (SS: 18). He was able to recall the whole story in it's entirety. After an interval, there is mild decay, suggesting to some loss of information. However, the performance

*The contents of this report are confidential, intended solely for your professional use.*

is still well within the average. Yet, when require to learn rote, concrete material that does not offer meaningful content, the learning is very slow and below the average (SS: 5). This appears to be a valid indicator of his abilities, as although he was frustrated, he was attempting to perform well. With frequent repetition, he learns well and retains very effectively over time.

Visual immediate memory, particularly, spatial memory, is very impaired (SS: 4). He struggles to be able to effectively retain visual information. Even with more meaningful visual material, the performance is still below the average (Family Pictures SS: 7). He also does retain effectively all the material previously learned. Recognition of faces is well within the average (SS: 11).

The results reveal Travis has mildly greater weakness recalling verbal information that is devoid of meaning, and has moderate difficulty recalling visual information, particularly visual-spatial information.

## ACADEMIC ACHIEVEMENT

Travis' reading decoding (SS: 74), and spelling skills (SS: 70) are significantly lower than expectation given the intellectual abilities ($p < .05$ and $.01$, respectively). Overall reading skills are weak (SS: 74) and below grade and age expectations. Travis is embarrassed to read out loud, but does so with prompting. Reading comprehension (SS: 86) is mildly below average, whereas listening skills (SS: 122) is significantly above the average. This disparity indicates that Travis has marked deficits that compromise his ability to understand and ascribe meaning to what he is reading. Numerical Operations (SS: 80) are also below the average. Yet, Travis makes many errors that indicate he does not pay attention to the operation sign that indicates the operation to engage in e.g., he subtracts when he should add, or vice versa.

## EMOTIONAL FACTORS

Travis is a highly oppositional and unhappy child, who is very easily frustrated and is clearly fending off situations that will compromise his sense of worth and exacerbate his anxiety. He clearly feels embarrassed and shamed over his placement and low achievement. However, he tends to fend off anxiety and shame by becoming oppositional and resistive. He does not accept guidance easily and sets himself up for the rejection he deeply fears and that further fuels his anger and anxiety. He feels rejected by peers and does not like being "different" in school.

*The contents of this report are confidential, intended solely for your professional use.*

Myslow, Travis

Page: 9

Travis impresses to be a fearful child who is at the mercy of his emotions due to low regulatory mechanisms. The intense arousal is also compromising his ability to sleep. He will require intense assistance from the parents and teachers to appease his fears, slowly develop trust and promote a cooperative stance to achieve the desired goals of participating in the regular classroom and working independently. Of primary relevance is that both parents participate with the school to develop disciplinary rules and consistency among the adults that manage his behaviors. Teachers will require to be active participants such that Travis will be able to develop and attitude of collaboration and work to achieve independence and achievement consistent with his abilities.

Travis is very restless, overly aroused, has difficulty sleeping and becomes extremely agitated in situations that challenge his adequacy. He is impulsive, intrusive and does not complete projects. The behaviors are frequently noted in individuals with Attention Deficit Disorder and Anxiety. Clearly anxiety may exacerbate attention deficit. However, Travis did not do well on medication for Attention Deficit. He may benefit from a trial of anti-anxiety to assist him during the process in which his behaviors are being addressed. Travis will require to develop awareness of his behaviors such that he may begin to internalize control and develop impulse control. He is at high risk for continued underachievement and escalating behavior difficulties.

## SUMMARY

Travis is a 10 year old whose intellectual abilities are consistently within the average range. However, while the intellectual abilities are within the average he works very slowly, reveals mild deficits of visual-spatial analysis, weaknesses of fine motor coordination, and, despite strong verbal immediate memory, has marked weakness of initial new learning with material that offers low meaningfulness. In addition, visual immediate memory, particularly visual information loaded with visual-spatial information, is very weak. Consistently, he reveals marked reading decoding and comprehension deficits, particularly when contrasted to the very superior listening skills. As new learning most often does not provide meaningfulness, he may find himself struggling often. Feeling inadequate or the anticipation or threat of feeling inadequate is a significant trigger that Travis copes with by becoming greatly oppositional. The performance is consistent with cognitive disparities often seen in children with neurological immaturities.

Travis displays marked difficulty regulating himself, is restlessness, impulsive and has low frustration tolerance. Travis has very low ability to regulate and modulate his emotions. He harbors deep anger, shame and is easily provoked. These behaviors are common in people who are in situations they are having difficulty coping with, who have Attention Deficits, Impulse

*The contents of this report are confidential, intended solely for your professional use.*

Myslow, Travis

Page: 10

Control disorder, Neurological Deficits or Anxiety. He does have many signs at one time recognized as "soft signs of neurological compromise". The oppositional, defiant and wilful behaviors greatly interfere with his ability to be taught and thereby to learn. These must be addressed directly. In addition, careful consideration should be given to the medication regimen provided as Travis may benefit from medication that facilitates impulse control and anxiety, rather than medication that facilitates attention. Very likely Travis' anxiety is contributing to break through of impulses that are being regulated by an already weak inhibitory system.

