Neuropsychological Report - Travis Myslow                                                                 Page 10

| Previously Administered Attention Index | Standard Score | Percentile Score | 90% Confidence Interval |
|---|---|---|---|
| WISC-III Freedom from Distractibility | 98 | 45 | 91 - 106 |
| CMS Attention/Concentration | 94 | 34 | not reported |

| Previously Administered Attention Index | Standard Score | Percentile Score | Standard Error of Measurement |
|---|---|---|---|
| W/J-R Processing Speed | 76 | 6 | 70 - 82 |

A comparison between his performance during the CPT during this examination and the his CPT performance during the previous neuropsychological examination could not be made, because the previous scores are not available to me. The present indices from the CPT indicating inattention are presented in the table below.

| CPT Scoring Dimension | T Score | Percentile Score | Description of Performance |
|---|---|---|---|
| # Hits |  | 98.50 | Markedly Atypical |
| # Omissions |  | 98.50 | Markedly Atypical |
| Attentiveness (d') | 66.38 | 94.91 | Markedly Atypical |

The indices from the CPT indicating the level of impulsive responding are presented in the table below. T scores have an average of 50 and a standard deviation of 10.

| CPT Scoring Dimension | T Score | Percentile Score | Description of Performance |
|---|---|---|---|
| # Commissions | 57.28 | 76.66 | Average |
| Hit Reaction Time | 32.67 | 5.14 | Atypically slow |
| B' (Risk Taking) | 100.00 | 99.00 | Atypically cautious |

CPT performance, in general, indicates slow reactions during tasks that require sustained vigilance. However, the BASC profile from the ratings by Travis' mother indicated normal attention and normal levels of activity at home.

*The Information in This Report is Confidential Under Chapter 899, Connecticut General Statutes*

Neuropsychological Report - Travis Myslow                                                                 Page 11

## Memory and Learning

In order to assess memory, the Children's Memory Scale (CMS) was administered during the previous neuropsychological examination. The subtest scores are reported as scaled scores which have the same psychometric properties as the WISC-III subtest scores, i.e., an average of 10 and a standard deviation of 3. The subtest scores for the CMS that were reported in the previous neuropsychological report are compared in the bar graph below.



---

Key for Subtest Abbreviations

DOT   = Dot Location            STO   = Stories
FAC   = Faces                   PA    = Paired Associates
FP    = Family Pictures

---

*The Information in This Report is Confidential Under Chapter 899, Connecticut General Statutes*

Neuropsychological Report - Travis Myslow                                          Page 12

The memory indices are standard scores which are comparable to IQ scores. The memory indices from the CMS are presented in the table below.

| Previous CMS Memory Index | Standard Score | Percentile Score |
|---|---|---|
| Verbal Immediate | 106 | 66 |
| Visual Immediate | 85 | 16 |
| Verbal Delayed | 115 | 84 |
| Visual Delayed | 115 | 84 |
| General Memory (all of above) | 109 | 73 |
| Learning | 66 | 1 |
| Delayed Recognition Recall | 88 | 21 |

An analysis of the statistical significance of differences among memory indices could not be performed, because the raw data was not available. However, the discrepancy between verbal and nonverbal memory indices parallels the IQ differences previously obtained. The fact that the Delayed Recognition Recall Index is significantly lower than the Verbal Delayed (recall) Index is anomalous and suggests that recognition recall was depressed by factors other than memory.

In addition, various memory measures from the Woodcock-Johnson Psychoeducational Battery - Revised (W/J-R) were administered at school in the beginning of this year. Those findings are presented in the table on the following page.

*The Information in This Report is Confidential Under Chapter 899, Connecticut General Statutes*

Neuropsychological Report - Travis Myslow                               Page 13

| 3/2001 W/J-R Subtest/Cluster | Standard Score | Percentile Score | Standard Error of Measurement |
|---|---|---|---|
| Memory for Names | 101 | 54 | 97 - 105 |
| Visual-Auditory Learning | 98 | 45 | 93 - 103 |
| Long Term Retrieval Cluster | 100 | 50 | 96 - 104 |
| Memory for Sentences | 128 | 97 | 122 - 134 |
| Memory for Words | 96 | 41 | 89 - 103 |
| Short Term Memory Cluster | 111 | 78 | 106 - 116 |
| Picture Recognition | 104 | 61 | 97 - 111 |

During this examination, various subtests of memory and learning from the NEPSY were administered. The scaled scores from those subtests are presented in the bar graph below.

