# Armin Paul Thies, Ph.D.
ABPP/ABCN Board Certified Clinical Neuropsychologist
Associate Clinical Professor - Yale Medical School

## Neuropsychological Report

Name:   Travis Myslow
Age:    11 years 0 months
DOB:    7/17/1990
Education: completed 5th grade
Dates of Examination: 7/23, 7/26/2001
Date of Report: August 10, 2001
Date of Feedback: 8/13/2001

## Assessment Procedures

Beery-Buktenica Test of Visual Motor Integration (VMI)
Behavior Assessment System for Children (BASC)
    Parent Rating Scale
    Self Report Rating Scale
Comprehensive Assessment of Spoken Language (CASL)
    Antonyms           Grammatical Judgment
    Synonyms           Nonliteral Language
    Sentence Completion  Inference
    Syntax Construction
Connor's Continuous Performance Test (CPT)
NEPSY
Rey-Osterreith Complex Figure
Symptom Checklist
Warshak Inventory for Child and Adolescent Assessment - Second Edition

*The Information in This Report is Confidential Under Chapter 899, Connecticut General Statutes*

P.O. Box 906, Orange, Connecticut 06477-0906
Orange: (203) 891-8762  •  Stamford (203) 912-3489  •  Fax (203) 795-5549
E-mail: cnsdoc@optonline.net

Neuropsychological Report - Travis Myslow                                    Page 2

## Background

Travis was referred for a neuropsychological examination as a second opinion to a neuropsychological examination performed earlier this year and to supplement those previous findings. In addition, there have been several, recent evaluations performed at school. The findings from those previous examinations will be discussed in the report of findings from the present examination in the report to follow. His parents do not want Travis to be promoted to the sixth grade, because he does not appear to be functioning at that level.

At the time of this examination, Mr. and Ms. Myslow reported the following presenting problems:

1. A history of writing mirror reversals of number and letters, which is now controlled by tracing his work;
2. High anxiety related to school work;
3. Low self esteem related to school work;
4. "Shuts down" when confronted with challenging material;
5. Poor penmanship;
6. Is not functioning at the fifth grade level in any academic area;
7. Presently reads at approximately the 2.1 grade level.

Travis is reportedly good in math, however, word problems are difficult for him. He was not in the regular classroom for both social studies and science this past year. Rather, he remained in one classroom with three other students for instruction. Phonetic instruction in reading has been provided for four to five years now, with limited effect.

Travis has received 15 mg/day of Ritalin for three years to treat hyperactivity. He has also been medicated with Adderal, 5 mg. per day, however, he became pale, grey, and lethargic on that medication. He has not been on medication since December, 2000.

Prenatal and perinatal history is unremarkable. Both motor and language developmental milestones were attained at normal times. At approximately two or three years of age, Travis fell and required three stitches on the back of his head. There were no post concussion symptoms evidenced subsequent to the accident. Academic problems began in kindergarten. Restless behavior and inattention were problems during the third grade. Travis has been in special education since the first grade.

This examination was complicated by the recent history of extensive testing. Not only had most of the principal measures of mental abilities already been administered, but Travis was not

*The Information in This Report is Confidential Under Chapter 899, Connecticut General Statutes*

Neuropsychological Report - Travis Myslow                                                    Page 3

eager to engage in yet more testing. Therefore, it was necessary to supplement the previous examinations in order not to elicit practice effects or undue frustration. Despite the history of difficulty in previous examinations, Travis was remarkably cooperative during this examination and seemed to enjoy tasks and challenges that where not similar to school work. Only towards the end of the last testing session did he begin to refuse tests.

## Assessment Findings

Above average to superior cognitive potential was evidenced in the following measures of mental abilities:

1. Similarities subtest score of the WISC-III;
2. Verbal Immediate and Verbal Delayed Memory Indices of the CMS;
3. Tests of sentence recall in the W/J-R and NEPSY;
4. The Picture Vocabulary subtest of the W/J-R, a test of naming vocabulary;
5. Tests of synonyms and antonyms from the W/J-R and CASL.

Therefore, selecting the appropriate baseline against which to compare performance in specific, cognitive domains becomes important. Even so, his achievement in reading, as measured by the W/J-R Written Language subtests is significantly below even measured intelligence even when corrected for regression towards the mean.

The general pattern of findings indicates some weakness in basic linguistic processes to reading, i.e., phonological processing and speeded naming, even when compared to his average peers. However, the impairment to functional reading and especially writing is greater than the deficiencies evidenced in the assessments of the individual skills required for those activities. Language deficits are circumscribed in that verbal memory and syntactic and pragmatic aspects of language are quite strong. Writing is also largely impeded by severely deficient penmanship. Again, individual motor skills are poor compared to even measured intelligence, but the functional expression using fine motor skills in writing is even more impaired.

