## STATE OF CONNECTICUT
## DEPARTMENT OF EDUCATION

9/26/01

"M" v. New Milford Board of Education    :      No. 01-294 and 01-305

## ORDER GRANTING MOTION TO CONSOLIDATE
## AND SUSPENDING SCHEDULING ORDER IN MATTER NO. 01-305

Pursuant to the September 20, 2001 Scheduling Order entered in No. 01-305, the Board submitted a Motion to Consolidate matter Nos. 01-294 and 01-305. Also pursuant to that Order, the Parents submitted a pleading in both matter Nos. 01-294 and 01-305 encaptioned "Motion to Dismiss and to Consolidate." Based on both of these pleadings, the parties are in agreement that the following issues are before Hearing Officer Mangs in matter No. 01-294:

1.     Board's refusal to consent to an independent reading evaluation.

2.     Board's refusal to reimburse the parents for an independent neuropsychological evaluation by Dr. Thies.

3.     PPT's refusal to provide homebound placement for the 2001-2002 academic year.

4.     The Board recommended a psychiatric evaluation and Parents are refusing. Board is requesting a hearing officer to order that the psychiatric evaluation go forward.

The parties also appear to be in agreement that some if not all of these issues have been raised by the Parents and are at issue before Hearing Officer Myers in matter No. 01-305.

The Parents state in their pleading that they "acquiesce to the Board's request for consolidation" of these pending due process requests before Hearing Officer Mangs in matter No. 01-294 and that they will voluntarily withdraw their request for due process in matter No. 01-305, provided: (a) that Hearing Officer Mangs concludes that the Board has no standing in matter No. 01-294 to raise Issues (1)-(3); (b) that the Parents are permitted to raise Issues (1)-(3) in matter No. 01-294 as their issues; and (c) that Issue (4) is identified as the only issue that may properly be raised by the Board in matter 01-294.

Upon receipt of these motions to consolidate, and pursuant to Section 10-76h-8(f)(3) of the Regulations of Connecticut State Agencies, the Hearing Officers have conferred regarding how to proceed. The Hearing Officers concluded that the issues raised in both proceedings are essentially identical and involve common questions of law and fact; and, further, that to the extent there are unique issues raised in one proceeding but not the other, it would be a waste of the resources of the parties to proceed separately and doing so may unnecessarily delay resolution of issues regarding the child's special education program.

RECEIVED

SEP 26 2001

OFFICE FOR
STUDENT AFFAIRS

412616303 (4).DOC 99991.44444
September 26, 2001 1:10 PM

Accordingly, the following orders are entered:

1.     Matter Nos. 01-294 and 01-305 are hereby consolidated and shall be heard by Hearing Officer Mangs in matter No. 01-294. Hearing Officer Mangs will refine the statement of issues in matter No. 01-294 as necessary in light of the consolidation.

2.     Hearing Officer Mangs will address by separate order or decision issued in matter No. 01-294 the arguments raised by the Parents as to whether the Board has standing to commence a due process proceeding to raise Issues (1)-(3) above, and the related burden issues raised by the Parents in their motion.

3.     The Scheduling Order in matter No. 01-305 is hereby suspended. Matter No. 01-305 will be dismissed without prejudice to the Parents to refile upon the conclusion of matter No. 01-294, whether by final decision or settlement agreement, and to the extent that any issues raised by the Parents in matter No. 01-305 remain unresolved by that decision or settlement agreement. A separate decision dismissing matter No. 01-305 without prejudice will be issued shortly.

_____
Scott P. Myers, Hearing Officer

Sent on September 26, 2001 by US Mail and by:

| e-mail: | e-mail to: |
|---|---|
| Deborah Stevenson<br>226 East Flag Swamp Road<br>Southbury, CT 06488<br>(tel) 860-354-3590<br>(fax) 860-354-9360<br>e-mail: dgs31@yahoo.com | Nicole Bernabo<br>Sullivan Schoen Campane Connon<br>646 Prospect Avenue<br>Hartford, CT 06105<br>(tel) 860-233-2141<br>(fax) 860-233-0516<br>e-mail: nbernabo@sscc-law.com |

and by e-mail only to Hearing Officer Gail Mangs at mangs18@aol.com and Thomas Badway at Tom.Badway@po.state.ct.us.

Post Reporting notified by telephone on this date.