# NOTICE OF THE INTENTION TO COMMENCE SUIT

To:   George C. Buckbee, Certified Connectiuct Town Clerk, Certified Municipal Clerk, Town Clerk, New Milford Town Hall, 10 Main St., New Milford, Connecticut 06776
   New Milford School District, 50 East Street, New Milford, Connecticut 06776.
   New Milford Board of Education, 50 East Street, New Milford, Connecticut 06776.
   Raymond Avery, 50 East Street, New Milford, Connecticut 06776.
   JeanAnn Paddyfote, 50 East Street, New Milford, Connecticut 06776.
   Thomas Mulvihill, 50 East Street, New Milford, Connecticut 06776.
   Paula Kelleher, 2 Pickett District Road, New Milford, Connecticut 06776.
   Denis Dolan, 2 Pickett District Road, New Milford, Connecticut 06776.
   Jean Malcolm, 23 Hipp Road, New Milford, Connecticut 06776.
   Josephine Rositano, 2 Pickett District Road, New Milford, Connecticut 06776.
   Adele Johnson, 23 Hipp Road, New Milford, Connecticut 06776.
   Deborah Shelley, 2 Pickett District Road, New Milford, Connecticut 06776.
   Robyn Vikland, 2 Pickett District Road, New Milford, Connecticut 06776.

Re: Notice of Intent to Sue

Pursuant to Conn. Gen. Stat. §7-465, notice is hereby given of intent to sue by Travis Myslow through his parents and natural guardians, Mathew and Cindy Myslow. Mr. And Mrs. Myslow live at 3 Halletts Road, New Milford, CT 06776. Her attorneys are Deborah Stevenson, whose law firm is located at at 226 East Flag Swamp Road, Southbury, CT 06488 and Alan Milstein and Derek Braslow, who practice law at the offices of Sherman, Silverstein, Kohl, Rose, and Podolsky, located at 4300 Haddonfield Road, Suite 311, Pennsauken, NJ 08109. The claimants are suing on behalf of their minor child on the following grounds: Negligence, Medical Malpractice, Violation of Constitutional Rights per 42 USC § 1983, Lack of Informed Consent, Failure to Provide an Appropriate Education free from Discrimination, Violations of the Americans with Disabilities Act, Intentional, Reckless and Negligent and Violations of §504 of the Rehabilitation Act of 1973, 34 C.F.R. Parts §§104.4, 104.32, 104.33, 104.34, 104.35, 104.36, 104.37 and Conn. Gen. Stat. §§10-76b-4. The claims arose in 1998 and have continued through the present day after the above named individuals and entities misdiagnosed Travis as having ADHD, forced him to take Ritalin (methylphenidate) and failed to provide him with an appropriate education and teach him based upon his learning disabilities. The claims all occurred in New Milford, Connecticut, where Travis went to school and where the aforementioned parties were all at one time employees of the New Milford School District and/or Board of Education. The aforesaid parties gave Mr. and Mrs. Myslow improper and inadequate advice as to the appropriate treatment and care for her son. The injuries claimed resulted from the actions and inactions of the aforesaid employees of New Milford School District and/or Board of Education, and include physical pain and discomfort as well as severe emotional and psychological damage bestowed upon the Myslow's son, Travis.

Mathew and Cindy Myslow, claimants and sole legal guardians of Travis Myslow

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 2ⁿᵈ DAY
OF Jan , 2003

NOTARY PUBLIC

JAN 3 - 2003