1

1    UNITED STATES DISTRICT COURT

2    DISTRICT OF CONNECTICUT

3    - - - - - - - - - - - - - - - - - - - - - - - - -

4    MATTHEW AND CINDY MYSLOW, ET AL,

5                              Plaintiffs,

6        -against-

7    NEW MILFORD SCHOOL DISTRICT, ET AL,

8                              Defendants.

9    - - - - - - - - - - - - - - - - - - - - - - - - -

10        A Video Conference Deposition held at 326 Garden

11    Avenue, Cornell University, Ithaca, New York, on the

12    30th day of November, 2004, commencing at 10:40 AM.

13

14            BEFORE:   CZERENDA COURT REPORTING, INC.

15                      71 State Street

16                      Binghamton, New York 13901-3318

17                      KEVIN CALLAHAN

18                      Shorthand Reporter

19                      Notary Public

20                      Binghamton - (607) 723-5820

21                                  (800) 633-9149

22

23

24    WITNESS:   PETER R. BREGGIN, M.D.

Peter Breggin by Ms. Powell

1   are on multiple medications, and very often what I'm

2   doing is helping people cut back or withdraw.  So, I

3   may see children on four and five medications, and

4   even here in Ithaca within the past couple of years

5   I've been doing that.

6          What I do is I work with the school and

7   the family and anybody else who is interested in the

8   child in order to reduce the medication while

9   providing whatever support the child needs for that.

10         Q.   Have you prescribed medicine?

11         A.   Sure.  During that process usually most

12   often I'm prescribing during the process of helping

13   people who are overmedicated.  I'm rarely starting

14   the medicine.

15         Q.   All right.  Do you remember my

16   introduction, I named many defendants that I

17   represent.  In your report I believe you only

18   mentioned two of them, so I am going to be asking you

19   if you have any opinions regarding my other clients.

20         Do you have any opinions regarding Raymond

21   Avery?

22         A.   No.

23         Q.   Do you have any opinions regarding Thomas

24   Mulvihill?

53

Peter Breggin by Ms. Powell

1          A.    No.

2          Q.    Do you have any opinions regarding Paula

3    Kelleher?

4          A.    No.

5          Q.    Do you have any opinions regarding Denis

6    Dolan?

7          A.    No.

8          Q.    Do you have any opinions regarding Jean

9    Malcolm?

10         A.    No.

11         Q.    Do you have any opinions regarding Adele

12   Johnson?

13         A.    No.

14         Q.    Do you have any opinions regarding Deborah

15   Shelley?

16         A.    No.

17         Q.    Do you have any opinions regarding Robin

18   Kikland?

19         A.    No.

20         Q.    Thank you.

21         A.    That was clear.

22         Q.    Yes.   Quick.   One of your books entitled,

23   RECLAIMING OUR CHILDREN --

24         A.    Yes.

217

1    STATE OF NEW YORK      :

2    COUNTY OF BROOME       :

3

4            I, KEVIN P. CALLAHAN, Shorthand

5    Reporter, do certify that the foregoing is a true

6    and accurate transcript of the proceedings in the

7    matter of Matthew and Cindy Myslow, et al, v New

8    Milford School District, et al, held in Ithaca, New

9    York, on November 20, 2004.

10

11

12            _____

13            KEVIN CALLAHAN

14            Shorthand Reporter

15            Notary Public

16            CZERENDA COURT REPORTING, INC

17            71 State Street

18            Binghamton, New York 13901-3318

19

20

21

22

23

24