UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

| | | |
|---|---|---|
| MATHEW AND CINDY MYSLOW, as Parents and Natural Guardian of Minor Plaintiff TRAVIS MYSLOW, | : : : : | Case No.: 3:03-cv-496-MRK |
| Plaintiffs, | : : | |
| v. | : : | |
| NEW MILFORD SCHOOL DISTRICT, *et al.*, | : : : : | |
| Defendants. | : : | August 19, 2005 |

## MOTION FOR MODIFICATION OF SCHEDULING DEADLINES

Matthew and Cindy Myslow, the plaintiffs in this matter (collectively, "plaintiffs"), respectfully submit this Motion for Modification of Certain Scheduling Deadlines ("Motion") pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule of Civil Procedure 9(b). In support of the Motion, they offer as follows:

1. On June 1, 2005, New Milford School District, New Milford Board of Education, Raymond Avery, JeanAnn Paddyfote, Thomas Mulvihill, Paula Kelleher, Denis Dolan, Jean Malcolm, Josephine Rositano, Adele Johnson, Deborah Shelley, and Robyn Vikland, certain codefendants in this matter (collectively, "School defendants") filed a Motion for Modification of Scheduling Order.

2. Therein, the School defendants requested a forty-five day extension of time in which dispositive motions could be filed from July 1, 2005 to August 14, 2005.

3. They also correctly noted that the undersigned, Michael Dube, co-counsel to the plaintiffs ("Mr. Dube"), had advised that he had no objection to the requested extension of time.

Expert Testimony [124] and an extensive Motion for Summary Judgment [130].

4. At a proximate point in time, codefendant L. Robert Rubin timely filed an extensive Motion to Preclude Plaintiffs' Expert [125].

5. At a proximate point in time, codefendants Anna Alshansky and Martin Kreminitzer timely filed a Motion to Disqualify Plaintiff's Expert [126] and an extensive Motion for Summary Judgment [127] (collectively, "dispositive Motions").

6. The dispositive motions and the papers that accompany them consist of hundreds upon hundreds of pages of legal argument and record material.

8. The docket entries accompanying the dispositive motions reveal that any papers submitted in opposition thereto must be filed of record by September 5, 2005.

9. Alan C. Milstein ("Mr. Milstein") and Mr. Dube of Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. are responsible for coordinating responses to the dispositive motions.

10. Mr. Dube, however, will be on vacation for much of the balance of the month of August.

11. Additionally, Mr. Milstein and Mr. Dube will be preparing for trial in the case of John Lubrano v. Norfolk Southern Corporation, which is docketed at 03073349 in the Court of Common Pleas of Philadelphia County, Pennsylvania, and which is scheduled to be jury tried on September 1, 2005, as well as the case of Edward Abraham v. Runnemede Truck Equipment and Refrigeration Corp., et al., which is docketed at GL-L-297-04 in the Superior Court of New Jersey, and which is scheduled to be jury tried on or around September 6, 2005, or as soon as the Lubrano case is finished trying.

the undersigned counsel aver that they cannot reasonably meet the September 5, 2005 deadline for filing, and therefore respectfully request on behalf of the plaintiffs that the deadline for responding to the defendants' dispositive Motions be extended for forty-five days, that is, from September 5, 2005 to October 20, 2005.

13. Pursuant to Local Rule 9(b)(2), the undersigned has contacted counsel for the defendants, and has been in turn advised that the defendants have no objection to the granting of the instant Motion.

WHEREFORE, the plaintiffs respectfully request that the Motion be granted and that an appropriate Order be entered.

Dated: Monday, August 29, 2005

By: _____
Alan C. Milstein, CT03703
Michael Dube, PHV0216

Sherman, Silverstein, Kohl,
Rose & Podolsky, P.A.
Fairway Corporate Center
4300 Haddonfield Road, Suite 311
Pennsauken, NJ 08109
Telephone: 856-662-0700
Facsimile: 856-488-4744
EMail: AMilstein@sskrplaw.com and
MDube@sskrplaw.com

*Attorneys for the Plaintiffs*