UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

|  |  |
|---|---|
| MATHEW AND CINDY MYSLOW, as Parents and Natural Guardian of Minor Plaintiff TRAVIS MYSLOW,<br><br>        Plaintiffs,<br><br>v.<br><br>NEW MILFORD SCHOOL DISTRICT, et al.,<br><br>        Defendants. | Case No.: 3:03-cv-496-MRK |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a true and correct copy of the within papers were served upon the following individuals by first-class mail, postage prepaid:

    Alexandria Voccio, Esquire
    Howd & Ludorf
    65 Wethersfield Avenue
    Hartford, CT 06114
    *Attorney for Codefendants New Milford School District, et al.*

    Katherine C. Callahan, Esquire
    Updike, Kelly & Spellacy, P.C.
    One State Street
    P.O. Box No. 231277
    Hartford, CT 06123-1277
    *Attorney for Codefendant L. Robert Rubin, M.D.*

    Richard O'Connor, Esquire
    Sachner & O'Connor
    The Crossroads West
    765 Straits Turnpike, Building 2, Suite 1001
    Middlebury, CT 06762
    *Attorney for Codefendants Anna Alshansky, M.D. and Martin Kreminitzer, M.D.*

Date: Monday, August 29, 2005

SHIPMAN & GOODWIN LLP
SILVERSTEIN & OSACH
FIRM, ROSE & PODOLSKY, P.A.

By: *Michael Dube*
Michael Dube, PHV0216