UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| MATHEW AND CINDY MYSLOW, as Parents and Natural Guardians of Minor Plaintiff TRAVIS MYSLOW,<br><br>  Plaintiffs,<br><br>  v.<br><br>NEW MILFORD SCHOOL DISTRICT, *et al.*,<br><br>  Defendants. | Case No.: 3:03-cv-496-MRK |

### CERTIFICATE OF SERVICE

I, Michael Dube, hereby certify that on the date indicated below, a true and correct copy of the within papers were served upon the following individuals by facsimile and by first-class mail, postage prepaid:

> Alexandria Voccio, Esquire
> Howd & Ludorf
> 65 Wethersfield Avenue
> Hartford, CT 06114
> *Attorney for Codefendants New Milford School District, et al.*
>
> Katherine C. Callahan, Esquire
> Updike, Kelly & Spellacy, P.C.
> One State Street
> P.O. Box No. 231277
> Hartford, CT 06123-1277
> *Attorney for Codefendant L. Robert Rubin, M.D.*
>
> Richard O'Connor, Esquire
> Sachner & O'Connor
> The Crossroads West
> 765 Straits Turnpike, Building 2, Suite 1001
> Middlebury, CT 06762
> *Attorney for Codefendants Anna Alshansky, M.D. and Martin Kreminitzer, M.D.*

1

2

| | |
|---|---|
| Dated: <u>Wednesday, October 19, 2005</u> | <u>s/Alan C. Milstein</u><br>Alan C. Milstein, CT03703<br>Michael Dube, PHV0216<br>Sherman, Silverstein, Kohl,<br>Rose & Podolsky, P.A.<br>Fairway Corporate Center<br>4300 Haddonfield Road, Suite 311<br>Pennsauken, NJ 08109<br>Telephone: 856-662-0700<br>Facsimile: 856-488-4744<br>EMail: <u>AMilstein@sskrplaw.com</u> and<br><u>MDube@sskrplaw.com</u><br><br>Deborah G. Stevenson, Esquire<br>226 Flag Swamp Road<br>Southbury, CT 06488<br>Telephone: 860-354-3590<br>EMail: <u>Dgs31@yahoo.com</u><br><br>*Attorneys for the Plaintiffs* |