1

```
 1                UNITED STATES DISTRICT COURT

 2                   DISTRICT OF CONNECTICUT

 3


 4    MATHEW & CINDY MYSLOW, ET AL:

 5    VS.                              :    3:03CV00496(MRK)

 6    NEW MILFORD SCHOOL DISTRICT, ET AL :

 7                                      :    MAY 13, 2005

 8


 9

10              DEPOSITION OF CINDY MYSLOW

11


12    APPEARANCES:

13


14        SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY
              Attorneys for the Plaintiffs
15            Fairway Corporate Center
              4300 Haddonfield Road - Suite 311
16            Pennsauken, New Jersey 06109
              Telephone:  (856) 661-2079
17        BY: MICHAEL DUBE, ESQ., of Counsel

18
          HOWD & LUDORF, LLC
19            Attorneys for the Defendants
              65 Wethersfield Avenue
20            Hartford, CT 06114
              Telephone:  (860) 249-1361
21        BY: MELINDA POWELL, ESQ., of Counsel

22                  Reported by:

23              Charles H. Dukes
          Registered Professional Reporter
24            RPR, RMR, LCSR #00032

25
```

———NIZIANKIEWICZ & MILLER REPORTING SERVICES———

EXIBIT Y

```
 1              MS. POWELL:  I was going to ask another
 2         question.
 3  BY MS. POWELL:
 4      Q   You initially wanted the teachers to tell you
 5  about Travis' behavior when he was on the Ritalin, is that
 6  right?
 7      A   I initially wanted them to tell me if Travis was
 8  looking sick, not feeling well, his grades, how he was
 9  reading, everything about my son.
10      Q   Including his behavior?
11      A   Of course.
12      Q   Okay.  And then what did you not want comments on
13  at a certain point?
14      A   I got tired of the phone calls about medication.
15  I got tired of, you know, switching it, not switching it,
16  changing it, upping it, and not seeing any progress with
17  Travis' work.
18      Q   Okay.  And so when did you reach that point that
19  you got tired of the phone calls about the medication?
20      A   I believe it was fourth grade I took Travis
21  totally off all medications.
22      Q   Okay.  When Travis was on Ritalin, did his
23  teachers report to you that he still had obstinate behavior?
24      A   Yes.
25      Q   When Travis was on the Ritalin, did the teachers
```

1  report any other behavior problems?
2      A    They reported on the Ritalin that he was kind of
3  -- the only thing the school really said if he did good or
4  bad on that day or how good he did in the morning or how
5  good he did in the afternoon.  That was basically it.
6      Q    Like good behavior, bad behavior?
7      A    It was all about behavior, yeah.
8      Q    All right.  And during this period that Travis
9  was on Ritalin, did you attend PPT meetings?
10     A    All the time.
11     Q    Okay.  And do you recall whether Travis'
12 educational programing was discussed at those PPT meetings?
13     A    All the time.
14     Q    And do you recall whether Travis' reading was
15 discussed at those PPT meetings?
16     A    All the time.
17     Q    Do you recall whether Travis' difficulty in
18 writing was discussed at those PPT meetings?
19     A    All the time.
20     Q    And then was Travis' behavior also discussed at
21 those PPT meetings?
22     A    Yes.
23     Q    All right.  The documents we marked as
24 Defendant's Exhibit Number 1, did you keep these documents?
25 Where did they come from?

listen to the school saying to try it at eight o'clock or change the times. But I would give him, you know, something in his belly and stuff like that and give him the right time as it was prescribed.

Q   And then what is your understanding as to how he would get it at school?

A   He would go down to the nurse.

Q   And did he go at a specific time, do you know?

A   No. They changed the times back and forth, but yes, 12 or --

Q   Or some other time?

A   Like I said, they changed the times.

Q   When the times were changed, did you discuss those with your pediatrician?

A   I believe so.

Q   Okay. Did you have to instruct the nurse what time to give Travis the medicine? Did you ever tell her?

A   She asked me if I could get two separate bottles. First of all, she wanted me to give her both bottles for morning and afternoon. And then she said, Why don't you take the morning bottle home. That's when they switched the times. So on the bottle that she always had, it said the time. That was switched too. Do you know what I'm saying?

Q   Kind of.

A   Unless she had some left over once, then she

233

```
 1   STATE OF CONNECTICUT :
                             SS. Bloomfield, May 23, 2005
 2   COUNTY OF HARTFORD    :

 3       I, Charles H. Dukes, a Notary Public within and for

 4   the State of Connecticut, do hereby certify that the

 5   deposition of CINDY MYSLOW was taken before me pursuant to

 6   Notice at the law offices of Howd & Ludorf, 65 Wethersfield

 7   Avenue, Hartford, Connecticut, commencing on May 13, 2005,

 8   at 10:00 a.m.

 9       I further certify that the witness was first sworn by

10   me to tell the truth, the whole truth, and nothing but the

11   truth, and was examined by counsel, and her testimony

12   stenographically reported by me and subsequently transcribed

13   as hereinbefore appears.

14       I further certify that I am not related to the parties

15   hereto or their counsel, and that I am not in any way

16   interested in the events of said cause.

17       Dated at Bloomfield, Connecticut, this 23rd day of

18   May, 2005.

19

20                              _____

21

22                              Charles H. Dukes
                                Notary Public
23

     My Commission Expires:
24   May 31, 2007

25
```

NIZIANKIEWICZ & MILLER REPORTING SERVICES