UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MATHEW AND CINDY MYSLOW, as<br>Parents and Natural Guardian of Minor<br>Plaintiff, TRAVIS MYSLOW | : <br> : <br> : <br> : | |
| Plaintiffs | : | Case No: 303CV00496(MRK) |
| | : | |
| v. | : | |
| | : | |
| NEW MILFORD SCHOOL DISTRICT,<br>NEW MILFORD BOARD OF EDUCATION,<br>RAYMOND AVERY, JEANNE PADDYFOTE,<br>THOMAS MULVIHILL, PAULA KELLEHER,<br>DENIS DOLAN, JEAN MALCOLM,<br>JOSEPHINE ROSITANO, ADELE JOHNSON,<br>DEBORAH SHELLEY, ROBYN VIKLAND,<br>L. ROBERT RUBIN, M.D.,<br>ANNA ALSHANSKY, M.D.,<br>MARTIN KREMINITZER, M.D.,<br>DIANA BADILLO-MARTINEZ, Ph.D.,<br>TERRY NEU, Ph.D. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |
| Defendants | : | DECEMBER 23, 2005 |

**STIPULATION OF VOLUNTARY DISMISSAL OF
ANNA ALSHANSKY, M.D. AND MARTIN KREMINITZER, M.D.**

The plaintiffs, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), agree to a voluntary dismissal of plaintiffs' claims against defendants ANNA ALSHANSKY, M.D. and MARTIN KREMINITZER, M.D. with prejudice and without costs to either party.

| PLAINTIFFS | DEFENDANTS,<br>MARTIN KREMINITZER, M.D.<br>and ANNA ALSHANSKY, M.D. |
|---|---|
| *(signed) Michael Dube*<br>Michael Dube, Esq.<br>Fed. Bar No. Ct. PHV0216<br>Sherman, Silverstein, Kohl, Rose & Podolsky<br>Fairway Corporate Center<br>4300 Haddonfield Road, Ste. 311<br>Pennsauken, NJ 08109<br>Telephone: 856-862-0700<br>Fax: 856-488-4744 | *(signed)*<br>Christine A. Robinson, Esq.<br>Fed. Bar No. Ct. 18976<br>SACHNER & O'CONNOR, L.L.C.<br>The Crossroads West<br>765 Straits Turnpike, Bldg. 2, Ste. 1001<br>P.O. Box 1323<br>Middlebury, CT 06762-1323<br>Telephone: 203-598-7585<br>Fax: 203-598-7595 |