## CERTIFICATION OF SERVICE

This is to certify that the foregoing was mailed on __12/27/05__ to the following:

Christine A. Robinson, Esquire
SACHNER & O'CONNOR, L.L.C.
The Crossroads West
765 Straits Turnpike, Bldg. 2, Ste. 1001
P.O. Box 1323
Middlebury, CT 06762-1323

Deborah G. Stevenson, Esquire
226 East Flag Swamp Road
Southbury, CT 06488

Alexandria L. Voccio, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Katherine C. Callahan, Esquire
Updike, Kelly & Spellacy
One State Street
Hartford, CT 06123-1277

_____
Michael Dube, Esq.