# United States District Court

DISTRICT OF Connecticut

**EXHIBIT AND WITNESS LIST**

Myslow, et al
v.
New Milford School, et al

CASE NUMBER: 3:03CV496

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Michael Dube | Katherine C. Callahan |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/4/06 | Thea Finkelstein | Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 1/4/06 | | | Peter Roger Breggin |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages