UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| MATHEW AND CINDY MYSLOW, as Parents and Natural Guardians of Minor Plaintiff TRAVIS MYSLOW,<br><br>            Plaintiffs,<br><br>            v.<br><br>NEW MILFORD SCHOOL DISTRICT, *et al.*,<br><br>            Defendants. | Case No.:  3:03-cv-496-MRK |

**CERTIFICATE OF SERVICE**

I, Michael Dube, hereby certify that on the date indicated below, a true and correct copy of the within papers were served upon the following individuals by Federal Express-Overnight Delivery:

    Alexandria Voccio, Esquire
    Howd & Ludorf
    65 Wethersfield Avenue
    Hartford, CT 06114
    *Attorney for Codefendants New Milford School District,* et al.

    Katherine C. Callahan, Esquire
    Updike, Kelly & Spellacy, P.C.
    One State Street
    P.O. Box No. 231277
    Hartford, CT 06123-1277
    *Attorney for Codefendant L. Robert Rubin, M.D.*

Dated: Tuesday, January 10, 2006

    s/Michael Dube
    Alan C. Milstein, CT03703
    Michael Dube, PHV0216
    Sherman, Silverstein, Kohl,
    Rose & Podolsky, P.A.
    Fairway Corporate Center
    4300 Haddonfield Road, Suite 311

1

Pennsauken, NJ 08109
Telephone: 856-662-0700
Facsimile: 856-488-4744
EMail: <u>AMilstein@sskrplaw.com</u> and
<u>MDube@sskrplaw.com</u>

Deborah G. Stevenson, Esquire
226 Flag Swamp Road
Southbury, CT 06488
Telephone: 860-354-3590
EMail: <u>Dgs31@yahoo.com</u>

*Attorneys for the Plaintiffs*

2