UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| MATHEW AND CINDY MYSLOW, as Parents and Natural Guardians of Minor Plaintiff TRAVIS MYSLOW,<br><br>Plaintiffs,<br><br>v.<br><br>NEW MILFORD SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No.: 3:03-cv-496-MRK<br><br><br><br><br><br><br><br><br><br><br><br>**NOTICE OF MANUAL FILING** |

Please take notice that plaintiffs Matthew and Cindy Myslow have manually filed the "Exhibits in Support of the Plaintiffs' Supplemental Brief Regarding the School District Defendants' Motion for Summary Judgment." This document has not been filed electronically because:

[ ]   the document (or thing) cannot be converted to an electronic format

[ **X** ]   the electronic file size of the document exceeds 1.5 mb

[ ]   The document (or thing) is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g. Criminal Justice Act Vouchers submitted pursuant to 18 U.S.C. § 3006A]

[NOTE: DISK CONTAINING PDF VERSION OF SEALED OR EX PARTE DOCUMENT IS REQUIRED UNLESS DOCUMENT CANNOT BE CONVERTED TO PDF FORMAT, DOCUMENT IS LARGER THAN 1.5MB OR PARTY HAS BEEN EXCUSED FROM SUBMITTING DOCUMENT IN PDF FORMAT.]

[ ]   Plaintiff/Defendant is excused from electronically filing this document (or thing) by court

order.

The document has been manually served on all parties.

| | |
|---|---|
| Dated: <u>Wednesday, January 18, 2006</u> | /s/ Michael Dube<br>Alan C. Milstein, CT03703<br>Michael Dube, PHV0216<br><br>Sherman, Silverstein, Kohl,<br>Rose & Podolsky, P.A.<br>Fairway Corporate Center<br>4300 Haddonfield Road, Suite 311<br>Pennsauken, NJ 08109<br>Telephone: 856-662-0700<br>Facsimile: 856-488-4744<br>EMail: AMilstein@sskrplaw.com and<br>MDube@sskrplaw.com<br><br>Deborah G. Stevenson, Esquire<br>226 Flag Swamp Road<br>Southbury, CT 06488<br>Telephone: 860-354-3590<br>EMail: Dgs31@yahoo.com<br><br>*Attorneys for the Plaintiffs* |