# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| MATHEW AND CINDY MYSLOW, | : | | |
| *as parents and natural guardians of* | : | | |
| *minor plaintiff Travis Myslow* | : | | |
| | : | | |
| Plaintiffs, | : | NO. | 3:03cv496 (MRK) |
| | : | | |
| v. | : | | |
| | : | | |
| NEW MILFORD SCHOOL DISTRICT, | : | | |
| ET AL, | : | | |
| | : | | |
| Defendants | : | | |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

_____ All purposes except trial, unless the parties consent to trial before the magistrate judge

_____ A ruling on all pretrial motions except dispositive motions

_____ To supervise discovery and resolve discovery disputes

_____ A ruling on the following motions which are currently pending: Doc. #[___]
_____

__X__ A settlement conference. **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

_____ A conference to discuss the following:
_____

_____ Other:
_____

SO ORDERED this 28th day of February, 2006 at New Haven, Connecticut.


/s/_____Mark R. Kravitz_____
United States District Judge