UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MATHEW AND CINDY MYSLOW, ET AL | : | NO.: 3:03CV00496 (MRK) |
| | : | |
| v. | : | |
| | : | |
| NEW MILFORD SCHOOL DISTRICT, ET AL | : | MARCH 6, 2006 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule 9(b), the defendants, the New Milford School District and New Milford Board of Education, hereby request that the Scheduling Order be modified as it pertains to the deadline for filing the parties' joint trial memorandum and the trial ready date.

In support of this motion, the defendants offer as follows:

1. On February 28, 2006, the Court issued its ruling granting in part and denying in part the defendants' motion for summary judgment;

2. Thereafter, the Court referred this case to Magistrate Judge Garfinkel for a settlement conference;

3. The settlement conference has not yet been scheduled;

4. Pursuant to the current scheduling order, the parties' joint trial memorandum is due within thirty days of the Court's ruling on the defendants' motion for summary judgment;

5. The defendants request that the deadline for filing the joint trial memorandum, and subsequent trial readiness, be extended until thirty days after the settlement conference;

6. Given the extensive nature of the joint trial memorandum, the defendants submit that the potential for settlement would be better served if the parties were able to participate in the settlement conference without first having to expend the additional time and money necessary for preparation of the joint trial memorandum.

7. Pursuant to Local Rule 9(b)(2), the undersigned has contacted counsel for the plaintiffs, Attorney Michael Dube, and counsel for the remaining codefendant, Catherine Kallahan, and has been advised that the parties have no objection to the granting of this motion.

WHEREFORE, the defendants, New Milford School District and New Milford Board of Education, respectfully request that their motion be granted, and that the

deadline for filing the parties' joint trial memorandum, and subsequent trial readiness date, be extended until thirty days after the settlement conference.

        DEFENDANTS,
        NEW MILFORD SCHOOL DISTRICT,
        NEW MILFORD BOARD OF EDUCATION,

        By/s/Alexandria L. Voccio
          Alexandria L. Voccio
          ct21792
          Howd & Ludorf, LLC
          65 Wethersfield Avenue
          Hartford, CT  06114
          (860) 249-1361
          (860) 249-7665 (Fax)
          E-Mail:  avoccio@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 6th day of March, 2006.

| | |
|---|---|
| Deborah G. Stevenson, Esquire<br>226 East Flag Swamp Road<br>Southbury, CT  06488 | Michael Dube, Esquire<br>Alan C. Milstein, Esquire<br>4300 Haddonfield Road, Suite 311<br>Pennsauken, NJ  08109 |
| Richard A. O'Connor, Esquire<br>Christine A. Robinson, Esquire<br>Leslie Gold, Esquire<br>Sachner & O'Conner<br>The Crossroads West<br>765 Straits Turnpike, Bldg 2, Ste, 1001<br>Middlebury, CT  06762-1323 | Katherine C. Callahan, Esquire<br>Benjamin J. Berger, Esquire<br>Updike, Kelly & Spellacy, P.C.<br>One State Street<br>P.O. Box 231277<br>Hartford, CT  06123-1277 |

　　　　　　　　　　　　　　　　　　　　/s/Alexandria L. Voccio
　　　　　　　　　　　　　　　　　　　　Alexandria L. Voccio