UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MATHEW AND CINDY MYSLOW, as Parents and Natural Guardian of MINOR Plaintiff TRAVIS MYSLOW : <br> Plaintiffs, : <br> v. : <br> : <br> NEW MILFORD SCHOOL DISTRICT, : <br> NEW MILFORD BOARD OF EDUCATION, : <br> RAYMOND AVERY, JEANANN : <br> PADDYFOTE, THOMAS MULVIHILL, : <br> PAULA KELLEHER, DENIS DOLAN, JEAN : <br> MALCOLM, JOSEPHINE ROSITANO, : <br> ADELE JOHNSON, DEBORAH SHELLEY, : <br> ROBYN VIKLAND, L. ROBERT : <br> RUBIN, M.D., ANNA ALSHANSKY, M.D., : <br> MARTIN KREMINITZER, M.D., DIANA : <br> BADILLO-MARTINEZ, Ph.D., and : <br> TERRY NEU, Ph.D., : <br> Defendants. : | CIVIL ACTION NO. <br><br> 3:03cv00496 (CFD) <br><br><br><br><br><br><br><br><br><br> JUNE 27, 2006 |

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Please withdraw my appearance in the above-entitled action. The defendant, L. Robert Rubin, M.D., will continue to be represented by Attorney Katherine C. Callahan.

A copy of this Withdrawal of Appearance has been sent, via United Parcel Service, to the defendant on even date herewith.

438842

Respectfully submitted,

By: _____
AMY LEETE VAN DYKE, ESQ.
Federal Bar Number ct23181
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277
Tel. 860-548-2600
Fax 860-548-2680
avandyke@uks.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing Withdrawal of Appearance was mailed, via U.S. mails, postage prepaid, this 27th day of June, 2006, to:

Alan C. Milstein, Esq.
Michael Dube, Esq.
Sherman, Silverstein, Kohl, Rose & Podolsky, PA
4300 Haddonfield Road, Suite 311
Pennsauken, NJ 08109
*Attorneys for Plaintiffs*

Deborah G. Stevenson, Esq.
226 E. Flag Swamp Road
Southbury, CT 06488
*Attorney for Plaintiffs*

Alexandria L. Voccio, Esq.
Melinda A. Powell, Esq.
Howard & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190
*Attorneys for the New Milford School District
and New Milford Board of Education*

and shipped via United Parcel Service to:

Dr. L. Robert Rubin
16 Ohehyahtah Place
Danbury, CT 06810

By: _____
AMY LEETE VAN DYKE, ESQ.
Updike, Kelly & Spellacy, P.C.

438842

- 3 -