UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| MATHEW AND CINDY MYSLOW, as Parents and Natural Guardians of Minor Plaintiff TRAVIS MYSLOW,<br><br>Plaintiffs,<br><br>v.<br><br>NEW MILFORD SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No.: 3:03-cv-496-MRK |

## STIPULATION OF DISMISSAL
## AS TO ALL CLAIMS AND ALL PARTIES

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), it is hereby stipulated by and between counsel for all parties to the above captioned action that said action, having been amicably resolved by and between all parties to the above captioned action, shall be dismissed with prejudice and without costs.

This document may be executed in counterparts.

PLAINTIFFS

MATTHEW AND CINDY MYSLOW, ET AL.,

By: *Michael Dube*
MICHAEL DUBE, ESQ.
Federal Bar No. PHV216
Sherman, Silverstein, Kohl, Rose and Podolsky, P.A.
4300 Haddonfield Road, Suite 311
Pennsauken, NJ 08109
Tel. 856-662-0700
Fax 856-488-4744
mdube@sskrplaw.com

DEFENDANTS

CODEFENDANT L. ROBERT RUBIN, M.D.

By: _____
KATHERINE C. CALLAHAN, ESQ.
Federal Bar No. ct06216
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277
Tel. 860-548-2600
Fax 860-548-2680
kccallahan@uks.com

438131
58470.17

REMAINING CODEFENDANTS

By: /s/ Thomas Gerarde
THOMAS GERARDE, ESQ.

Thomas Gerarde, Esq.
Federal Bar No. 05640
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190
Tel. 860-249-1361
Fax 860-249-7665

438131

- 2 -

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, via U.S. Mails, this 10th day of July 2006, to the following counsel and pro se parties of record:

Michael Dube, Esq.
Sherman, Silverstein, Kohl, Rose and Podolsky, P.A.
4300 Haddonfield Rd, Suite 311
Pennsauken NJ 08109

Thomas Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Deborah G. Stevenson, Esq.
226 E. Flag Swamp Road
Southbury, CT 06488

By: _____
KATHERINE C. CALLAHAN, ESQ.
Updike, Kelly & Spellacy, P.C.

438131

- 3 -