Given the multiple disparities and variety of aspects that affect his performance, Travis will require a multi modal approach that addresses the disciplinary aspect, educational, emotional and cognitive, a sequential evaluations as he gains control and improves. Travis is at grave risk to engage in self-destructive activities and to drop out from school. His manner is abrasive and will easily provoke others to assume the path of less resistance, i.e, let him have his way or ignore him. In the process, he will keep his anxiety at bay, but will not gain academic, social or intellectual adaptive skills.

Travis will require a comprehensive visual examination to rule out visual deficits that may be interfering with his visual processes. Strong, consistent disciplinary guidance to modify his behaviors and promote cooperation and independent learning skills. The parents require to develop a more consistent and predictable management pattern, as well as to model self-regulation to assist Travis internalize greater controls. Educational interventions that enhance his strong auditory skills, and assist him to compensate for weaker visual processing deficits.

Diagnosis:   Axis I:   Cognitive Disorder NOS 294.9
                        Generalized Anxiety Disorder 300.02
                        Oppositional Defiant Disorder 313.81
                        Monitor to R/O Attention Deficit Disorder

             Axis II: Reading Disorder 315.0

## RECOMMENDATIONS

1. While Travis' parents are very invested in his progress, they will benefit from behavior management courses to develop greater understanding of ways of increasing consistency and structure. Management strategies to contain his behaviors and improve self-regulation are necessary. A behavioral approach may be most efficacious. He is very reactive and restless.

*The contents of this report are confidential, intended solely for your professional use.*

Myslow, Travis

Page: 11

A very well structured approach is necessary to ensure he remains task oriented. Assist the parents to develop verbal problem solving techniques. Travis will require to moderate the reactivity and internalize responsibility for his behaviors. Assist the parents and teachers to develop mutually consistent rules and modes of interacting with Travis. Travis should be an active participant of any rules that are agreed upon. The parents will benefit from developing child management strategies to facilitate controlling and guiding Travis. The mother may benefit from considering providing Travis with immediate behavior input, direction and charting progress of behaviors in school.

    2. Educational Input: Travis will require multi modality interventions. He performs best with verbal auditory input/receptive skills. He will benefit from outlines and visual aides to follow tasks. He has greater visual processing deficits. He will benefit from understanding problem solving strategies to decrease frustrations when learning a new task and ways of increasing meaningfulness. Travis has great difficulty with initial encoding. He will have to be able to rehearse and repeat in order to learn well. This contributes to frustrations, he will also have to learn to cope with. Given the low frustration tolerance, he may tend to withdraw and give up. Teachers will have to be sensitive to this and provide him with rest intervals and an agreement, whereby he may appropriately indicate when he requires a "rest" interval. To push him to perform will likely elicit behavior explosions.

Educational interventions:

    A. Patience and tolerance with clear boundaries and rules regarding the consequences of his actions.

    B. Assist Travis to develop problem solving, learning-to-learn skills, mnemonics to increased meaningfulness of new material he is to learn. Encourage verbal mediation, to check work and to consider multiple solutions before responding. Cue to check work in progress, encouraged drilling, repeat instructions.

    C. Provide shortened tasks and options regarding mode of handling a task e.g.," by yourself or with a person assisting you". Provide a timer such that he may monitor the time independently.

    D. He works very slowly and requires more time to work.

    E. Grade effort, quantity of work and quality of work. Arrange for a mutually agreeable behavior contract with Travis. Provide daily positive feedback, when applicable, in a neutral manner. Cue expected behaviors. Parents may be encouraged to chart and monitor

*The contents of this report are confidential, intended solely for your professional use.*

Myslow, Travis                                                                                          Page: 12

school behaviors at home. If time out is necessary, it should be provided in a manner that does not enhance the sense of shame or embarrassment. Neutral statements that reference the rules and provide privacy.

    F. Minimize distractions in work area. Provide rest periods or breaks.

3. Visual Examination to R/O any underlying peripheral problems.

4. Occupational Therapy Evaluation: develop visual discrimination and visual-motor integration. Address Travis' motor control.

5. Travis will benefit from medication to ameliorate anxiety, improve sleep and improve behavior controls.

6. Given the current attitudes and oppositionality, Travis should be re-evaluated within a year to reassess his intellectual, cognitive potential and further elucidate the presence of a true Attention Deficit Disorder. The magnitude of the behaviors interfere with obtaining an indication of his highest potential and a clearer diagnostic picture.

7. When behaviors are stabilized, Travis may benefit from counseling to promote trust of others and verbalizing of feelings of embarrassment and shame and to develop alternative coping skills.

*[signature]*
Diana Badillo Martinez, Ph.D.
Neuropsychologist

*The contents of this report are confidential,
intended solely for your professional use.*