Subtest Abbreviations

Faces     = Memory for Faces
Names     = Memory for Names
Narrative = Narrative Memory
Sentences = Memory for Sentences
List      = List Learning



NEPSY Memory Subtests

These scores are generally consistent with those previously obtained from the W/J-R. Sentence repetition is consistent with the W/J-R Memory for Sentences. In a similar manner, his list learning during the NEPSY showed the same failure to benefit from repeated learning trials, as evidenced in the deficient learning index from the CMS. In addition, his narrative recall during the NEPSY is consistent with the Verbal Memory Index from the CMS. However, face recognition during the NEPSY was high average in contrast to impaired recognition during the CMS. Therefore, the latter is not a reliable finding. The Memory Domain score for the NEPSY was equal to a standard score of 88, at the 21st %tile.

## Language

Rapid scanning and visual matching of numbers was equal to a standard score of only 74,

*The Information in This Report is Confidential Under Chapter 899, Connecticut General Statutes*

Neuropsychological Report - Travis Myslow                                                                Page 14

at the 4th %tile, as measured by the W/J-R subtest administered earlier this year. These scores may merely result from slow performance. Auditory perception of incomplete phonemic strings and subsequent word recognition were equal to a standard score of 117, at the 88th %tile. Consistent with this finding, blending of phonemic strings and subsequent word identification were equal to a standard score of 91, at the 27th %tile. These two subtests of the W/J-R comprise the Auditory Processing Factor which was equal to a standard score of 100, at the 50th %tile.

Phonological processing, as measured by the NEPSY subtest was low average (scaled score = 8). This finding was consistent with his verbal fluency during the Speeded Naming subtest (scaled score = 8). Phonological decoding was previously administered by means of the Word Attack subtest of the W/J-R, which was equal to a standard score of only 82, at the 11th %tile. However, Travis' parents report that he has still not mastered letter combinations for phonetic decoding.

The achievement scores previously obtained for the subtests of the Wechsler Individual Achievement Test (WIAT) are presented in the table below.

| Previous WIAT Subtest/Composite | Standard Score | Percentile Score |
|---|---|---|
| Reading Decoding | 74 | 4 |
| Reading Comprehension | 86 | 18 |
| Reading Composite | 74 | 4 |
| Spelling | 70 | 2 |
| Numerical Operations | 80 | 9 |

These achievement scores are lower than his measured intelligence.

Achievement subtests of the W/J-R were also administered earlier this year. Those findings are presented in the table on the following page.

*The Information in This Report is Confidential Under Chapter 899, Connecticut General Statutes*

Neuropsychological Report - Travis Myslow                                    Page 15

| Previous W/J-R Subtest/Cluster | Standard Score | Percentile Score | Standard Error of Measurement |
|---|---|---|---|
| Letter-Word Identification | 75 | 5 | 71 - 79 |
| Passage Comprehension | 84 | 14 | 79 - 89 |
| Broad Reading Cluster | 77 | 6 | 74 - 80 |
| Dictation | 78 | 7 | 73 - 83 |
| Writing Samples | 48 | 0.1 | 43 - 53 |
| Broad Written Language Cluster | 58 | 0.3 | 54 - 62 |
| Calculation | 78 | 7 | 74 - 82 |
| Applied Problems | 108 | 69 | 103 - 113 |
| Broad Math Cluster | 92 | 29 | 88 - 96 |

Subtests from the WIAT and W/J-R which are most similar have yielded similar findings. Writing ability is clearly significantly poorer than expected from his measured intelligence, even when corrected for regression towards the mean.

Earlier this year, fluent oral reading was assessed by a reading specialist, using the Gray Oral Reading Test - Third Edition (GORT-3). Rate, accuracy, and comprehension were markedly deficient (scaled scores of 2, 3, and 3, respectively). The Oral Reading Quotient was previously incorrectly calculated. Erroneously adding the scaled scores for Rate, Accuracy, Passage Score, and Comprehension results in a grossly inflated reading quotient. Only the Passage Score and Comprehension scores are supposed to be added to derive the Oral Reading Quotient. The correct quotient is equal to a standard score of 70, at the 2nd %tile. Thus, fluent reading is consistent with measures of word recognition.

Receptive comprehension of speech was grossly adequate in terms of following test instructions and responding in a relevant manner to test items. Accuracy during the Comprehension of Instructions subtest of the NEPSY was high average (scaled score = 11).

Articulation was grossly normal with fluent speech. The nonverbal attributes of communication were also grossly normal, e.g., intonation, prosody, volume, and the expression of affect in tone of voice. No literal paraphasic errors (mispronunciations) or verbal paraphasic errors (word substitutions) were heard during fluent speech. No significant word finding difficulties or symptoms of dysnomia were heard either during fluent speech or during a test of confrontation naming. Earlier this year, naming vocabulary was equal to a standard score of 110, at the 74th %tile. In contrast, verbal fluency in terms of generating antonyms and synonyms was

*The Information in This Report is Confidential Under Chapter 899, Connecticut General Statutes*

Neuropsychological Report - Travis Myslow                                                    Page 16

equal to a standard score of 135, the 99th %tile. These two subtests comprise the Comprehension-Knowledge Factor of the W/J-R, which was equal to a standard score of 124, at the 94th %tile.