Regarding the findings of the previous neuropsychological examination, I concur with Dr. Martinez the following of her findings:

1. Slow rate of work;
2. Poor fine motor coordination (but primarily while writing);
3. Deficient learning across multiple learning trials;
4. Functionally impaired reading and writing.

*The Information in This Report is Confidential Under Chapter 899, Connecticut General Statutes*

Neuropsychological Report - Travis Myslow                                                Page 4

However, poor facial recognition during the previous examination was not replicated during this examination, therefore, it is not clear whether nonverbal/visual memory is deficient. Poor performance during the Dot Location subtest of the CMS may be the result of poor visual spatial processing, however, the findings are not completely consistent in that regard. In addition, the fact that delayed memory was significantly stronger than immediate memory indicates that the Visual Immediate Memory Index was spuriously depressed. There is some evidence of consistently weaker nonverbal processing compared to verbal processing, however, the degree of this discrepancy is within normal limits.

Regarding the question of an attention disorder. There is not much supporting evidence, either observational or psychometric, during this examination for ADD or ADHD. It is more probable that inattention occurs primarily in the form of difficulty sustaining vigilance. However, it is more likely that inattention is a manifestation of his emotional condition, particularly in reaction to academic tasks.

Delineating Travis' cognitive processing deficits is made more difficult by the variability of his performance across measures of similar mental abilities and across examinations. It is likely that his emotional condition exacerbates the variability of his performance, depending upon the immediate conditions under which the task is being performed. His presentation during this examination was not as troubled as described during the previous neuropsychological assessment. However, during this examination, an effort was made to avoid academic tasks, such as reading and writing, because they had already, recently, been extensively assessed. Even so, there were tasks during this examination that were refused, after hours of testing.

In light of the above discussion, the following are recommended, many of which are elaborations or modifications of the recommendations by Dr. Martinez:

1. Management of impeding emotions and behaviors must be part of the educational plan, including:
    a. Instructing Travis in ways to manage frustration;
    b. Intervening when symptoms of frustration and failure avoidance first appear;
    c. Provide opportunities to display competencies;
    d. Provide encouragement and expressions of confidence in his abilities;
    e. Chart progress and otherwise make progress salient to him;
    f. Institute behavior management plans to reward desired behaviors which are mutually exclusive of undesired behaviors, with criteria for success that insures that he will receive at least a moderate number of reinforcements.
2. Travis needs to be taught mnemonic strategies and to actively employ them when

learning information. However, the fact that his delayed recall is so much better than immediate recall suggests that consolidation is delayed and that during the task of acquiring knowledge, immediate recall is impeded. Spaced practice rather than massed practices, e.g., "cramming," is particularly necessary. It also seems evident that he remembers better during tasks that involve auditory-visual or verbal-graphic associations.

3. I concur with Dr. Martinez that the focus of medication trials should be on reducing anxiety rather than reducing inattention.

4. An alternative form of written expression should be found to avoid the need for writing by hand, given his poor fine motor control during this activity. Dictation should be permitted, and voice recognition programs with word processing may be helpful, if Travis is unable to demonstrate sufficient motor coordination to employ a keyboard efficiently. If he can learn to type, then he should be permitted to use word processing for all written assignments.

5. Vocabulary development is superior. Given the limited success after years of instruction in phonological decoding, it may be beneficial to focus on building sight recognition vocabulary. Whether his visual discrimination for letters and words is poor still remains a question. He performed poorly during the Visual Matching subtest of the W/J-R, however, slow performance may have depressed his score. Nevertheless, training in sight recognition may require visual discrimination training as well. For example, a pair of words such as *was* and *war* can be presented on flash cards with the final letters in red or with some other distinguishing feature. Then, as the discrimination is mastered, the discriminating feature is gradually "faded" until he can rapidly discriminate the words in normal print.

6. Ultimately, once adequate word recognition is attained, reading for comprehension rather than accuracy may have to be emphasized.

7. The functional activities of reading and writing must be closely monitored during any attempts to remedy his difficulties in these activities. For that reason 1:1 or small group treatment is indicated. Treatment interventions will likely have to be tailored to the problems as they present themselves. Therefore, published curriculum will probably have to be modified in order to assist Travis to integrate his basic skills into the functional activities. In addition, he should be trained by a skilled and experienced reading specialist.

8. For the present, requirements for reading in content classes will have to be supplemented by graphic illustrations, books on tape, and other means to compensate for limited reading ability.

9. Travis shows avid interest in the construction trade and feels competent in his ability to operate heavy machinery. These interests can be incorporated into

       classroom activities to increase motivation.
10. In addition, it appears that he can learn even nonverbal, manipulative tasks rather easily, suggesting that experiential learning is the preferred mode of instruction whenever possible.
11. Given his age, the desire to improve his functional reading and writing have to be balanced against the participation in learning academic subjects, which is the normal expectation for his age. In content courses, curriculum and instructional modification will have to be made in order not to depend upon or to require reading and writing. In other words, Travis will have to be considered to be a dyslexic and dysgraphic student.
12. In content courses, he will require additional, tutorial support to the extent that grade appropriate curriculum depends upon mastery of material taught in previous grades.