During this examination, linguistic processing, as revealed in speech, was assessed at three level: (1) the lexical/semantic; (2) the syntactic; and (3) the pragmatic, by means of the CASL. The findings from the CASL are presented in the table below.

| CASL subtest/index | Standard Score | Percentile Score | 90 % Confidence Interval |
|---|---|---|---|
| Anonyms | 119 | 90 | 111 - 127 |
| Synonyms | 116 | 86 | 106 - 126 |
| Sentence Completion | 123 | 94 | 113 - 133 |
| Lexical/Semantic Index | 121 | 92 | 114 - 128 |
| Syntax Construction | 104 | 61 | 95 - 113 |
| Grammatical Judgment | 111 | 77 | 104 - 118 |
| Nonliteral Language | 106 | 66 | 99 - 113 |
| Inferences | 111 | 77 | 102 - 120 |
| Supralinguistic Index | 109 | 73 | 103 - 115 |

Consistent with previous measures of vocabulary and the semantic matrix of his vocabulary, performance during subtests of the Lexical/Semantic Index were above average. Measures of syntactic and pragmatic processes were consistently, although not significantly, lower, in the average range.

As reported above, his writing ability is significantly compromised. In addition, penmanship is extremely poor. A sample of his writing is presented below. The small printing at the top is partial translation. The sentence reads: *"I got a note." said Ted.*



*The Information in This Report is Confidential Under Chapter 899, Connecticut General Statutes*

Neuropsychological Report - Travis Myslow                                    Page 17

## Perceptual and Motor Functions

Visual perception, as measured by a combination of items requiring visual closure, object constancy, and figure-ground discrimination, was equal to a standard score of 107, at the 68th %tile, during the previously administered Visual Closure subtest of the W/J-R. His accuracy of spatial directionality during the Arrows subtest of the NEPSY was low average (scaled score = 8). This finding is consistent with his performance during the Developmental Test of Visual-Perception, administered earlier this year. His performance during that test was equal to a standard score of 105, at the 63rd %tile.

Duplication of designs using anagram blocks, during the previously administered Block Design subtest of the WISC-III, was borderline deficient (scaled score = 7). In contrast, his ability to assemble puzzles was average (scaled score = 10). In general, the Perceptual Organization Factor of the WISC-III, which contains this subtest, was equal to a standard score of 91, at the 27th %tile, as previously reported. During this examination, visual construction during the Design Copy subtest of the NEPSY was deficient (scaled score = 4). As a result, the Visuospatial Domain score from the NEPSY was equal to a standard score of only 76, at the 4th %tile. An attempt was made to administer the Rey-Osterreith Complex Figure, however, Travis quickly refused to draw the design after making an adequate, though brief, initial attempt. However, earlier this year, his accuracy during the Developmental Test f Visual-Motor Integration was equal to a standard score of 100, at the 50th %tile for his age.

The graph below depicts the levels of performance during the various subtests of the NEPSY that comprise the Sensorimotor Domain.



Subtest Abbreviations

Finger Tap       = Fingertip Tapping
Hand Positions   = Imitating Hand Positions

The Sensorimotor Domain score was equal to a standard score of 82, at the 12th %tile for his age. Travis is left hand dominant, however, there is a familial history of left hand dominance.

*The Information in This Report is Confidential Under Chapter 899, Connecticut General Statutes*

Neuropsychological Report - Travis Myslow                                  Page 18

## Social/Emotional Behavior

The BASC profile of Travis' behavior at home, as reported by his parents, was totally within normal limits, except for borderline significant depression and anxiety, indicating psychological distress. Travis' self report resulted in a BASC profile was within normal limits for the scales reflecting psychological adjustment and adaptive skills but was significantly elevated for scales reflecting maladjustment in school. Conflicts with teachers were particularly an area of difficulty reported. Otherwise, his parents report adequate peer relations and that Travis is well behaved.

Travis' parents reported by means of the WICAA that the following adjustment problems are of moderate severity:

1. Often loses temper;
2. Often argues with adults;
3. Often deliberately annoys people;
4. Often touchy, cranky, or easily annoyed by others;
5. Very stubborn;
6. Handles frustration poorly;
7. Often tries to avoid responsibility;
8. Has few, if any, real friends;
9. Plays alone too much; does not seek friendships;
10. Is teased or bullied by other children;
11. Often feels cheated, gypped, or persecuted
12. Shy or withdrawn; easily embarrassed at school;
13. Gets along poorly with brothers and sisters.

In general, these problems are not prominent at home.

*The Information in This Report is Confidential Under Chapter 899, Connecticut General Statutes*