Additional recommendations to address specific problems can be provided in dialogue with parents or teachers, if requested.


                                                      Armin Paul Thies, Ph.D., ABPP
                                                      Board Certified Clinical Neuropsychologist

*The Information in This Report is Confidential Under Chapter 899, Connecticut General Statutes*

Neuropsychological Report - Travis Myslow                                            Page 7

# Appendix - Test Findings and Observations

## Intelligence and Conceptual Reasoning

There are three baselines against which performance can be compared. The first baseline is the average for the normal population of the same age or other demographic variable. The second baseline is the average level of performance for the individual child, and the third baseline is the estimated potential capabilities of the child. The first baseline is reflected in standard scores and percentile scores. The second baseline is determined by the administration of an individual test of intelligence, and the third baseline is estimated from the highest levels of performance on specific measures of mental abilities. Unless otherwise indicated, scores reported here are determined according to age norms. Grade norms are not used, because, in many cases, grade placement is determined by factors other than normal development.

The Wechsler Intelligence Scale for Children - Third Edition (WISC-III) was previously administered by Dr. Martinez, earlier this year. Scores for the WISC-III subtests are reported as scaled scores which have an average of 10 and a standard deviation of 3. The subtest scaled scores from the present administration of the WISC-III are presented in the bar graph below.



Previous WISC-III Subtest Scores

Key for Subtest Abbreviations

| | | | | | |
|---|---|---|---|---|---|
| INF | = | Information | PC | = | Picture Completion |
| SIM | = | Similarities | COD | = | Coding |
| ARI | = | Arithmetic | PA | = | Picture Arrangement |
| VOC | = | Vocabulary | BD | = | Block Design |
| COM | = | Comprehension | OA | = | Object Assembly |
| DS | = | Digit Span | SS | = | Symbol Search |

*The Information in This Report is Confidential Under Chapter 899, Connecticut General Statutes*

Neuropsychological Report - Travis Myslow                                    Page 8

The IQ scores are standard scores with an average of 100 and a standard deviation of 15. Scores from 90 to 110 are within the average range. The IQ scores from the previous administration of the WISC-III are compared in the table below.

| Previous WISC-III IQ Index | Standard Score | Percentile Score | 90% Confidence Interval |
|---|---|---|---|
| Verbal | 102 | 55 | 97 - 107 |
| Performance | 81 | 10 | 76 - 89 |
| Full Scale | 92 | 30 | 88 - 97 |

The 90 % confidence interval is the range within which one can be 90 % certain the true ability is contained.

Because the Performance IQ score was depressed by his significantly poorer performance during the Coding subtest, a comparison of the supplementary indices of the WISC-III gives a more accurate comparison of verbal versus nonverbal processing. Those indices are compared in the table below.

| WISC-III Index | Standard Score | Percentile Score | 90% Confidence Interval |
|---|---|---|---|
| Verbal Comprehension | 106 | 66 | 100 - 111 |
| Perceptual Organization | 91 | 27 | 85 - 99 |

The difference between these two indices is significant at the 0.05 level of probability. In other words, a difference of this magnitude or greater would occur by chance in less than 5 out of 100 random samples. Although the difference is probably not the result of chance or error, a difference of this magnitude or greater occurred in 26 % of the normal sample. Therefore, the difference rather commonly occurs amongst normals.

His ability to solve discrete problems requiring either analytical-sequential reasoning or gestalt perception of conceptual relationships was below average to low average. Accuracy of performance during the Analysis-Synthesis subtest of the W/J-R, administered in January of this year, was equal to a standard score of only 81, at the 10th %tile. Notable better, performance

*The Information in This Report is Confidential Under Chapter 899, Connecticut General Statutes*

Neuropsychological Report - Travis Myslow                                   Page 9

during the Concept Formation subtest was equal to a standard score of 99, at the 46th %tile. These two subtests comprise the Fluid Reasoning Factor of the W/J-R, which was equal to a standard score of 89, at the 23rd %tile.

## Executive Functions and Attention

Attention and executive processing was assessed by means of the subtests of the Attention/Executive Domain of the NEPSY. The subtest scores are presented in the graph below.

| Key to Subtest Abbreviations | | |
|---|---|---|
| Tower | = | Tower Test |
| Aud Att | = | Auditory Attention and Response Set |
| Vis Att | = | Visual Attention |



These subtests comprise the domain score which was equal to a standard score of 93, at the 30th %tile (90% confidence interval = 85 - 102). The results of previous measures of attention and impulse control are presented below.

### Attention - Sensory Selection

Travis was not distracted by external stimuli during the examination and was able to focus attention adequately to remain on task during this examination. These observations are consistent with previously administered tests that measure attention. The indices derived from those tests are presented in the table on the following page.

*The Information in This Report is Confidential Under Chapter 899, Connecticut General Statutes*